SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINVILLE PA  18631
L345652151001

06/06/2011 4:16:30 PM
Register: 1 Trans #: 9818 Op ID: 2
Your cashier: gary

DIESEL CA    PUMP#9
80.887 GAL @ $ 3.919/GAL        $317.00   99
                              ----------
             Subtotal =        $317.00
                  Tax =          $0.00
                              ----------
                Total =        $317.00

           Change Due =          $0.00

Credit                         $317.00
-----------------------------------------
XXXXXXXXXXXXX2637, MC
WU/ZHIQIANG
INVOICE 001894
AUTH 09213Z
=========================================
Sequence Number 37889
APPROVED  09213Z
=========================================
I agree to pay the above total amount
according to the card issuer agreement.
-----------------------------------------

THANK YOU
COME AGAIN

---

# Love's
## Travel Stops &
## Country Stores

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

06/06/2011 Tkt #169520
-----------------------------------------
Type: SALE    (COPY)
-----------------------------------------
Qty Name                    Price   Total
-----------------------------------------
1 DIESEL                     4.00   253.76
    Pump:          17
    Gallons:      63.457
    Price / Gal:   3.999

-----------------------------------------
Subtotal                           253.76
Sales Tax                            0.00
Total                              253.76

Received
  MC Fleet                         253.76

***********7986    SWIPED
  Approved
Aut. No.: 006367
  REF
VehicleID        3140

Adjustments to price
DIESEL
  CashPrice                         3.17
-----------------------------------------
  ILVRW                             0.00
7777XXXXXXXX36
Points Balance: 503
Points Earned: 63
Drink Refills: 1
Shower Credits: 1
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 937
Points Exp 12/31/2011: 0

-----------------------------------------
-----------------------------------------
Reg:4 Clerk:phillip
Thank You for Shopping With Loves

6/6/11

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

06/06/11 23:20:39

Diesel              Fuel Ticket #212545
Pump #14    69.447 G @ 3.859  268.00

Subtotal                     268.00
Sales Tax                      0.00
Total                     $268.00
Cash(USD$)                   $268.00

Change                    $0.00

Transaction ID#342813
e147s262t3

Thank you for
Shopping Sunoco




# Love's
## Travel Stops

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

06/09/2011 Tkt #171110
------------------------------------
Type: SALE   (COPY)
------------------------------------
Qty Name            Price  Total
------------------------------------
1 DIESEL            4.03   337.02

    Pump:     17
    Gallons:  83.649
    Price / Gal: 4.029

------------------------------------
Subtotal                   337.02
Sales Tax                    0.00
Total                      337.02

Received                   337.02
   MC Fleet
   xxxxxxxxxxxx7994   SWIPED
   Approved
   Aut. No.: 009362
   REF
   VehicleID      3140

Adjustments to price
DIESEL
   CashPrice               4.18

------------------------------------
                            0.00
   ILVRW
   7777XXXXXXXX36
Points Balance: 587
Points Earned: 84
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 853
Points Exp 12/31/2011: 0

------------------------------------
====================================
Reg:4 Clerk:Dezirae
Thank You for Shopping With Loves

---

S G OIL
ROUTE 46 EAST MAPLE AV
RIDGEFIELD NJ 07657

DATE: 06/09/11              TIME: 21:45
MERCHANT ID:          JA34820033002

          CREDIT CARD
     MASTERCARD FLEET CARD SALE

CARD#              ************7622
EXPIRATION DATE              **/**
SEQ:                        968128
ODOMETER READING:           123456
APPROVAL CODE:              009869
ENTRY METHOD:               SWIPED

PRODUCT        QTY PRICE   AMOUNT
DIESEL      91.688G 3.839  351.99
                    --------------
TOTAL AMOUNT:        $351.99

        APPROVED 009869

     THANKS FOR YOUR BUSINESS

        CUSTOMER COPY

大何 #27

WELCOME TO
XTRAMART
949 ELMIRA ST.
SAYRE,PA.18840
#1 WHEN YOURE ON THE RUN!
T042567353-001 SAYRE #1835
949 ELMIRA STREET
SAYRE      PA 18840

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| DIES CR #10 | 46.7476 | 190.68 |
| | @ 4.079/ G | |
| | Sub Total | 190.68 |
| | Tax | 0.00 |

TOTAL    190.68
CREDIT $  190.68

CARD TYPE: WC FLEET
CARD NAME: VEHICLE 5
ACCT NUMBER: XXXX XXXX XXXX 7994
TRANS TYPE: SALE
ODOMETER: 5680
APPROVAL: 011786        INVOICE: 185948
AMOUNT:        $  190.68

APPROVED  011786
******************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENTALS $1 ON MOST T
RENT ONE TONIGHT!
REG# 0002 CSH# 009 DR# 01  TRAN# 28166
06/11/11  14:21:10          ST# 1835

---

THANK YOU
FOR SHOPPING
TA TRAVELCENTER #006
COLUMBIA
NJ 07832-0305        #27

026 Mary Beth        Store:  0006
Register # 11.       Receipt#:18276
CUSTOMER COPY
Sat Jun 11 2011 21:42:49

Pump # 01  FUEL
44.899 Gallons @ $4.189 PPU
DIESEL FUEL        $188.08
000000001038

Sale Total        $188.08
Tax Total        $0.00
Total        $188.08
MASTER CARD        $188.08

TOTAL AMOUNT        $188.08
MASTER CARD
ACCOUNT#:  XXXXXXXXXXX7986

AUTHORIZATION # 011772
REF # 011772

*Host Data*
MerchID: JZ34585991002
Seq Num: 38393

DATE: 06-11-11   TIME: 21:42:53

CREDIT CARD INVOICE
------------------------------------
PLEASE COME AGAIN!

Thank you
Questions or Comments?
Site Manager: 908-496-4124
District Manager Cell: 570-470-6034

Items 1

WELCOME TO
OUR STORE
1042896179-001  VAVA FUEL EXPRESS
801-NORTHERN BLVD
CLARKS SUMMIT PA 18411

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| DIES CA #09 | 50.1386 | 200.00 |
| | @ 3.989/ G | |
| DIES CA #09 | 23.0636 | 92.00 |
| | @ 3.989/ G | |

Sub Total      292.00
Tax        0.00
TOTAL   292.00
CREDIT  $   292.00
CARD TYPE: MASTERCARD
CARD NAME: VEHICLE 1
ACCT NUMBER: XXXX XXXX XXXX 7622
TRANS TYPE:  SALE
APPROVAL: 011434        INVOICE: 022364
AMOUNT:         $  292.00


APPROVED 011434
**********************************

THANKS,COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 10729
06/11/11  19:35:17        ST# AB123

#31  R/(9)

FASTRAC MARKETS
QUALITY GASOLINE
LOW PRICES
54292980292562
542335
#289 RIVERSIDE FAS
361 WEST PULTENEY
RIVERSIDE        NY
13601, 607-962-2949

MF AUTH#013026
SEQ# 7767
DATE 06/13/11  17:21
REF# 116421099439061
BATCH# 20110613016
ODOMETER 5890

PUMP # 12
PRODUCT: DIESEL
GALLONS:        16.141
PRICE/G:    $   4.219
FUEL SALE   $  68.10

THANK YOU
MANAGER:LAURIE B
607 962 2949

#31

FASTRAC MARKETS
QUALITY GASOLINE
LOW PRICES
54292980292562
542335
#289 RIVERSIDE FAS
361 WEST PULTENEY
RIVERSIDE        NY
13601, 607-962-2949

MF AUTH#013645
SEQ# 7762
DATE 06/13/11  17:16
REF# 116421091617861
BATCH# 20110613016
ODOMETER 5980

PUMP # 12
PRODUCT: DIESEL
GALLONS:        23.702
PRICE/G:    $   4.219
FUEL SALE   $ 100.00

THANK YOU
MANAGER:LAURIE B
607 962 2949

#31                              6/13/11

WELCOME TO
SUNOCO
TO34654842-001 SUNOCO 000668420
26 ROUTE 46
ELMWOOD PARK NJ 07107

Descr.          qty         amount

<CUSTOMER COPY>
DIES CR #07     40.086G       151.48
                @ 3.779/ G
DIES CR #08     39.094G       147.70
                @ 3.779/ G

           Sub Total         299.18
           Tax                 0.00
    TOTAL        299.18
           CREDIT $    299.18
CARD TYPE: MC FLEET
CARD NAME: VEHICLE 8
ACCT NUMBER: XXXX XXXX XXXX 7960
TRANS TYPE: SALE
ODOMETER: 56800
APPROVAL: 013384     INVOICE: 043465
AMOUNT:       $  299.18

APPROVED) 013384
*******************************

THANKS COME AGAIN
REG# 0001 CSH# 001 DR# 01  TRAN# 17956
06/13/11  21:58:35        ST# AB123

6/13/11  一部大車
去

```
            WELCOME
      FASTRAC MARKETS
      MANAGER:DEREK S
       315 789 5098
   #220 GENEVA FAST 54292980292537-542302-2
   371 HAMILTON ST.              GENEVA NY
   315-789-9058                        14456


   Descr.          qty         amount
   -----           ---         ------
   <CUSTOMER COPY>
   DIES CR #08:H   72.765G      307.00
   SELF            @ 4.219/ G

                                ----------
                   Sub Total     307.00
                        Tax        0.00
           TOTAL        307.00
                   CREDIT $      307.00
   ****************************************
   CARD TYPE: MCFLEET
   CARD NAME: VEHICLE 6
   ACCT NUMBER: ***********7986
   EXP. DATE:       TRANS TYPE: SALE
   SEQ# 4180  REFERENCE# 116723097777061
   AUTH# 016028   APPROVED             0000
   BATCH# 20110616045
   ODOMETER:58970
   ****************************************

            THANKS

   SAVE AT LEAST 7CENTS
         PER    GALLON
   WITH DISCOUNT CARD!
   REG# 0002 CSH# 005 DR# 01  TRAN# 20283
   06/16/11  19:06:41         ST#  220
```

Pah'd Cash

```
        Sunoco 7123

   *** DUPLICATE RECEIPT ***

   SUNOCO 7123
   US HWY 46E & ABBOTT AVE
   PALISADES PA, NJ 07650
   Merchant#: H334650628001

   06/16/11 22:14:45

   Diesel        Fuel Ticket #221157
   Pump #13   85.444 G @ 3.839  328.02

   Subtotal              328.02
   Sales Tax               0.00
   Total             $328.02
   Credit Card(USD$)      $328.02

   Change                $0.00

   XXXXXXXXXXXX2637
   MC
   Trans# 145141   Approval# 05833Z
   Card Total: $328.02


   Customer agrees to pay above Total
   Amount according to Card Issuer Agreement

   X-------------------------------
            Customer Signature


   Change       $      0.00

   Trans ID# 357064
   e134s272t3


       Thank you for
     Shopping Sunoco
```

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

06/18/11 21:38:00

Diesel          Fuel Ticket #222832
Pump #14   66.079 G @ 3.799  251.03

Subtotal                        251.03
Sales Tax                         0.00
Total                        $251.03
Credit Card(USD$)            $251.03

Change                        $0.00

XXXXXXXXXXXX7986
MCF
Odometer:5890
Trans# 146279    Approval# 018922
Card Total: $251.03


*** Customer signature on file ***


Change        $    0.00


Trans ID# 359889
e125s274t3

Thank you for
Shopping Sunoco

---

6/18/11

# Love's
## Travel Stops &
## Country Stores

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

06/18/2011 Tkt #310916
--------------------------------
Type: SALE   (COPY)
--------------------------------
Qty Name              Price   Total
--------------------------------
 1 DIESEL             4.14   304.67
    Pump:        17
    Gallons:     73.610
    Price / Gal: 4.139
--------------------------------
Subtotal                     304.67
Sales Tax                      0.00
Total                        304.62
--------------------------------
Received
  MC Fleet                   304.67

  **********7994    SWIPED
  Approved
  Aut. No.: 018490
  REF
  TruckingCompanyNameWING KEUNG ENTER   "
  HubOdometer                           "


--------------------------------
  ILVRN                        0.00
  7777XXXXXXX36
  Points Balance: 121
  Points Earned: 74
  Drink Refills: 1
  Shower Credits: 1
  Loyalty Status: Active
  Platinum Plus: Not Eligible
  Gals to Platinum: 779
  Points Exp 12/31/2011: 0

--------------------------------
--------------------------------
Reg:3 Clerk:Melissa
Thank You for Shopping With Loves

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

06/18/11 21:00:35

Diesel              Fuel Ticket #222806
Pump #13    68.438 G @ 3.799  260.00

Subtotal                    260.00
Sales Tax                     0.00
Total                     $260.00
Credit Card(USD$)           $260.00

Change                       $0.00

XXXXXXXXXXXX2637
MC
Trans# 146263    Approval# 032762
Card Total: $260.00


*** Customer signature on file ***


Change         $      0.00

Trans ID# 359846
e125s274t3

Thank you for
Shopping Sunoco



**Love's**
**Travel Stops &**
**Country Stores**

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

06/20/2011 Tkt #174669
-----------------------------------
Type: SALE   (COPY)
-----------------------------------
Qty Name        Price   Total
-----------------------------------

1 DIESEL      4.09   320.11
    Pump:       19
    Gallons:    78.286
    Price / Gal:   4.089
-----------------------------------
Subtotal             320.11
Sales Tax           0.00
Total               320.11
Received
  MC Fleet          320.11
  ************7994    SWIPED
  Approved
Aut. No.: 020251
  REF
VehicleID     3140       "

Adjustments to price
DIESEL
  CashPrice           3.91

-----------------------------------
  ILVRW             0.00
7777XXXXXXX36
Points Balance: 199
Points Earned: 78
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 701
Points Exp 12/31/2011: 0

-----------------------------------
-----------------------------------
Reg:4 Clerk:April
Thank You for Shopping With Loves

---

S _G OIL
ROUTE 46 EAST _MAPLE AV
RIDGEFIELD   NJ 07657

DATE: 06/20/11           TIME: 18:43
MERCHANT ID:        JA34820033002

CREDIT CARD
MASTERCARD FLEET CARD SALE

CARD#           ************7622
EXPIRATION DATE       **/**
SEQ:              001004
ODOMETER READING:      3140
APPROVAL CODE:      020988
ENTRY METHOD:       SWIPED

PRODUCT      QTY    PRICE    AMOUNT
DIESEL     78.857G   3.779    298.00
-----------------------------------

# TOTAL AMOUNT:    $298.00

APPROVED 020988

THANKS FOR YOUR BUSINESS   #32

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/23/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 675462 | 1,005.82 |
| 06/23/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 675449 | 2,394.26 |
| 06/23/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 8 | 675388 | 1,267.95 |
| 06/23/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 675386 | 389.50 |
| 06/23/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 675383 | 975.47 |
| 06/23/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 675299 | 1,417.41 |
| 06/23/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 675291 | 700.53 |
| 06/23/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 7 | 675280 | 1,144.15 |
| | | 共計行數：8 | | | | | Report Totals: | 9,295.09 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/23/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 675368 | 487.27 |
| 06/23/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 675301 | 488.80 |
| 06/23/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 675298 | 617.91 |
| 06/23/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 675294 | 625.85 |
| 06/23/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 675288 | 605.20 |
| 06/23/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 6 | 675287 | 807.21 |
| 06/23/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 7 | 675284 | 707.18 |

共計行數 : 7

Report Totals: 4,339.42

6/23/2011 9:54:52 PM

Order Number: **2735275**

**Hess 30324**             9

0 Route #46 E/B, Fairfield NJ, 07006

Register:1             Tran Seq No: 2735275
Store No:30324                    Mama F

Fuel Sale
Pump # 8 Diesel
52.232 Gallons @ $3.829/Gal        200.00
Fuel Sale
Pump # 8 Diesel
42.840 Gallons @ $3.829/Gal        164.03

    Sub. Total:              364.03
    Tax:                       0.00
    Total:                   364.03
    Discount Total:            0.00

    Master Card:             364.03
    Change                     0.00

Master Card
Card Num : XXXXXXXXXXXX2637
Terminal : JD34238561002
Approval : 03751Z
Sequence : 016094

I agree to pay the above Total Amount
according to Card Issuer Agreement.


Signature: _____

            Thank You

        Please Come Again Soon

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

06/23/11 23:20:16

Diesel          Fuel Ticket #227172
Pump #10   66.330 G @ 3.799  251.99

Subtotal                      251.99
Sales Tax                       0.00
Total                       $251.99
Credit Card(USD$)            $251.99

Change                        $0.00

XXXXXXXXXXXX7994
MCF
Odometer:58890
Trans# 149313   Approval# 023190
Card Total: $251.99

    *** Customer signature on file ***

Change        $      0.00

Trans ID# 367060
e187s279t3

      Thank you for
      Shopping Sunoco

---

QUICKWAY 74
NY STATE RT.79
HARPURSVILLE NY. 13787

00019641071-01          QUICKWAY 74
3622 NYS RT 79     HARPURSVILLE NY

Descr.            qty        amount
-------           ---        ------
<CUSTOMER COPY>
DIES CR #10      66.217G      279.37
                 @ 4.219/ G
                             ----------
                 Sub Total    279.37
                      Tax       0.00
TOTAL        279.37
                 CREDIT  $    279.37
PAYMENT TIME: 14:07:49
CARD TYPE: MC FLEET
CARD NAME:
ACCT NUMBER: ***********7986
EXP. DATE:        TRANS TYPE: SALE
ODOMETER: 58890
AUTH# 023448  REFERENCE#: 9700097008 3

******************************************

THANKS,COME AGAIN

REG# 0002 CSH# 007 DR# 01  TRAN# 27129
06/23/11  14:07:40          ST#   74

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/25/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 4 | 676294 | 671.10 |
| 06/25/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 1 | 676167 | 246.12 |
| 06/25/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 676163 | 496.70 |
| 06/25/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 676141 | 1,056.95 |
| 06/25/11 | B627 | 帝 國(607))(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 31 | 5 | 676095 | 0.00 |
| 06/25/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 676058 | 881.39 |
| 06/25/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 676049 | 1,093.50 |
| 06/25/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 676046 | 1,326.00 |
| 06/25/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 676044 | 808.95 |
| 06/25/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 676042 | 1,042.00 |

共計行數 : 10

Report Totals: 7,622.71

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/25/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 676305 | 1,531.50 |
| 06/25/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 676268 | 628.16 |
| 06/25/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 676200 | 603.76 |
| 06/25/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 676195 | 448.20 |
| 06/25/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 676180 | 351.00 |
| 06/25/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 676128 | 818.00 |
| 06/25/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 676124 | 731.00 |
| 06/25/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 676112 | 189.64 |
| 06/25/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 676106 | 43.75 |
| 06/25/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 676105 | 1,107.77 |
| 06/25/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 676098 | 465.33 |
| 06/25/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 676054 | 531.02 |
| 06/25/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 676048 | 625.10 |

共計行數 : 13

Report Totals: 8,074.23

S_G OIL
ROUTE 46 EAST _MAPLE AV
RIDGEFIELD  NJ 07657

#32

DATE: 06/25/11            TIME: 20:55
MERCHANT ID:          JA34820033002
            CREDIT CARD
MASTERCARD FLEET CARD SALE

CARD#                 ***********7622
EXPIRATION DATE                 **/**
SEQ:                           013001
ODOMETER READING:                3140
APPROVAL CODE:                 025219
ENTRY METHOD:                  SWIPED

PRODUCT        QTY    PRICE   AMOUNT
DIESEL      85.347G   3.759   320.82
                           ----------
TOTAL AMOUNT:         $320.82

        APPROVED 025219

     THANKS FOR YOUR BUSINESS

        CUSTOMER COPY

6/25/11

## Love's
### Travel Stops & Country Stores

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

06/25/2011 Tkt #208431
-------------------------------------
Type: SALE   (COPY)
-------------------------------------
Qty Name              Price   Total
-------------------------------------
1 DIESEL              3.95   313.78
  Pump:      17
  Gallons:   79.458
  Price / Gal:  3.949

-------------------------------------
Subtotal                     313.78
Sales Tax                      0.00
Total                          3.78
-------------------------------------
Received
  MC Fleet                     3.78

  ***********7986    SWIPED       31
  Approved
  Aut. No.: 025819
  REF
  VehicleID     3140

Adjustments to price
DIESEL
  CashPrice                    3.97

-------------------------------------
  ILVRW                        0.00

Points Balance: 278
Points Earned: 79
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 622
Points Exp 12/31/2011: 0

-------------------------------------
-------------------------------------
Reg:2 Clerk:Brittany
Thank You for Shopping With Loves

#  Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/27/11 | B617 | 金筷子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 4 | 676914 | 100.50 |
| 06/27/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 31 | 4 | 676879 | 758.90 |
| 06/27/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 676854 | 540.85 |
| 06/27/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 676851 | 1,690.90 |
| 06/27/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 6 | 676749 | 305.40 |
| 06/27/11 | B609 | 月星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 676718 | 1,017.31 |
| 06/27/11 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | 5 | 676716 | 762.75 |
| 06/27/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 676698 | 908.60 |
| 06/27/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 3 | 676693 | 192.84 |
| 06/27/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 2 | 676677 | 500.33 |
| 06/27/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 676664 | 1,180.06 |
| 06/27/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 676655 | 423.32 |
| 06/27/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 676651 | 719.85 |
| 06/27/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 676648 | 692.60 |
| 06/27/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 6 | 676645 | 1,134.63 |
| 06/27/11 | B616 | 金丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 676634 | 812.50 |

共計行數 : 16

Report Totals: 11,741.34

HOTEL

Yi xing He
Zhi Qiang Wu

2个司机 2天路程

油草没带回



**COMFORT INN OF BINGHAMTON (NY302)**

1000 UPPER FRONT STREET
BINGHAMTON, NY 13905 USA
Phone: (607) 724-3297
Fax: (607) 771-0206
gm.ny302@choicehotels.com

Account: NY302 - 223723
Date: 06/28/11
Page: 1 of 1
Room: 307    BAR
Arrival Date: 06/27/11 21:15
Departure Date: 06/28/11 09:36
Frequent Traveler ID:
You were checked out by: JFD
You were checked in by: SLH

HE. YI XING
964 73 STREET 1 PL
BROOKLYN. NY 11228 US

| Post Date | Description | Comment | Amount |
|-----------|-------------|---------|--------|
| 06/27/11 | CASH | CASH PAYMENT | -135.55 |
| 06/27/11 | ROOM CHARGE | #307 HE, YI XING | 119.95 |
| 06/27/11 | STATE SALES TAX | STATE SALES TAX | 9 60 |
| 06/27/11 | COUNTY OCCUPANCY TAX | COUNTY OCCUPANCY TAX | 6.00 |
| | | Balance Due | 0 00 |

If payment by credit card. I agree to pay the above total charge amount according to the card issuer agreement.

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/30/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | | 677903 | 452.42 |
| 06/30/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 677803 | 376.11 |
| 06/30/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 677794 | 845.59 |
| 06/30/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 677784 | 573.24 |
| 06/30/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 677777 | 486.66 |
| 06/30/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 677771 | 895.83 |
| 06/30/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 677741 | 1,118.47 |
| 06/30/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 677739 | 1,117.09 |

共計行數 : 8

Report Totals: 5,865.41

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/30/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 32 | 9 | 677908 | 728.99 |
| 06/30/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 677895 | 598.49 |
| 06/30/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 677886 | 2,348.45 |
| 06/30/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 677826 | 1,823.29 |
| 06/30/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 677817 | 972.55 |
| 06/30/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 677765 | 880.35 |
| 06/30/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 677743 | 1,207.10 |
| 06/30/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 677738 | 619.65 |
| 06/30/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 677730 | 575.78 |
| | | 共計行數 : 9 | | | | | Report Totals: | 9,754.65 |

#32 6/30/11

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

06/30/11 22:34:44

Diesel          Fuel Ticket #233136
Pump #14   49.878 G @ 3.759  187.49
Diesel          Fuel Ticket #233134
Pump #14   31.389 G @ 3.759  117.99

Subtotal                    305.48
Sales Tax                     0.00
Total                     $305.48
Credit Card(USD$)           $305.48

Change              $0.00

XXXXXXXXXXXXX7622
MCF
Odometer:3140
Trans# 153439   Approval# 030088
Card Total:  $305.48


*** Customer signature on file ***


Charge          $      0.00

Trans ID# 377083
e134s286t3

Thank you for
Shopping Sunoco



## COMFORT INN OF BINGHAMTON (NY302)

1000 UPPER FRONT STREET
BINGHAMTON, NY 13905 USA
Phone: (607) 724-3297
Fax: (607) 771-0206
gm.ny302@choicehotels.com

Account: NY302 - 223958
Date: 07/01/11
Page: 1 of 1
Room: 312        BAR
Arrival Date: 06/30/11 22:01
Departure Date: 07/01/11 09:39
Frequent Traveler ID:
You were checked out by: JFD
You were checked in by: SLH

HE, YI XING
964 73 STREET 1 PL
BROOKLYN, NY 11228 US

| Post Date | Description | Comment | Amount |
|-----------|-------------|---------|--------|
| 06/30/11 | CASH | CASH PAYMENT | -135.55 |
| 06/30/11 | ROOM CHARGE | #312 HE, YI XING | 119.95 |
| 06/30/11 | STATE SALES TAX | STATE SALES TAX | 9.60 |
| 06/30/11 | COUNTY OCCUPANCY TAX | COUNTY OCCUPANCY TAX | 6.00 |
| | | Balance Due: | 0.00 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____



---

Nice n Easy #12
5755 Route 80
Tully New York

06/30/11 20:57:06

Nice n Easy Grocery #12
5755 ROUTE 80
TULLY, NY 13159
Merchant#: 5M365486450001

Fuel Ticket #84584
Diesel2    78.740 G @    4.159   327.48
Pump #18

Subtotal              327.48
Sales Tax               0.00
**Total            $327.48**
Credit Card(USD$)   327.48

Change                $0.00

VEHICLE 5
MCF
Odometer:89005
Trans# 087415    Approval# 030780
Card Total: $327.48

Card Total: $327.48
XXXXXXXXXXXXX7994

*** Customer signature on file ***

FOR ALLOWING US
TO SERVE YOU!

THANK YOU

Trans ID#  257981
e9958412

*7/2/11*

#32

S _G OIL
ROUTE 46 EAST _MAPLE AV
RIDGEFIELD   NJ 07657

DATE: 07/02/11                      TIME: 22:12
MERCHANT ID:                JA34820033002
                    CREDIT CARD
        MASTERCARD FLEET CARD SALE

CARD#                          ************7622
EXPIRATION DATE                        **/**
SEQ:                                   033174
ODOMETER READING:                        3140
APPROVAL CODE:                         002440
ENTRY METHOD:                          SWIPED

PRODUCT          QTY   PRICE    AMOUNT
DIESEL        83.065G  3.739    310.58
                    --------------------
TOTAL AMOUNT:        $310.58

        APPROVED  002440

        THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/03/11 14:46:56

```
Diesel          Fuel Ticket #235168
Pump #10    86.456 G @ 3.739  323.26

Subtotal                        323.26
Sales Tax                         0.00
Total                        $323.26
Credit Card(USD$)               $323.26
```

## Change                    $0.00

XXXXXXXXXXXX7994
MCF
Odometer:58890
Trans# 154779    Approval# 003509
Card Total: $323.26

*** Customer signature on file ***

## Change          $    0.00

Trans ID# 380601
e174s289t3

## Thank you for Shopping Sunoco



STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

07/02/2011 Tkt #36622

Type: SALE    (COPY)

```
Qty Name                Price    Total

1 DIESEL                3.94    268.35
    Pump:      17
    Gallons:   68.127
    Price / Gal:  3.939
```

```
Subtotal                        268.35
Sales Tax                         0.00
Total                           268.35
```

```
Received
    MC Fleet                    268.35
```

************7986    SWIPED
Approved
Aut. No.: 002503
    REF
VehicleID      3140

Adjustments to price
DIESEL
    CashPrice                     3.41

ILVRW                             0.00

Points Balance: 346
Points Earned: 68
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 932
Points Exp 12/31/2011: 0

Reg:1 Clerk:vanessa
Thank You for Shopping With Loves

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/07/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | | 680169 | 478.88 |
| 07/07/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 680030 | 330.66 |
| 07/07/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 680001 | 882.95 |
| 07/07/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 679995 | 582.50 |
| 07/07/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 679990 | 965.31 |
| 07/07/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 679985 | 690.76 |
| 07/07/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 679982 | 594.04 |
| 07/07/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 679977 | 763.20 |

共計行數：8

Report Totals: 5,288.30

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/07/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 680156 | 1,010.44 |
| 07/07/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 680070 | 1,676.30 |
| 07/07/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 680063 | 664.20 |
| 07/07/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 680056 | 588.12 |
| 07/07/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 680022 | 2,192.92 |
| 07/07/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 680003 | 760.50 |
| 07/07/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 679983 | 962.30 |
| 07/07/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 679981 | 478.30 |

共計行數：8

Report Totals: 8,333.08



**Love's**
**Travel Stops &**
**Country Stores**

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

07/07/2011 Tkt #331766

Type: SALE      (COPY)
--------------------------------
Qty Name          Price    Total
--------------------------------
1 DIESEL          3.99    345.47
   Pump:           18
   Gallons:        86.606
   Price / Gal:    3.989
--------------------------------
Subtotal                  345.47
Sales Tax                   0.00
Total                     345.47
--------------------------------
Received
   MC Fleet               345.47

   ***********7994   SWIPED
   Approved
   Aut. No.: 007128
   REF
   TruckingCompanyNameWIG KEUNG        "
   HubOdometer                         "

--------------------------------
   ILVRN              0.00
   7777XXXXXXX36
   Points Balance: 433
   Points Earned: 87
   Drink Refills: 2
   Shower Credits: 2
   Loyalty Status: Active
   Platinum Plus: Not Eligible
   Gals to Platinum: 845
   Points Exp 12/31/2011: 0

--------------------------------
--------------------------------
Reg:3 Clerk:Annissa
Thank You for Shopping With Loves

---

#32  paid cash  7/7/11
Sunoco 7123   #32

*** DUPLICATE RECEIPT ***

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/07/11 21:52:03

Diesel        Fuel Ticket #238823
Pump #10   88.797 G @  3.739  332.01

Subtotal                   332.01
Sales Tax                    0.00
**Total**              **$332.01**
Credit Card(USD$)          $332.01

**Change**              **$0.00**

XXXXXXXXXXXXX2028
VIS
Trans# 157279   Approval# 05524B
Card Total: $332.01

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X----------------------------------
         Customer Signature

**Change**    **$**    **0.00**

Trans ID# 386655
e134s293t3

**Thank you for**
**Shopping Sunoco**

*********************************
THANK YOU FOR SHOPPING AT JETRO
*********************************

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/09/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 680969 | 1,567.65 |
| 07/09/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 680968 | 373.07 |
| 07/09/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 680923 | 483.00 |
| 07/09/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 680915 | 530.15 |
| 07/09/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 680890 | 991.35 |
| 07/09/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 680836 | 851.51 |
| 07/09/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 680830 | 784.34 |
| 07/09/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 680816 | 1,078.22 |
| 07/09/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 680791 | 502.55 |
| 07/09/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 680771 | 273.23 |
| 07/09/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 680750 | 566.95 |
| 07/09/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 680746 | 1,048.91 |

共計行數：12

Report Totals: 9,050.93

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/09/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 4 | 680866 | 351.60 |
| 07/09/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 680855 | 847.60 |
| 07/09/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 680829 | 445.71 |
| 07/09/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 680781 | 458.88 |
| 07/09/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 680767 | 678.50 |
| 07/09/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 680745 | 1,044.50 |
| 07/09/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 680740 | 1,645.80 |
| 07/09/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 680738 | 944.45 |
| 07/09/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 680736 | 1,162.25 |

共計行數 : 9

Report Totals: 7,579.29

Cash                                                          7/9/11

S _G OIL
ROUTE 46 EAST _MAPLE AV
RIDGEFIELD  NJ 07657

DATE: 07/09/11                    TIME: 21:36
MERCHANT ID:              JA34820033002

CREDIT CARD
MASTERCARD FLEET CARD SALE

CARD#                    *************7622
EXPIRATION DATE                    **/**
SEQ:                              053094
ODOMETER READING:                   3140
APPROVAL CODE:                    009655
ENTRY METHOD:                    SWIPED

PRODUCT          QTY   PRICE    AMOUNT
DIESEL        85.584G  3.739    320.00
                              -------------------

# TOTAL AMOUNT:        $320.00

APPROVED  009655

THANKS FOR YOUR BUSINESS

CUSTOMER COPY



Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/09/11 21:37:06

Diesel          Fuel Ticket #240589
Pump #10     67.724 G @ 3.739  253.22

Subtotal                    253.22
Sales Tax                     0.00
Total                     $253.22
Credit Card(USD$)           $253.22

Change                    $0.00

XXXXXXXXXXXX7986
MCF
Odometer:58890
Trans# 158430   Approval# 009927
Card Total: $253.22


*** Customer signature on file ***


Change        $     0.00

Trans ID# 389639
e174s295t3

Thank you for
Shopping Sunoco

---



# Love's
## Travel Stops &
## Country Stores

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

07/09/2011 Tkt #333844

-------------------------------
Type: SALE    (COPY)
-------------------------------
Qty Name            Price    Total
-------------------------------
  1 DIESEL          4.06    242.57
      Pump:           18
      Gallons:    59.762
      Price / Gal:  4.059

-------------------------------
Subtotal                   242.57
Sales Tax                    0.00
Total                      242.57
-------------------------------
Received
    MC Fleet               242.57

  ***********7994    SWIPED
    Approved
    Aut. No.: 009545
    REF
TruckingCompanyNameWING KEUNG ENTERPRIS"
HubOdometer                        "


-------------------------------
  ILVRW                      0.00
7777XXXXXXXX36
Points Balance: 60
Points Earned: 60
Drink Refills: 3
Shower Credits: 3
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 785
Points Exp 12/31/2011: 0

-------------------------------
-------------------------------
Reg:3 Clerk:Melissa
Thank You for Shopping With Loves

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/11/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 31 | 4 | 681523 | 1,399.17 |
| 07/11/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 681514 | 547.43 |
| 07/11/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 681507 | 2,044.40 |
| 07/11/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 2 | 681408 | 480.20 |
| 07/11/11 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | 5 | 681401 | 731.82 |
| 07/11/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | | 681395 | 433.54 |
| 07/11/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 681377 | 440.93 |
| 07/11/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 681363 | 410.60 |
| 07/11/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 6 | 681334 | 964.55 |
| 07/11/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 681326 | 854.89 |
| 07/11/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 681322 | 531.85 |
| 07/11/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 681321 | 626.30 |
| 07/11/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 681315 | 1,064.67 |
| 07/11/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 681304 | 472.15 |

共計行數：14

Report Totals: 11,002.50

7/11/11

#31 卡 大何

BAINBRIDGE XTRAMART
EAST RIVER RD
BAINBRIDGE, NY 13733
TQ36424364-001 SUNOCO 0268306800
RT 206 & RVR RD
BAINBRIDGE   NY 13733

| Descr. | qty | amount |
| ------- | --- | ------ |
| <CUSTOMER COPY> | | |
| DIES CA #10 | 81.241G | 341.13 |
| | @ 4.199/ G | |

Sub Total    341.13
Tax      0.00
TOTAL   341.13
CREDIT $   341.13

CARD TYPE: NC FLEET
CARD NAME: VEHICLE 5
ACCT NUMBER: XXXX XXXX XXXX 7994
TRANS TYPE:  SALE
ODOMETER: 53990
APPROVAL: 011612      INVOICE: 076530
AMOUNT:        $  341.13

APPROVED  011612
**********************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENTALS $1 ON MOST T
RENT ONE TONIGHT!
REG# 0003 CSH# 011 DR# 01 TRAN# 38826
07/11/11  21:15:12        ST# 1608

2个司机 2天线



# RAMADA°

### W O R L D W I D E



#31 现金
大何
Wing Keung
Paid
JUL 12 2011
C3
Enterprises, Inc

Hd Yuhng
908 49 th st
Brooklyn NY 11219
US
Tax ID

| Date : | 07-12-11 |
| Time | 09:57 AM |
| Room | 328 |
| Conf No | 236223 |
| Recpt No | 23574 |

---

### PAYMENT RECEIPT

| Date | Description | Amount |
| --- | --- | --- |
| 07-12-11 | Cash | 117.97USD |

Guest Signature                                    Cashier        10

Ramada Clarks Summit
820 Northern Boulevard
Clarks Summit, PA 18411
Tel: (570) 586-2730  Fax: (570) 587-0740
www.ramadacls.com

*Page 1 of 1*

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/14/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | | 682628 | 293.36 |
| 07/14/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 682454 | 365.72 |
| 07/14/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 682424 | 314.40 |
| 07/14/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 682416 | 501.45 |
| 07/14/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 682412 | 883.65 |
| 07/14/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 682408 | 1,210.35 |
| 07/14/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 682404 | 594.18 |
| 07/14/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 682403 | 532.43 |

共計行數：8

Report Totals: 4,695.54

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/14/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 682553 | 704.54 |
| 07/14/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 682498 | 1,412.48 |
| 07/14/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 682490 | 843.80 |
| 07/14/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 682458 | 2,050.85 |
| 07/14/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 682440 | 508.05 |
| 07/14/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 682415 | 949.15 |
| 07/14/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 682409 | 362.45 |
| 07/14/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 682406 | 627.50 |

共計行數 : 8                                    Report Totals:     7,458.82

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/14/11 23:56:03

Diesel          Fuel Ticket #6
Pump #14    69.974 G @  3.819  267.23

Subtotal                    267.23
Sales Tax                      0.00
**Total**              **$267.23**
Credit Card(USD$)           $267.23

**Change**            **$0.00**

XXXXXXXXXXXX7994
MCF
Odometer:58890
Trans# 000006    Approval# 014192
Card Total:  $267.23

   *** Customer signature on file ***

**Change**       **$    0.00**

Trans ID# 14
e122s1t3

        Thank you for
      Shopping Sunoco



STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

07/14/2011 Tkt #182198
--------------------------------------
Type: SALE   (COPY)
--------------------------------------
Qty Name              Price    Total
--------------------------------------
 1 DIESEL             4.02    303.94
    Pump:      17
    Gallons:   75.627
    Price / Gal:  4.019
--------------------------------------
Subtotal                     303.94
Sales Tax                      0.00
Total                        303.94
--------------------------------------
Received
   MC Fleet                  303.94

***********7986    SWIPED
   Approved
Aut. No.: 014012
   REF
VehicleID     3140

Adjustments to price
DIESEL
   CashPrice                   3.78

--------------------------------------
  ILVRW                        0.00
7777XXXXXXXX36
Points Balance: 136
Points Earned: 76
Drink Refills: 3
Shower Credits: 3
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 709
Points Exp 12/31/2011: 0

--------------------------------------
--------------------------------------
Reg:4 Clerk:Ashley
Thank You for Shopping With Loves



#32 wr

# FLYING J

STORE 710
1623 Oliver Road
New Milford, PA 18834
(570) 465-2974
07/14/2011

SALE
Transaction #:    6128146 ****PREPAY****

| Qty Name | Price | Total |
|----------|-------|-------|
| 1 Truck Diesel |  | 350.00 |
| Pump: | 19 |  |

| | | |
|---|---|---|
| Subtotal | | 350.00 |
| Sales Tax | | 0.00 |
| Total | | 350.00 |

Received
  MC Fleet
  XXXXXXXXXXXX7622    SWIPED    350.00
  Approved
  Auth #:   014335

Odometer          3140
CompanyName       WING KEUNG ENT

Pos:6 Clerk:150
ORIGINAL RECEIPT

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/16/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 4 | 683267 | 565.10 |
| 07/16/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | | 683265 | 269.52 |
| 07/16/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 683222 | 550.25 |
| 07/16/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 683218 | 935.35 |
| 07/16/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 683136 | 964.25 |
| 07/16/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 683128 | 795.32 |
| 07/16/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 683121 | 1,442.55 |
| 07/16/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 683120 | 1,235.37 |
| 07/16/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 683118 | 885.00 |
| 07/16/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | | 683110 | 745.46 |

共計行數 : 10

Report Totals: 8,388.17

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/16/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 683333 | 1,387.60 |
| 07/16/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 683283 | 391.73 |
| 07/16/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 683268 | 648.95 |
| 07/16/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 683266 | 581.75 |
| 07/16/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 683241 | 541.80 |
| 07/16/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 683226 | 1,427.30 |
| 07/16/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 683207 | 412.00 |
| 07/16/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 683189 | 697.80 |
| 07/16/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 683175 | 911.49 |
| 07/16/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 683149 | 815.34 |
| 07/16/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 683141 | 306.23 |
| 07/16/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 683119 | 664.70 |

共計行數 : 12

Report Totals: 8,786.69

#32

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/16/11 21:39:41

Diesel          Fuel Ticket #1659
Pump #10   88.771 G @ 3.819  339.02

Subtotal                     339.02
Sales Tax                      0.00
**Total**                **$339.02**
Credit Card(USD$)            $339.02

**Change**                **$0.00**

XXXXXXXXXXXX2028
VIS
Trans# 001070   Approval# 04505B
Card Total: $339.02


*** Customer signature on file ***


**Change**        $    0.00

Trans ID# 2808
e174s2t3

**Thank you for
Shopping Sunoco**

---

7/16/11



**Love's**
**Travel Stops &
Country Stores**

#31

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

07/16/2011 Tkt #2212028
------------------------------------
Type: SALE   (COPY)
------------------------------------
Qty Name            Price    Total
------------------------------------
1 DIESEL            4.06    350.76
   Pump:       18
   Gallons:   86.416
   Price / Gal: 4.059

------------------------------------
Subtotal                    350.76
Sales Tax                     0.00
Total                       350.76
------------------------------------
Received
  MC Fleet                  350.76

***********7986   SWIPED
  Approved
Aut. No.: 016514
  REF
VehicleID      3140            "

Adjustments to price
DIESEL
  CashPrice                  4.32

------------------------------------
  ILVRH          \    0.00

Points Balance: 222
Points Earned: 86
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 623
Points Exp 12/31/2011: 0

------------------------------------
------------------------------------
Reg:2 Clerk:Brittany
Thank You for Shopping With Loves

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/18/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | | 683895 | 189.75 |
| 07/18/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 683864 | 1,645.60 |
| 07/18/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 683854 | 385.56 |
| 07/18/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 31 | 4 | 683805 | 757.80 |
| 07/18/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 683759 | 439.65 |
| 07/18/11 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | 5 | 683749 | 1,092.94 |
| 07/18/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 2 | 683740 | 512.83 |
| 07/18/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 683707 | 525.99 |
| 07/18/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 683699 | 531.44 |
| 07/18/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 683673 | 632.00 |
| 07/18/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 683671 | 744.80 |
| 07/18/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | 1 | 683669 | 440.21 |
| 07/18/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 683668 | 853.94 |
| 07/18/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 6 | 683661 | 740.45 |
| 07/18/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 683656 | 522.70 |

共計行數 : 15

Report Totals: 10,015.66



**HOWARD JOHNSON BINGHAMTON**

1156 UPPER FRONT STREET
BINGHAMTON, NY 13905-1119 US
Phone: (607)722-5353
Fax: (607)722-1823
Email: howardjohnsonbinghamton@yahoo.com
Printed: 7/19/2011 9:00:20 AM

# Folio (Detailed)

| Name: | WU, ZHIQIANG | | | Confirmation Number: | 51616297 |
|---|---|---|---|---|---|
| | | | | Account Number: | 437-410720 |

| Room: | 102 | Room Type: | NQQ1, 2 QUEENS NSMK | Nights: | 1 | Guests: 1/0 |
|---|---|---|---|---|---|---|
| Rate Plan: | RACK | Daily Rate: | $109.95 + $14.30 Tax | GTD: | VI - VISA | |
| Arrival: | 7/18/2011 (Mon) | Departure: | 7/19/2011 (Tue) | | XXXX XXXX XXXX 2028 | |

Room Rate:

7/18/2011 (Mon) - 7/18/2011 (Mon)  $109.95 + $14.30 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/18/2011 | RM | ROOM CHARGE | $109.95 | $109.95 |
| 7/18/2011 | TAX 1 | STATE TAX | $8.80 | $118.75 |
| 7/18/2011 | TAX 2 | OCCUPANCY TAX | $5.50 | $124.25 |
| 7/19/2011 | VI | VISA | ($124.25) | $0.00 |
| | | XXXX XXXX XXXX 2028 | | |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $109.95 | $14.30 | $0.00 | $0.00 | ($124.25) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

*#31*

steam valley t/s
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
07/18/11 15:16

ACCT/CARD #:   MasterXXXX X7622
AUTH. #:       018682
INVOICE #:     OSG0148

CREDIT TOTAL   $268.88

CASHIER: 05

ITEM            QTY    PRICE  AMOUNT
Diesel 2            Fuel Ticket #174396
Pump #8     32.561 G @ 3.989  129.89
Diesel 2            Fuel Ticket #174395
Pump #10    34.843 G @ 3.989  138.99

Items:  2       Subtotal    268.88
                Sales Tax     0.00
                Total       268.88

SHIFT 000575

Thank You !
Stop Back Soon
Have a Great Day !

---

*7/18/11*

Sunoco 7123

*13 1*

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/19/11 15:35:20

Diesel          Fuel Ticket #3841
Pump #9    73.075 G @ 3.819  279.07

Subtotal                   279.07
Sales Tax                    0.00
Total                    $279.07
Credit Card(USD$)         $279.07

Change                     $0.00

XXXXXXXXXXXX7622
MCF
Odometer:3140
Trans# 002503    Approval# 019263
Card Total:  $279.07

*** Customer signature on file ***

Change         $      0.00

Trans ID# 6404
e134s5t3

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/21/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 684914 | 1,921.87 |
| 07/21/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 684903 | 1,232.55 |
| 07/21/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 684881 | 861.50 |
| 07/21/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 684880 | 1,204.30 |
| 07/21/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 684870 | 707.15 |
| 07/21/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 684863 | 1,783.09 |
| 07/21/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 684754 | 534.00 |

共計行數 : 7

Report Totals: 8,244.46

# AR invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/21/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 684778 | 634.76 |
| 07/21/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 684772 | 549.64 |
| 07/21/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 684768 | 459.23 |
| 07/21/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 684766 | 691.25 |
| 07/21/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 684757 | 879.30 |
| 07/21/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 684756 | 736.60 |

共計行數 : 6

Report Totals: 3,950.78

S G OIL
ROUTE 46 EAST MAPLE AV
RIDGEFIELD NJ 07657

DATE: 07/21/11                    TIME: 22:27
MERCHANT ID:              JA34820033002

CREDIT CARD
MASTERCARD FLEET CARD SALE

CARD#                        ************7622
EXPIRATION DATE                      **/**
SEQ:                               090009
ODOMETER READING:                    3140
APPROVAL CODE:                     021354
ENTRY METHOD:                      SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL         78.293G  3.819    299.00
                                 ---------
## TOTAL AMOUNT:          $299.00

APPROVED  021354

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

# Love's
## Travel Stops &
## Country Stores

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

07/21/2011 Tkt #2215526
-----------------------------------------
Type: SALE     (COPY)
-----------------------------------------
Qty Name              Price    Total
-----------------------------------------
 1 DIESEL              4.09    348.62
    Pump:     20
    Gallons:  85.259
    Price / Gal: 4.089
-----------------------------------------
Subtotal                      348.62
Sales Tax                       0.00
Total                         348.62
-----------------------------------------
Received
  MC Fleet                    348.62

***********7986    SWIPED
  Approved
Aut. No.: 021891
  REF
VehicleID     3140                  "

Adjustments to price
DIESEL
  CashPrice                     4.26

-----------------------------------------
ILVRW                           0.00
7777XXXXXXX36
Points Balance: 307
Points Earned: 85
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 538
Points Exp 12/31/2011: 0

-----------------------------------------
Reg:2 Clerk:Sheala
Thank You for Shopping With Loves

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/23/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 685559 | 863.75 |
| 07/23/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 685526 | 857.75 |
| 07/23/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 685494 | 834.45 |
| 07/23/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 685493 | 694.25 |
| 07/23/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 685488 | 1,128.65 |
| 07/23/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 685474 | 1,021.60 |
| 07/23/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | | 685471 | 364.19 |

共計行數 : 7

Report Totals: 5,764.64

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/23/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 685661 | 417.92 |
| 07/23/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 685652 | 651.60 |
| 07/23/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 685626 | 571.35 |
| 07/23/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 685616 | 1,131.35 |
| 07/23/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 685611 | 930.67 |
| 07/23/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 685600 | 408.50 |
| 07/23/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 685592 | 737.45 |
| 07/23/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 685589 | 326.38 |
| 07/23/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 685563 | 568.27 |
| 07/23/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 685555 | 544.35 |
| 07/23/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 685545 | 621.52 |
| 07/23/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 685506 | 404.25 |

共計行數 : 12

Report Totals: 7,313.61

Sunoco 7123

#32

7/23/11

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/23/11 20:39:44

```
Diesel          Fuel Ticket #7574
Pump #13   17.223 G @  3.839   66.12
Diesel          Fuel Ticket #7571
Pump #13   70.986 G @  3.839  272.52

Subtotal                      338.64
Sales Tax                       0.00
Total                       $338.64
Credit Card(USD$)
                            $338.64
Change                       $0.00

XXXXXXXXXXXX7622
MCF
Odometer:3140
Trans# 005042   Approval# 023610
Card Total:  $338.64
```

*** Customer signature on file ***

Change          $     0.00

Trans ID# 12688
e122s9t3

Thank you for
Shopping Sunoco

## DANDY MINI MART #19
### 78 WHITEWAGON ROAD
### SAYRE PA 18840
### 570 888 4320

```
TQ42422819-001 SUNOCO 0387969900
RR2
SAYRE        PA 18


   Descr.           qty      amount
   -------          ---      -------

<CUSTOMER COPY>
  DIESL CR #11    70.421G    299.22
     SELF @ 4.249/ G
                            ----------
               Subtotal      299.22
                    Tax        0.00
        TOTAL              299.22
               CREDIT  $     299.22


CARD TYPE: MC FLEET
CARD NAME: VEHICLE 5
ACCT NUMBER: XXXXXXXXXXXX7994
TRANS TYPE: SALE
ODOMETER: 58890
APPROVAL: 023476
INVOICE: 671480
AMOUNT: 299.22


APPROVED  023476
*****************************************
```

### THANK YOU
for shopping at Dandy Mini Mart # 19
### Have a DANDY Day !
```
ST# 19   TILL XXXX DR# 1 TRAN# 1031438
CSH: 7              07/23/11 14:02:01
```

7/23/11

Sunoco 7123

```
SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/23/11 21:24:50

Diesel           Fuel Ticket #7618
Pump #10   52.177 G @ 3.839 200.31

Subtotal                    200.31
Sales Tax                     0.00
Total            $200.31
Credit Card(USD$)          $200.31

Change                     $0.00

XXXXXXXXXXXX7986
MCF
Odometer:58890
Trans# 005077   Approval# 023973
Card Total:  $200.31
```

*** Customer signature on file ***

```
Change        $    0.00

Trans ID# 12760
e122s9t3
```

### Thank you for
### Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/25/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 2 | 686250 | 448.70 |
| 07/25/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 31 | 4 | 686227 | 839.29 |
| 07/25/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | | 686220 | 671.88 |
| 07/25/11 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | 5 | 686102 | 1,016.49 |
| 07/25/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 686099 | 1,132.50 |
| 07/25/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 686084 | 406.70 |
| 07/25/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 6 | 686065 | 899.27 |
| 07/25/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 686060 | 649.07 |
| 07/25/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 686050 | 799.25 |
| 07/25/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 686047 | 764.75 |
| 07/25/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 686046 | 701.50 |
| 07/25/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 686045 | 1,012.28 |

共計行數 : 12

Report Totals: 9,341.68

7/25/11

TP36540120-001  ENDWELL MANLEY 11
3225 E MAIN ST
ENDWELL    NY 13760

#3 / K

| Descr. | qty | amount |
| ------- | --- | ------ |

&lt;CUSTOMER COPY&gt;
DIES CA #07        76.076G      327.05
                 @ 4.299/ G
                              ----------
              Sub Total        327.05
                   Tax           0.00
      TOTAL     327.05
           CREDIT  $    327.05
CARD TYPE: MC FLEET
CARD NAME: VEHICLE 1
ACCT NUMBER: XXXX XXXX XXXX 7622
TRANS TYPE:  SALE
ODOMETER: 3140
APPROVAL: 025848      INVOICE: 062511
AMOUNT:            $  327.05


APPROVED  025848
*************************************

MANLEYS*GIVES
*******YOU*MORE*****
 REG# 0002 CSH# 007 DR# 01  TRAN# 21856
  07/25/11  21:39:40         ST#   11



**HOWARD JOHNSON BINGHAMTON**
1156 UPPER FRONT STREET
BINGHAMTON, NY 13905-1119 US
Phone: (607)722-5353
Fax: (607)722-1823
Email: howardjohnsonbinghamton@yahoo.com
Printed: 7/26/2011 8:55:12 AM

# Folio (Detailed)

| Name: | WU, ZHIQIANG | | Confirmation Number: | 51760517 |
| | | | Account Number: | 453-393312 |

| Room: | 233 | Room Type: | NQQ1, 2 QUEENS NSMK | Nights: | 1 | Guests: 2/0 |
| Rate Plan: | RACK | Daily Rate: | $109.95 + $14.30 Tax | GTD: | MC - MASTER CARD | |
| Arrival: | 7/25/2011 (Mon) | Departure: | 7/26/2011 (Tue) | | XXXX XXXX XXXX 5495 | |

### Room Rate:

7/25/2011 (Mon) - 7/25/2011 (Mon)        $109.95 + $14.30 Tax per night.

| Date | Code | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 7/25/2011 | RM | ROOM CHARGE | $109.95 | $109.95 |
| 7/25/2011 | TAX 1 | STATE TAX | $8.80 | $118.75 |
| 7/25/2011 | TAX 2 | OCCUPANCY TAX | $5.50 | $124.25 |
| 7/26/2011 | MC | MASTER CARD | ($124.25) | $0.00 |
| | | XXXX XXXX XXXX 5495 | | |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|------|-----|-----|-------|-----|------|-----|
| $109.95 | $14.30 | $0.00 | $0.00 | ($124.25) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/28/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 687331 | 718.37 |
| 07/28/11 | B617 | 金筷子(17w.EXIT | 520 HOOPER RD | ENDWELL | 32 | 9 | 687236 | 3,354.74 |
| 07/28/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 687175 | 1,343.34 |
| 07/28/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 687171 | 2,157.80 |
| 07/28/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | | 687170 | 461.25 |
| 07/28/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 687167 | 1,304.08 |
| 07/28/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 687150 | 1,170.45 |
| 07/28/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 687138 | 739.25 |
| | | 共計行數：8 | | | | | Report Totals: | 11,249.28 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/28/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 687228 | 792.64 |
| 07/28/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 687194 | 993.34 |
| 07/28/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 687189 | 901.97 |
| 07/28/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 687162 | 1,169.90 |
| 07/28/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 687158 | 688.50 |
| 07/28/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 687143 | 623.25 |
| 07/28/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 687137 | 893.09 |
| | | 共計行數：7 | | | | | Report Totals: | 6,062.69 |

# WELCOME TO
# CONVENIENT FOOD MART
### SIMPSON

TQ42651347-001 SUNOCO 0496592700
931 MAIN STREET
SIMPSON     PA 18

| Descr. | qty | amount |
| ------ | --- | ------ |

&lt;CUSTOMER COPY&gt;
DIESL CA #05     81.726G      331.73
SELF @ 4.059/ G
                              ----------
               Subtotal        331.73
               Tax               0.00
        **TOTAL        331.73**
               CREDIT $      331.73

CARD TYPE: MC FLEET
CARD NAME: VEHICLE 6
ACCT NUMBER: XXXXXXXXXXXX7986
TRANS TYPE: SALE
ODOMETER: 89905
APPROVAL: 028577
INVOICE: 226683
AMOUNT: 331.73

APPROVED  028577
*****************************************

## THANKS,COME AGAIN
THANK YOU!
AND
HAVE A GOOD DAY.
ST# 3034  TILL XXXX DR# 1 TRAN# 1020213
CSH: 3              07/28/11 12:10:51

---

7/28/11   #31

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

07/29/11 00:14:39

Diesel        Fuel Ticket #11840
Pump #14   79.093 G @  3.839  303.64

Subtotal                     303.64
Sales Tax                      0.00
**Total            $303.64**
Credit Card(USD$)            $303.64

**Change**            $0.00

XXXXXXXXXXXXX7994
MCF
Odometer:58890
Trans# 008005   Approval# 028127
Card Total:  $303.64

*** Customer signature on file ***

Change        $     0.00

Trans ID# 19931
e122s14t3

Thank you for
Shopping Sunoco

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001   #32

07/28/11 21:45:07

Diesel        Fuel Ticket #11776
Pump #9    79.968 G @  3.839  307.00

Subtotal                     307.00
Sales Tax                      0.00
**Total            $307.00**
Credit Card(USD$)            $307.00

**Change**            $0.00

XXXXXXXXXXXXX7622
MCF
Odometer:3540
Trans# 007951   Approval# 028670
Card Total:  $307.00

*** Customer signature on file ***

Change        $     0.00

Trans ID# 19780

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/30/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | | 688079 | 509.35 |
| 07/30/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 688043 | 504.73 |
| 07/30/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 688017 | 1,516.10 |
| 07/30/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 688009 | 870.45 |
| 07/30/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 687974 | 646.60 |
| 07/30/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 687941 | 1,535.48 |
| 07/30/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 687916 | 593.00 |
| 07/30/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 687915 | 926.88 |
| 07/30/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 687912 | 437.94 |
| 07/30/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 687894 | 1,168.94 |
| 07/30/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 687888 | 879.15 |
| 07/30/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 687881 | 550.95 |

共計行數：12

Report Totals: 10,139.57

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 07/30/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 687963 | 430.00 |
| 07/30/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 687913 | 1,413.25 |
| 07/30/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 687897 | 925.15 |
| 07/30/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 687884 | 810.71 |
| 07/30/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 687879 | 854.05 |
| 07/30/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 687875 | 1,046.00 |
| 07/30/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 687873 | 671.27 |
| 07/30/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 9 | 687236 | 0.00 |

共計行數 : 8

Report Totals: 6,150.43



大伤 #31    7/30/11

# Love's
## Travel Stops

Cash

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

07/30/2011 Tkt #357215
----------------------------------------
Type: SALE    (ORIGINAL)
----------------------------------------
Qty Name              Price    Total
----------------------------------------
 1 DIESEL                      301.12
    Pump:           17
    Gallons:    72.927
    Price / Gal:  4.129

----------------------------------------
Subtotal                      301.12
Sales Tax                       0.00
Total                         301.12
----------------------------------------
Received
  ILVRW                         0.00
  Cash                        305.00
  Change Cash                  -3.88
  PrepayAmount       300
  TruckingCompanyNamewk
  VehicleID           31
  DLState
  Odometer
  HubOdometer
  TripNumber
  TrailerID
  UnitLicenseNumber
  UnitLicenseState

Adjustments
DIESEL
  CashPrice                    3.65

----------------------------------------

Loyalty Number: *****8536
Points Balance: 453
Points Earned: 146
Drink Refills: 1
Shower Credits: 1
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 465
Points Exp 12/31/2011: 0

----------------------------------------
----------------------------------------

Reg:3 Clerk:Annissa

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/01/11 | P521 | 金 | 22 W MAIN ST | CANTON | 30 | | 688640 | 3,882.48 |
| 08/01/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | | 688514 | 236.50 |
| 08/01/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 30 | 4 | 688492 | 639.75 |
| 08/01/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 30 | | 688475 | 210.80 |
| 08/01/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 2 | 688427 | 492.45 |
| 08/01/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 1 | 688411 | 1,656.35 |
| 08/01/11 | P511 | J C | 124 W FRONT ST | BERWICK | 30 | 5 | 688410 | 989.62 |

共計行數 : 7

Report Totals: 8,107.95

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/04/11 | B617 | 金 筷 子(17w.EXIT | 520 HOOPER RD | ENDWELL | 31 | 9 | 687236 | 0.00 |
| 08/01/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 688516 | 669.69 |
| 08/01/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 688456 | 291.17 |
| 08/01/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 688421 | 673.71 |
| 08/01/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 688406 | 465.00 |
| 08/01/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 688400 | 940.01 |
| 08/01/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 688395 | 792.03 |
| 08/01/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 688393 | 835.15 |

共計行數 : 8

Report Totals: 4,666.76

Sunoco 7123    #31 大何

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

08/01/11 22:13:37

Diesel          Fuel Ticket #15358
Pump #10    49.154 G @ 3.839  188.70

Subtotal                    188.70
Sales Tax                     0.00
Total            $188.70
Credit Card(USD$)            $188.70

Change                 $0.00

XXXXXXXXXXXXX7986
MCF
Odometer:58890
Trans# 010327   Approval# 001141
Card Total:  $188.70


*** Customer signature on file ***


Change          $     0.00

Trans ID# 25753
e134s18t3

        Thank you for
      Shopping Sunoco


---

DANDY MINI MART #19
78 WHITEWAGON ROAD
SAYRE PA 18840
570 388 4320

TQ42422819-001 SUNOCO 0387969900
RR2
SAYRE      PA 18        #31 大何

Descr.                qty      amount
-------               ---      ------

<CUSTOMER COPY>
DIESL CR #09      76.725G      326.00
    SELF @ 4.249/ G
                             ----------
              Subtotal        326.00
              Tax               0.00
TOTAL         326.00
              CREDIT $        326.00


CARD TYPE: MC FLEET
CARD NAME: VEHICLE 5
ACCT NUMBER: XXXXXXXXXXXXX7994
TRANS TYPE: SALE
ODOMETER: 58890
APPROVAL: 001344
INVOICE: 680856
AMOUNT: 326.00


APPROVED  001344
***********************************

THANK YOU
for shopping at Dandy Mini Mart # 19
Have a DANDY Day !
ST# 19    TILL XXXX DR# 1 TRAN# 1020710
CSH: 8            08/01/11 15:10:42

#30

```
             #30

        WELCOME TO
        OUR STORE
  062-0357-001  SAPCO FUEL
  901 NORTHERN BLVD
  CLARKS SUMMIT PA 18411

  Descr.        Qty        Amount
  ------        ---        ------
   CUSTOMER COPY
  DIESEL ON HGW     35.227G     148.05
                 @ 4.089/G

              Sub Total    148.05
                   Tax       0.00
        TOTAL        148.05
              CREDIT $    148.05

  CARD TYPE: VISA
  CARD NAME: MASTERCARD
  ACCT NUMBER: XXXX XXXX XXXX 2028
  TRANS TYPE: SALE
  APPROVAL: 046280     INVOICE: 002840
  AMOUNT:       $ 148.05


  APPROVAL 046280
  *****************************

   THANKS, COME AGAIN
  FED# 0001 CSH# 001 DRW 01  TRAN# 13845
  08/01/11  20:53:57          STR A8121
```

```
                               2
                               2      84
          THANK YOU
        FOR SHOPPING
     TA TRAVELCENTER #006
          COLUMBIA
       NJ 07832-0305

  010 Dan M.        Store:  0006
  Register # 11.      Receipt #:36306
      CUSTOMER COPY
     Mon Aug 01 2011 11:23:10

  Pump # 01   FUEL
    47.972 Gallons @ $4.169 PPU
  DIESEL FUEL            $200.00
  000000001038
  Sale Total            $200.00
  Tax Total               $0.00
  Total                 $200.00
  MASTER CARD           $200.00

  TOTAL AMOUNT  =  $200.00
    MASTER CARD
    ACCOUNT#:  XXXXXXXXXXXX7622

  AUTHORIZATION # 001572
  REF # 001572                    #30

  *Host Data*
  MerchID: JZ34585991002
  Seq Num: 53748

  DATE: 08-01-11   TIME: 11:23:14
  CREDIT CARD INVOICE

       PLEASE COME AGAIN

        Thank you
   Questions or Comments?
   Site Manager: 908-496-4124
   District Manager Cell: 570-470-6034
```

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/04/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 689526 | 498.00 |
| 08/04/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 689500 | 953.83 |
| 08/04/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 689491 | 518.62 |
| 08/04/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 689487 | 806.00 |
| 08/04/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 689474 | 741.59 |
| 08/04/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 689472 | 867.25 |
| 08/04/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 689470 | 1,126.66 |
| | | 共計行數 : 7 | | | | | Report Totals: | 5,511.95 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/04/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 689590 | 1,044.32 |
| 08/04/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 689518 | 1,984.54 |
| 08/04/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 689496 | 454.32 |
| 08/04/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 689495 | 1,279.70 |
| 08/04/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 689488 | 1,355.10 |
| 08/04/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 689483 | 1,675.72 |
| 08/04/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 689473 | 731.50 |
| 08/04/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 689468 | 874.85 |
| 08/04/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | | 689464 | 540.45 |

共計行數：9

Report Totals: 9,940.50

8/4/11



## Love's
### Travel Stops

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

08/04/2011 Tkt #190120
-------------------------------------
Type: SALE    (ORIGINAL)
-------------------------------------
Qty Name                Price   Total
-------------------------------------
  1 DIESEL                      358.00
     Pump:          23
     Gallons:       87:551
     Price / Gal:   4.089

-------------------------------------
Subtotal                        358.00
Sales Tax                         0.00
Total                           358.00
-------------------------------------
Received
  ILVRW                           0.00
  Cash                          400.00
  Change Cash                   -42.00
  PrepayAmount        400
  TruckingCompanyNameWK TRUCKING INC
  VehicleID           31
  DLState
  Odometer
  HubOdometer
  TripNumber
  TrailerID
  UnitLicenseNumber
  UnitLicenseState

Adjustments
DIESEL
  CashPrice                       4.38
-------------------------------------

Loyalty Number: *****8536
Points Balance: 629
Points Earned: 176
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 912
Points Exp 12/31/2011: 0

-------------------------------------
-------------------------------------

Reg:4 Clerk:Melissa

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/06/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 690423 | 569.80 |
| 08/06/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 690411 | 376.70 |
| 08/06/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 690376 | 785.70 |
| 08/06/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 690375 | 1,724.53 |
| 08/06/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 690342 | 565.00 |
| 08/06/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 690327 | 1,047.33 |
| 08/06/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 690326 | 1,224.75 |
| 08/06/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 690297 | 436.75 |
| 08/06/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 690265 | 381.34 |
| 08/06/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 690258 | 636.20 |
| 08/06/11 | P518 | 香港(570)(180 | 500 Pine St | Williamsport | 32 | 7 | 690256 | 755.12 |
| 08/06/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 690252 | 1,012.27 |
| 08/06/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 690247 | 530.49 |

共計行數：13

Report Totals: 10,045.98

P630. New Ling Ling 604 S main St. Syracuse 31.
P615 Ling Ling 481 Hamilton St Geneva 31
P603 华园 1318 Elmira St Sayre 31.
P501 Fortune Buffet 1645 Elmira St Sayre 31.
B620 迈朵 133 N. Main St Vestal 31
B600 福号 2901 E Main St. Endwell 31.
B619. 华号 49 North Main St Bainbridge 31.
P509 长龙 706 Lake Montrose Montrose 31.
P625 桃花 611 South state St.
Clark Summit 31

## DANDY MINI MART #19

78 WHITEWAGON ROAD
SAYRE PA 18840
570 888 4320

TQ4242319-001 SUNOCO 03879989900
HR2
SAYRE                           PA 16

<CUSTOMER COPY>
DIESEL CR #09
SELF @ 4.199/G

Descr.          qty      amount

Diesel                   77.5996

Subtotal                 325.84
Tax                        0.00
**TOTAL**         **$   325.84**
CREDIT  $    325.84

*******************************
**THANK YOU**
for shopping at Dandy Mini Mart # 19
**Have a DANDY Day !**
*******************************

CARD TYPE: MC FLEET
CARD NAME: VEHICLE 30
ACCT NUMBER: XXXXXXXXXXXX5256
TRANS TYPE: SALE
ODOMETER: 56980
APPROVAL: 301938
INVOICE: 686427
AMOUNT: 325.84

APPROVED 301938

STB  19
CSH  18      TILL XXXX DR# 1 TRAN# 1025595
             08/06/11 16:37:18

---

## Sunoco 7123

08/07/11 00:03:58

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

Diesel          Fuel Ticket #19786
Pump #10     55.603 G @ 3.839  213.46

Subtotal                      213.46
Sales Tax                       0.00
**Total**                   **$213.46**
Credit Card#(USD$)            $213.46

MCF
XXXXXXXXXXXX5074
Odometer:89900
Trans# 013413    Approval# 327596
Card Total: $213.46

Change                         $0.00

*** Customer signature on file ***

Thank you for
Shopping Sunoco

---

## Sunoco 7123

*** DUPLICATE RECEIPT ***

08/06/11 22:46:45

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

Diesel          Fuel Ticket #19745
Pump #9      83.095 G @ 3.839  319.00

Subtotal                      319.00
Sales Tax                       0.00
**Total**                   **$319.00**
Credit Card(USD$)             $319.00

MC
XXXXXXXXXXXX2637
Trans# 013386    Approval# 015602
Card Total: $319.00

Change                         $0.00

X_____
          Customer Signature

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

Trans ID# 33257
e197s2313

Change           $      0.00

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/08/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 4 | 690914 | 653.66 |
| 08/08/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 690828 | 1,758.05 |
| 08/08/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 690801 | 1,660.78 |
| 08/08/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | | 690786 | 367.50 |
| 08/08/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 5 | 690785 | 1,017.08 |
| 08/08/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | | 690780 | 537.60 |
| 08/08/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 2 | 690738 | 513.50 |

共計行數 : 7

Report Totals: 6,508.17

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/08/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 690885 | 545.76 |
| 08/08/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 690864 | 812.04 |
| 08/08/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 690764 | 819.25 |
| 08/08/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 690754 | 520.25 |
| 08/08/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 690753 | 611.27 |
| 08/08/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 690736 | 695.35 |
| 08/08/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 690733 | 1,023.12 |
| 08/08/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 690730 | 942.74 |
| 08/08/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 690729 | 521.00 |

共計行數：9

Report Totals: 6,490.78


Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H334650628001

#32

08/08/11 20:38:53

Diesel        Fuel Ticket #21307
Pump #9   69.232 G @ 3.799  263.01

Subtotal              263.01
Sales Tax               0.00
T o t a l           $263.01
Credit Card(USD$)    $263.01

Change                $0.00

XXXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 014451   Approval# 642316
Card Total: $263.01


*** Customer signature on file ***


Change       $      0.00

Trans ID# 35831
@134s25t3

      Thank you for
    Shopping Sunoco

---

#31


**Love's**
**Travel Stops**

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

08/08/2011 Tkt #191098
-----------------------------------
Type: SALE    (ORIGINAL)
-----------------------------------
Qty Name              Price   Total
-----------------------------------
 1 DIESEL              3.95   315.65

      Pump:        23
      Gallons:     79.931
      Price / Gal: 3.949
-----------------------------------
Subtotal                     315.65
Sales Tax                      0.00
Total                        315.65
-----------------------------------
Received
  Comdata                    315.65

***********5074      SWIPED
  Approved
Aut. No.: 639505
  REF
Adjustments to price
-----------------------------------
  ILVRW                        0.00
7777XXXXXXXXX36
Points Balance: 709
Points Earned: 80
Drink Refills: 2
Shower Credits: 2
Loyalty Status: Active
Platinum Plus: Not Eligible
Gals to Platinum: 832
Points Exp 12/31/2011: 0

-----------------------------------
-----------------------------------
Reg:4 Clerk:April
Thank You for Shopping With Loves

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/11/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 691900 | 1,265.40 |
| 08/11/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 691861 | 400.76 |
| 08/11/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 691849 | 558.47 |
| 08/11/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 691823 | 771.45 |
| 08/11/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 691810 | 1,010.50 |
| 08/11/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 691806 | 647.03 |
| 08/11/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 691803 | 775.14 |

共計行數：7

Report Totals: 5,428.75

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/11/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 691979 | 1,308.50 |
| 08/11/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 691870 | 1,528.22 |
| 08/11/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 691836 | 1,226.47 |
| 08/11/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 691817 | 931.63 |
| 08/11/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 691814 | 1,024.27 |
| 08/11/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 691813 | 1,225.76 |
| 08/11/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 691808 | 492.10 |
| 08/11/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 691804 | 891.60 |

共計行數：8

Report Totals: 8,628.55

8/11/11

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062B0001

08/11/11 20:41:31

Diesel          Fuel Ticket #23876
Pump #13    76.847 G @ 3.759

Subtotal                    288.87
Sales Tax                     0.00
**Total**               **$288.87**
Credit Card(USD$)         288.87

**Change**                  **$0.00**

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 016306   Approval# 425389
Card Total: $288.87

*** Customer signature on file ***

**Change**      **$      0.00**

Thank you for
Shopping Sunoco

---

Love's
Travel Stops

STORE 403
2 Industrial Park Drive
Binghamton, NY 13904
(607)651-9153

08/11/2011 Tkt #229012Q

Type:  SALE    (ORIGINAL)

Qty Name#                  Price    Total

1 DIESEL                           262.49
   Pump:                    19
   Gallons:             67.695
   Price / Gal:           3.689

Subtotal                          262.49
Sales Tax                           0.00
Total                             262.49
Received
   ILVRK                      0.00
   Cash                     300.00
   Change Cash              -37.51
   PrepayAmount             300
   TruckingCompanyName#MING WEUNG
   VehicleID                 31
   DLState
   Odometer
   HubOdometer
   TripNumber
   TrailerID
   UnitLicenseNumber
   UnitLicenseState

Adjustments
DIESEL
   CashPrice                         3.37

Loyalty Number: *****5536
Points Balance:

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062B0001

08/11/11 23:59:50

Diesel          Fuel Ticket #23959
Pump #14    67.116 G @ 3.759

Subtotal                    252.29
Sales Tax                     0.00
**Total**               **$252.29**
Credit Card(USD$)         252.29

**Change**                  **$0.00**

XXXXXXXXXXXX5074
MCF
Odometer:58890
Trans# 016375   Approval# 439990
Card Total: $252.29

*** Customer signature on file ***

**Change**      **$      0.00**

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/13/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 692646 | 422.15 |
| 08/13/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 692580 | 557.07 |
| 08/13/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 692540 | 1,029.85 |
| 08/13/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 692532 | 1,157.27 |
| 08/13/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 692526 | 940.45 |
| 08/13/11 | B630 | New Ling | 604 S Main St | Syracuse | 31 | 10 | 692522 | 1,237.85 |
| 08/13/11 | B615 | Ling Ling (315)(90 E | 481 Hamilton St | Geneva | 31 | 9 | 692521 | 1,011.55 |
| 08/13/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 692519 | 1,234.50 |
| 08/13/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | | 692514 | 540.15 |

共計行數 : 9

Report Totals: 8,130.84

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/13/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 692701 | 1,904.25 |
| 08/13/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 692699 | 423.70 |
| 08/13/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 692692 | 619.84 |
| 08/13/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 692603 | 371.42 |
| 08/13/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 692601 | 1,567.10 |
| 08/13/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 692590 | 1,089.59 |
| 08/13/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 692578 | 891.65 |
| 08/13/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 692569 | 787.42 |
| 08/13/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | | 692558 | 36.50 |
| 08/13/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 692553 | 790.88 |
| 08/13/11 | 515 | 美心 (516)(收貨 | 559 Fulton Street | FARMINGDAL | 32 | | 692545 | 260.75 |
| 08/13/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 692543 | 587.40 |
| 08/13/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 692541 | 813.78 |
| 08/13/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 692530 | 495.88 |
| 08/13/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 692524 | 601.55 |

共計行數 : 15

Report Totals: 11,241.71

8/13/11

# Love's
## Travel Stops

STORE 403
2 Industrial Park Drive
Binghamton, NY  13904
(607)651-9153

08/13/2011 Tkt #193831
-------------------------------------
Type: SALE     (COPY)
-------------------------------------
Qty Name                Price    Total
-------------------------------------
 1 DIESEL                        307.00
     Pump:           17
     Gallons:     78.940
     Price / Gal:  3.889

-------------------------------------
Subtotal                         307.00
Sales Tax                          0.00
Total                            307.00
-------------------------------------
Received
  ILVRW                            0.00
  Cash                           360.00
  Change Cash                    -53.00
  PrepayAmount       360
  TruckingCompanyNameWING
  VehicleID           31          現金
  DLState
  Odometer                       #31 大何
  HubOdometer
  TripNumber
  TrailerID
  UnitLicenseNumber
  UnitLicenseState

Adjustments
DIESEL
CashPrice                          3.95
-------------------------------------

alty Number: xxxxx8536
ts Balance: 1001
s Earned: 158
   Refills: 3
   Credits: 3
   Status: Active
 m Plus: Not Eligible
  Platinum: 686
    xp 12/31/2011: 0

-------------------------------------
-------------------------------------

       Gerard

SUNOCO 7123
US HWY 46E & ABBOTT AVE        #32
PALISADES PA, NJ 07650
Merchant#: H334650628001

08/13/11 21:58:40

Diesel        Fuel Ticket #25576
Pump #9    70.449 G @ 3.739  263.41

Subtotal                        263.41
Sales Tax                         0.00
Total                         $263.41
Credit Card(USD$)              $263.41

Change                         $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 017423   Approval# 785116
Card Total: $263.41


*** Customer signature on file ***

Change        $      0.00


Trans ID# 429
e197s30t3


       Thank you for
      Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/15/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 4 | 693286 | 482.15 |
| 08/15/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | | 693227 | 345.25 |
| 08/15/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 693165 | 1,239.99 |
| 08/15/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 693163 | 2,221.40 |
| 08/15/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 2 | 693102 | 684.55 |
| 08/15/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 5 | 693052 | 883.65 |
| | | 共計行數：6 | | | | | Report Totals: | 5,856.99 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/15/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 693181 | 642.04 |
| 08/15/11 | B609 | 月星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 693152 | 570.55 |
| 08/15/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 6 | 693117 | 469.03 |
| 08/15/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 693084 | 697.87 |
| 08/15/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 693073 | 1,260.35 |
| 08/15/11 | B616 | 金丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 693048 | 557.00 |
| 08/15/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 693043 | 707.37 |
| 08/15/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 693040 | 735.00 |
| 08/15/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 693036 | 823.30 |
| 08/15/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 693034 | 949.55 |

共計行數：10

Report Totals: 7,412.06

8/15/11



**DANDY MINI MART #19**
78 WHITEWAGON ROAD
SAYRE PA 18840
570 888 4320

T042422819-001 SUNOCO 0387969900
RR2
SAYRE        PA 18

| Descr. | qty | amount |
|--------|-----|--------|

<CUSTOMER COPY>
DIESL CR #09    79.379G    325.37
SELF @ 4.099/G

Subtotal              325.37
Tax                     0.00
**TOTAL $  325.37**
CREDIT  $  325.37

CARD TYPE: MC FLEET
CARD NAME:
ACCT NUMBER: XXXXXXXXXX5074
TRANS TYPE: SALE
ODOMETER: 58890
APPROVAL: 047229
INVOICE: 695909
AMOUNT: 325.37

APPROVED  047229
*************************************

**THANK YOU**
for shopping at Dandy Mini Mart # 19
**Have a DANDY Day !**

ST# 19   TILL XXXX DR## 1 TRAN# 10346l5
CSH: 8      08/15/11 16:17:44

---

#31 R/5
Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465628001

08/15/11 22:44:40

Diesel          Fuel Ticket #27076
Pump #10    46.381 G @ 3.739  173.42

Subtotal                    173.42
Sales Tax                     0.00
Total                     $173.42
Credit Card(USD$)          $173.42

Change                     $0.00

XXXXXXXXXX5074
MCF
Odometer: 89900
Trans# 018461   Approval# 115230
Card Total: $173.42

*** Customer signature on file ***

Change        $        0.00

Trans ID# 45443
e134s32l3

Thank you for
Shopping Sunoco

---

#32
Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465628001

08/15/11 20:10:58

Diesel          Fuel Ticket #26992
Pump #10    72.278 G @ 3.739  270.25

Subtotal                    270.25
Sales Tax                     0.00
Total                     $270.25
Credit Card(USD$)          $270.25

Change                     $0.00

XXXXXXXXXX5140
MCF
Odometer: 3140
Trans# 018404   Approval# 100997
Card Total: $270.25

*** Customer signature on file ***

Change        $        0.00

Trans ID# 45300
e134s32l3

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/18/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 694204 | 512.78 |
| 08/18/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 694189 | 247.31 |
| 08/18/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 694166 | 524.90 |
| 08/18/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 694162 | 759.05 |
| 08/18/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 694154 | 1,186.01 |
| 08/18/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 694153 | 653.81 |
| 08/18/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 694147 | 725.75 |
| 08/18/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 694146 | 650.48 |

共計行數：8

Report Totals: 5,260.09

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/18/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 694273 | 636.37 |
| 08/18/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 694253 | 2,492.02 |
| 08/18/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 694195 | 583.45 |
| 08/18/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 694181 | 1,273.98 |
| 08/18/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 694161 | 1,063.20 |
| 08/18/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 694157 | 973.90 |
| 08/18/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 694151 | 646.25 |

共計行數：7

Report Totals: 7,669,17

8610004830 RR Donnelley ©2008. All rights reserved. - 0567

8/18/11

## Sunoco 7123

*** DUPLICATE RECEIPT ***

#32

CO 7123
WY 46E & ABBOTT AVE
SADES PA, NJ 07650
hant#: H33465062800t

8/11 20:11:22

el                Fuel Ticket #29430
#9    69.300 G @ 3.739   259.11

otal                        259.11
s Tax                         0.00
tal                       $259.11
it Card(USD$)             $259.11
ange                        $0.00

XXXXXXXX2637

s# 020143   Approval# 065442   *Cash*
Total: $259.11

omer agrees to pay above Total
nt according to Card Issuer Agreement

Customer Signature

ange        $      0.00

s ID# 49433
s35t3

Thank you for
Shopping Sunoco

---

FORM NO. 811051

**A TravelCenters of America**

#21   *We appreciate your business*

0206-11-43020 TravelCenters of America  900-496-4124
2 Simpson Rd.          Columbia , NJ  07832  Fed ID: 34-1747077

| Disp | Product | Reefer | Volume | Unit Cost | Net Cost | Total |
|---|---|---|---|---|---|---|
| 08 | DIESEL FUEL | N | 07.427 Gal | $ 3.879 | $ 3.879 | $339.13 |

Salesperson Mary Beth      Invoice Number: 1143020
Truck #: 31

COMPANY NAME: WING / ACCOUNT #: 400.00
RESPONSE: Cash Transaction
Cash                $400.00
Change back          $60.87

Fuel Total->         $339.13
Subtotal->           $339.13
Total->              $339.13

Signature:

Thu Aug 18 2011

Diesel Tax Distribution
GROSS DSL    FED F/T=0.0000     STA F/T=0.0000
339.13          0.00              0.00
DIESEL DSL   FED S/T=0.0000     STA S/T=0.0000
0.00            0.00              0.00
THIS FUEL CONTAINS NO EVIDENCE OF DYE.       NET DSL
                                             339.13

Page 1 of 1

ORIGINAL

Federal, State and Local
Taxes, when applicable,
are included in price
& amount

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/20/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 30 | 6 | 694958 | 537.00 |
| 08/20/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 30 | 3 | 694922 | 885.79 |
| 08/20/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 8 | 694903 | 1,026.95 |
| 08/20/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 30 | 2 | 694902 | 1,075.33 |
| 08/20/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 30 | | 694900 | 360.55 |
| 08/20/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 7 | 694898 | 1,487.55 |
| | | 共計行數 : 6 | | | | Report Totals: | | 5,373.17 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/20/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 695055 | 1,655.49 |
| 08/20/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 695041 | 598.65 |
| 08/20/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 695034 | 1,384.06 |
| 08/20/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 695028 | 419.90 |
| 08/20/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 695018 | 323.75 |
| 08/20/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 694972 | 1,074.61 |
| 08/20/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 694966 | 20.75 |
| 08/20/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 694964 | 398.25 |
| 08/20/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 694956 | 512.20 |
| 08/20/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 694942 | 652.67 |
| 08/20/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 694937 | 230.74 |
| 08/20/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 694928 | 296.15 |
| 08/20/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 694915 | 825.45 |
| 08/20/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 694901 | 782.92 |
| 08/20/11 | 999 | 出 車 - 其 他 | | | 32 | | 694890 | 104.50 |

共計行數：15

Report Totals: 9,280.09

*8/20/11  #30*

MTA BRIDGES AND TUNNELS

BRONX-WHITESTONE BRIDGE

| COL PT | DATE | TIME | OPER. ID | AMOUNT |
|--------|------|------|----------|--------|
| 12 | 08/20/11 | 08:29 | 11584 | $13.00 |

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650   *#30*
Merchant#: H334650628001

08/20/11 19:03:35

Diesel            Fuel Ticket #31061
Pump #14    31.946 G @ 3.739  119.45

Subtotal                      119.45
Sales Tax                       0.00
Total                     $119.45
Credit Card(USD$)            $119.45

Change                     $0.00

XXXXXXXXXXXX5074
MCF
Odometer:89900
Trans# 021237   Approval# 264158
Card Total:  $119.45


*** Customer signature on file ***

Change        $      0.00

Trans ID# 52116
e197s37t3

Thank you for
Shopping Sunoco

$50

**DELAWARE RIVER JINT TOLL BRIDGE COMMISSION**
Delaware Water Gap
LANE 06
COLLECTOR 3242

08/20/11 09:48:00 AM

CLASS 02
TOLL PAID $06.50



THE PORT AUTHORITY
OF NY & NJ

George Washington Bridge
Upper Level

Lane: 20
Card #: 20006
Date: 08/20/2011 19:11

Class: 2
Toll Paid:$ 16.00

Thank You, Drive Safely

---

# 30

**WELCOME TO XTRAMART**
**949 ELMIRA ST.**
**SAYRE,PA.18840**
#1 WHEN YOU'RE ON THE RUN!
T042567353-001  SAYRE #1835
949 ELMIRA STREET
SAYRE      PA 18840

| Descr. | qty | amount |
|--------|-----|--------|

<CUSTOMER COPY>
DIES CR #10    41.260G    165.00
@ 3.999/ G

Sub Total    165.00
Tax      0.00
TOTAL    165.00
CREDIT $    165.00

CARD TYPE: MC FLEET
ACCT NUMBER: XXXX XX X XXXX 5074
TRANS TYPE: SALE
ODOMETER: 89990
APPROVAL: 232521    INVOICE: 212654
AMOUNT:      $ 165.00

APPROVED 232521
*****************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENTALS $1 ON MOST T
RENT ONE TONIGHT!
REG# 0002 CSH# 009 DR# 01 TRAN# 23460
08/20/11 13:48:54      ST# 1835

# 30

**MTA BRIDGES AND TUNNELS**

**BRONX-WHITESTONE BRIDGE**

| COL PT | DATE | TIME | OPER. ID | AMOUNT |
|--------|------|------|----------|--------|
| 03 | 08/20/11 | 19:41 | 02606 | $13.00 |

---

**Sunoco 7123**

*** DUPLICATE RECEIPT ***

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

08/20/11 20:50:02

#32

Diesel       Fuel Ticket #31126
Pump #9    78.633 G @ 3.739  294.01

Subtotal          294.01
Sales Tax           0.00
**Total**        **$294.01**
Credit Card(USD$)    $294.01

**Change**        **$0.00**

XXXXXXXXXXXX2637
MC
Trans# 021279   Approval# 017082
Card Total:  $294.01

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X_____
Customer Signature

**Change      $    0.00**

Trans ID# 52245
e197s37t3

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/22/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 8 | 695558 | 483.26 |
| 08/22/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 10 | 695525 | 811.20 |
| 08/22/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | 3 | 695499 | 721.35 |
| 08/22/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | 4 | 695485 | 495.44 |
| 08/22/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 695444 | 798.60 |
| 08/22/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 2 | 695442 | 1,051.88 |
| 08/22/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 9 | 695432 | 773.50 |
| 08/22/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 9 | 695424 | 1,218.84 |
| 08/22/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 695420 | 755.13 |

共計行數 : 9

Report Totals: 7,109.20

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/22/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 695656 | 517.50 |
| 08/22/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 4 | 695610 | 682.75 |
| 08/22/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | | 695608 | 318.60 |
| 08/22/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 32 | 6 | 695549 | 387.18 |
| 08/22/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 695519 | 1,121.32 |
| 08/22/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | | 695503 | 393.75 |
| 08/22/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 695489 | 2,408.25 |
| 08/22/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | | 695468 | 388.58 |
| 08/22/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 5 | 695449 | 1,144.73 |
| 08/22/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 2 | 695441 | 336.50 |

共計行數：10

Report Totals: 7,699.16

## DANDY MINI MART #19

```
78 WHITEWAGON ROAD
SAYRE PA 18840
570 888 4320
```

#31

```
TD42422819-001 SUNOCO 0387969900
RR2
SAYRE          PA 18
```

| Descr. | qty | amount |
|--------|-----|--------|
| ------ | --- | ------ |

```
<CUSTOMER COPY>
DIESL CR #10      79.278G      321.00
    SELF @ 4.049/ G
                            ----------
              Subtotal            321.00
              Tax                   0.00

TOTAL         321.00
              CREDIT  $   321.00

CARD TYPE: MC FLEET
CARD NAME: VEHICLE 12
ACCT NUMBER: XXXXXXXXXXXX5074
TRANS TYPE: SALE
ODOMETER: 89990
APPROVAL: 543425
INVOICE: 703393
AMOUNT: 321.00

APPROVED 543425
```

```
*****************************************
         THANK YOU
for shopping at Dandy Mini Mart # 19
     Have a DANDY Day !
ST# 19   TILL XXXX DR# 1 TRAN# 1029821
CSH: 7                08/22/11 16:24:28
```

---

Sunoco 7123

#31

```
*** DUPLICATE RECEIPT ***

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465062800I

08/22/11 23:02:29

Diesel          Fuel Ticket #32811
Pump #10    48.684 G @ 3.719 181.06

Subtotal                     181.06
Sales Tax                      0.00
Total                    $181.06
Credit Card(USD$)         $181.06

Change                    $0.00

XXXXXXXXXXXXX5074
MCF
Odometer:89990
Trans# 022424   Approval# 611009
Card Total:  $181.06

*** Customer signature on file ***


Change        $       0.00

Trans ID# 54999
e122s3913

        Thank you for
        Shopping Sunoco
```

---

Paid Cash

Sunoco 7123

```
*** DUPLICATE RECEIPT ***

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465062800I

08/22/11 21:55:43

Diesel          Fuel Ticket #32
Pump #9    66.715 G @ 3.719 248.11

Subtotal                     248.11
Sales Tax                      0.00
Total                    $248.11
Credit Card(USD$)         $248.11

Change                    $0.00

XXXXXXXXXXXXX2637
MC
Trans# 022400   Approval# 083832
Card Total: $248.11

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X
        Customer Signature

Change        $       0.00

Trans ID# 54942
e197s3913

        Thank you for
        Shopping Sunoco
```

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/25/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 2 | 696530 | 776.68 |
| 08/25/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 696517 | 624.65 |
| 08/25/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 696515 | 1,322.91 |
| 08/25/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 696505 | 681.55 |
| 08/25/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 696495 | 912.42 |
| 08/25/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 696492 | 972.25 |
| 08/25/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 696491 | 421.73 |
| 08/25/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 696487 | 624.95 |

共計行數：8

Report Totals: 6,337.14

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/25/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 696665 | 1,036.36 |
| 08/25/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 696620 | 637.96 |
| 08/25/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 696599 | 2,624.81 |
| 08/25/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 696521 | 423.65 |
| 08/25/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 696511 | 990.10 |
| 08/25/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 696499 | 1,210.75 |
| 08/25/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 696482 | 369.75 |

共計行數：7

Report Totals: 7,293.38

Sunoco 7123

UNOCO 7123
S HWY 46E & ABBOTT AVE
ALISADES PA, NJ 07650
erchant#: H334650628001

8/25/11 19:57:13

iesel                Fuel Ticket #35228
ump #10    60.828 G @ 3.699   225.00

ubtotal                        225.00
ales Tax                         0.00
Total                        $225.00
redit Card(USD$)             $225.00

Change                         $0.00

(XXXXXXXXXXX5140
1CF
Odometer:3140
Trans# 024113    Approval# 398057
Card Total: $225.00

*** Customer signature on file ***

Change      $    0.00

Trans ID# 59072
e134s42t3

Thank you for
Shopping Sunoco

---

FORM NO. 811051

## TravelCenters of America

#31 D000 Cash

We appreciate your business

0006-11-45516 TravelCenters of America
2 Simpson Rd.                Columbia, NJ  07832
                             908-496-4124  Fed ID: 34-1747077

| Disp | Product | Reefer | Volume | Unit Cost | Net Cost | Total |
|---|---|---|---|---|---|---|
| 03 | DIESEL FUEL | N | 75.337 Gal | $ 3.879 | $ 3.879 | $292.23 |

Salesperson Mary Beth
Truck #: 31                  Invoice Number: 1145516

COMPANY NAME: WINJKUNG / ACCOUNT #: 360.00MB
RESPONSE: Cash Transaction
Cash                  $360.00
Change back            $67.77

Fuel Total->         $292.23
Subtotal->           $292.23
Total->              $292.23

Signature:                   Thu Aug 25 2011

Diesel Tax Distribution
GROSS DSL    FED F/T=0.00000    STA F/T=0.00000
292.23       0.00              0.00
             STA S/T=0.00000    NET DSL
             0.00              292.23

THIS FUEL CONTAINS NO EVIDENCE OF DYE.

Page 1 of 1

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/27/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 31 | | 697331 | 386.70 |
| 08/27/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 697292 | 520.20 |
| 08/27/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | | 697267 | 835.80 |
| 08/27/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 31 | 1 | 697259 | 542.43 |
| 08/27/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | | 697218 | 526.00 |
| 08/27/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | | 697215 | 765.50 |
| 08/27/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 697210 | 983.80 |
| 08/27/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 697207 | 1,677.71 |
| 08/27/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 697205 | 1,229.60 |
| 08/27/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 697204 | 995.21 |
| 08/27/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | | 697199 | 911.81 |

共計行數 : 11

Report Totals: 9,374.76

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 08/27/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | | 697418 | 632.35 |
| 08/27/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 697407 | 431.05 |
| 08/27/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 697405 | 3,853.16 |
| 08/27/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 697343 | 694.90 |
| 08/27/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 697332 | 846.73 |
| 08/27/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 697307 | 1,178.77 |
| 08/27/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 697286 | 1,147.57 |
| 08/27/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 697275 | 1,009.45 |
| 08/27/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 697274 | 984.97 |
| 08/27/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | | 697265 | 765.41 |
| 08/27/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 697241 | 593.88 |
| 08/27/11 | P503 | 長城(180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 697222 | 969.19 |
| 08/27/11 | P522 | ShangHai Chinese | 140 East Main Street | Lock Haven | 32 | | 697219 | 620.30 |
| 08/27/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 697216 | 889.26 |
| 08/27/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 697211 | 1,045.17 |
| 08/27/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 697209 | 1,970.09 |

共計行數：16

Report Totals: 17,632.25

8/27/11

# DANDY MINI MART #19
78 WHITEWAGON ROAD
SAYRE PA 18840
570 888 4320

TQ42422319-001 SUNOCO 0387969900
RR2
SAYRE        PA 18        31 8 4

| Descr. | qty | amount |
| --- | --- | --- |

&lt;CUSTOMER COPY&gt;
DIESL CR #09        85.985G        348.15
    SELF @ 4.049/ G
                                   ----------
                    Subtotal       348.15
                    Tax              0.00
          **TOTAL        348.15**
                    CREDIT $       348.15

CARD TYPE: MC FLEET
CARD NAME: VEHICLE 12
ACCT NUMBER: XXXXXXXXXXXX5074
TRANS TYPE: SALE
ODOMETER: 89900
APPROVAL: 788176
INVOICE: 709333
AMOUNT: 348.15

APPROVED  788176
*****************************************

# THANK YOU
for shopping at Dandy Mini Mart # 19
**Have a DANDY Day !**
ST# 19    TILL XXXX DR# 1 TRAN# 1024615
CSH: 24            08/27/11 19:16:48

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/01/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 698690 | 714.58 |
| 09/01/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 31 | 1 | 698683 | 1,144.25 |
| 09/01/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 31 | | 698678 | 840.95 |
| 09/01/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 698670 | 1,377.76 |
| 09/01/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | 4 | 698666 | 355.05 |
| 09/01/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 3 | 698663 | 689.26 |
| 09/01/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 5 | 698659 | 1,214.49 |
| 09/01/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 698655 | 733.40 |

共計行數：8

Report Totals: 7,069.74

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

#32

E: 09/01/11                TIME: 20:12
CHANT ID:          JA34940901003
          CREDIT CARD
          VISA SALE

D#                  **********2028
RATION DATE              **/**
                         005156
ROVAL CODE:              01513B
RY METHOD:               SWIPED

ODUCT        QTY  PRICE    AMOUNT
SEL       73.151G  3.719   272.05
          --------------------
OTAL AMOUNT:        $272.05

     APPROVED 01513B

   THANKS FOR YOUR BUSINESS

     CUSTOMER COPY

---

大何    #31

WELCOME TO
XTRAMART
949 ELMIRA ST.
SAYRE,PA.18840
#1 WHEN YOURE ON THE RUN!
T042567353-001  SAYRE #1835
949 ELMIRA STREET
SAYRE     PA 18840

Descr.          qty        amount

<CUSTOMER COPY>
DIES CR #09    41.416G      163.97
               @ 3.959/ G

          Sub Total         163.97
          Tax                 0.00
     TOTAL  $     163.97
          CREDIT  $     163.97

CARD TYPE: MC FLEET
CARD NAME: 12/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5074
TRANS TYPE:  SALE
ODOMETER: 88990
APPROVAL: 882600    INVOICE: 217200
AMOUNT:       $   163.97

APPROVED 882600
*********************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENTALS $1 ON MOST T
RENT ONE TONIGHT!
REG# 0002 CSH# 004 DR# 01  TRAN# 24009
09/01/11  17:33:18        ST# 1835

---

大何    #31

WELCOME TO
XTRAMART
949 ELMIRA ST.
SAYRE,PA.18840
#1 WHEN YOURE ON THE RUN!
T042567353-001  SAYRE #1835
949 ELMIRA STREET
SAYRE     PA 18840

Descr.          qty        amount

<CUSTOMER COPY>
DIES CR #10    44.261G      175.23
               @ 3.959/ G

          Sub Total         175.23
          Tax                 0.00
     TOTAL  1.75.23
          CREDIT  $   175.23

CARD TYPE: MC FLEET
CARD NAME: 12/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5074
TRANS TYPE:  SALE
ODOMETER: 89990
APPROVAL: 882758    INVOICE: 217202
AMOUNT:       $   175.23

APPROVED 882758
*********************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENTALS $1 ON MOST T
RENT ONE TONIGHT!
REG# 0002 CSH# 004 DR# 01  TRAN# 24010
09/01/11  17:33:53        ST# 1835

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/03/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 31 | 6 | 699510 | 944.40 |
| 09/03/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 699460 | 1,234.65 |
| 09/03/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 31 | 2 | 699453 | 1,289.15 |
| 09/03/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 3 | 699451 | 941.02 |
| 09/03/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 699428 | 1,246.00 |
| 09/03/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 31 | | 699423 | 624.28 |

共計行數 : 6

Report Totals: 6,279.50

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/03/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 699669 | 714.82 |
| 09/03/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 699667 | 699.25 |
| 09/03/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 699646 | 1,080.00 |
| 09/03/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 699581 | 1,910.75 |
| 09/03/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 699569 | 532.60 |
| 09/03/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 699500 | 1,146.22 |
| 09/03/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 699473 | 179.00 |
| 09/03/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 699471 | 745.04 |
| 09/03/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 699470 | 890.25 |
| 09/03/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 699465 | 568.41 |
| 09/03/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 699461 | 919.09 |
| 09/03/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 699455 | 611.38 |
| 09/03/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 699445 | 1,502.28 |
| 09/03/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 699433 | 529.10 |
| 09/03/11 | P522 | ShangHai Chinese | 140 East Main Street | Lock Haven | 32 | | 699421 | 766.89 |

共計行數 : 15

Report Totals: 12,795.08

#31 ✗⁄ᵧ⁄ₒ

```
WELCOME TO
XTRAMART
949 ELMIRA ST.
SAYRE,PA.18840
#1 WHEN YOURE ON THE RUN!
T04256735S-001  SAYRE #1835
949 ELMIRA STREET
SAYRE    PA 18840
```

```
Descr.            qty        amount

<CUSTOMER COPY>
DIES CR #110   35.093G       138.95
               @ 3.959/G

               Sub Total     138.95
                    Tax        0.00
           TOTAL  138.95
               CREDIT $  138.95

CARD TYPE: MC FLEET
CARD NAME: 12/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5074
TRANS TYPE: SALE
ODOMETER: 112222
APPROVAL: 253573      INVOICE: 217959
AMOUNT:            $  138.95
```

```
APPROVED  253573
********************************
         THANK YOU
    PLEASE COME AGAIN
     BLOCKBUSTER DVD
  RENTALS $1 ON MOST  T
   RENT ONE TONIGHT!
REG# 0002 CSH# 005 DR# 01 TRAN# 25810
09/03/11  14:52:44         ST# 1835
```

---

#31 ✗⁄ᵧ⁄ₒ

```
WELCOME TO
XTRAMART
949 ELMIRA ST.
SAYRE,PA.18840
#1 WHEN YOURE ON THE RUN!
T04256735S-001  SAYRE #1835
949 ELMIRA STREET
SAYRE    PA 18840
```

```
Descr.            qty        amount

<CUSTOMER COPY>
DIES CR #09    36.351G       143.91
               @ 3.959/G

               Sub Total     143.91
                    Tax        0.00
           TOTAL  143.91
               CREDIT $  143.91

CARD TYPE: MC FLEET
CARD NAME: 12/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5074
TRANS TYPE: SALE
ODOMETER: 112222
APPROVAL: 253664      INVOICE: 217960
AMOUNT:            $  143.91
```

```
APPROVED  253664
********************************
         THANK YOU
    PLEASE COME AGAIN
     BLOCKBUSTER DVD
  RENTALS $1 ON MOST  T
   RENT ONE TONIGHT!
REG# 0002 CSH# 005 DR# 01 TRAN# 25811
09/03/11  14:55:39         ST# 1835
```

---

```
                    Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465062800I

09/03/11 22:26:45

Diesel      Fuel Ticket #42626
Pump #9   71.100 G @ 3.699   263.00

Subtotal                     263.00
Sales Tax                      0.00
Total                        $263.00
Credit Card(USD$)

Change          $0.00

XXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 029223    Approval# 285194
Card Total: $263.00

*** Customer signature on file ***

Change      $      0.00

Trans ID# 71394
e197s5113

       Thank you for
       Shopping Sunoco
```

# AR invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/05/11 | B609 | 月 星 (17w.EXIT 69) | 3600 GEORGE F HIGHWA | ENDWELL | 27 | 4 | 700087 | 995.23 |
| 09/05/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 27 | 8 | 700085 | 572.26 |
| 09/05/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 27 | 3 | 700066 | 411.38 |
| 09/05/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 27 | 2 | 700054 | 1,323.86 |
| 09/05/11 | B616 | 金 丰(607)(86 EXIT | 42 WEST MAIN STREET | OWEGO | 27 | 7 | 700042 | 698.78 |
| 09/05/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 27 | 9 | 700031 | 798.10 |
| 09/05/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 27 | 9 | 700023 | 1,247.74 |
| 09/05/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 27 | 7 | 700021 | 736.60 |
| 09/05/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 27 | 6 | 700017 | 445.06 |
| | | 共計行數 : 9 | | | | | Report Totals: | 7,229.01 |

DATE: 09/05/11
MERCHANT ID:

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 19:51
JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE          **/**
SEQ:                     013441
ODOMETER READING:        3924
APPROVAL CODE:           425181
ENTRY METHOD:            SWIPED

PRODUCT        QTY      PRICE     AMOUNT
DIESEL         71.660G  3.699     265.07

TOTAL AMOUNT:            $265.07

            APPROVED  425181

THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

                    Thank-you!

---

GREAT BEND TRA
1-81EXIT1230
GREAT BE PA
4762431

Register: Trans #: 99
09/05/2011 12:47:55 PM
Your cashier: TRAINING
1515 Op ID: 12

Diesel 1 CA        PUMP#9
32.530 GAL @ $ 3.999/GAL        $130.09

            Subtotal =   $130.09
            Tax =          $0.00

            Total =     $130.09

Credit

            Change Due =   $0.00
                          $130.09

MasterCard X5025
VEHICLE 7/        , MCFT13
INVOICE 0000309
AUTH 383030
Credit
SHIFT 006105

I will pay the total according to the
terms of agreement with the card issuer.

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/08/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 701270 | 1,007.54 |
| 09/08/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 701266 | 2,492.10 |
| 09/08/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 701182 | 1,285.64 |
| 09/08/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 |  | 701173 | 782.07 |
| 09/08/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 701157 | 667.45 |
| 09/08/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 32 | 1 | 701156 | 913.76 |
| 09/08/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 701152 | 1,181.10 |
| 09/08/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 32 | 3 | 701150 | 523.58 |
| 09/08/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 5 | 701148 | 887.02 |
| 09/08/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 701147 | 982.20 |
| 09/08/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 701143 | 1,619.80 |
| 09/08/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 701140 | 854.15 |

共計行數：12

Report Totals: 13,196.41

9/8/11



| | | |
|---|---|---|
| Wu Zhiqiang<br>34-14 Linneaus<br>Flushing NY 11354<br>United States | Folio No.        :<br>A/R Number    :<br>Group Code    :<br>Company        : **Leisure**<br>Membership No. :<br>Invoice No.     : | Room No.  : **417**<br>Arrival      : **09-08-11**<br>Departure : **09-09-11**<br>Conf. No.  : **64851750**<br>Rate Code : **IGCOR**<br>Page No.  : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-08-11 | *Accommodation | 139.99 | |
| 09-08-11 | State Tax 6% | 8.40 | |
| 09-08-11 | Occupancy Tax 4% | 5.60 | |
| 09-09-11 | MasterCard | | 153.99 |
| | **Total** | 153.99 | 153.99 |
| | **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Holiday Inn Express & Suites
1265 Commerce Blvd
Dickson City, PA 18519
Telephone: (570) 307-4437 Fax: (570) 307-4438

(Owned by Dickson City Inn & Suites LLC and Operated by Liberty Hospitality Partners, LP)

# WELCOME TO
# PUMP N PANTRY
### RR2 BOX 3360
### CANTON, PA 17724

00013777007-10     PUMP N PANTRY 018
RT 414 & 14           CANTON PA

*#32*

| Descr. | qty | amount |
| --- | --- | --- |
| ------- | --- | ------ |

<CUSTOMER COPY>
DIES CR #10     81.546G     331.00
         @ 4.059/ G

                    ----------
     Sub Total     331.00
          Tax       0.00
## TOTAL    331.00
        CREDIT $    331.00
PAYMENT TIME: 22:14:56
CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: ***********5140
EXP. DATE:      TRANS TYPE: SALE
ODOMETER: 3140
AUTH# 481012   REFERENCE#: 9500007001 1

*******************************************

# THANK YOU FOR
# USING CITGO
REG# 0002 CSH# 020 DR# 01 TRAN# 27216
09/09/11   22:14:56       ST#   18

---

CONVIENCE EXPRESS#36
BINGHAMTON, NY
THANK-YOU

TP36553343-001
SUNOCO 0926753900
1232 UPPER FRONT STR
BINGHAMTON NY 1390

DATE       09/09/11
TIME      1:45 PM
AUTH# 361645
ODOMETER 3140

MC FLEET

| PUMP | PRODUCT | PPG |
| --- | --- | --- |
| 10 | DIES | $4.199 |

| GALLONS | TOTAL |
| --- | --- |
| 35.723 | $150.00 |

— THANK YOU
JOIN OUR
REWARDS PLUS

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/12/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 4 | 702628 | 1,012.60 |
| 09/12/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 702620 | 1,366.17 |
| 09/12/11 | B625 | 桃 | 611 SOUTH STATE ST. | CLARKS | 32 | 6 | 702614 | 517.86 |
| 09/12/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 702565 | 1,017.96 |
| 09/12/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 3 | 702536 | 400.76 |
| 09/12/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 8 | 702505 | 421.22 |
| 09/12/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | | 702497 | 865.45 |
| 09/12/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 702496 | 845.00 |
| 09/12/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 2 | 702489 | 1,089.67 |
| 09/12/11 | B623 | LUCKY | 7335 COLLINS STREET | WHITNEY | 32 | 3 | 702487 | 722.04 |
| 09/12/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | | 702462 | 1,087.13 |
| 09/12/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 2 | 702452 | 1,233.96 |
| 09/12/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | | 702441 | 989.51 |
| 09/12/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 9 | 702432 | 888.50 |
| 09/12/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 10 | 702422 | 709.60 |
| 09/12/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 9 | 702420 | 796.57 |
| 09/12/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 6 | 702417 | 858.98 |
| 09/12/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 1 | 702411 | 417.31 |
| 09/12/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 702406 | 1,653.53 |
| 09/12/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | | 702405 | 416.20 |
| 09/12/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 32 | | 702403 | 459.94 |
| 09/12/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 702400 | 1,668.93 |
| 09/12/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | | 702388 | 656.50 |
| 09/12/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | | 702231 | 719.62 |

共計行數 : 24

Report Totals: 20,815.01



LA QUINTA INN JOHNSON CITY
581 HARRY L. DRIVE
JOHNSON CITY, NY 13790
607-770-9333

**WU, ZHIQIANG**

Folio#: 600357003
Room: 415
Arrival: 09/12/11
Departure: 09/13/11
Returns Club No :
Voucher/Ship/PO:

,

Company:

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 230339 | 9/13/2011 | ROOM CHARGE | $90.00 | $0.00 | $90.00 |
| 230340 | 9/13/2011 | TAX - OCCUPANCY - CITY | $4.50 | $0.00 | $94.50 |
| 230341 | 9/13/2011 | TAX - OCCUPANCY - STATE | $7.20 | $0.00 | $101.70 |
| 230357 | 9/13/2011 | CC PMT - MASTER CARD | $0.00 | $101.70 | $0.00 |
| | | | | Balance: | $0.00 |

Method of Pay: Credit Card: MC - ... 5495

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

现金  吴 #32

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFELD NJ 07657

DATE: 09/13/11          TIME: 21:46
MERCHANT ID:            JA3494090I003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                 ***********5140
EXPIRATION DATE       **/**
SEQ:                  036007
ODOMETER READING:     3140
APPROVAL CODE:        200224
ENTRY METHOD:         SWIPED

PRODUCT    QTY     PRICE    AMOUNT
DIESEL     83.525G 3.699    308.96

TOTAL AMOUNT:                $308.96

                APPROVED 200224

THANKS FOR YOUR BUSINESS

                CUSTOMER COPY


SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINVILLE PA 18631
L345552151001

09/12/2011 2:00:45 PM
Register: 1 Trans #: 3332 Op ID: 2
Your cashier: gary

DIESEL  CA                           99
60.180 GAL @ $ 3.859/GAL
PUMP#9
                Subtotal =    $232.23
                     Tax =      $0.00
                   Total =    $232.23

Credit                        $232.23
                Change Due =     $0.00

XXXXXXXXXXXXX5140, MCF
19/VEHICLE
INVOICE 039827
AUTH 814898
ODO 3140

Sequence Number 10759
APPROVED  814898

I agree to pay the above total amount
according to the card issuer agreement.

THANK YOU
COME AGAIN


EXXON EXPRESS PAY

Liberty Exxon
Exit 219, I-81
New Milford, PA 18834

EXXON N MILFRD, 4757258
I-81, EXIT 219
N MILFRD, PA

09/13/2011 07:46:19 PM 70051Z747

MasterCard X5140        MCF713
19/VEHICLE
INVOICE VR36307
AUTH 179432

PUMP# 3
Diesel 2                        36.266G
PRICE/GAL                        3.999
FUEL TOTAL              $  145.00

                Subtotal = $ 145.00
                     Tax = $   0.00
                   Total = $ 145.00

CREDIT
Credit                  $  145.00

Thank-you for choosing Liberty Exxon!

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/15/11 | P520 | LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | | 703714 | 164.00 |
| 09/15/11 | P512 | GREAT | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 703681 | 1,077.81 |
| 09/15/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 703668 | 525.10 |
| 09/15/11 | P521 | 金 | 22 W MAIN ST | CANTON | 32 | | 703610 | 883.00 |
| 09/15/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 6 | 703536 | 1,067.25 |
| 09/15/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 5 | 703527 | 728.85 |
| 09/15/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 703525 | 2,665.07 |
| 09/15/11 | B621 | CHINA | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 703520 | 501.15 |
| 09/15/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 4 | 703519 | 806.65 |
| 09/15/11 | B628 | 鴻 園(570)(81 EXIT | 620 MAIN STREET | FOREST CITY | 32 | 14 | 703518 | 713.96 |
| 09/15/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 703514 | 1,418.83 |
| 09/15/11 | B619 | 華 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 703510 | 645.21 |
| 09/15/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 703507 | 1,206.75 |
| 09/15/11 | P509 | 長 龍(570)(81 EXIT | 706 LAKE MONTROSE MA | MONTROSE | 32 | 13 | 703506 | 798.59 |
| | | 共計行數 : 14 | | | | | Report Totals: | 13,202.22 |

NAME Zhi Qiang WU

ROOM NO. 28

STREET

CHECK-OUT DATE 9-16-11

1354

CITY Flushing

STATE AND ZIP N.Y.

( AREA CODE ) PHONE NO.

COMPANY REPRESENTING

ARRIVAL DATE / TIME 9-15-11

ROOM RATE / TAX $100 $13

RECEIVED BY

CAR LICENSE 12986 PC

STATE NY

MAKE AND COLOR International

YEAR 2009

NO. IN PARTY 2

SIGNATURE X

| PAYMENT WILL BE MADE BY: | ☐ CREDIT CARD ☐ CASH ☐ CHECK | DAYS OCCUPIED | ROOM TOTAL | 100 00 |
|---|---|---|---|---|
| | | SUN | | |
| CREDIT CARD USED: | | MON | TAX | 13 00 |
| | | TUES | | |
| CARD NO. | | WED | TOTAL | 113 00 |
| | | THURS ✕ | AMT. PAID | 113 00 |
| | | FRI | | |
| | | SAT | AMT. DUE | 0 |

### NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

# ENDWELL MOTEL

3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

9/15/11

```
BAINBRIDGE XTRAMART
     RT 206 & I88
BAINBRIDGE, NY 13733

T036424364-001
SUNOCO 0268305800
RT 206 & RVR RD
BAINBRIDGE, NY 1373

DATE    09/16/11
TIME    10:38 AM
AUTH# 802720
ODOMETER 3140

MC FLEET
    ACCOUNT NUMBER
XXXX XXXX XXXX 9140

PUMP  PRODUCT  PPG
 12    DIES   $4.099
   GALLONS    TOTAL
   36.594    $150.00

        THANK YOU
    HAVE A NICE DAY
```

US GAS&DIESEL

US GAS&DIESEL

THANKS COME AGAIN

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/19/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 12 | 705044 | 657.83 |
| 09/19/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 11 | 705029 | 646.90 |
| 09/19/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 705008 | 691.95 |
| 09/19/11 | B603 | 華園(17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 705002 | 690.75 |
| 09/19/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 704970 | 1,661.50 |
| 09/19/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 8 | 704952 | 1,107.00 |
| 09/19/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 704927 | 855.00 |
| 09/19/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 704920 | 487.99 |
| 09/19/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 704914 | 1,048.64 |
| 09/19/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 9 | 704903 | 433.04 |
| 09/19/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 704897 | 726.71 |
| 09/19/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 704874 | 484.12 |
| 09/19/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 704842 | 971.73 |
| 09/19/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 704837 | 107.75 |
| 09/19/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 704832 | 834.83 |
| 09/19/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 704831 | 791.44 |
| 09/19/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 5 | 704824 | 1,259.14 |
| 09/19/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 704817 | 851.48 |
| 09/19/11 | P501 | 和FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 704812 | 1,979.70 |
| 09/19/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 704808 | 1,149.25 |
| 09/19/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 704796 | 961.85 |
| 09/19/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 704787 | 618.60 |
| 09/19/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 704785 | 719.70 |
| 09/19/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 704780 | 656.00 |
| 09/19/11 | B623 | LUCKY KITCHEN | 7335 COLLINS STREET | WHITNEY | 32 | | 703503 | 0.00 |

共計行數：25

Report Totals: 20,392.90

ROOM NO. 28

NAME Zhi Qiang Wu

STREET

CITY Flushing   STATE AND ZIP NY 11354

(AREA CODE) PHONE NO.   COMPANY REPRESENTING

CAR LICENSE   STATE   MAKE AND COLOR
1426PC   NY   International 2009

NO. IN PARTY   SIGNATURE

PAYMENT WILL
BE MADE BY:   ☑ CREDIT CARD   ☐ CASH   ☐ CHECK

CREDIT CARD USED:

CARD NO.:

NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK-OUT DATE 9-20-11

ARRIVAL DATE/TIME 9-19-11

ROOM RATE/TAX $100/$13

RECEIVED BY

| DAYS OCCUPIED | | |
|---|---|---|
| SUN | | |
| MON | X | |
| TUES | | |
| WED | | |
| THURS | | |
| FRI | | |
| SAT | | |

| ROOM TOTAL | 100.00 |
|---|---|
| TAX | 13.00 |
| TOTAL | 113.00 |
| AMT. PAID | 113.00 |
| AMT. DUE | 0.— |

---

#32

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TO42567353-001
SAYRE #1835
949 ELMIRA STREET
SAYRE   PA 1884

DATE   09/20/11
TIME   11:58 AM
AUTH# 00581B

VISA
WU/ZHIQIANG

PUMP   PRODUCT   PPG
10   DIES   $3.959

GALLONS   TOTAL
17.680   $70.00

THANK YOU
COME SEE US AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT

---

#32 paid cash

$8.98

#32

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TO42567353-001
SAYRE #1835
949 ELMIRA STREET
SAYRE   PA 1884

DATE   09/20/11
TIME   11:55 AM
AUTH# 00546B

VISA
WU/ZHIQIANG

PUMP   PRODUCT   PPG
10   DIES   $3.959

GALLONS   TOTAL
18.944   $75.00

THANK YOU
COME SEE US AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT

9/19/11

DANDY MINI MART #16
SAYRE, PA 18840
570-888-8288

18901005-04
DANDY MINI MART #16
926 N. ELMIRA ST.
SAYRE        PA

MC FLEET
************5140
REF # 960005602 0
DATE 09/20/11  11:46
ODOMETER 3140
PUMP # 08
PRODUCT: ULSD
APPROVAL # 550142
GALLONS:        12.198
PRICE/G:    $   4.099
FUEL  SALE  $  50.00

THANK YOU
HAVE A NICE DAY

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 09/20/11         TIME: 22:44
MERCHANT ID:           JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#              (************5140
EXPIRATION DATE                **/**
SEQ:                          056007
ODOMETER READING:               3140
APPROVAL CODE:                704419
ENTRY METHOD:                 SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        76.108G   3.679    280.00

TOTAL AMOUNT:         $280.00

APPROVED  704419

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/22/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 706069 | 1,189.53 |
| 09/22/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | | 706040 | 285.05 |
| 09/22/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 705994 | 820.58 |
| 09/22/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 705970 | 2,286.25 |
| 09/22/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 5 | 705967 | 541.66 |
| 09/22/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 2 | 705939 | 574.41 |
| 09/22/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 4 | 705932 | 396.00 |
| 09/22/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 705909 | 533.14 |
| 09/22/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 705905 | 294.00 |
| 09/22/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 705898 | 1,114.68 |
| 09/22/11 | P509 | 長龍 (570)(81 | 706 LAKE MONTROSE MA | MONTROSE | 32 | 13 | 705897 | 607.73 |
| 09/22/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 705895 | 595.95 |
| 09/22/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 705892 | 875.65 |
| 09/22/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 705891 | 1,000.84 |
| 09/22/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 705890 | 1,178.15 |
| 09/22/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 705888 | 833.25 |
| 09/22/11 | B620 | 遠東 (607)(86 EXIT | 133 NORTH MAIN STRE | VESTAL | 32 | 6 | 705834 | 0.00 |
| 09/22/11 | B623 | LUCKY KITCHEN | 7335 COLLINS STREET | WHITNEY | 32 | | 703503 | 0.00 |

共計行數：18

Report Totals: 13,126.87

9/22/11

**Sunoco 7123**

UNOCO 7123
S HWY 46E 8 ABBOTT AVE
PALISADES PA NJ 07650
Merchant# H33465062800?

7/23/11 17:30:01

Pump #9
Diesel      Fuel Ticket #583727
  67.052 G @ 3.679
Subtotal                  246.00
Sales Tax                   0.00
Total                    $246.68
Credit Card-US/US        $246.68
Change                    $0.00

XXXXXXXXX5140
CF
Odometer:3140
Trans# 038819
Card Total: $246.68   Approval#451081
Change   $   0.00

*** Customer signature on file ***

Thank you for
Shopping Sunoco

---

**PILOT TRAVEL CENTERS LLC**

STORE 298
SR 93, Box 1114
Drums, PA 18222
(570) 788-3262
09/22/2011

SALE
Transaction #: 1666063

Qty Name              Price   Total
1 Carbonless Loose Lea 24.99   24.99

Subtotal                      24.99
Sales Tax                      1.50
Tax Rate 1              1.50
Total                         26.49
Received:                     26.49
MC
XXXXXXXXXXXX5495
Approved
Auth #: R2643B

Pos:1 Clerk:466 09/22/2011 12:04:20
ORIGINAL RECEIPT

---

steam ve
Trout Run,
570-99                    7771

STEAM V
TROUT
DEALER: 47
09/22/11

ACCT/CARD #: Maste
AUTH #: 15415
INVOICE #: OSG04

CREDIT TOTAL: $193.

CASHIER: 05

ITEM        QTY         AMOUNT
Diesel 1    Fue         1195864
Pump #12    3.952 G      13.67
Diesel #8   Fue         1195867
Pump #8     46.644 G    180.00

Items: 2    Sub        193.67
            Sal          0.00
            Tot        193.67

SHIFT 0006 ::
      Thank Stop Ba on
      Have a Gr    ay !

NAME: Zhi Qiong Wu

STREET: Flushing

CITY: N.Y.  STATE: NY  STATE AND ZIP: 11354

(AREA CODE) PHONE NO.

CAR/LICENSE: NY  MAKE AND COLOR:  COMPANY REPRESENTING:  YEAR:

NO. IN PARTY:

PAYMENT WILL BE MADE BY:  □ CREDIT CARD  □ CASH  □ CHECK

SIGNATURE X _____

CREDIT CARD USED:

CARD NO.:

NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

| DAYS OCCUPIED | | ROOM NO.: 28 |
|---|---|---|
| SUN | | CHECK OUT DATE: 2-28-01 |
| MON | | ARRIVAL DATE/TIME: 2-27 11 |
| TUES | | ROOM RATE/TAX |
| WED | ✓ | RECEIVED BY |
| THURS | ✓ | ROOM TOTAL: 96.00 |
| FRI | | TAX: 3.30 |
| SAT | | TOTAL: 109.00 |
| | | AMT. PAID: 109.00 |
| | | AMT. DUE |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/24/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 29 | 9 | 706807 | 490.45 |
| 09/24/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 29 | 5 | 706754 | 774.50 |
| 09/24/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 29 | 7 | 706718 | 601.50 |
| 09/24/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 29 | 3 | 706705 | 1,110.80 |
| 09/24/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 29 | 7 | 706691 | 923.25 |
| 09/24/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 29 | 6 | 706675 | 436.54 |
| 09/24/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 29 | | 706663 | 770.72 |
| 09/24/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 29 | 12 | 706661 | 470.25 |
| 09/24/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 29 | 8 | 706641 | 578.01 |
| 09/24/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 29 | 8 | 706628 | 832.65 |
| 09/24/11 | 9010 | BAMBOO | 353 TARRYTOWN ROAD | ELMSFORD | 29 | | 705870 | 73.50 |

共計行數：11

Report Totals: 7,062.17

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 09/29/11 | B623 | LUCKY KITCHEN | 7335 COLLINS STREET | WHITNEY | 32 | | 703503 | 0.00 |
| 09/26/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 707401 | 1,016.27 |
| 09/26/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 707354 | 600.50 |
| 09/26/11 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 707351 | 372.86 |
| 09/26/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 707344 | 425.70 |
| 09/26/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 707295 | 440.00 |
| 09/26/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 13 | 707278 | 1,334.80 |
| 09/26/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 707262 | 1,334.10 |
| 09/26/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 707260 | 2,280.10 |
| 09/26/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 707228 | 349.66 |
| 09/26/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 707205 | 960.42 |
| 09/26/11 | P508 | 金 寶 (570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 707200 | 507.20 |
| 09/26/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 707194 | 1,266.36 |
| 09/26/11 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 707193 | 620.62 |
| 09/26/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 707191 | 601.30 |
| 09/26/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 707183 | 759.45 |
| 09/26/11 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 707178 | 705.10 |

共計行數：17

Report Totals: 13,574.44

9/26/11

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

ATE: 09/27/11          TIME: 20:15
ERCHANT ID:            JA349409010003

CREDIT CARD
MASTERCARD FLEET SALE
ARD#              ************5140
XPIRATION DATE              **/**
EQ:                        077004
DOMETER READING:             3140
PPROVAL CODE:              193947
NTRY METHOD:               SWIPED

RODUCT        QTY      PRICE     AMOUNT
DIESEL     77.483G     3.639     281.96

TOTAL AMOUNT:                   $281.96

APPROVED 193947

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

BAINBRIDGE XTRAMART
BRT 1206 & 1884
BAINBRIDGE, NY 13733
SUNOCO 0268306800
BAINBRIDGE BEVR RD
BAINBRIDGE  NY 1373

DATE            09/25/11
TIME             3:16 PM
ODOMETER       12530
AUTH # 112530
MC FLEET
ACCOUNT NUMBER
XXXX XXXX XXXX 5140

PUMP    PRODUCT    PPG
10      DIESEL    $4.069

GALLONS            TOTAL
36.955          $150.00

THANK YOU
HAVE A NICE DAY

---

ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

GUEST RESERVATION

| NAME | *Zhi Qiang Wu* | ARRIVAL DATE / TIME | A.M. |
| STREET | | *9/29/11* | P.M. |
| | | DEPARTURE | |
| CITY | *Flushing* STATE AND ZIP *NY 11354* | *9/20 '11* (AREA CODE) PHONE NO. | |
| COMPANY | RESERVED BY | (AREA CODE) PHONE NO. | |

## ACCOMMODATIONS

- ____ SINGLE ____ TWIN AND DOUBLE ____ COT
- ____ DOUBLE ____ TWO DOUBLES ____ CRIB
- ____ TWINS

☐ DEPOSIT ☐ CONFIRMED
☐ GUARANTEED ☐ HOLD UNTIL

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD
CARD NO.

| NO. IN PARTY *2* | ROOM(S) ASSIGNED *#28* | RATE *$96* | DEPOSIT | DATE RECEIVED |
| CLERK | | DATE | | |

REMARKS:

Room Total 96
Tax 12.50
Total 108.8

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

9/29/11 – 5/14/12

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 473833
09/29/11 17:03

ACCT/CARD #:
AUTH. #: Master XXXX X6140
INVOICE #: 687190        0SO0239

CREDIT TOTAL:    $189.87
CASHIER: 05

| Items: 1 | | | |
| ITEM | QTY | PRICE | AMOUNT |
| Diesel 2 | | Fuel Ticket #1980/81 | |
| Pump #8 | 49.588 G | @ 3.829 | 189.87 |

Subtotal    189.87
Sales Tax    0.00
Total    189.87

#32

SHIFT 000648
Stop Back Soon
Have a Great Day !

Thank You !

Thank you for
Shopping Sunoco

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

09/30/11 17:29:58

| Diesel | Fuel Ticket #63380 | |
| Pump #9 | 73.302 G @ 3.639 | 266.75 |

Subtotal    266.75
Sales Tax    0.00
Total    266.75
Credit Card(USD$)    $266.75

Change    $0.00

MCF
XXXXXXXXXXX5140
Odometer: 3924
Trans# 041883    Approval# 96144
Card Total: $266.75

#3.00

*** Customer signature on file ***

Change    $    0.00

Trans ID# 96152
e134s7813

10/3/11

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 10/04/11
MERCHANT ID:                        TIME:18:44
                                    J43494090100 3
CARD#                        ***********5140    **/**
EXPIRATION DATE:                            098008
SEQ:                                          3140
ODOMETER READING:                           691422
APPROVAL CODE:                              SWIPED
ENTRY METHOD:              CREDIT CARD
                           MASTERCARD FLEET SALE

PRODUCT              QTY    PRICE      AMOUNT
DIESEL             73.768G  3.599      265.49

TOTAL AMOUNT:                          $265.49

APPROVED 691422

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

WWW.MANLEYSMM.COM
OUR STORE
TP365401 20-001    ENDWELL MANLEY 11
3225 E MAIN ST
ENDWELL    NY 13760

Descr.              qty        amount

<CUSTOMER COPY>
DIES CR #08       64.303G      270.01
                 @ 4.199/ G

Sub Total                      270.01
Tax                              0.00
TOTAL $                        270.01

CREDIT $                       270.01

CARD TYPE: MC FLEET
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 445051
AMOUNT:                    INVOICE: 077470
                           $          270.01

APPROVED  445051

MANLEYS*GIVES
***********YOU*MORE*******
REG# 0002  CSH# 003  DR# 01  TRAN# 28377
10/03/11    19:59:04        ST#      11

---

ENDWELL MOTEL

NAME    Zhi Qiang Wu              ROOM NO. > 8

STREET                            CHECK-OUT DATE

CITY                STATE AND ZIP  ARRIVAL DATE / TIME

( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE / TAX

CAR LICENSE  STATE   MAKE AND COLOR      YEAR    RECEIVED BY

NO. IN PARTY   SIGNATURE
               X

PAYMENT WILL   ☐ CREDIT  ☑ CASH  ☐ CHECK
BE MADE BY:    ☐ CARD

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 00 |
| --- | --- | --- | --- |
| SUN | | | |
| MON | ✓ | TAX | 12 68 |
| TUES | | | |
| WED | | TOTAL | 108 68 |
| THURS | | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

CHECK OUT TIME: 11 A.M.

ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

paid cash

# AR Invoices



| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/08/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 711445 | 537.25 |
| 10/08/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 711378 | 617.73 |
| 10/08/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 711330 | 2,074.15 |
| 10/08/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 711300 | 378.75 |
| 10/08/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 711291 | 1,057.23 |
| 10/08/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | | 711268 | 715.65 |
| 10/08/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 711262 | 439.00 |
| 10/08/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 711258 | 834.70 |
| 10/08/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 8 | 711257 | 232.13 |
| 10/08/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 711252 | 1,202.85 |
| 10/08/11 | P509 | 長龍(570)(81 | 706 LAKE MONTROSE MA | MONTROSE | 32 | 2 | 711246 | 216.50 |
| 10/08/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 711245 | 721.12 |
| 10/08/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 711241 | 690.81 |
| 10/08/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 711235 | 752.42 |
| 10/08/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 711208 | 487.75 |
| 10/08/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 711205 | 1,168.29 |

共計行數：16

Report Totals: 12,126.33

10/7/11

GUEST REGISTRATION

NAME _zhi Qiang Wu_   ROOM NO. 28

STREET

CITY                          STATE AND ZIP

(AREA CODE) PHONE NO.        COMPANY REPRESENTING

CAR LICENSE   STATE   MAKE AND COLOR        YEAR

NO. IN PARTY   SIGNATURE
               X

PAYMENT WILL   ☐ CREDIT  ☐ CASH  ☐ CHECK
BE MADE BY:      CARD

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT DATE
ARRIVAL DATE/TIME
ROOM RATE/TAX
RECEIVED BY

| DAYS OCCUPIED | |
|---|---|
| SUN | |
| MON | |
| TUES | |
| WED | |
| THURS | X |
| FRI | |
| SAT | |

| | |
|---|---|
| ROOM TOTAL | 96 |
| TAX | 12 48 |
| TOTAL | 108 48 |
| AMT. PAID | |
| AMT. DUE | |

PRODUCT 325-2  ⊕NEBS Inc., Groton, Mass. 01471

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062B001

10/07/11 16:32:53

Diesel          Fuel Ticket #68612
Pump #14   79.328 G @ 3.599  285.50

Subtotal                     285.50
Sales Tax                      0.00
T o t a l                 $285.50
Credit Card(USD$)          $285.50

Change        $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 045385   Approval# 455905
Card Total:  $285.50

*** Customer signature on file ***

Change      $    0.00

Trans ID# 104195
e134s8513

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/10/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 711791 | 588.50 |
| 10/10/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 711786 | 1,398.22 |
| 10/10/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 711782 | 652.88 |
| 10/10/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 711774 | 374.69 |
| 10/10/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 711708 | 698.09 |
| 10/10/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 711699 | 505.03 |
| 10/10/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 711678 | 411.60 |
| 10/10/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 711624 | 1,316.85 |
| 10/10/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 711615 | 360.00 |
| 10/10/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 711613 | 1,141.46 |
| 10/10/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 711610 | 462.48 |
| 10/10/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 711599 | 656.70 |
| 10/10/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 711595 | 626.33 |
| 10/10/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 711590 | 555.75 |
| 10/10/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 711586 | 1,259.02 |
| 10/10/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 711582 | 620.05 |
| 10/10/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 711579 | 1,174.63 |

共計行數 : 17

Report Totals: 12,802.28

XTRAMART #1608
EAST RIVER RD
BAINBRIDGE, NY 13733
WWW.XTRAMART.COM
TQ3642464-001  SUNOCO 0268306800
RT 206 & RVR RD
BAINBRIDGE   NY 13733

| Descr. | qty | amount |
|--------|-----|--------|
| `<CUSTOMER COPY>` | | |
| DIES CR #10 | 38.749G | 153.46 |
| @3.959/G | | |

```
        Sub Total    153.46
           Tax         0.00
TOTAL  153.46
        CREDIT  $  153.46
```

CARD TYPE: MC FLEET
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 129440    INVOICE: 011255
AMOUNT:         $   153.46

APPROVED 129440
*********************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
REG# 0003 CSH# 011 DR# 01 TRAN# 31146
10/11/11  15:31:30       ST#  1608

---

US GAS AND DIESEL
RT/6 EAST AND MAPLE AVE
RIDGEFIELD, NJ 07657

DATE:10/11/11                TIME: 20:20
MERCHANT ID:              JA3494090l003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE                    **/**
SEQ:                              118140
ODOMETER READING:                   3140
APPROVAL CODE:                    203437
ENTRY METHOD:                    SWIPED

PRODUCT          QTY   PRICE     AMOUNT
DIESEL        51.742G  3.599     186.22
                               --------
TOTAL AMOUNT:            $186.22

APPROVED 203437

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

BAINBRIDGE XTRAMART
RT 206, & 188
BAINBRIDGE, NY 13733

TQ3642464-001
SUNOCO 0268306800
RT 206 & RVR RD
BAINBRIDGE NY 13733

DATE       10/11/11
TIME        8:27 PM
AUTH# 124817
ODOMETER 3140

MC FLEET
ACCOUNT NUMBER
XXXX XXXX XXXX 5140

PUMP   PRODUCT   PPG
10     DIES    $3.959

GALLONS      TOTAL
37.888      $150.00

THANK YOU
HAVE A NICE DAY

NAME Zhi Qiong Wu

STREET

CITY _____ STATE AND ZIP

( AREA CODE ) PHONE NO. _____ COMPANY REPRESENTING

CAR LICENSE | STATE | MAKE AND COLOR | YEAR

NO. IN PARTY _____ SIGNATURE
X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☒ CASH ☐ CHECK

CREDIT CARD USED _____

CARD NO. _____

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

ROOM NO. 28

CHECK-OUT DATE

ARRIVAL DATE / TIME

ROOM RATE / TAX

RECEIVED BY

| | DAYS OCCUPIED | |
|---|---|---|
| SUN | | |
| MON | ✓ | |
| TUES | | |
| WED | | |
| THURS | | |
| FRI | | |
| SAT | | |

ROOM TOTAL — 96.00
TAX — 12.48
TOTAL — 108.48
AMT. PAID
AMT. DUE

Paid Cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/13/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 712580 | 847.54 |
| 10/13/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 712553 | 351.10 |
| 10/13/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 2 | 712522 | 347.90 |
| 10/13/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 5 | 712504 | 680.98 |
| 10/13/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 712461 | 1,770.18 |
| 10/13/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 712458 | 430.50 |
| 10/13/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 712457 | 686.20 |
| 10/13/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 712455 | 574.85 |
| 10/13/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 712453 | 1,122.38 |
| 10/13/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 712448 | 1,329.40 |
| 10/13/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 712445 | 583.97 |
| 10/13/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 712442 | 1,039.68 |
| 10/13/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 712438 | 779.75 |
| 10/13/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 712436 | 1,259.90 |
| 10/13/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 712434 | 709.92 |
| 10/13/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 8 | 711901 | 5,668.00 |

共計行數：16

Report Totals: 18,182.25

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 10/14/11                    TIME: 17:36
MERCHANT ID:                      JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                  *********5140
EXPIRATION DATE        **/**
SEQ:                   125150
ODOMETER READING:      3140
APPROVAL CODE:         964059
ENTRY METHOD:          SWIPED

PRODUCT    QTY      PRICE    AMOUNT
DIESEL     53.829G  3.599    193.73

TOTAL AMOUNT:        $193.73

APPROVED 964059

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9990

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
10/13/11 15:37

ACCT/CARD #: MasterXXXX X5140
AUTH. #:     660955
INVOICE #:   OSG0784

CREDIT TOTAL  $183.21
CASHIER: 04

ITEM       QTY    PRICE    AMOUNT
Diesel 2   Fuel Ticket #202702
Pump #10   48.738 G @ 3.759  183.21

Items: 1        Subtotal   183.21
                Sales Tax    0.00
                Total      183.21

SHIFT 000662
Thank You!
Stop Back Soon
Have a Great Day!

---

NAME  Zhi Qiang Wu              ROOM NO. 19

STREET  14786 PC               CHECK-OUT DATE 10/14/11

CITY                STATE AND ZIP   ARRIVAL DATE / TIME 10/13/11

( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE
             | X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| --- | --- | --- | --- |
| SUN | | | |
| MON | | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | ✓ | | |
| FRI | | AMT. PAID | |
| SAT | | AMT. DUE | |

CREDIT CARD USED: _____

CARD NO. _____

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME:  11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

Paid cash
#32

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/15/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 713204 | 1,177.75 |
| 10/15/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 713181 | 740.22 |
| 10/15/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 713177 | 1,591.05 |
| 10/15/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 713113 | 516.95 |
| 10/15/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | | 713092 | 578.10 |
| 10/15/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 713069 | 804.71 |
| 10/15/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 713047 | 417.69 |
| 10/15/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 713045 | 1,155.45 |
| 10/15/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 713022 | 841.53 |
| 10/15/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 713019 | 1,114.21 |
| 10/15/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 713017 | 896.30 |
| 10/15/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 713012 | 433.92 |
| 10/15/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 713011 | 460.85 |
| 10/15/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 713009 | 1,284.35 |
| 10/15/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 713004 | 933.50 |

共計行數 : 15

Report Totals:  12,946.58

```
        Steam Valley T/S
     Trout Run, PA 17771
         570-998-9090

          STEAM VALLEY
          TROUT RU PA
        DEALER: 4783833
        10/15/11 15:54

   ACCT/CARD #:  MasterXXXX X5140
   AUTH. #:      089129
   INVOICE #:    0SG0003

   CREDIT TOTAL   $141.50

   CASHIER: 05

   ITEM         QTY    PRICE  AMOUNT
   Diesel 2        Fuel Ticket #203439
   Pump #10   37.345 G @ 3.789  141.50

   Items:  1    Subtotal    141.50
                Sales Tax     0.00
                Total       141.50

   SHIFT 000664

       Thank You !
     Stop Back Soon
   Have a Great Day !
```

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 10/15/11                    TIME: 22:27
MERCHANT ID:                JA34940901003

                CREDIT CARD
         MASTERCARD FLEET SALE

CARD#                   ***********5140
EXPIRATION DATE               **/**
SEQ:                         130009
ODOMETER READING:              3140
APPROVAL CODE:               118379
ENTRY METHOD:                SWIPED

PRODUCT          QTY   PRICE   AMOUNT
DIESEL         48.719G  3.699  180.21

TOTAL AMOUNT:         $180.21

        APPROVED  118379

     THANKS FOR YOUR BUSINESS

        CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/17/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 713610 | 437.39 |
| 10/17/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 713595 | 550.90 |
| 10/17/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 713552 | 793.35 |
| 10/17/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 713518 | 397.90 |
| 10/17/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 713490 | 407.09 |
| 10/17/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 713436 | 425.00 |
| 10/17/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 713406 | 801.23 |
| 10/17/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 713401 | 1,334.60 |
| 10/17/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 713394 | 1,254.95 |
| 10/17/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 713387 | 642.18 |
| 10/17/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 713382 | 991.47 |
| 10/17/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 713379 | 731.62 |
| 10/17/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 713376 | 617.13 |
| 10/17/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 713371 | 342.75 |
| 10/17/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 713369 | 805.70 |
| 10/17/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 713368 | 1,070.03 |

共計行數 : 16

Report Totals: 11,603.29

## Guest Registration Card

NAME: zhi diang Wu  
ROOM NO.: 9

STREET:  
CHECK-OUT DATE: 10/18/11

CITY:  
STATE AND ZIP:  
ARRIVAL DATE / TIME: 10/17/11

( AREA CODE ) PHONE NO.:  
COMPANY REPRESENTING:  
ROOM RATE / TAX:

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY:  
SIGNATURE: X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO.: _____

| DAYS OCCUPIED | | | | ROOM TOTAL | 96 |
|---|---|---|---|---|---|
| SUN | | | | | |
| MON | ✓ | | | TAX | 12.48 |
| TUES | | | | | |
| WED | | | | TOTAL | 108.48 |
| THURS | | | | AMT. PAID | |
| FRI | | | | | |
| SAT | | | | AMT. DUE | |

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
3211 E. Main Street  
ENDWELL, NEW YORK 13760  
(607) 748-7388

#32   14786 PC

---

DATE: 10/18/11          TIME: 20:40  
MERCHANT ID:          J434940901003

CREDIT CARD  
MASTERCARD FLEET SALE

************5140

CARD#          **/**  
EXPIRATION DATE  
SEQ:          138003  
ODOMETER READING:          3140  
APPROVAL CODE:          716511  
ENTRY METHOD:          SWIPED

PRODUCT          QTY          PRICE          AMOUNT  
DIESEL          42.587G          3.699          157.53

TOTAL AMOUNT:          $157.53

APPROVED 716511

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

US GAS AND DIESEL  
RT46 EAST AND MAPLE AVE  
RIDGEFIELD NJ 07657

ACCT/CARD #:     MasterXXXX/X2664  
AUTH. #:     97211B  
INVOICE #:     OS60198  
10/17/11 16:24

CASHIER: 05

CREDIT TOTAL          $144.93

ITEM          QTY          PRICE          AMOUNT  
Diesel 2          Fuel Ticket #29467  
Pump #8          38.251 G @ 3.789          144.93

Items: 1

          Subtotal          144.93  
          Sales Tax          0.00  
          Total          144.93

SHIFT 0000666

Thank You !  
Stop Back Soon !  
Have a Great Day !

---

Steam Valley Tr5  
Trout Run, PA 17771  
570-998-9090

Steam Valley  
Trout Run PA  
DEALER: 4783833

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/20/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 5 | 1 | 714419 | 827.93 |
| 10/20/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 5 | 2 | 714313 | 1,094.46 |
| 10/20/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 5 | 5 | 714309 | 504.23 |
| 10/20/11 | P511 | J C | 124 W FRONT ST | BERWICK | 5 | | 714298 | 1,124.25 |
| 10/20/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 5 | | 714285 | 337.00 |
| 10/20/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 5 | 2 | 714272 | 2,230.49 |
| 10/20/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 5 | 12 | 714265 | 416.79 |
| 10/20/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 5 | | 714260 | 450.55 |
| 10/20/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 5 | 11 | 714254 | 919.32 |
| 10/20/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 5 | 10 | 714253 | 1,097.85 |
| 10/20/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 5 | 7 | 714250 | 277.75 |
| 10/20/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 5 | | 714249 | 1,146.37 |
| 10/20/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 5 | 6 | 714245 | 1,126.93 |
| 10/20/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 5 | 8 | 714242 | 1,254.12 |
| 10/20/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 5 | 9 | 714240 | 605.75 |

共計行數：15

Report Totals: 13,413.79

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant# H3346506Z8001

10/21/11 17:24:27

```
Diesel          Fuel Ticket #79826
Pump #10    39.508 G @ 3.699  146.14

Subtotal                     146.14
Sales Tax                      0.00
Total                        146.14
Credit Card(USD$)          $146.14
```

Change          $0.00

```
XXXXXXXXXXXX5140
MCF
Odometer: 3140
Trans#  052953   Approval# 474785
Card Total: $146.14
```

*** Customer signature on file ***

Change          $        0.00

Thank you for
Shopping Sunoco

Trans ID# 122025
e1349913

---

## Steam Valley T/S
## Trout Run PA 17771
## 570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4736383
10/20/11 16:18

```
KEYED ACCOUNT
ACCT/CARD #:  MasterXXXX 5140
AUTH #:       186777
INVOICE #:    0S60620

CREDIT TOTAL  $185.84

CASHIER: 05

ITEM        QTY  PRICE  AMOUNT
Diesel 2  Fuel Ticket #205050
Pump #8   48.408 G @ 3.839  185.84

Items:  1    Subtotal     185.84
             Sales Tax      0.00
             Total        185.84
```

SHIFT 000669

Thank You !
Stop Back Soon !
Have a Great Day !

---

NAME  Zhi Qiang Wu          ROOM NO. 79

STREET  #140 College Pt BL Flushing NY   CHECK OUT DATE 10/31/11

CITY  31-40    STATE AND ZIP.   ARRIVAL DATE / TIME 10/30/11

(AREA CODE) PHONE NO.  718-672-2136   COMPANY REPRESENTING  Win Keung Exp   ROOM RATE / TAX

CAR LICENSE 36943 MA  STATE NY  MAKE AND COLOR  UD  YEAR 2011  RECEIVED BY

NO. IN PARTY 2    SIGNATURE X

PAYMENT WILL BE MADE BY:  ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | | | |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUES | | | | |
| WED | | | | |
| THURS | X | | | |
| FRI | | | | |
| SAT | | | | |

ROOM TOTAL  96
TAX  12.48
TOTAL  108.48
AMT. PAID
AMT. DUE

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/22/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 5 | 9 | 715033 | 431.75 |
| 10/22/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 5 | 8 | 714951 | 303.04 |
| 10/22/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 5 | 5 | 714917 | 970.92 |
| 10/22/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 5 | 2 | 714882 | 695.95 |
| 10/22/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 5 | 1 | 714873 | 1,027.15 |
| 10/22/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 5 | | 714867 | 1,007.58 |
| 10/22/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 5 | 4 | 714866 | 499.15 |
| 10/22/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 5 | 12 | 714846 | 1,065.30 |
| 10/22/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 5 | 7 | 714842 | 678.30 |
| 10/22/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 5 | 10 | 714839 | 477.50 |
| 10/22/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 5 | 6 | 714837 | 646.20 |
| 10/22/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 5 | 3 | 714832 | 895.65 |
| 10/22/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 5 | 7 | 714808 | 1,212.90 |
| 10/22/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 5 | 11 | 714803 | 423.90 |
| 10/22/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 5 | 8 | 714800 | 1,119.85 |

共計行數 : 15

Report Totals: 11,455.14

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD   NJ 07657

DATE: 10/22/11                              TIME: 22:19
MERCHANT/ID:                        JA34940901003
                    CREDIT CARD
          MASTERCARD FLEET SALE

CARD#                        ***********5140
EXPIRATION DATE                         **/**
SEQ:                                   150011
ODOMETER READING:                        3140
APPROVAL CODE:                         631592
ENTRY METHOD:                          SWIPED

PRODUCT              QTY   PRICE    AMOUNT
DIESEL           55.066G  3.699    203.69
                                 -------------------

TOTAL AMOUNT:          $203.69

APPROVED  631592

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/24/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 5 | 1 | 715382 | 829.85 |
| 10/24/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 5 | 4 | 715331 | 593.60 |
| 10/24/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 5 | 26 | 715315 | 497.45 |
| 10/24/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 5 | 20 | 715305 | 527.78 |
| 10/24/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 5 | 13 | 715272 | 467.65 |
| 10/24/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 5 | 24 | 715235 | 393.44 |
| 10/24/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 5 | 25 | 715228 | 539.65 |
| 10/24/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 5 | 23 | 715196 | 527.51 |
| 10/24/11 | P511 | J C | 124 W FRONT ST | BERWICK | 5 | 2 | 715195 | 665.50 |
| 10/24/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 5 | 3 | 715186 | 2,096.25 |
| 10/24/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 5 | 14 | 715176 | 619.00 |
| 10/24/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 5 | 6 | 715171 | 691.99 |
| 10/24/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 5 | 7 | 715166 | 647.40 |
| 10/24/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 5 | 16 | 715162 | 1,004.50 |
| 10/24/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 5 | 18 | 715157 | 691.50 |
| 10/24/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 5 | 19 | 715153 | 1,023.72 |

共計行數 : 16

Report Totals: 11,816.79

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

NAME

STREET

CITY

( AREA CODE) PHONE NO.

CAR LICENSE | STATE | MAKE AND COLOR

NO. IN PARTY

PAYMENT WILL
BE MADE BY:  ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

SIGNATURE   X

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS

This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

ROOM NO.

CHECK-OUT DATE

STATE AND ZIP

COMPANY REPRESENTING

YEAR

ARRIVAL DATE/ TIME

ROOM RATE/TAX

RECEIVED BY

DAYS OCCUPIED: SUN | MON | TUES | WED | THURS | FRI | SAT

ROOM TOTAL

TAX

TOTAL

AMT. PAID

AMT. DUE

---

BAINBRIDGE XTRAMART
RT 206 & I88
BAINBRIDGE, NY 13733
TQ3642436400I
SUN0C0 0268306800
RT 206 & EVE RD
BAINBRIDGE NY 1373
DATE          10/25/11
TIME          3:14 PM
AUTH# 145927
ODOMETER 3140
MC FLEET
ACCOUNT NUMBER
XXXX XXXX XXXX 5140
PUMP   PRODUCT PPG
10     DIES     $4.039
GALLONS          TOTAL
30.948          $125.00

THANK YOU
HAVE A NICE DAY

---

BAINBRIDGE XTRAMART
RT 206 & I88
BAINBRIDGE, NY 13733
TQ3642436400I
SUN0C0 0268306800
RT 206 & RVR RD
BAINBRIDGE NY 1373
DATE          10/25/11
TIME          3:08 PM
AUTH# 143731
ODOMETER 3140
MC FLEET
ACCOUNT NUMBER
XXXX XXXX XXXX 5140
PUMP   PRODUCT PPG
10     DIES     $4.039
GALLONS          TOTAL
37.138          $150.00

THANK YOU
HAVE A NICE DAY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/27/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 716169 | 1,089.29 |
| 10/27/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 2 | 716163 | 1,839.20 |
| 10/27/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | | 716086 | 1,046.98 |
| 10/27/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 30 | | 716084 | 1,143.88 |
| 10/27/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 30 | 5 | 716077 | 716.70 |
| 10/27/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 3 | 716056 | 612.57 |
| 10/27/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 30 | | 716048 | 341.75 |
| 10/27/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 7 | 716031 | 678.50 |
| 10/27/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 30 | 6 | 716029 | 889.35 |
| 10/27/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 8 | 716023 | 1,372.63 |
| 10/27/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 10 | 716019 | 1,160.55 |
| 10/27/11 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 12 | 716018 | 506.17 |
| 10/27/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 9 | 716015 | 786.50 |

共計行數：13

Report Totals: 12,184.07

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
10/27/11 15:36

ACCT/CARD #:      MasterXXXX X5140
AUTH. #:          692273
INVOICE #:        0SG0352
CREDIT TOTAL      $182.17
CASHIER: 05

ITEM          QTY  PRICE  AMOUNT
Diesel 2           Fuel Ticket #207311
Pump #8      46.722 G @ 3.899  182.17

Items:    1        Subtotal      182.17
                   Sales Tax       0.00
                   Total         182.17

SHIFT 000676

Thank You !
Stop Back Soon !
Have a Great Day !

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

10/28/11 16:56:24

Diesel         Fuel Ticket #85709
Pump #13    44.060 G @ 3.699  162.98

Subtotal                       162.98
Sales Tax                        0.00
Total                       $162.98
Credit Card(USD$)            $162.98

Change          $0.00

XXXXXXXXXX5140
MCF
Odometer:3140
Trans# 056931    Approval# 983799
Card Total: $162.98

*** Customer signature on file ***

Change     $     0.00

Trans ID# 131407
e134s10613

Thank you for
Shopping Sunoco

NAME  Zhi Qiang Wu          ROOM NO. 28

STREET                      CHECK OUT DATE  10/28/11

CITY              STATE AND ZIP   ARRIVAL DATE/TIME  10/27/11

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING   ROOM RATE/TAX

CAR LICENSE  | STATE | MAKE AND COLOR  | YEAR   RECEIVED BY

NO. IN PARTY   SIGNATURE
               X

| PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK | DAYS OCCUPIED | ROOM TOTAL | 96 | |
|---|---|---|---|---|
| CREDIT CARD USED: | SUN | TAX | 12 | 48 |
| | MON | | | |
| CARD NO. | TUES | | | |
| | WED | TOTAL | 108 | 48 |
| | THURS ✓ | AMT. PAID | | |
| | FRI | AMT. DUE | | |
| | SAT | | | |

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/29/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 30 | 8 | 716727 | 649.41 |
| 10/29/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 30 | 9 | 716718 | 736.60 |
| 10/29/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | 5 | 716708 | 676.50 |
| 10/29/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 1 | 716696 | 1,301.65 |
| 10/29/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | 10 | 716690 | 1,034.15 |
| 10/29/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | | 716687 | 563.07 |
| 10/29/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 30 | 6 | 716662 | 497.44 |
| 10/29/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 12 | 716618 | 849.95 |
| 10/29/11 | P518 | 香港(570)(180 | 500 Pine St | Williamsport | 30 | 7 | 716602 | 811.38 |
| 10/29/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 7 | 716601 | 944.95 |
| 10/29/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 30 | 3 | 716584 | 981.05 |
| 10/29/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 11 | 716582 | 516.40 |
| 10/29/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 4 | 716579 | 396.50 |
| 10/29/11 | B603 | 華園(17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 8 | 716578 | 1,301.60 |

共計行數：14

Report Totals: 11,260.65

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
10/29/11 16:31

ACCT/CARD #:    MasterXXXX X5140
AUTH. #:        122829
INVOICE #:      OSG0574

CREDIT TOTAL    $129.01

CASHIER: 05

ITEM            QTY    PRICE   AMOUNT
Diesel 2        Fuel Ticket #208081
Pump #8    33.087 G @ 3.899   129.01

Items:  1       Subtotal      129.01
                Sales Tax       0.00
                Total         129.01

SHIFT 000678

Thank You !
Stop Back Soon
Have a Great Day !

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

10/30/11 00:33:19

Diesel          Fuel Ticket #86681
Pump #10   33.793 G @ 3.699   125.00

Subtotal                     125.00
Sales Tax                      0.00
Total                     $125.00
Credit Card(USD$)            $125.00

Change                      $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 057556    Approval# 150820
Card Total:  $125.00

*** Customer signature on file ***

Change          $      0.00

Trans ID# 132950
e197s107t3

Thank you for
Shopping Sunoco

```
              STEAM VALLEY
               TROUT RU PA
            DEALER: 4783833
            10/29/11 16:31

ACCT/CARD #:    MasterXXXX X5140
AUTH. #:        122829
INVOICE #:      OSG0574

CREDIT TOTAL    $129.01

CASHIER: 05

ITEM            QTY   PRICE  AMOUNT
Diesel 2          Fuel Ticket #208081
Pump #8    33.087 G @  3.899  129.01


Items:  1       Subtotal     129.01
                Sales Tax      0.00
                Total        129.01
```

SHIFT 000678

Thank You !
Stop Back Soon
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 10/31/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 717157 | 692.93 |
| 10/31/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | 7 | 717126 | 347.75 |
| 10/31/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 30 | 26 | 717096 | 375.45 |
| 10/31/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 4 | 717091 | 529.57 |
| 10/31/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | 13 | 717058 | 877.54 |
| 10/31/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 30 | 10 | 717037 | 157.75 |
| 10/31/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 16 | 717025 | 934.55 |
| 10/31/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 3 | 717018 | 1,599.10 |
| 10/31/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 14 | 716988 | 635.10 |
| 10/31/11 | P511 | J C | 124 W FRONT ST | BERWICK | 30 | 2 | 716972 | 805.80 |
| 10/31/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 6 | 716969 | 540.38 |
| 10/31/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 30 | 7 | 716965 | 603.25 |
| 10/31/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 30 | 17 | 716963 | 723.50 |
| 10/31/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 30 | 18 | 716958 | 715.10 |
| 10/31/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 30 | 19 | 716955 | 740.28 |
| 10/31/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 23 | 716954 | 793.45 |

共計行數：16

Report Totals: 11,071.50

XTRAMART #1608
EAST RIVER RD
BAINBRIDGE, NY 13733
WWW.XTRAMART.COM
TQ36424364-001   SUNOCO 0268306800
RT 206 & RVR RD
BAINBRIDGE   NY 13733

DUPLICATE OUTDOOR RECEIPT

DATE     11/01/11
TIME        4:38 PM
AUTH# 679069
ODOMETER 3140

MC FLEET
  ACCOUNT NUMBER
XXXX XXXX XXXX 5140

PUMP  PRODUCT  PPG
09    DIES   $4.039

GALLONS    TOTAL
37.138     $150.00

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!

---

AINBRIDGE XTRAMART
  RT 206 & I88
AINBRIDGE, NY 13733

)36424364-001
JNOCO 0268306800
T 206 & RVR RD
AINBRIDGE  NY 13733

ATE       11/01/11
IME       4:28 PM
UTH# 676363
DOMETER 3140

C FLEET
  ACCOUNT NUMBER
XXX XXXX XXXX 5140

UMP  PRODUCT  PPG
11    DIES  $4.039

GALLONS    TOTAL
6.191     $25.01

THANK YOU
HAVE A NICE DAY

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

11/01/11 20:47:27

Diesel           Fuel Ticket #89204
Pump #10   27.270 G @ 3.699  /100.87

Subtotal                    100.87
Sales Tax                     0.00
Total                     $100.87
Credit Card(USD$)          $100.87

Change                      $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 059284   Approval# 738358
Card Total: $100.87

*** Customer signature on file ***

Change        $      0.00

Trans ID# 136890
e134s110t3

Thank you for
Shopping Sunoco

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
10/31/11 16:19

ACCT/CARD #:  MasterXXXX X5140
AUTH. #:      410580
INVOICE #:    OSG0746

CREDIT TOTAL   $135.25

CASHIER: 05

ITEM            QTY   PRICE  AMOUNT
Diesel 2            Fuel Ticket #208598
Pump #10   34.689 G @ 3.899  135.25
Redbull 8.4o                   2.29T
*VOID Redbull 8.4o*           - 2.29

Items:  1      Subtotal     135.25
               Sales Tax      0.00
               Total        135.25

SHIFT 000681

Thank You !
Stop Back Soon
Have a Great Day !

NAME Zhi Qiang Wu

ROOM NO. 28

STREET

CHECK-OUT DATE 10-31-11

CITY                    STATE AND ZIP

ARRIVAL DATE / TIME 10-31-11

( AREA CODE ) PHONE NO.          COMPANY REPRESENTING

ROOM RATE / TAX

| CAR LICENSE | STATE | MAKE AND COLOR | | YEAR |

RECEIVED BY

NO. IN PARTY     SIGNATURE
                 X

PAYMENT WILL
BE MADE BY:    ☐ CREDIT  ☐ CASH  ☐ CHECK
               ☐ CARD

CREDIT CARD USED: _____

CARD NO. _____

| | DAYS OCCUPIED |
| --- | --- |
| SUN | |
| MON | ✓ |
| TUES | |
| WED | |
| THURS | |
| FRI | |
| SAT | |

| ROOM TOTAL | 96 |
| TAX | 12.48 |
| | |
| TOTAL | 108.48 |
| AMT. PAID | |
| AMT. DUE | |

Paid Cash

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices

$30

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/03/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 717961 | 760.94 |
| 11/03/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 717929 | 1,785.55 |
| 11/03/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 717923 | 1,176.47 |
| 11/03/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 33 | 2 | 717912 | 318.41 |
| 11/03/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 717888 | 505.60 |
| 11/03/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 33 | 5 | 717875 | 497.88 |
| 11/03/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 717868 | 568.19 |
| 11/03/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 717865 | 271.50 |
| 11/03/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 33 | | 717850 | 585.00 |
| 11/03/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 717830 | 636.82 |
| 11/03/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 717824 | 463.20 |
| 11/03/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 717822 | 1,348.70 |
| 11/03/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 717820 | 606.89 |
| 11/03/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 717817 | 805.48 |
| 11/03/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 717813 | 1,180.14 |
| 11/03/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 717811 | 792.00 |

共計行數 : 16

Report Totals: 12,302.77

## ENDWELL MOTEL

| NAME | Zhi Qiang Wu | | ROOM NO. | 28 |
|---|---|---|---|---|
| STREET | | | CHECK-OUT DATE | |
| CITY | | STATE AND ZIP | ARRIVAL DATE / TIME | |
| ( AREA CODE ) PHONE NO. | | COMPANY REPRESENTING | ROOM RATE / TAX | |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
| NO. IN PARTY | SIGNATURE X | | | |

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | TAX | 12.88 |
| MON | | | |
| TUES | | | |
| WED | | TOTAL | 108 |
| THURS | ✓ | AMT. PAID | |
| FRI | | AMT. DUE | 108 |
| SAT | | | |

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

## CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

*paid cash*

---

**Sunoco 7123**

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800 1

11/04/11 17:04:00

Diesel       Fuel Ticket #91618
Pump #10     44.749 G @ 3.699  165.53

Subtotal                     165.53
Sales Tax                      0.00
**Total**                 **$165.53**
Credit Card(USD)           $165.53

Change                       $0.00

Card Total: $165.53
Trans# 060929  Approval# 491826
Odometer:3140
XXXXXXXXXXXX5140

Change    $    0.00

*** Customer signature on file ***

Trans ID# 140776
e134s11313

Thank you for
Shopping Sunoco

---

**Steam Valley T/S**
**Trout Run, PA 17771**
**570-998-9090**

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
11/03/11 15:36

ACCT/CARD #: MasterXXXX X5140
AUTH #:      196588
INVOICE #:   0S60102

CREDIT TOTAL      $139.66

CASHIER: 05

ITEM      QTY   PRICE  AMOUNT
Diesel 2        Fuel Ticket #209538
Pump #8   35.820 G @ 3.899  139.66

Items:    1

Subtotal                  139.66
Sales Tax                   0.00
Total                     139.66

SHIFT 000684

Thank You !
Stop Back Soon
Have A Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/05/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 718583 | 636.40 |
| 11/05/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 718573 | 543.03 |
| 11/05/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 718547 | 643.00 |
| 11/05/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | | 718523 | 707.07 |
| 11/05/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 718492 | 1,306.35 |
| 11/05/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 718469 | 1,055.89 |
| 11/05/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 718458 | 518.25 |
| 11/05/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 718453 | 984.61 |
| 11/05/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 718449 | 539.05 |
| 11/05/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 718445 | 1,098.35 |
| 11/05/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 718433 | 896.05 |
| 11/05/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 718423 | 749.73 |
| 11/05/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 718401 | 957.83 |
| 11/05/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 718395 | 761.60 |
| 11/05/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 718393 | 978.60 |

共計行數 : 15

Report Totals: 12,375.81

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINVILLE PA  18631
L345652151001

DATE: 11/05/11                    TIME: 23:46
MERCHANT ID:                      JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                           ***********5140
EXPIRATION DATE                         **/**
SEQ:                                   191023
ODOMETER READING:                        3140
APPROVAL CODE:                         655677
ENTRY METHOD:                          SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---------|-----|-------|--------|
| DIESEL  | 63.603G | 3.739 | 237.81 |

## TOTAL AMOUNT:          $237.81

APPROVED  655677

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

11/05/2011 11:49:51 AM
Register: 1 Trans #: 9790 Op ID: 2
Your cashier: gary

DIESEL CA    PUMP#10
71.961 GAL @ $ 3.919/GAL        $282.02  99
                                ----------
                    Subtotal =  $282.02
                         Tax =    $0.00
                                ----------
                       Total =  $282.02

                  Change Due =    $0.00

Credit                          $282.02
-----------------------------------------
XXXXXXXXXXXXX5140, MCF
19/VEHICLE
INVOICE 057100
AUTH 591898
ODO 3140
=========================================
Sequence Number 28308
APPROVED  591898
=========================================
I agree to pay the above total amount
according to the card issuer agreement.
-----------------------------------------

THANK YOU
COME AGAIN

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/07/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 718981 | 948.79 |
| 11/07/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 718922 | 441.04 |
| 11/07/11 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 718869 | 490.95 |
| 11/07/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 13 | 718852 | 767.55 |
| 11/07/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 718831 | 416.79 |
| 11/07/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 718804 | 1,781.58 |
| 11/07/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 718791 | 520.28 |
| 11/07/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 718790 | 873.39 |
| 11/07/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 718785 | 640.25 |
| 11/07/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 11 | 718782 | 382.04 |
| 11/07/11 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 718778 | 522.25 |
| 11/07/11 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 718775 | 1,042.78 |
| 11/07/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 718766 | 925.40 |
| 11/07/11 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 718762 | 504.25 |
| 11/07/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 718755 | 801.25 |
| 11/07/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 718753 | 340.25 |
| 11/07/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 718751 | 558.75 |

共計行數：17

Report Totals: 11,957.59

ROOM NO. 28

NAME _Lui Qiong Wu_

STREET

CITY                              STATE AND ZIP

( AREA CODE ) PHONE NO.          COMPANY REPRESENTING

| CAR LICENSE | STATE | MAKE AND COLOR | YEAR |

| NO. IN PARTY | | SIGNATURE X |

| PAYMENT WILL BE MADE BY: | ☐ CREDIT CARD | ☐ CASH | ☐ CHECK |

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**

3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

| CHECK OUT DATE / | 11/8/11 |
| ARRIVAL DATE / TIME | 11/8/11 |
| ROOM RATE / TAX | |
| RECEIVED BY | |

| DAYS OCCUPIED | |
| SUN | |
| MON | X |
| TUES | |
| WED | |
| THURS | |
| FRI | |
| SAT | |

| ROOM TOTAL | 96. |
| TAX | 12.48 |
| TOTAL | 108.48 |
| AMT. PAID | |
| AMT. DUE | |

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

#32

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
11/07/11 17:13

ACCT/CARD #:  MasterXXXX X5140
AUTH. #:  941740
INVOICE #:  0SG0566

CREDIT TOTAL  $171.93

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
| Diesel 2 | | | |
| Pump #10 | 44.097 G @ 3.899 | | 171.93 |

Fuel Ticket #210898

| Items: | 1 | Subtotal | 171.93 |
| | | Sales Tax | 0.00 |
| | | Total | 171.93 |

SHIFT 000688

Thank You !
Stop Back Soon !
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/10/11 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 719641 | 1,141.84 |
| 11/10/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 719630 | 1,359.97 |
| 11/10/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 719618 | 901.85 |
| | | 共計行數 : 3 | | | | | Report Totals: | 3,403.66 |

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| ~~11/11/11~~ | ~~5981~~ | ~~SHOWA HIBACHI~~ | ~~1929 WANTAGH AVE~~ | ~~WANTAGH~~ | ~~30~~ | ~~6~~ | ~~719869~~ | ~~146.25~~ |
| 11/10/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 30 | | 719796 | 221.90 |
| 11/10/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 719772 | 950.74 |
| 11/10/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 3 | 719727 | 491.15 |
| 11/10/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | | 719722 | 365.00 |
| 11/10/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | 5 | 719695 | 722.35 |
| 11/10/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 30 | 2 | 719680 | 659.27 |
| 11/10/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 30 | | 719677 | 574.00 |
| 11/10/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 2 | 719673 | 2,324.72 |
| 11/10/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 7 | 719661 | 610.40 |
| 11/10/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 8 | 719657 | 1,097.21 |
| 11/10/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 12 | 719629 | 623.10 |
| 11/10/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 30 | | 719626 | 421.08 |
| 11/10/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 30 | 6 | 719625 | 1,043.60 |

共計行數：14

Report Totals: 10,250.77

| NAME | Zhi Qiang Wu | ROOM NO. 28 |

STREET

CHECK-OUT DATE 11/11/11

CITY | STATE AND ZIP | ARRIVAL DATE / TIME 11/10/11

( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE
X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 00 |
| SUN | | | |
| MON | | TAX | 12 48 |
| TUES | | | |
| WED | | TOTAL | 108 48 |
| THURS | ✓ | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

Paid cash
#32

---

Sunoco 7123

SUNOCO 7123
US HWY 46S & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062B001

11/11/11 15:45:50

Diesel          Fuel Ticket #7662
Pump #10    44.676 G @ 3.819 170.62

Subtotal                     170.62
Sales Tax                      0.00
Total                      $170.62
Credit Card(USD$)          $170.62

Change                       $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Transt 061909    Approval# 969735
Card Total: $170.62

*** Customer signature on file ***

Change          $    0.00

Trans ID# 150241
e1341 2013

Thank you for
Shopping Sunoco

#30

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
11/10/11 15:55

ACCT/CARD #:    MasterXXXX X5140
AUTH. #:        714743
INVOICE #:      OSG0905

CASHIER: 05

CREDIT TOTAL              $128.05

ITEM         QTY   PRICE  AMOUNT
Diesel 2         Fuel Ticket #211768
Pump #7   32.427 G @ 3.949  128.05
Redbull 8.4o                  1.99
*VOID Redbull 8.4o*          - 1.99

Subtotal                   128.05
Sales Tax                    0.00
Total                      128.05

Items: 1

SHIFT 000691
Thank You !
Stop Back Soon !
Have a Great Day !

#30

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/12/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 30 | 9 | 720417 | 236.90 |
| 11/12/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 30 | 8 | 720347 | 778.95 |
| 11/12/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 30 | 3 | 720334 | 930.44 |
| 11/12/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | 5 | 720303 | 509.00 |
| 11/12/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 4 | 720295 | 679.63 |
| 11/12/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 1 | 720290 | 1,494.55 |
| 11/12/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | | 720259 | 455.90 |
| 11/12/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 2 | 720251 | 895.85 |
| 11/12/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 30 | 7 | 720234 | 880.39 |
| 11/12/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | 10 | 720226 | 766.82 |
| 11/12/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 30 | 6 | 720208 | 557.06 |
| 11/12/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 7 | 720187 | 866.70 |
| 11/12/11 | P522 | ShangHai Chinese | 140 East Main Street | Lock Haven | 30 | | 720183 | 504.75 |
| 11/12/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 11 | 720178 | 569.50 |
| 11/12/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 12 | 720175 | 1,042.35 |
| 11/12/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 8 | 720173 | 1,370.10 |

共計行數：16

Report Totals: 12,538.89

#30

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TC42567353-001 SAYRE #1835
949 ELMIRA STREET
SAYRE      PA 18840

| Descr. | Qty | Amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| DIES DR N10 | 45.1216 | 183.15 |
| @ 4.059/ G | | |

Sub Total        183.15
Tax          0.00
TOTAL    183.15
CREDIT $   183.15

CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 146788    INVOICE: 244662
AMOUNT:      $ 183.15

APPROVED 146788
****************************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
REG# 0002 CSH# 005 DR# 01 TRAN# 26914
11/12/11  21:02:21      ST# 1835

---

#30

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 11/13/11              TIME: 00:41
MERCHANT ID:            JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ***********5140
EXPIRATION DATE              **/**
SEQ:                        211065
ODOMETER READING:             3140
APPROVAL CODE:              152333
ENTRY METHOD:               SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---------|-----|-------|--------|
| DIESEL | 42.734G | 3.819 | 163.20 |

TOTAL AMOUNT:          $163.20

APPROVED 152333

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/14/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 720760 | 1,121.14 |
| 11/14/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 30 | 20 | 720687 | 736.53 |
| 11/14/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 6 | 720679 | 486.00 |
| 11/14/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 4 | 720677 | 561.32 |
| 11/14/11 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 30 | 26 | 720672 | 611.01 |
| 11/14/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 30 | 9 | 720656 | 429.10 |
| 11/14/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 30 | 13 | 720647 | 612.72 |
| 11/14/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 3 | 720584 | 1,916.15 |
| 11/14/11 | P511 | J C | 124 W FRONT ST | BERWICK | 30 | 2 | 720568 | 706.13 |
| 11/14/11 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 30 | 7 | 720567 | 971.06 |
| 11/14/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | 7 | 720564 | 587.75 |
| 11/14/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 14 | 720548 | 461.65 |
| 11/14/11 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 23 | 720539 | 534.07 |
| 11/14/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 16 | 720538 | 766.07 |
| 11/14/11 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 30 | 18 | 720533 | 601.55 |
| 11/14/11 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 30 | 19 | 720530 | 562.22 |

共計行數：16

Report Totals: 11,664.47

BAINBRIDGE XTRAMART
RT 206 & 188
BAINBRIDGE, NY 13733

#20

TO36424364-001
SUNOCO 026830680O
RT 206 & RVR RD
BAINBRIDGE NY 1373

DATE        11/15/11
TIME        4:17 PM
AUTH# 674786
ODOMETER 3140

MC FLEET
    ACCOUNT NUMBER
XXXX XXXX XXXX 5140

PUMP  PRODUCT PPG
10    DIES   $4.199

    GALLONS      TOTAL
    28.582     $120.02

        THANK YOU
HAVE A NICE DAY

---

NAME  hi Qiang Wu          ROOM NO. 28
STREET                     CHECK-OUT DATE 11/15/11
CITY              STATE AND ZIP   ARRIVAL DATE / TIME 11/14/11
( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE/ TAX
CAR LICENSE   STATE   MAKE AND COLOR   YEAR   RECEIVED BY
NO. IN PARTY   SIGNATURE
               X

PAYMENT WILL   ☐ CREDIT  ☐ CASH  ☐ CHECK
BE MADE BY:      CARD

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| SUN | | | |
| MON | X | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

Paid Cash

---

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOBIL TITLES $1
RENT ONE TONIGHT!

---

APPROVED 447021

CARD TYPE: MC FLEET
CARD NAME: 9VENTURE
ACCT NUMBER: XXXX XXXX XXXX 5140
CARD TYPE: SALE
ODOMETER 3140
APPROVE TEL: 3140
APPROVAL: 447021
AMOUNT:

          SUB TOTAL      182.02
              TAX          3.00
          TOTAL          182.02
          CREDIT         182.02
                         182.02

<CUSTOMER COPY>
DIES CR N10   44.PAGE
              @ 4.099/G

---

XTRAMART #1935
949 N ELMIRA ST
SAYRE, PA. 18840
WWW.XTRAMART.COM

T0362473-001 SAYRE #1935
949 ELMIRA STREET
SAYRE
PA 18840

AMOUNT: 245080

---

MERCHANT ID:
DATE: 11/15/11

CARD#
EXPIRATION DATE
SEQ:
ODOMETER READING:
APPROVAL CODE:
ENTRY METHOD:

**TOTAL AMOUNT:**

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 33.896G | 3.819 | 129.45 |

          APPROVED 732863

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

                    **$129.45**

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 20:00
JA3494090100 3

CREDIT CARD
MASTERCARD FLEET SALE

************5140
**/**
220013
3140
732863
SWIPED

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/17/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | 1 | 721556 | 935.87 |
| 11/17/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 4 | 721533 | 862.77 |
| 11/17/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 2 | 721512 | 2,092.00 |
| 11/17/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | 5 | 721468 | 1,215.55 |
| 11/17/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 11 | 721463 | 1,110.33 |
| 11/17/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 31 | 14 | 721454 | 463.37 |
| 11/17/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 8 | 721448 | 1,291.54 |
| 11/17/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 721436 | 678.50 |
| 11/17/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 7 | 721431 | 992.30 |
| 11/17/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 31 | 13 | 721426 | 520.31 |
| 11/17/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 9 | 721425 | 1,221.60 |
| 11/17/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 12 | 721422 | 451.22 |
| 11/17/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | 6 | 721421 | 878.20 |
| 11/17/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 10 | 721415 | 904.00 |

共計行數 : 14

Report Totals: 13,617.56

## Hotel Registration Card

| | |
|---|---|
| NAME: hi Qiang Wu | ROOM NO. 28 |
| STREET | CHECK OUT DATE 11/8/11 |
| CITY / STATE AND ZIP | ARRIVAL DATE / TIME 11/7/11 |
| ( AREA CODE ) PHONE NO. / COMPANY REPRESENTING | ROOM RATE / TAX |
| CAR LICENSE / STATE / MAKE AND COLOR / YEAR | RECEIVED BY |
| NO. IN PARTY / SIGNATURE X | |

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | | ROOM TOTAL | 96 |
|---|---|---|---|---|
| SUN | | | TAX | 12 48 |
| MON | | | | |
| TUES | | | | |
| WED | | | TOTAL | 108 48 |
| THURS | X | | AMT. PAID | |
| FRI | | | | |
| SAT | | | AMT. DUE | |

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

### ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

---

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800I

11/18/11  16:36:07

Diesel          Fuel Ticket #103093
Pump #15   48.635 G @ 3.799

| | |
|---|---|
| Subtotal | 184.76 |
| Sales Tax | 0.00 |
| **Total** | **$184.76** |
| Credit Card | $184.76 |

XXXXXXXXXXX2664
MC
Trans# 068476
Card Total: $184.76  Approval 207271B

Change              $0.00

*** Customer signature on file ***

Trans ID# 159091
e13451271

Change        $    0.00

### Thank you for Shopping Sunoco

---

BETHPAGE CITGO
4000 HEMPSTEAD TRN
BETHPAGE, NY

DEALER#: 20800065   Term ID: 09
11/18/11            14:56:06 PM

| Description | Qty | Price | Amount |
|---|---|---|---|
| #08/Dies/F | 33.9020 | @$4.159/G | $ 141.00 |
| Sub Total | | | 141.00 |
| Tax | | | 0.00 |
| Total | | | 141.00 |

Cash(US$)                    141.00

SALE

Change        $    0.00

WORKSTATION ID: 02
PRINT TIME: 14:56:06 PM

### THANK-YOU COME AGAIN

Notice t> buyer - do not sign before reading. You are liable for the amount shown above.

TRAN  3895049

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/19/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 722176 | 476.80 |
| 11/19/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 722152 | 694.68 |
| 11/19/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 722119 | 579.05 |
| 11/19/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 722116 | 1,333.60 |
| 11/19/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 722086 | 590.50 |
| 11/19/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 722079 | 1,379.29 |
| 11/19/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 722043 | 715.00 |
| 11/19/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | | 722026 | 535.92 |
| 11/19/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 722017 | 745.33 |
| 11/19/11 | P501 | 和 FORTUNE | 1645  ELMIRA ST, | SAYRE | 31 | 7 | 721999 | 818.70 |
| 11/19/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 721993 | 725.02 |
| 11/19/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 11 | 721990 | 565.60 |
| 11/19/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 721987 | 572.85 |
| 11/19/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 12 | 721986 | 757.40 |
| 11/19/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 721985 | 763.00 |

共計行數：15

Report Totals: 11,252.74

**US GAS AND DIESEL**
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 11/20/11                    TIME: 00:02
MERCHANT ID:              J4394090901003

CARD#                   CREDIT CARD
MASTERCARD FLEET SALE
                        ***********5140
EXPIRATION DATE         **/**
SEQ:                    233014
ODOMETER READING:       3140
APPROVAL CODE:          669209
ENTRY METHOD:           SWIPED

PRODUCT      QTY       PRICE     AMOUNT
DIESEL       54.802G   3.819     209.29
                                 ------
TOTAL AMOUNT:          $209.29

APPROVED 669209

THANKS FOR YOUR BUSINESS
CUSTOMER COPY

---

Steam Valley 1/3
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER 4783833
11/19/11 17:00

ACCT/CARD #:   MasterXXXX X5140
AUTH #:        644663
INVOICE #:     0SG0862

CREDIT TOTAL   $168.78

CASHIER 05

ITEM              QTY        PRICE    AMOUNT
Diesel 2     Fuel Ticket #214723
Pump #8      20.445 G  4.039   82.58
Diesel 2     Fuel Ticket #214724
Pump #10     21.341 G  4.039   86.20

Items:  2    Subtotal           168.78
             Sales Tax            0.00
             Total              168.78

SHIFT 000700

Thank You !
Stop Back Soon
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/21/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 722590 | 793.66 |
| 11/21/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 9 | 722531 | 347.50 |
| 11/21/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 722504 | 398.15 |
| 11/21/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 722497 | 1,144.50 |
| 11/21/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 722479 | 1,934.60 |
| 11/21/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 722478 | 357.35 |
| 11/21/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 722470 | 65.00 |
| 11/21/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 722451 | 696.05 |
| 11/21/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 722421 | 513.95 |
| 11/21/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 722393 | 480.11 |
| 11/21/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 722386 | 336.85 |
| 11/21/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 722381 | 924.20 |
| 11/21/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 722377 | 825.18 |
| 11/21/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 722368 | 1,838.06 |
| 11/21/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 722363 | 796.90 |
| 11/21/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 722362 | 872.00 |
| 11/21/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 722357 | 411.38 |
| 11/21/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 722354 | 732.75 |

共計行數：18

Report Totals: 13,468.19

APPROVED 244498

**TOTAL AMOUNT:** $160.17

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 42.161G | 3.799 | 160.17 |

ENTRY METHOD: SWIPED
APPROVAL CODE: 244498
ODOMETER READING: 3514
SEQ: 214004

CARD# 5140************5140
EXPIRATION DATE ****

MASTERCARD FLEET SALE
CREDIT CARD
MERCHANT ID: JA34940901004
DATE: 11/22/11    TIME: 20:40

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD 410457

SHIFT 0007
Thank
Stop Ba
Have a Gr
on
ay !

Steam v
Trout Run,
570-99

STEAM V
TROUT
DEALER: 47
11/21/11

Haste
92788
OSG00

ACCT/CARD #:
AUTH #:
INVOICE #:

CREDIT TOTAL $174.

CASHIER: 05

| ITEM | QTY | | AMOUNT |
|---|---|---|---|
| Diesel 2 | | Fue | 1215301 |
| Pump #8 | 21.887 G | | 88.40 |
| Diesel 2 | | Fue | 1215302 |
| Pump #10 | 21.260 G | | 85.87 |

Items: 2    Sub    174.27
Sal    0.00
Tot    174.27

10

#31

---

ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT TIME: 11 A.M.

NOTICE TO GUESTS:
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

NAME
CITY
STATE AND ZIP
( AREA CODE) PHONE NO.
CAR LICENSE    STATE    MAKE AND COLOR
NO. IN PARTY
COMPANY REPRESENTING

PAYMENT WILL
BE MADE BY:    □ CREDIT  □ CASH  □ CHECK
CARD

CREDIT CARD USED:
CARD NO.

ROOM NO. 28
CHECK OUT DATE  11/22/11
ARRIVAL DATE/TIME  11/21/11
ROOM/RATE/TAX
RECEIVED BY

| DAYS OCCUPIED | |
|---|---|
| SUN | |
| MON | X |
| TUES | |
| WED | |
| THURS | |
| FRI | |
| SAT | |

YEAR

ROOM TOTAL    96.00
TAX    12.48
TOTAL    108.48
AMT. PAID    Paid Cash
AMT. DUE

#71

---

MUST ENTER TOTAL AMOUNT ABOVE

SUNOCO
P.O. BOX 2201, TULSA, OK 74102

TICKET NUMBER    5728333

LICENSE PLATE NO.    STATE

CR. AUTHORIZATION NO.    CREDIT CARD ISSUED BY

DATE    11/21/11

IDENTIFICATION KIND AND NUMBER

CUSTOMER'S SIGNATURE    X

PLEASE RETAIN TO
VERIFY BILLING
Sold By

| 0000 | CUSTOMER COPY |
|---|---|

SUNOCO  #31
WALMART
Bainbridge

NY 206 & RVR RD
0268305U

| Description | Unit | Qty | Price | Amount |
|---|---|---|---|---|
| Motor Fuel | | 28.24 | 6.21 | 171.16 |

Sales Tax
Applicable Taxes Included  Total $  171.16

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/25/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 30 | | 723438 | 676.75 |
| 11/25/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | | 723427 | 629.02 |
| 11/25/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 30 | | 723404 | 448.90 |
| 11/25/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | | 723368 | 1,189.11 |
| 11/25/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | | 723334 | 995.85 |
| 11/25/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 30 | | 723293 | 845.70 |
| 11/25/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | | 723276 | 598.05 |
| 11/25/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | | 723274 | 737.82 |
| 11/25/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 30 | | 723271 | 897.90 |
| 11/25/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | | 723268 | 1,121.55 |
| 11/25/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 30 | 9 | 722531 | 435.02 |

共計行數 : 11

Report Totals: 8,575.67

**WINDSOR XTRAMART**
**648 OLD 17**
**WINDSOR NY 13865**

TQ36424536-001 SUNOCO 0268307600
47 CHAPEL ST
WINDSOR    NY 13

Descr.                    qty    amount

<CUSTOMER COPY>
DIESEL CR #10       46.944G    194.30
SELF @ 4.139/ G

                 Subtotal    194.30
                      Tax      0.00
         **TOTAL  $  194.30**
                   CREDIT    194.30

CARD TYPE: MC FLEET
CARD NAME: VEHICLE 19
ACCT NUMBER: XXXXXXXXXX5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 602790
INVOICE: 100175
AMOUNT: 194.30

APPROVED 602790
*****************************************
**THANK YOU**
**FREE COFFEE**
**ON THE 1st**
**OF EVERY MONTH**
ST# 1612 TILL XXXX DR# 1 TRAN# 1027101
CSH: 17           11/25/11 13:20:46

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 11/25/11              TIME: 22:34
MERCHANT ID:          JA3494090I003
                 CREDIT CARD
          MASTERCARD FLEET SALE

CARD#            ************5140
EXPIRATION DATE              **/**
SEQ:                       251018
ODOMETER READING:            3140
APPROVAL CODE:             662202
ENTRY METHOD:              SWIPED

PRODUCT      QTY  PRICE    AMOUNT
DIESEL    29.223G  3.799   111.02

**TOTAL AMOUNT:   $111.02**

          APPROVED 662202

       THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

---

NV PETROLEUM L

CLARKS S PA
4793352

          11/25/2011 8:28:59 PM
    Register: 1 Trans #: 4154 Op ID: 2
         Your cashier: Clerk 2

Diesel 1 CA   PUMP#9          $117.76
28.800 GAL @ $ 4.089/GAL

              Subtotal =     $117.76
                   Tax =       $0.00

                 Total =     $117.76

            Change Due =       $0.00

Credit                       $117.76

MasterCard X5140    , MCFT13
19/VEHICLE
INVOICE M730286
AUTH 657087
Credit
SHIFT 000016

I will pay the total according to the
terms of agreement with the card issuer.

                                    Footer

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/26/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 723780 | 2,379.61 |
| 11/26/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 723700 | 560.95 |
| 11/26/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 723696 | 403.80 |
| 11/26/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 723686 | 331.10 |
| 11/26/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 11 | 723671 | 533.30 |
| 11/26/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 723613 | 303.25 |
| 11/26/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 723590 | 581.67 |
| 11/26/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 723575 | 559.37 |
| 11/26/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 723569 | 754.82 |
| 11/26/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 723564 | 1,047.50 |
| 11/26/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 12 | 723559 | 1,079.40 |
| 11/26/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | | 723427 | 637.46 |
| 11/26/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 9 | 722531 | 636.22 |

共計行數 : 13

Report Totals: 9,808.45

Steam Va
rout Run,
570-99

STEAM V
TROUT
DEALER: 47
11/26/11

ACCT/CARD #:    Maste
AUTH #:         72674
INVOICE #:      05G04

CASHIER: 05

CREDIT TOTAL    $256

ITEM            QTY
Diesel 2        Fue
Pump #8         22.219 G
Diesel 2        Fue
Pump #10        41.905 G

Items:  2       Sub    256.43
                Sal    0.00
                Tot    256.43

AMOUNT
1216935
88.85
1216936
167.58

T/S
7771
0

#31
7-6

SHIFT 0007 --

    Thank
    Stop Ba           on
    Have a Gr         ay !

7-#31

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 11/26/11          TIME: 22:16
MERCHANT ID:   JA33940901003

        CREDIT CARD
    MASTERCARD FLEET SALE

CARD#          ************5140
EXPIRATION DATE        **/**
SEQ:                   254011
ODOMETER READING:      3140
APPROVAL CODE:         743418
ENTRY METHOD:          SWIPED

PRODUCT        QTY    PRICE   AMOUNT
DIESEL         42.435G  3.799  161.21
                              ---------
TOTAL AMOUNT:            $161.21

7-#31

        APPROVED  743418

    THANKS FOR YOUR BUSINESS

        CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 11/28/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | 1 | 724156 | 1,147.27 |
| 11/28/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 4 | 724120 | 678.13 |
| 11/28/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 31 | 26 | 724090 | 280.56 |
| 11/28/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | 13 | 724059 | 607.23 |
| 11/28/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 7 | 724028 | 615.50 |
| 11/28/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 3 | 723994 | 1,627.00 |
| 11/28/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 14 | 723958 | 527.88 |
| 11/28/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | 20 | 723957 | 489.07 |
| 11/28/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 31 | 7 | 723946 | 410.00 |
| 11/28/11 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | 2 | 723942 | 539.15 |
| 11/28/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 6 | 723937 | 474.20 |
| 11/28/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 23 | 723935 | 598.88 |
| 11/28/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 16 | 723927 | 1,213.98 |
| 11/28/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 31 | 18 | 723920 | 790.45 |
| 11/28/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 31 | 17 | 723916 | 794.45 |
| 11/28/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 31 | 19 | 723911 | 1,132.54 |

共計行數 : 16

Report Totals: 11,926.29

NAME Zhi Qiang Wu  ROOM NO. 28

STREET

CITY                                    STATE AND ZIP

CHECK-OUT DATE 11/29/11
ARRIVAL DATE / TIME 11/28/11

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING

ROOM RATE / TAX

CAR LICENSE    STATE    MAKE AND COLOR    YEAR    RECEIVED BY

NO. IN PARTY    SIGNATURE
X

PAYMENT WILL    ☐ CREDIT    ☐ CASH    ☐ CHECK
BE MADE BY:        CARD

CREDIT CARD USED:

CARD NO.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| SUN | | TAX | 12.48 |
| MON | X | | |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#31   Paid cash

---

DATE: 11/29/11
MERCHANT ID:

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFELD NJ 07657

TIME: 19:14
043494091003

CARD#
EXPIRATION DATE
SEQ:
ODOMETER READING:
APPROVAL CODE:
ENTRY METHOD:

CREDIT CARD
MASTERCARD FLEET SALE

*********5140
**/**
262007
3140
308951
SWIPED

PRODUCT    QTY    PRICE    AMOUNT
DIESEL    33.1066    3.799    125.77

TOTAL AMOUNT:    $125.77

APPROVED 308951

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

SUNOCO 0197251200
7774 NYS ROUTE 434 PO BO
APALACHIN    NY    13732
L336650061001

11/29/2011 2:00:02 PM
Register: 2 Trans #: 6304 Op ID: 7146
Your cashier: Misty

DIESEL 2 CA  PUMP#24
82.116 GAL @ $ 4.139/GAL    99

Subtotal =    $339.89
Tax =    $0.00
Total =    $339.89

Credit

XXXXXXXXXXXX5140/MC
19/VEHICLE
INVOICE 031201
AUTH 216820
DDD 3924

Change Due =    $0.00

Sequence Number 21254
APPROVED 216820

I agree to pay the above total amount according to the card issuer agreement.

---

Save money on gas and redeem your Price Chopper AdvantEdge points here!

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/01/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 724919 | 353.25 |
| 12/01/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 724915 | 742.55 |
| 12/01/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 724855 | 2,020.75 |
| 12/01/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 724850 | 629.91 |
| 12/01/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 724834 | 326.05 |
| 12/01/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 5 | 724827 | 518.23 |
| 12/01/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 724793 | 107.50 |
| 12/01/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 724792 | 568.00 |
| 12/01/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 724784 | 1,029.18 |
| 12/01/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 724778 | 930.90 |
| 12/01/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 724776 | 446.35 |
| 12/01/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 724770 | 963.00 |
| 12/01/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 724769 | 475.95 |
| 12/01/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 724767 | 980.60 |
| 12/01/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 724762 | 1,084.85 |

共計行數：15

#31

Report Totals: 11,177.07

| NAME | Zhi Qiang Wu | | ROOM NO. 28 |
|---|---|---|---|
| STREET | | | CHECK-OUT DATE 12/11 |
| CITY | | STATE AND ZIP | ARRIVAL DATE / TIME |
| ( AREA CODE ) PHONE NO. | | COMPANY REPRESENTING | ROOM RATE / TAX |

| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
|---|---|---|---|---|
| NO. IN PARTY | SIGNATURE X | | | |

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 00 |
|---|---|---|---|
| SUN | | TAX | 12 48 |
| MON | | | |
| TUES | | | |
| WED | | TOTAL | 108 48 |
| THURS | X | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

**NOTICE TO GUESTS**

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL

3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant# H33465062880001

12/02/11 17:13:15

Diesel                    Fuel Ticket #114995
Pump #10          50.968 G.L @ 3.799   193.63

Subtotal                          193.63
Sales Tax                           0.00
**Total**                         193.63
Credit Card(USD$)                 193.63

Change

XXXXXXXXXXX5140
MCF
Odometer: 3140
Trans# 076167    Approval# 089143
Card Total: $193.63

Change                           $0.00

*** Customer signature on file ***

Trans ID# 177847
e134s14113

Change        $    0.00

Thank you for
Shopping Sunoco

---

WELCOME TO
PUMP N PANTRY
RR2 BOX 3360
CANTON, PA 17724
PUMP N PANTRY 018
CANTON PA

0001377007-10
RT 414 & 14

DUPLICATE OUTDOOR RECEIPT

MC FLEET
***********5140
REF # 960009016 4
DATE: 12/01/11   17:44
ODOMETER 3140
PUMP # 11
PRODUCT: DIESL
APPROVAL # 830408
GALLONS:        67.828
PRICE/G:      $  4.059
FUEL SALE $275.31

THANK YOU FOR
USING CITGO

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/03/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 725505 | 415.25 |
| 12/03/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 725476 | 619.20 |
| 12/03/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 725460 | 805.81 |
| 12/03/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 725418 | 951.55 |
| 12/03/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 725416 | 494.20 |
| 12/03/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | | 725390 | 806.49 |
| 12/03/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 725356 | 1,360.97 |
| 12/03/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 725348 | 720.22 |
| 12/03/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 725337 | 991.50 |
| 12/03/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 725330 | 913.27 |
| 12/03/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 725327 | 427.85 |
| 12/03/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 725320 | 568.65 |
| 12/03/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 725318 | 1,001.75 |
| 12/03/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 725313 | 1,086.80 |
| 12/03/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 725310 | 892.50 |

共計行數 : 15

Report Totals: 12,056.01

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

12/03/11 21:24:46

Diesel         Fuel Ticket #115960
Pump #10    78.750 G @  3.779  297.60

Subtotal                    297.60
Sales Tax                     0.00
Total          $297.60
Credit Card(USD$)           $297.60

Change              $0.00

XXXXXXXXXXXXX5074
MCF
Odometer:58809
Trans# 076796    Approval# 248517
Card Total:  $297.60


*** Customer signature on file ***


Change        $       0.00

Trans ID# 179427
e197s142t3

    Thank you for
    Shopping Sunoco


#31

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/05/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 725908 | 678.19 |
| 12/05/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 725840 | 187.00 |
| 12/05/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 725818 | 606.50 |
| 12/05/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 725809 | 482.89 |
| 12/05/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 725801 | 517.80 |
| 12/05/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 725793 | 549.70 |
| 12/05/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 725787 | 1,404.35 |
| 12/05/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 725780 | 525.79 |
| 12/05/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 725776 | 268.55 |
| 12/05/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 725763 | 620.90 |
| 12/05/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 725749 | 951.29 |
| 12/05/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 725747 | 946.23 |
| 12/05/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 725735 | 596.00 |
| 12/05/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 725721 | 1,111.57 |
| 12/05/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 725719 | 652.63 |
| 12/05/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 725712 | 615.70 |
| 12/05/11 | 999 | 出車 - 其他 | | | 32 | | 725710 | 878.95 |
| 12/05/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 725704 | 886.50 |
| 12/05/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 725686 | 872.90 |

共計行數 : 19

Report Totals: 13,353.44

| NAME | Li Qiang Wu | ROOM NO. | 28 |
|---|---|---|---|
| STREET | | CHECK-OUT DATE | 12/7/11 |
| CITY | STATE AND ZIP | ARRIVAL DATE / TIME | 12/6/11 |
| (AREA CODE) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX | |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY | |

| NO. IN PARTY | SIGNATURE X |
|---|---|

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | TAX | 12.48 |
| MON | X | | |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID | |
| FRI | | AMT. DUE | |
| SAT | | | |

**CHECK OUT TIME: 11 A.M.**

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

现金 吴 #3

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

MERCHANT ID:
DATE: 12/06/11          TIME: 19:55
                        JA3494091003

CREDIT CARD
MASTERCARD/FLEET SALE

CARD# ************5140
EXPIRATION DATE          **/**
SEQ:                     284008
ODOMETER READING:        3140
APPROVAL CODE:           840198
ENTRY METHOD:            SWIPED

PRODUCT    QTY      PRICE    AMOUNT
DIESEL     64.226G  3.779    242.71

**TOTAL AMOUNT:          $242.71**

APPROVED 840198

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

**WELCOME TO**
**LOUNSBERRY**
**NICHOLS, NY 13812**
**607-687-3957**

305 STANTON HILL RD
NICHOLS LTS INV/13812
TP285A0304-001 NICHOLS LTS

<CUSTOMER COPY>
DIES CR #06

Descr          amount
DIESEL         64.604G @ 4.090/G   252.51

Sub Total                      252.51
Tax                              0.00
**TOTAL**           CREDIT $   252.51

CARD TYPE: MASTERCARD
CARD NAME: WU/ZHIQIANG
ACCT NUMBER: XXXX XXXX XXXX 2564
TRANS TYPE: SALE
APPROVAL: 84145B
AMOUNT:        $     252.51
               INVOICE: 098097

APPROVED  84145B
*********************************
**THANKS, COME AGAIN**
*********************************
REG# 0002  CSH# 002 DR# 01
12/06/11   09:57:36
TRAN# 26731
ST# 443

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/08/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 726728 | 1,294.31 |
| 12/08/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 726690 | 487.25 |
| 12/08/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 726685 | 658.55 |
| 12/08/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 726673 | 1,551.22 |
| 12/08/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 726648 | 1,123.15 |
| 12/08/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 726642 | 524.74 |
| 12/08/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 5 | 726637 | 1,085.30 |
| 12/08/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 726625 | 945.70 |
| 12/08/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 726612 | 699.95 |
| 12/08/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 726608 | 990.60 |
| 12/08/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 726599 | 1,094.38 |
| 12/08/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 726591 | 1,094.16 |
| 12/08/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 726584 | 754.25 |
| 12/08/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 726572 | 554.49 |
| 12/08/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 726570 | 760.80 |
| 12/08/11 | P525 | 椰林園(570) | 300 WILKES BARRE TOW | WILKES- | 32 | | 726559 | 438.90 |

共計行數 : 16

Report Totals: 14,057.75

| NAME | ~h Qiang Wu | | ROOM NO. 28 |
|---|---|---|---|
| STREET | | | CHECK-OUT DATE 12/9/11 |
| CITY | | STATE AND ZIP | ARRIVAL DATE / TIME 12/8/11 |
| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | | ROOM RATE / TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |

| NO. IN PARTY | SIGNATURE X |
|---|---|

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | TAX | 12.48 |
| MON | | | |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | X | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32

Thank You !
Stop Back Soon
Have a Great Day !

SHIFT 000719

Items: 2

CREDIT TOTAL                    $332.46

CASHIER: 05

ACCT/CARD #: MasterXXXX
AUTH #: 30195B
INVOICE #: OS0687

DEALER: 4783837
STEAM VALLEY
TROUT RU PA
12/08/11 16:57

ITEM            QTY     PRICE   AMOUNT
Diesel 2        Fuel Ticket #220483
Pump #10   38.367 G @ 3.979  152.66
Diesel 2        Fuel Ticket #220484
Pump #7    45.187 G @ 3.979  179.80

            Subtotal        332.46
            Sales Tax         0.00
            Total           332.46

Trout Run Valley T/S
570-998-9090
PA 17771

Thank you for
Shopping Sunoco

Trans ID# 187305
e1341813

Change         $    0.00

*** Customer signature on file ***

MCF
XXXXXXXXXXX5140
Odometer: 3140
Trans# 080115   Approval# 651437
Card Total: $235.06

Change                      $0.00

Credit Card(USD$)       $235.06
Total                   $235.06
Sales Tax                 0.00
Subtotal                235.06

Diesel          Fuel Ticket #210079
Pump #10   62.201 G @ 3.779  235.06

12/09/11 19:40:54

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

Sunoco 7123

# Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant #: H3346506628001

12/10/11 21:38:55

Diesel            Fuel Ticket #122015
Pump #10     78.115 G @ 3.779    295.20

Subtotal                         295.20
Sales Tax                          0.00
**Total**                      **$295.20**
Credit Card(USD$)               $295.20

**Change**                     **$0.00**

XXXXXXXXXXX5074
MCF
Odometer:588890
Trans# 080735   Approval# 777259
Card Total: $295.20

*** Customer signature on file ***

**Change      $    0.00**

Trans ID# 188806
e197s14913

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/12/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 727712 | 566.74 |
| 12/12/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 727626 | 1,607.20 |
| 12/12/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 727624 | 623.03 |
| 12/12/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 727616 | 642.68 |
| 12/12/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 727610 | 394.04 |
| 12/12/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 727572 | 308.55 |
| 12/12/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 727571 | 665.60 |
| 12/12/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 727537 | 515.41 |
| 12/12/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 727531 | 826.68 |
| 12/12/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 727524 | 661.08 |
| 12/12/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 727519 | 663.53 |
| 12/12/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 727511 | 732.40 |
| 12/12/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 727508 | 716.18 |
| 12/12/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 727503 | 653.50 |
| 12/12/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 18 | 727501 | 676.70 |
| 12/12/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 727498 | 738.28 |
| 12/12/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 727495 | 854.68 |

共計行數：17

31

Report Totals: 11,846.28

| NAME | | | ROOM NO. |
|---|---|---|---|
| Zhi Qiang Wu | | | 28 |
| STREET | | | CHECK-OUT DATE |
| | | | 12/13 11 |
| CITY | STATE AND ZIP | | ARRIVAL DATE / TIME |
| | | | 12/12 11 |
| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | | ROOM RATE / TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
| NO. IN PARTY | SIGNATURE X | | | |

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED

CARD NO.

| DAYS OCCUPIED | | | ROOM TOTAL | 96 |
|---|---|---|---|---|
| SUN | | | | |
| MON | X | | TAX | 12 48 |
| TUES | | | | |
| WED | | | TOTAL | 108 48 |
| THURS | | | AMT. PAID | |
| FRI | | | | |
| SAT | | | AMT. DUE | |

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

paid cash
#33

---

SUNOCO 019725I200
7774 NYS ROUTE 434 PO BO
APALACHIN NY, 13732
L336650661001

12/13/2011 1:46:27 PM
Register: 1 Trans#: 4021 Op ID: 3294
Your Cashier: Mark

#33

Cash

DIESEL 2 CA    PUMP#24
80.666 GAL @ $ 4.139/GAL
                    $333.88    99

Subtotal =    $333.88
Tax =    $0.00
Total =    $333.88

Change Due =    $0.00

Credit                    $333.88

XXXXXXXXXXXX2028, VIS
WU/ZHIQIANG
INVOICE 039282
AUTH 045648

Sequence Number: 29376
APPROVED 045648

I agree to pay the above total amount according to the card issuer agreement.

---

Save money on gas and redeem your Price Chopper AdvantEdge points here!

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 12/13/11    TIME: 19:09
MERCHANT ID:    JA3494090I003

CARD#    ************5140
EXPIRATION DATE    **/**
SEQ:    305007
ODOMETER READING:    3140
APPROVAL CODE:    366194
ENTRY METHOD:    SWIPED

CREDIT CARD
MASTERCARD FLEET SALE

PRODUCT    QTY    PRICE    AMOUNT
DIESEL    47.6936    3.779    180.23

## TOTAL AMOUNT:    $180.23

APPROVED 366194

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/15/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 728555 | 1,090.34 |
| 12/15/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 728517 | 1,215.66 |
| 12/15/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 728486 | 531.50 |
| 12/15/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 728476 | 679.25 |
| 12/15/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 5 | 728459 | 601.98 |
| 12/15/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 2 | 728446 | 606.03 |
| 12/15/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 728381 | 1,170.21 |
| 12/15/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 728377 | 387.96 |
| 12/15/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 728375 | 560.65 |
| 12/15/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 728367 | 688.71 |
| 12/15/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 728366 | 881.10 |
| 12/15/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 728364 | 867.05 |
| 12/15/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 728363 | 1,412.53 |
| 12/15/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 728361 | 441.02 |
| 12/15/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 728359 | 674.00 |
| 12/15/11 | P525 | 椰林園(570) | 300 WILKES BARRE TOW | WILKES- | 32 | | 728352 | 653.05 |

共計行數：16

Report Totals: 12,461.04

| NAME | Zhi Qiang Wu | | ROOM NO. | > 8 |
|---|---|---|---|---|
| STREET | | | CHECK-OUT DATE | 12 1 |
| CITY | | STATE AND ZIP | ARRIVAL DATE/TIME | 12/15/11 |
| ( AREA CODE ) PHONE NO. | | COMPANY REPRESENTING | ROOM RATE/TAX | 12.48 |

| CAR LICENSE | STATE | MAKE AND COLOR | | YEAR | RECEIVED BY |
|---|---|---|---|---|---|
| NO. IN PARTY | SIGNATURE X | | | | |

| PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK | DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|---|
| CREDIT CARD USED: _____ | SUN | | | |
| | MON | | TAX | 12.48 |
| CARD NO. _____ | TUES | | | |
| | WED | | TOTAL | |
| | THURS | ✓ | AMT. PAID | |
| | FRI | | | |
| | SAT | | AMT. DUE | 108.48 |

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

**CHECK OUT TIME: 11:00 AM**

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

*paid cash*

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA

ACCT/CARD #:
AUTH #:
INVOICE #:

DEALER: 4783833
12/15/11 14:47
826460
0560361

CREDIT TOTAL
CASHIER: 05

MasterXXXX X5140

$318.30

| ITEM | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Diesel 2 | | Fuel Ticket #222441 | |
| Pump #10 | 39.668 G @ 3.959 | | 157.05 |
| Diesel 2 | | Fuel Ticket #222440 | |
| Pump #8 | 40.731 G @ 3.959 | | 161.25 |
| | Subtotal | | 318.30 |
| | Sales Tax | | 0.00 |
| | Total | | 318.30 |

Items:   2

Thank You !
Stop Back Soon
Have a Great Day !

SHIFT 0000727

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

12/16/11 19:04:50

| Diesel | Fuel Ticket #12005 | |
|---|---|---|
| Pump #9 | 58.065 G @ 3.699 | 214.78 |
| Subtotal | | 214.78 |
| Sales Tax | | X.8 |
| Total | | $214.78 |
| Credit Card(USD$) | | $214.78 |

XXXXXXXXXX5140
MCF
Odometer:3140
Trans# 084058
Card Total: $214.78

Approval# 170136

Change              $0.00

*** Customer signature on file ***

Change        $      0.00

Trans ID# 196648
e134c15613

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/17/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 729144 | 454.70 |
| 12/17/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 729103 | 1,555.65 |
| 12/17/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 729085 | 622.50 |
| 12/17/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 729079 | 600.69 |
| 12/17/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | | 728990 | 513.26 |
| 12/17/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 728989 | 670.45 |
| 12/17/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 728986 | 688.40 |
| 12/17/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 728978 | 1,016.34 |
| 12/17/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 728969 | 680.67 |
| 12/17/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 728962 | 1,066.14 |
| 12/17/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 728956 | 486.44 |
| 12/17/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 728951 | 1,337.89 |
| 12/17/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 728938 | 694.25 |
| 12/17/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 728936 | 799.65 |
| 12/17/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 728934 | 904.76 |
| 12/17/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 728932 | 1,110.85 |
| | | 共計行數 : 16 | | | | | Report Totals: | 13,202.64 |

**#52**

## Steam Valley TCS
## Trout Run, PA 17771
### 570-998-9090

ACCT/CARD #:
AUTH. #: 341884
INVOICE #: 0SG0619

CREDIT TOTAL $353.06

CASHIER: 04

STEAM VALLEY
TROUT RU PA
DEALER: 4783833

MasterXXXX X5074
12/18/11 13:54

Items: 4

| ITEM | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Diesel 2 | Fuel Ticket #223313 | | |
| Pump #8 | 38.783 G @ 3.899 | | 151.21 |
| Diesel 2 | Fuel Ticket #223314 | | |
| Pump #10 | 50.959 G @ 3.899 | | 198.69 |
| 00-0989714170 | | | 1.49T |
| 00-0989714170 | | | 1.49T |

Subtotal 352.88
Sales Tax 0.18
Total 353.06

SHIFT 000730

Thank You!
Stop Back Soon
Have a Great Day!

---

**#52**

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

12/18/11 20:14:15

Diesel Fuel Ticket #128571
Pump #10    35.650 G @ 3.699 131.87

Subtotal         131.87
Sales Tax          0.00
Total         $131.87
Credit Card(USD$) $131.87

Change         $0.00

XXXXXXXXXX5074
MCF
Odometer: 899900
Trans# 085051  Approval# 372824
Card Total: $131.87

*** Customer signature on file ***

Change    $    0.00

Thank you for
Shopping Sunoco

Trans ID# 199189
e197s15713

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/19/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 13 | 729470 | 655.72 |
| 12/19/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 729441 | 422.25 |
| 12/19/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 729438 | 372.80 |
| 12/19/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 729414 | 2,012.80 |
| 12/19/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 729412 | 285.21 |
| 12/19/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 729325 | 601.15 |
| 12/19/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 729320 | 357.53 |
| 12/19/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 729316 | 405.49 |
| 12/19/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 729313 | 644.26 |
| 12/19/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 729309 | 1,084.48 |
| 12/19/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 729306 | 348.13 |
| 12/19/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 729305 | 570.75 |
| 12/19/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 729297 | 814.07 |
| 12/19/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 729296 | 553.66 |
| 12/19/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 729290 | 754.53 |
| 12/19/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 728986 | 1,060.35 |

共計行數 : 16

Report Totals: 10,943.18

| | | |
|---|---|---|
| NAME Zhi Qiang Wu | | ROOM NO. 20 |
| STREET | | CHECK-OUT DATE 1/20/11 |
| CITY | STATE AND ZIP | ARRIVAL DATE / TIME 1/19/11 |
| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
| NO. IN PARTY 1 | SIGNATURE X | | | |

| PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK | | |
|---|---|---|
| CREDIT CARD USED: | |
| CARD NO. | |

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | | | | ROOM TOTAL | 96 |
|---|---|---|---|---|---|
| SUN | | | | TAX | 12 48 |
| MON | X | | | | |
| TUES | | | | | |
| WED | | | | TOTAL | 108 48 |
| THURS | | | | AMT. PAID | |
| FRI | | | | AMT. DUE | |
| SAT | | | | | |

**CHECK OUT TIME: 11 A.M.**

## ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

*paid cash*

---

SUNOCO 019725I200
7774 NYS ROUTE 434 PO BO
APALACHIN   NY   13732
L336650061001

12/20/2011 12:46:50 PM
Register: 2 Trans #: 8143 Op ID: 7146
Your cashier: Misty

DIESEL 2 CA    PUMP#24
69.793 GAL @ $ 4.099/GAL    $286.08

```
                    $286.08  99
Subtotal =          $286.08
Tax =                 $0.00
Total =             $286.08

Credit              $286.08
Change Due =          $0.00
```

XXXXXXXXXXXX5140, MCF
19/VEHICLE
INVOICE 043346
AUTH 763458
ODO 3140

Sequence Number 33454
APPROVED 763458

I agree to pay the above total amount
according to the card issuer agreement.

Credit

---

Save money on gas and redeem your
Price Chopper AdvantEdge points here!

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD , NJ 07657

DATE: 12/20/11                TIME: 18:48
MERCHANT ID:         JA349409O1003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#          *************5140
EXPIRATION DATE          **/**
SEQ:                     327004
ODOMETER READING:          3140
APPROVAL CODE:           871541
ENTRY METHOD:            SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 55.547G | 3.699 | 205.47 |

**TOTAL AMOUNT:** $205.47

APPROVED 871541

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/22/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 31 | 2 | 730332 | 417.75 |
| 12/22/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 730330 | 626.50 |
| 12/22/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 4 | 730316 | 595.46 |
| 12/22/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 3 | 730281 | 2,789.32 |
| 12/22/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 31 | 16 | 730273 | 248.45 |
| 12/22/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | 7 | 730262 | 348.51 |
| 12/22/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 10 | 730252 | 1,316.63 |
| 12/22/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 5 | 730221 | 373.75 |
| 12/22/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 13 | 730218 | 1,114.35 |
| 12/22/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 9 | 730214 | 688.70 |
| 12/22/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 12 | 730212 | 1,205.17 |
| 12/22/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | 8 | 730205 | 662.70 |
| 12/22/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | 1 | 730203 | 699.57 |
| 12/22/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 31 | 15 | 730198 | 656.03 |
| 12/22/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 14 | 730194 | 616.23 |
| 12/22/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 11 | 730189 | 783.60 |

共計行數 : 16

Report Totals: 13,142.72

NAME Zhi Qiang Wu    ROOM NO. 29

STREET    CHECK-OUT DATE 12/23/11

CITY    STATE AND ZIP    ARRIVAL DATE/TIME 12/22/11

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING    ROOM RATE/TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

CREDIT CARD USED:

CARD NO.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | | |
| MON | | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | X | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
### 3211 E. Main Street
### ENDWELL, NEW YORK 13760
### (607) 748-7388

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RUN PA
DEALER: 4783833
12/22/11 16:25

ACCT/CARD #: MasterXXXX X5140
AUTH: 340690
INVOICE #: OSG0035

CREDIT TOTAL    $317.20

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Diesel 2 | Fuel Ticket #224528 | | |
| Pump #8 | 41.168 G @ 3.899 | | 160.51 |
| Diesel 2 | Fuel Ticket #224529 | | |
| Pump #10 | 40.187 G @ 3.899 | | 156.69 |

Items: 2

Subtotal    317.20
Sales Tax    0.00
Total    317.20

SHIFT 000734

Thank You !
Stop Back Soon
Have a Great Day !

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant #: H334650628001

12/23/11 17:30:54

Diesel    Fuel Ticket #132831
Pump #9    44.116 G @ 3.699    163.19

Subtotal    163.19
Sales Tax    0.00
Total    $163.19
Credit Card(USD$)    163.19

Change    $0.00

XXXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 087876    Approval# 569910
Card Total: $163.19

*** Customer signature on file ***

Change    $    0.00

Trans ID# 206045
e134616213

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/24/11 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 730974 | 752.93 |
| 12/24/11 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 730946 | 438.00 |
| 12/24/11 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 730925 | 292.75 |
| 12/24/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 730906 | 1,391.60 |
| 12/24/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 730863 | 504.00 |
| 12/24/11 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | | 730857 | 660.20 |
| 12/24/11 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 730835 | 884.75 |
| 12/24/11 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 730831 | 922.90 |
| 12/24/11 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | | 730828 | 621.34 |
| 12/24/11 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 730816 | 779.68 |
| 12/24/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 7 | 730794 | 1,425.30 |
| 12/24/11 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 12 | 730790 | 1,023.89 |
| 12/24/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 730783 | 817.70 |
| 12/24/11 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 11 | 730777 | 653.93 |
| 12/24/11 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 8 | 730772 | 816.00 |
| 12/24/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 730766 | 841.16 |

共計行數 : 16

Report Totals: 12,826.13

大何

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

12/24/11 21:16:01

```
Diesel              Fuel Ticket #133781
Pump #10    39.200 G @ 3.699   145.00

Subtotal                       145.00
Sales Tax                        0.00
Total                        $145.00
Credit (Card/USD$)           $145.00

Change                         $0.00

XXXXXXXXXXX5074
MCP
Odometer:88890
Trans# 088441   Approval# 676351
Card Total: $145.00
```

*** Customer signature on file ***

Thank you for
Shopping Sunoco

Change       $    0.00

Trans ID# 207612
e197s16313

---

## Steam Valley #75
## Trout Run, PA 17771
## 570-998-9090

```
                    STEAM VALLEY
                    TROUT RU PA
                    DEALER: 4783833
                    12/24/11 15:00

ACCT/CARD #:     MasterXXXX X5074
AUTH. #:         657580
INVOICE #:       0SG0183

CREDIT TOTAL:    $247.72

CASHIER: 05

ITEM        QTY    PRICE   AMOUNT
Diesel 2      Fuel Ticket #225068
Pump #8    13.417 G @ 3.899   52.31
Diesel 2      Fuel Ticket #225067
Pump #10   50.118 G @ 3.899  195.41

Items:  2     Subtotal        247.72
              Sales Tax         0.00
              Total           247.72
```

SHIFT 000736

Thank You !
Stop Back Soon
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/26/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 731288 | 728.44 |
| 12/26/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 4 | 731228 | 1,363.35 |
| 12/26/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | 3 | 731225 | 835.37 |
| 12/26/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 6 | 731205 | 792.83 |
| 12/26/11 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 731201 | 343.97 |
| 12/26/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 731189 | 513.78 |
| 12/26/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 731148 | 388.01 |
| 12/26/11 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 731147 | 433.75 |
| 12/26/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 731130 | 536.90 |
| 12/26/11 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 731128 | 653.35 |
| 12/26/11 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 731125 | 683.10 |
| 12/26/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 8 | 731117 | 888.76 |
| 12/26/11 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 731110 | 802.00 |
| 12/26/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 731099 | 219.12 |
| 12/26/11 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 731097 | 986.70 |
| 12/26/11 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 9 | 731080 | 488.25 |

共計行數 : 16

Report Totals: 10,657.68

NAME Zhi Qiang Wu

STREET

CITY                                    STATE AND ZIP

COMPANY                                 RESERVED BY

ARRIVAL DATE / TIME 12/26/11 A.M / P.M

DEPARTURE 12/27/11

(AREA CODE) PHONE NO.

(AREA CODE) PHONE NO.

## ACCOMMODATIONS

☐ DEPOSIT          ☐ CONFIRMED
☐ GUARANTEED       ☐ HOLD UNTIL

PAYMENT WILL BE MADE BY:  ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

CREDIT CARD

CARD NO.

____ SINGLE        TWIN AND DOUBLE ____        ____ COT

____ DOUBLE        X TWO DOUBLES        ____ CRIB

____ TWINS

NO. IN PARTY 2   ROOM(S) ASSIGNED #20   RATE   DEPOSIT   DATE RECEIVED

CLERK                              DATE

REMARKS:
Room Total 96
Tax 12.48
Total 108.48
#32

## ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

DATE: 12/27/11
MERCHANT ID:

US GAS AND DIESEL
RT16 EAST AND MAPLE AVE
RIDGEFIELD   NJ 07657

CREDIT CARD
MASTERCARD FLEET SALE

CARD# ***********5140
EXPIRATION DATE **/**
SEQ:                        349007
ODOMETER READING:           3140
APPROVAL CODE:              985329
ENTRY METHOD:               SWIPED

TIME: 19:38
0A3494090Q1003

PRODUCT    QTY      PRICE    AMOUNT
DIESEL     36.6236  3.699    135.47

**TOTAL AMOUNT:        $135.47**

APPROVED 985329

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

#32

---

## MIRABITO #74
NY STATE RT. 79
HARPURSVILLE NY. 13787

0019641099-10        QUICKWAY 74
3622 NYS RT 79       HARPURSVILLE NY

Descr.              Qty        amount

<CUSTOMER COPY>
DIES CR #09         93.2306        385.88
                    @ 4.139I/ G

                    Sub Total      385.88
                    Tax            0.00

**TOTAL CREDIT $   385.88**
                    385.88

PAYMENT TIME: 15:33:53
CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: ***********5140
EXP. DATE:
ODOMETER: 3140          TRANS TYPE: SALE
AUTH# 931317  REFERENCE#: 9500095022 0

#32

***********************************************

**THANKS, COME AGAIN**

REG# 0002 CSH# 005 DR# 01  TRAN# 25710
12/27/11           15:33:52          ST# 74

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 12/29/11 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | JELLY | 732121 | 1,055.93 |
| 12/29/11 | P515 | 新中國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 732092 | 1,166.62 |
| 12/29/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | PETER | 732069 | 2,557.96 |
| 12/29/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 732055 | 409.05 |
| 12/29/11 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | JELLY | 732037 | 323.29 |
| 12/29/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | JELLY | 732026 | 407.14 |
| 12/29/11 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | JIN | 732004 | 1,044.40 |
| 12/29/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSP | 32 | JIN | 731981 | 275.50 |
| 12/29/11 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOO | 32 | JELLY | 731979 | 328.24 |
| 12/29/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 731978 | 463.25 |
| 12/29/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 731975 | 580.80 |
| 12/29/11 | P506 | 長城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 731974 | 1,044.22 |
| 12/29/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 731970 | 1,328.80 |
| 12/29/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 731966 | 926.00 |
| 12/29/11 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JELLY | 731964 | 762.33 |
| 12/29/11 | B619 | 華星 | 49 NORTH MAIN | BAINBRID | 32 | JELLY | 731958 | 459.60 |

共計行數 : 16

Report Totals: 13,133.13

## GUEST RESERVATION

| NAME | Zhi Qiang Wu | | ARRIVAL DATE / TIME 12/29/11 |
|------|------|------|------|
| STREET | | | DEPARTURE 12/30/11 |
| CITY | | STATE AND ZIP | (AREA CODE) PHONE NO. |
| COMPANY | | RESERVED BY | (AREA CODE) PHONE NO. |

### ACCOMMODATIONS

| | | | DEPOSIT | | CONFIRMED |
| SINGLE | | TWIN AND DOUBLE | COT | GUARANTEED | | HOLD UNTIL |
| | | | | PAYMENT WILL BE MADE BY: | CREDIT CARD | CASH | CHECK |
| DOUBLE | | TWO DOUBLES | CRIB | CREDIT CARD | |
| TWINS | | | | CARD NO. | |

| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED |

| CLERK | | DATE | REMARKS |

Room Total  96
Tax  12.4
Total  108.4

### ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

#132

---

STEAM VALLEY T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER 4783833
396751
12/29/11 17:02

ACCT/CARD #: MasterXXXX X5140
AUTH. #:
INVOICE #: 0SG0474

CREDIT TOTAL     $242.27

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
|------|-----|-------|--------|
| Diesel 2 | Fuel Ticket #226183 | | |
| Pump #8 | 11.341 G @ 3.899 | 44.22 |
| Diesel 2 | Fuel Ticket #226182 | | |
| Pump #10 | 50.795 G @ 3.899 | 198.05 |

| | Subtotal | 242.27 |
| | Sales Tax | 0.00 |
| | Total | 242.27 |

Items: 2

SHIFT 000741

Thank You !
Stop Back Soon
Have a Great Day !

#132

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H3346506280001

12/30/11 17:18:34

| Diesel | Fuel Ticket 138428 |
| Pump #9 | 49.472 G @ 3.699 | 183.00 |

| Subtotal | 0.00 |
| Sales Tax | 0.00 |
| **Total** | **$183.00** |
| Credit Card(USD$) | $183.00 |

Change     $0.00

XXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 091387
Card Total: $183.00     Approval# 613443

*** Customer signature on file ***

Change     $     0.00

Trans ID# 215140
e134si6913

Thank you for
Shopping Sunoco

#132

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 12/31/11 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 732790 | 632.27 |
| 12/31/11 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 732729 | 645.10 |
| 12/31/11 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 732701 | 761.35 |
| 12/31/11 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 732695 | 479.70 |
| 12/31/11 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 31 | | 732659 | 632.55 |
| 12/31/11 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 732653 | 325.50 |
| 12/31/11 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 732646 | 1,565.07 |
| 12/31/11 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 732604 | 770.97 |
| 12/31/11 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 732598 | 1,296.31 |
| 12/31/11 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | | 732585 | 534.29 |
| 12/31/11 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | | 732579 | 475.85 |
| 12/31/11 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 12 | 732571 | 1,015.25 |
| 12/31/11 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 732568 | 784.95 |
| 12/31/11 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 732567 | 954.20 |
| 12/31/11 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 732544 | 724.38 |
| 12/31/11 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 11 | 732541 | 703.30 |
| 12/31/11 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 732536 | 1,155.35 |

共計行數：17

Report Totals: 13,456.39

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOIT AVE
PALISADES PA
PALISADES PA, NJ 07650
Merchant#: H33465062B001

12/31/11 22:04:45

```
Diesel        Fuel Ticket #139261
Pump #10    55.421 G @ 3.699  205.00

Subtotal                       205.00
Sales Tax                        0.00
Total                        $205.00
Credit Card(US$)             $205.00

Change                         $0.00
```

XXXXXXXXXXXX5074
MCF
Odometer:88890
Trans# 091897    Approval# 735032
Card Total: $205.00

Change          $      0.00

*** Customer signature on file ***

Thank you for
Shopping Sunoco

Trans ID# 216558
e197is170t3

---

Steam Valley 1/73
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
12/31/11 15:32

```
ACCT/CARD #:    MasterXXXX X5074
AUTH. #:        710761
INVOICE #:      0S60617

CREDIT TOTAL    $74.64

CASHIER: 05
```

```
ITEM      QTY    PRICE  AMOUNT
Diesel 2        Fuel Ticket #226739
Pump #8   19.243 G @ 3.879  74.64

Items: 1    Subtotal          74.64
            Sales Tax          0.00
            Total             74.64
```

SHIFT 000743

Thank You!
Stop Back Soon
Have a Great Day !



| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/02/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 733081 | 715.32 |
| 01/02/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 7 | 733079 | 474.82 |
| 01/02/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 26 | 733027 | 324.81 |
| 01/02/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 20 | 733016 | 432.67 |
| 01/02/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 24 | 733000 | 479.04 |
| 01/02/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 732994 | 341.30 |
| 01/02/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 13 | 732988 | 1,009.55 |
| 01/02/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 732985 | 2,152.63 |
| 01/02/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 732954 | 516.25 |
| 01/02/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 732925 | 423.97 |
| 01/02/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 6 | 732918 | 680.81 |
| 01/02/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 7 | 732907 | 553.75 |
| 01/02/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 732898 | 921.15 |
| 01/02/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 17 | 732895 | 837.10 |
| 01/02/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | | 732891 | 713.75 |
| 01/02/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 23 | 732884 | 900.54 |
| 01/02/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 19 | 732882 | 1,398.23 |

共計行數 : 17

Report Totals: 12,875.69

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

TIME: 19:25
JA34940901003

DATE: 01/03/12
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    *************5140
EXPIRATION DATE                    **/**
SEQ:                             370005
ODOMETER READING:                  3140
APPROVAL CODE:                   120731
ENTRY METHOD:                    SWIPED

                 QTY    PRICE    AMOUNT
PRODUCT
DIESEL          69.570G  3.699   257.34

**TOTAL AMOUNT:        $257.34**

APPROVED 120731

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

#32

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
01/02/12 16:04

ACCT/CARD #:  MasterXXXX X5140
AUTH. #:      854194
INVOICE #:    0SG0697

CREDIT TOTAL  $215.70

CASHIER: 05

ITEM              QTY   PRICE   AMOUNT
Diesel 2      Fuel Ticket #227101
Pump #8      5.700 G @ 3.859   22.00
Diesel 2      Fuel Ticket #227100
Pump #10    50.195 G @ 3.859  193.70

                 Subtotal      215.70
Items:   2       Sales Tax       0.00
                 Total         215.70

SHIFT 000745

Thank You !
Stop Back Soon !
Have a Great Day !

---

NAME  Am Qiang Wu              ROOM NO. 20

STREET                         CHECK-OUT DATE  1/3/12

CITY              STATE AND ZIP   ARRIVAL DATE / TIME  1/2/12

( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE
             X

PAYMENT WILL   ☐ CREDIT  ☐ CASH  ☐ CHECK
BE MADE BY:    ☐ CARD

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | | |
| MON | X | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | | |
| FRI | | AMT. PAID | |
| SAT | | AMT. DUE | |

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME:  11:00 AM

paid cash

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices



| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/05/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 733901 | 692.79 |
| 01/05/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | | 733880 | 301.75 |
| 01/05/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 733876 | 940.70 |
| 01/05/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 5 | 733833 | 629.29 |
| 01/05/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 733832 | 2,267.28 |
| 01/05/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 2 | 733813 | 550.21 |
| 01/05/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | | 733797 | 238.25 |
| 01/05/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | | 733779 | 873.00 |
| 01/05/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 8 | 733774 | 1,144.75 |
| 01/05/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 733770 | 1,226.00 |
| 01/05/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | | 733768 | 718.93 |
| 01/05/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 7 | 733765 | 418.75 |
| 01/05/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 6 | 733763 | 553.35 |
| 01/05/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 11 | 733761 | 727.60 |
| 01/05/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 9 | 733759 | 662.50 |
| 01/05/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 12 | 733758 | 845.68 |

共計行數：16

Report Totals: 12,790.83

## Motel Registration Card

NAME: *Zhi Qiang Wu*   ROOM NO. **20**

STREET

CITY      STATE AND ZIP

(AREA CODE) PHONE NO.   COMPANY REPRESENTING

CHECK-OUT DATE: 1/6/12
ARRIVAL DATE / TIME: 1/5/12
ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

### NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | |
|---|---|
| SUN | |
| MON | |
| TUES | |
| WED | |
| THURS | X |
| FRI | |
| SAT | |

ROOM TOTAL: **96 00**
TAX: **12 48**
TOTAL: **108 48**
AMT. PAID
AMT. DUE

**CHECK OUT TIME: 11:00 AM**

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

*#32 paid cash*

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800#

01/06/12 16:56:06

Diesel        Fuel Ticket #143477
Pump #9    42.707 G @ 3.739  159.68
Subtotal                      159.68
Sales Tax                       0.00
Total                       $159.68
Credit Card(USD$)           $159.68
Change                        $0.00
XXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 094687   Approval# 857544
Card Total: $159.68

*** Customer signature on file ***

Change    $   0.00

Trans ID# 223259
e134s17&t3

Thank you for
Shopping Sunoco

---

WELCO...

MC FLEET    13777007...
IUMIN PART 6 9
IT #14
CAUTION         PA

NC FLEET
MCF
<DOMETER:3140
IUMP #11
PRODUCT: DIESEL
APPROVAL # 5-5144
(GALLONS): 8.740
PRICE/GAL: 3.099
TOTAL SALE  35.55

DATE: 01/06/...  5:54

THANK YOU
HAVE A NICE DAY

# AR Invoices



| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 01/07/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 734520 | 688.90 |
| 01/07/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 734519 | 645.00 |
| 01/07/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 734505 | 510.00 |
| 01/07/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 734464 | 1,359.19 |
| 01/07/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 734447 | 385.00 |
| 01/07/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 7 | 734439 | 1,256.40 |
| 01/07/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 734427 | 1,056.11 |
| 01/07/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 734423 | 16.75 |
| 01/07/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 734420 | 708.23 |
| 01/07/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | | 734419 | 762.35 |
| 01/07/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 12 | 734415 | 990.31 |
| 01/07/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 734411 | 750.79 |
| 01/07/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 734358 | 469.64 |
| 01/07/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 734337 | 758.54 |
| 01/07/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | | 734333 | 704.35 |
| 01/07/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 11 | 734330 | 430.69 |
| 01/07/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 8 | 734326 | 1,613.00 |

共計行數：17

Report Totals: 13,105.25

大何

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H3346S0628001

01/07/12 21:23:07

Diesel        Fuel Ticket #144421
Pump #10    70.875 G @ 3.739  265.00

Subtotal                    265.00
Sales Tax                     0.00
Total                    $265.00
Credit Card(USD$)        $265.00

Change                    $0.00

XXXXXXXXXXX5074
MCF
Odometer:588890
Trans# 095315   Approval# 015868
Card Total: $265.00

*** Customer signature on file ***

Change        $       0.00

Trans ID# 224782
e197s17t13

Thank you for
Shopping Sunoco



| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/09/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 734909 | 942.36 |
| 01/09/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 734813 | 333.75 |
| 01/09/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 734809 | 1,916.00 |
| 01/09/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 734801 | 505.57 |
| 01/09/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 734791 | 680.46 |
| 01/09/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 734776 | 464.04 |
| 01/09/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 734757 | 620.95 |
| 01/09/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 734738 | 605.70 |
| 01/09/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 734730 | 584.61 |
| 01/09/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 734727 | 999.96 |
| 01/09/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 734721 | 759.91 |
| 01/09/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 734717 | 540.25 |
| 01/09/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 734714 | 397.75 |
| 01/09/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 734708 | 1,026.32 |
| 01/09/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 734702 | 915.15 |
| 01/09/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 734694 | 720.70 |
| 01/09/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 734685 | 640.69 |

共計行數：17

Report Totals: 12,654.17

NAME Zhi Qiang Wu  ROOM NO. 20

STREET

CITY                    STATE AND ZIP

( AREA CODE ) PHONE NO.        COMPANY REPRESENTING

CAR LICENSE | STATE | MAKE AND COLOR | YEAR

NO. IN PARTY | SIGNATURE
X

CHECK-OUT DATE 1/10 12
ARRIVAL DATE / TIME 1/9 12
ROOM RATE / TAX
RECEIVED BY

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED:

CARD NO.

| DAYS OCCUPIED | | | ROOM TOTAL | 96 00 |
|---|---|---|---|---|
| SUN | | | | |
| MON | ✓ | | TAX | 12 48 |
| TUES | | | | |
| WED | | | TOTAL | 108 48 |
| THURS | | | AMT. PAID | |
| FRI | | | | |
| SAT | | | AMT. DUE | |

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

# ENDWELL MOTEL
### 3211 East Main Street
### ENDWELL, NEW YORK 13760
### (607) 748-7388

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 01/10/12
MERCHANT ID:
TIME: 18:31
JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#               ************5140
EXPIRATION DATE        ***/**
SEQ:                  391003
ODOMETER READING:       3140
APPROVAL CODE:        567241
ENTRY METHOD:         SWIPED

PRODUCT    QTY PRICE    AMOUNT
DIESEL  87.795G  3.759  330.02

## TOTAL AMOUNT:        $330.02

APPROVED 567241

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
01/09/12 16:19

ACCT/CARD #:   MasterXXXX X5140
AUTH. #:       272075
INVICE #:      OSG0286

CREDIT TOTAL       $196.81

CASHIER: 05

ITEM          QTY    PRICE   AMOUNT
Diesel 2   49.712  Fuel Ticket #228905
Pump #10   49.712 G @ 3.959  196.81

Items:   1
              Subtotal      196.81
              Sales Tax       0.00
              Total         196.81

SHIFT 000752

Thank You !
Stop Back Soon
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 01/12/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 735686 | 802.21 |
| 01/12/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 735665 | 508.00 |
| 01/12/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 735638 | 368.91 |
| 01/12/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 735632 | 2,712.65 |
| 01/12/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 735625 | 519.78 |
| 01/12/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 6 | 735573 | 597.10 |
| 01/12/12 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 735557 | 1,391.11 |
| 01/12/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 735547 | 921.30 |
| 01/12/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 4 | 735545 | 349.63 |
| 01/12/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 735542 | 1,308.25 |
| 01/12/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 735537 | 641.50 |
| 01/12/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 735532 | 693.25 |
| 01/12/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 735526 | 727.25 |
| 01/12/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 735514 | 679.90 |
| 01/12/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 735512 | 626.56 |

共計行數：15

Report Totals: 12,847.40

```
      PATRIOT TRUCKSTOP
         75 US HWY 46
      PALISADES PARK NJ 07650
         201-947-9902

HOST NAME: SPS
DLR# 43549764001001    TID# VHRT

xxxxxxxxxxxx5140    NC PLEE

        C H A R G E

PRODUCT   QTY    PRICE   AMOUNT
DSL /FULL 35.733G $3.759 $134.32

TOTAL            $134.32

DATE: 01/12/12    TKT#: 409847
TIME: 05:33:07    SEQ#: 008617
AUTH: 925241      ORIG#:

ODOM: 85547


        CUSTOMER COPY
```



ENDWELL MOTEL

# ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT TIME:  11:00 AM

#32

```
        Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

01/13/12 17:27:06

Diesel        Fuel Ticket #148/789
Pump #10  50.381 G @ 3.759 189.38

Subtotal                  189.38
Sales Tax                   0.00
Total                  $189.38
Credit Card(USD$)        $189.38

Change                  $0.00

XXXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 098199   Approval# 335680
Card Total: $189.38


*** Customer signature on file ***

Change      $    0.00

Trans ID# 231790
e134s183t3

    Thank you for
   Shopping Sunoco
```

```
    Steam Valley T/S
   Trout Run, PA 17771
      570-998-9090

        STEAM VALLEY
        TROUT RU PA
       DEALER: 4783833
       01/12/12 16:03

ACCT/CARD #: MasterXXXX X5140
AUTH. #:    047874
INVOICE #:  OSG0565

CREDIT TOTAL  $125.57

CASHIER: 05

ITEM        QTY   PRICE  AMOUNT
Diesel 2      Fuel Ticket #229688
Pump #10  31.557 G @ 3.979 125.57

Items:  1    Subtotal   125.57
             Sales Tax    0.00
             Total      125.57


SHIFT 000755

    Thank You !
  Stop Back Soon
 Have a Great Day !
```

# AR Invoices

31

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 01/14/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 736273 | 1,409.78 |
| 01/14/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSP | 32 | CHAO | 736269 | 394.20 |
| 01/14/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSP | 32 | CHAO | 736249 | 603.05 |
| 01/14/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | RONG | 736248 | 450.73 |
| 01/14/12 | P515 | 新中國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 736240 | 489.50 |
| 01/14/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 736170 | 988.05 |
| 01/14/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON | WILLIAMSP | 32 | JELLY | 736161 | 487.61 |
| 01/14/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamspo | 32 | JELLY | 736135 | 1,201.13 |
| 01/14/12 | P520 | LING LING | 2062 LYCOMING | WILLIAMSP | 32 | JELLY | 736128 | 884.44 |
| 01/14/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | JELLY | 736123 | 761.12 |
| 01/14/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | CHAO | 736115 | 332.05 |
| 01/14/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSP | 32 | JIN | 736086 | 987.21 |
| 01/14/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamspo | 32 | JIN | 736084 | 498.37 |
| 01/14/12 | P506 | 長城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 736081 | 957.15 |
| 01/14/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 736077 | 693.41 |
| 01/14/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 736074 | 1,086.00 |

共計行數 : 16

Report Totals: 12,223.80

```
        Steam Valley T/S
   Trout Run, PA 17771
        570-998-9090

           STEAM VALLEY
           TROUT RU PA
           DEALER: 4783833
           01/14/12 15:02

   ACCT/CARD #:   MasterXXXX X5074
   AUTH. #:       451570
   INVOICE #:     OSG0753

   CREDIT TOTAL   $283.42

   CASHIER: 05

   ITEM          QTY  PRICE AMOUNT
   Diesel 2        Fuel Ticket #230227
   Pump #7      35.158 G @ 3.979 139.89
   Diesel 2        Fuel Ticket #230226
   Pump #10     35.594 G @ 3.979 141.63
   SNICKERS          2 @ 0.95    1.90

   Items:   4      Subtotal    283.42
                   Sales Tax     0.00
                   Total       283.42

   SHIFT 000757

       Thank You !
      Stop Back Soon
    Have a Great Day !
```

```
        Sunoco 7123

   SUNOCO 7123
   US HWY 46E & ABBOTT AVE
   PALISADES PA, NJ 07650
   Merchant#: H334650628001

   01/14/12 21:46:32

   Diesel         Fuel Ticket #149697
   Pump #10   31.727 G @ 3.759 119.26

   Subtotal                  119.26
   Sales Tax                   0.00
   Total                   $119.26
   Credit Card(USD$)       $119.26

   Change                    $0.00

   XXXXXXXXXXXXX5074
   MCF
   Odometer:588890
   Trans# 098809   Approval# 483149
   Card Total: $119.26

   *** Customer signature on file ***

   Change        $      0.00

   Trans ID# 233286
   e197s184t3

              Thank you for
           Shopping Sunoco
```

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 01/16/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | JELLY | 736675 | 991.54 |
| 01/16/12 | P523 | EXPRESS | 300 LYCOMING MALL | MUNCY | 32 | JELLY | 736654 | 568.35 |
| 01/16/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 736630 | 509.90 |
| 01/16/12 | P520 | LING LING | 2062 LYCOMING | WILLIAMSP | 32 | JIN | 736616 | 671.38 |
| 01/16/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | JIN | 736602 | 289.38 |
| 01/16/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 736575 | 2,327.50 |
| 01/16/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 736568 | 555.60 |
| 01/16/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOO | 32 | PETER | 736560 | 342.04 |
| 01/16/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | CHAO | 736537 | 432.94 |
| 01/16/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 736479 | 533.94 |
| 01/16/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | JIN | 736472 | 1,364.76 |
| 01/16/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamspo | 32 | JIN | 736462 | 724.00 |
| 01/16/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 736458 | 680.45 |
| 01/16/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JELLY | 736457 | 343.75 |
| 01/16/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN | OWEGO | 32 | JIN | 736455 | 476.71 |
| 01/16/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | JIN | 736448 | 1,120.00 |
| 01/16/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | JIN | 736444 | 581.95 |
| 01/16/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | JIN | 736437 | 712.20 |
| 01/16/12 | B619 | 華 星 | 49 NORTH MAIN | BAINBRID | 32 | RONG | 736430 | 564.56 |

共計行數 : 19

Report Totals: 13,790.95

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 01/17/12                    TIME: 19:52
MERCHANT ID:                      JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE                   **/**
SEQ:                              411020
ODOMETER READING:                   3140
APPROVAL CODE:                    033975
ENTRY METHOD:                     SWIPED

PRODUCT          QTY   PRICE      AMOUNT
DIESEL        81.649G  3.759      306.92

TOTAL AMOUNT:          $306.92

                APPROVED 033975

THANKS FOR YOUR BUSINESS

                CUSTOMER COPY

---

WELCOME TO
PUMP N PANTRY
RR2 BOX 3360
CANTON, PA 17724
PUMP N PANTRY 018
CANTON PA

00013777007-10
RT 414 & 14

DUPLICATE OUTDOOR RECEIPT

MC FLEET
***********5140
REF # 9600027001 5
DATE 01/16/12   17:31
ODOMETER 3140
PUMP # 12
PRODUCT: DIESL
APPROVAL # 743384
GALLONS:        42.285
PRICE/G:      $  4.099
FUEL SALE     $173.33

THANK YOU FOR
USING CITGO

NAME Zhi Qiang Wu

ROOM NO. 20

STREET

CHECK-OUT DATE 1/7/12

CITY

STATE AND ZIP

ARRIVAL DATE / TIME 1/6/12

( AREA CODE ) PHONE NO.

COMPANY REPRESENTING

ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE
X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | | ROOM TOTAL | 96 | |
|---|---|---|---|---|---|
| SUN | | | | | |
| MON | X | | TAX | 12 | 48 |
| TUES | | | | | |
| WED | | | TOTAL | 108 | 48 |
| THURS | | | AMT. PAID | | |
| FRI | | | AMT. DUE | | |
| SAT | | | | | |

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32    Paid cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 01/21/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSP | 32 | CHAO | 738092 | 781.85 |
| 01/21/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSP | 32 | CHAO | 738082 | 692.68 |
| 01/21/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 738076 | 2,029.91 |
| 01/21/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 738072 | 584.00 |
| 01/21/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 738036 | 593.60 |
| 01/21/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON | WILLIAMSP | 32 | JELLY | 738002 | 706.97 |
| 01/21/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamspo | 32 | JELLY | 737979 | 1,278.33 |
| 01/21/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | PETER | 737974 | 403.05 |
| 01/21/12 | P523 | EXPRESS | 300 LYCOMING MALL | MUNCY | 32 | JELLY | 737959 | 416.75 |
| 01/21/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 737942 | 586.12 |
| 01/21/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamspo | 32 | JIN | 737919 | 444.55 |
| 01/21/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 737911 | 1,330.35 |
| 01/21/12 | P520 | LING LING | 2062 LYCOMING | WILLIAMSP | 32 | JIN | 737905 | 711.66 |
| 01/21/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSP | 32 | JIN | 737901 | 779.02 |
| 01/21/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 737896 | 605.60 |
| 01/21/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 737893 | 1,253.55 |
| 01/21/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 737890 | 1,241.67 |

共計行數：17

Report Totals: 14,439.66

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800

01/20/12 17:07:28

Diesel          Fuel Ticket #15#042
Pump #10    62.070 G @ 3.739    232.08

Subtotal                        232.08
Sales Tax                         0.00
Total                          $232.08
Credit Card(USD$)              $232.08

Change                           $0.00

XXXXXXXXXX8207
VIS
Trans# 101694    Approval# 59429B
Card Total: $232.08

*** Customer signature on File ***

Change        $     0.00

Trans ID# 240193
e134s19013

Thank you for
Shopping Sunoco

---

WELCOME TO
PUMP N PANTRY

RR2 BOX 3360
CANTON, PA 17724
PUMP N PANTRY 018
CANTON PA

00013777007-10
RT 414 & 14

DUPLICATE OUTDOOR RECEIPT

MC FLEET
***********5140
REF # 9600057022 4
DATE 01/19/12  15:50
ODOMETER 3140
PUMP # 12
PRODUCT: DIESL
APPROVAL # 502938
GALLONS:    51.156
PRICE/G:  $  4.099
FUEL  SALE  $209.69

THANK YOU FOR
USING CITGO

---

| NAME Zhi Qiang Wu | ROOM NO. 20 |

| STREET | CHECK-OUT DATE |
| CITY | STATE AND ZIP | ARRIVAL DATE / TIME |
| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | ROOM RATE TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
| NO. IN PARTY | SIGNATURE X | |

PAYMENT WILL
BE MADE BY:  ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| SUN | | | |
| MON | | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | X | | |
| FRI | | AMT. PAID | |
| SAT | | AMT. DUE | |

CHECK OUT TIME: 11 A.M.

ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32  Pahol cash

**Sunoco 7123**  #32

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

01/21/12 23:53:37

```
Diesel          Fuel Ticket #154863
Pump #10    74.887 G @  3.739  280.00

Subtotal            280.00
Sales Tax             0.00
Total           $280.00
Credit Card(USD$)   $280.00
```

**Change**          **$0.00**

XXXXXXXXXXXXX4448
MC
Trans# 102220   Approval# 055302
Card Total:  $280.00


   *** Customer signature on file ***


**Change**       **$      0.00**


Trans ID# 241603
e197s191t3


        Thank you for
     Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 01/23/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 738399 | 1,015.96 |
| 01/23/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 738380 | 472.24 |
| 01/23/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 738374 | 528.75 |
| 01/23/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 738333 | 2,020.85 |
| 01/23/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 738321 | 1,014.25 |
| 01/23/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 738306 | 620.13 |
| 01/23/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 738304 | 904.00 |
| 01/23/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 738298 | 665.35 |
| 01/23/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 738290 | 557.00 |
| 01/23/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 738278 | 683.70 |
| 01/23/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 738273 | 911.80 |
| 01/23/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 738265 | 510.80 |
| 01/23/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 738262 | 572.00 |
| 01/23/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 738256 | 302.75 |
| 01/23/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 738231 | 1,099.68 |

共計行數 : 15

Report Totals: 11,879.26

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

DATE: 01/24/12                    TIME: 19:02
MERCHANT ID:              JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                        ***********5140
EXPIRATION DATE                       **/**
SEQ:                                 432007
ODOMETER READING:                      3140
APPROVAL CODE:                       515074
ENTRY METHOD:                       SWIPED

PRODUCT          QTY      PRICE    AMOUNT
DIESEL        82.923G     3.739    310.05
                                -----------

## TOTAL AMOUNT:        $310.05

APPROVED 515074

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

NAME Zhi Qiang Wu                ROOM NO.
STREET                           CHECK-OUT DATE
CITY                STATE AND ZIP   ARRIVAL DATE / TIME
( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE / TAX
CAR LICENSE   STATE   MAKE AND COLOR       YEAR   RECEIVED BY
NO. IN PARTY   SIGNATURE
                X

PAYMENT WILL     □ CREDIT  □ CASH  □ CHECK
BE MADE BY:        CARD

CREDIT CARD USED: _____

CARD NO. _____

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| SUN | | | |
| MON | X | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | | |
| FRI | | AMT. PAID | |
| SAT | | AMT. DUE | |

paid cash
#32

---

WELCOME TO BISHOPS
TRUE VALUE

#32

SUNOCO
US ROUTE 220
ULSTER, PA 18850
DLR#:H342423022001

01/23/12 17:59:33

Pump#: 1 /Self
Product:Diesel
 Gallons    36.594
 $/Gal      $ 4.099
 Fuel Sale  $150.00
 Total Sale $150.00

XXXXXXXXXXX5140
MCF
Odometer:3140

Trans# 028687
Approval# 237275

46353s330c1

THANK YOU FOR
YOUR BUSINESS

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 01/26/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | JELLY | 739202 | 1,161.93 |
| 01/26/12 | P515 | 新中國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 739185 | 614.30 |
| 01/26/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 739116 | 1,839.67 |
| 01/26/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | JELLY | 739114 | 250.75 |
| 01/26/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | PETER | 739112 | 278.25 |
| 01/26/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | JELLY | 739103 | 932.72 |
| 01/26/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 739081 | 1,039.65 |
| 01/26/12 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | JIN | 739074 | 899.31 |
| 01/26/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 739071 | 483.00 |
| 01/26/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 739063 | 550.10 |
| 01/26/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JELLY | 739057 | 355.20 |
| 01/26/12 | P506 | 長城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 739053 | 1,063.40 |
| 01/26/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 739049 | 654.50 |
| 01/26/12 | B619 | 華星 | 49 NORTH MAIN | BAINBRID | 32 | JELLY | 739048 | 410.14 |
| 01/26/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOO | 32 | JELLY | 739047 | 481.70 |

共計行數：15

Report Totals: 11,014.62

**Steam Valley T/S**
**Trout Run, PA 17771**
**570-998-9090**

#32

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
01/26/12 15:00

| ACCT/CARD #: | MasterXXXX X51110 |
| AUTH #: | 96682S |
| INVOICE #: | 0SG0905 |

CREDIT TOTAL    $202.89

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
| Fuel Ticket #233319 |
| Diesel 2 | 50.991 G @ 3.979 | 202.89 |
| Pump #10 |

| Items: | 1 | Subtotal | 202.89 |
| | | Sales Tax | 0.00 |
| | | Total | 202.89 |

SHIFT 000773

Thank You !
Stop Back Soon !
Have a Great Day !

---

**Sunoco 7123**

*** DUPLICATE RECEIPT ***

SUNOCO 7123
S. HWY 46E & ABBOTT AVE
ALISADES PA, NJ 07650
Merchant#: H33465062800I

#32

11/27/12 17:05:29

| Diesel | Fuel Ticket 038282 |
| Pump #10 | 57.770 G @ 3.739 | 216.00 |
| Subtotal | 216.00 |
| Sales Tax | 0.00 |
| Total | $216.00 |
| Credit Card(USD$) | $216.00 |

Change    $0.00

XXXXXXXXXXX8207
VIS
Trans# 105109  Approval# 90231B
Card Total: $216.00

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X_____
Customer Signature

Change    $    0.00

Trans ID# 248454
e134s197I3

Thank you for
Shopping Sunoco

---

NAME ___ Pravy WV ___

STREET ___

CITY ___ STATE AND ZIP ___

( AREA CODE) PHONE NO.    COMPANY REPRESENTING

| CAR LICENSE | STATE | MAKE AND COLOR |
| NO. IN PARTY | | YEAR |

SIGNATURE X ___

PAYMENT WILL BE MADE BY:  ☐ CREDIT CARD  ☐ CASH  ☐ CHECK

CREDIT CARD USED: ___

CARD NO. ___

ROOM NO. ___

CHECK-OUT DATE ___

ARRIVAL DATE / TIME ___

ROOM RATE / TAX ___

RECEIVED BY ___

| DAYS OCCUPIED | | ROOM TOTAL |
| SUN | | |
| MON | ✓ | TAX |
| TUES | | |
| WED | | |
| THURS | | TOTAL |
| FRI | | AMT. PAID |
| SAT | | AMT. DUE |

Paid cash
#32

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

CHECK OUT TIME  11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 01/28/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 739836 | 495.33 |
| 01/28/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 739795 | 641.28 |
| 01/28/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 739779 | 660.19 |
| 01/28/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 739747 | 485.78 |
| 01/28/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 739746 | 1,751.47 |
| 01/28/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 739697 | 653.26 |
| 01/28/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 739692 | 1,304.71 |
| 01/28/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 739681 | 485.50 |
| 01/28/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 739678 | 535.50 |
| 01/28/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 739652 | 710.20 |
| 01/28/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 739644 | 744.25 |
| 01/28/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 739641 | 728.55 |
| 01/28/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 739629 | 551.54 |
| 01/28/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 739625 | 816.10 |
| 01/28/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 739621 | 711.06 |
| 01/28/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 739618 | 976.50 |

共計行數：16

Report Totals: 12,251.22

## Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

大何

#32

01/28/12 21:36:24

Diesel          Fuel Ticket #160188
Pump #10    77.161 G @ 3.739  288.50

Subtotal                    288.50
Sales Tax                     0.00
**Total**              **$288.50**
Credit Card(USD$)          $288.50

**Change**             **$0.00**

XXXXXXXXXXXX5074
MCF
Odometer:88890
Trans# 105693   Approval# 425112
Card Total:  $288.50


*** Customer signature on file ***


Change        $      0.00


Trans ID# 250026
e197s198t3

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 01/30/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 740204 | 675.79 |
| 01/30/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 740169 | 496.38 |
| 01/30/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 740167 | 223.33 |
| 01/30/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 740134 | 619.46 |
| 01/30/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 740102 | 2,040.05 |
| 01/30/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 740101 | 371.84 |
| 01/30/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 740093 | 685.64 |
| 01/30/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 740008 | 948.47 |
| 01/30/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 740001 | 432.94 |
| 01/30/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 739999 | 1,018.13 |
| 01/30/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 739992 | 806.48 |
| 01/30/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 739987 | 754.50 |
| 01/30/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 739986 | 909.08 |
| 01/30/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 739982 | 858.70 |
| 01/30/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 739981 | 652.98 |
| 01/30/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 739977 | 789.75 |
| 01/30/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 739974 | 436.90 |

共計行數：17

Report Totals: 12,720.42

CUSTOMER COPY

THANKS FOR YOUR BUSINESS

APPROVED 001158

**US GAS AND DIESEL**
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 19:06
JA:4940901003

DATE: 01/31/12
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD# ************5140
EXPIRATION DATE **/**
SEQ: 453010
ODOMETER READING: 3140
APPROVAL CODE: 001158
ENTRY METHOD: SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 76.472G | 3.739 | 285.93 |

TOTAL AMOUNT: **$285.93**

---

**DANDY MINI MART #20**
ROUTE 220
ULSTER PA
570 358-3800

00018901007-04 DANDY MINI MART #20
ROUTE 220 ULSTER PA

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| DIESL CA #07 | 44.613G | 185.10 |
| SELF @ 4.149/ G | | |

| | | |
|---|---|---|
| Subtotal | | 185.10 |
| Tax | | 0.00 |
| **TOTAL** | **$** | **185.10** |
| CREDIT | $ | 185.10 |

PAYMENT TIME: 17:19:54
CARD TYPE: MC FLEET
CARD NAME: VEHICLE 19
ACCT NUMBER: XXXXXXXXXX5140
EXP. DATE:          TRANS TYPE: SALE
ODOMETER: 3140
AUTH#: 718370  REFERENCE#: 9700097007 5

*************************************

**THANK YOU**
Please Come Again

ST# 20     TILL XXXX DR# 1 TRAN# 1032311
CSH: 1              01/30/12 17:20:00

---

#32 Paid Cash

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT TIME: 11 A.M.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| | | |
|---|---|---|
| ROOM TOTAL | | 96 |
| TAX | | 12.98 |
| TOTAL | | 108.98 |

| DAYS OCCUPIED | | |
|---|---|---|
| SUN | | |
| MON | X | |
| TUES | | |
| WED | | |
| THURS | | |
| FRI | | |
| SAT | | |

AMT. PAID
AMT. DUE

PAYMENT WILL BE MADE BY: □ CREDIT CARD  □ CASH  □ CHECK
CREDIT CARD USED:
CARD NO.

SIGNATURE  X
NO. IN PARTY
MAKE AND COLOR
CAR LICENSE            STATE        YEAR
RECIEVED BY
( AREA CODE ) PHONE NO.
COMPANY REPRESENTING
STATE AND ZIP
CITY
STREET
CHECK-OUT DATE  1/31/12
ARRIVAL DATE/TIME  1/30/12
ROOM RATE/TAX
NAME
ROOM NO. 20

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 02/02/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | JELLY | 740977 | 1,032.11 |
| 02/02/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | RONG | 740956 | 506.00 |
| 02/02/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 740911 | 341.85 |
| 02/02/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 740892 | 1,855.20 |
| 02/02/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 740886 | 623.66 |
| 02/02/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 740858 | 1,033.80 |
| 02/02/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | JIN | 740842 | 911.06 |
| 02/02/12 | P508 | 金 寶(570)(220 | 614 MAIN St | TOWANDA | 32 | JIN | 740809 | 438.10 |
| 02/02/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 740806 | 730.90 |
| 02/02/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JELLY | 740803 | 738.99 |
| 02/02/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 740801 | 1,217.82 |
| 02/02/12 | B619 | 華 星 | 49 NORTH MAIN | BAINBRID | 32 | JELLY | 740797 | 941.34 |
| 02/02/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 740796 | 497.25 |

共計行數 : 13

Report Totals: 10,868.08

NAME Zhiqiang Wu    ROOM NO. 20

STREET    CHECK-OUT DATE 2/3/12

CITY    STATE AND ZIP    ARRIVAL DATE / TIME 2/3/12

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING    ROOM RATE / TAX

CAR LICENSE    STATE    MAKE AND COLOR    YEAR    RECEIVED BY

NO. IN PARTY    SIGNATURE    X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD   ☐ CASH   ☐ CHECK

CREDIT CARD USED:

CARD NO.

| DAYS OCCUPIED | | ROOM TOTAL | 96 | |
|---|---|---|---|---|
| SUN | | TAX | 12 | 48 |
| MON | | | | |
| TUES | | | | |
| WED | | TOTAL | 108 | 48 |
| THURS | X | AMT. PAID | | |
| FRI | | | | |
| SAT | | AMT. DUE | | |

### NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
### 3211 E. Main Street
### ENDWELL, NEW YORK 13760
### (607) 748-7388

---

SUNOCO 0640303000
451 WEST THIRD STREET
MIFFLINVILLE PA 18631
L345552151001

02/02/2012 12:02:31 PM
Register: 1 Trans #: 6900 Op ID: 2
Your cashier: gary

DIESEL CA PUMP#9
45.470 GAL @ @ $ 3.959/GAL $180.02
     99

Subtotal =  $180.02
Tax =  $0.00
Total =  $180.02

Credit  $180.02

Change Due =  $0.00

XXXXXXXXXXXXX5140, MCF
19/VEHICLE
INVOICE 081698
AUTH 398810.
ODO 3140
APPROVED 398810
Sequence Number 53374

Credit

I agree to pay the above total amount according to the card issuer agreement.

THANK YOU
COME AGAIN

---

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800I

02/03/12 16:18:31

   Sunoco 7123

Diesel    Fuel Ticket #164691
Pump #9   68.900 G @ 3.759 259.00

Subtotal      259.00
Sales Tax     0.00
Total      $259.00
Credit Card(USD$)   $259.00

Change      $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Transt 108623   Approval# 739741
Card Total: $259.00

*** Customer signature on file ***

Trans ID# 257258
e1345204t3

Change   $
     0.00

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 02/04/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 741558 | 565.95 |
| 02/04/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 741536 | 982.64 |
| 02/04/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 741532 | 1,286.95 |
| 02/04/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 741518 | 824.69 |
| 02/04/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 741442 | 369.10 |
| 02/04/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | 12 | 741416 | 549.48 |
| 02/04/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 741415 | 580.53 |
| 02/04/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 741413 | 1,202.19 |
| 02/04/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 14 | 741406 | 1,289.40 |
| 02/04/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | 11 | 741397 | 777.90 |
| 02/04/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 16 | 741396 | 992.10 |
| 02/04/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 741384 | 473.34 |
| 02/04/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 741373 | 715.63 |
| 02/04/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 741356 | 1,223.55 |
| 02/04/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 13 | 741351 | 874.64 |
| 02/04/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 15 | 741344 | 1,347.20 |

共計行數：16

Report Totals 14,055.29

#31

SU

_Cash_

```
Diesel 2          Fuel Ticket #235809
Pump #8    40.855 G @ 3.999  163.38
Diesel 2          Fuel Ticket #235808
Pump #10   41.025 G @ 3.999  164.06
Groc Non-Tax                    3.29
*VOID Groc Non-Tax*           - 3.29
MILKYWAYLG                      1.65
MILKYWAYLG                      1.65
Groc Non-Tax                    3.29

Items:   5      Subtotal     334.03
                Sales Tax      0.00
    TOTAL                   $334.03
                Cash         340.03
    CHANGE DUE                6.00

  452455e05s163611   02/04/12 15:33:47
```

Thank You !
Stop Back Soon
Have a Great Day !

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 02/06/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 741920 | 1,012.49 |
| 02/06/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 741916 | 493.55 |
| 02/06/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 741844 | 302.80 |
| 02/06/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 741842 | 1,662.05 |
| 02/06/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 741839 | 614.11 |
| 02/06/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 741836 | 398.35 |
| 02/06/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 741829 | 582.86 |
| 02/06/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 741792 | 497.72 |
| 02/06/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 741783 | 2,109.66 |
| 02/06/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 741767 | 624.15 |
| 02/06/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 741764 | 1,197.53 |
| 02/06/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 741757 | 361.25 |
| 02/06/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 741746 | 851.59 |
| 02/06/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 741741 | 895.55 |
| 02/06/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 741736 | 603.90 |
| 02/06/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 741725 | 407.34 |
| 02/06/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 741719 | 451.00 |
| 02/06/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 741714 | 1,019.48 |
| 02/06/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 741712 | 607.25 |
| 02/06/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 741701 | 631.52 |

共計行數 : 20

Report Totals: 15,324.15

NAME: hi Qiang Wu          ROOM NO. 20

STREET                     CHECK OUT DATE

CITY            STATE AND ZIP    ARRIVAL DATE / TIME

( AREA CODE ) PHONE NO.   COMPANY REPRESENTING    ROOM RATE / TAX

CAR LICENSE  STATE  MAKE AND COLOR    YEAR    RECEIVED BY

NO. IN PARTY   SIGNATURE
               X

PAYMENT WILL    ☐ CREDIT  ☐ CASH  ☐ CHECK
BE MADE BY:      CARD

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | ROOM TOTAL | 96 |
| SUN | | |
| MON | X | TAX | 12.48 |
| TUES | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID |
| FRI | | |
| SAT | | AMT. DUE |

CHECK OUT TIME: 11 A.M.

**ENDWELL MOTEL**
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32 paid cash

DATE: 02/07/12
MERCHANT ID:

US GAS AND DIESEL
RT46 EAST AND MARBLE AVE
RIDGEFIELD NJ 07657

CREDIT CARD
MASTERCARD FLEET SALE

CARD#         ************5140
EXPIRATION DATE     **/**
SEQ:              474006
ODOMETER READING:  3140
APPROVAL CODE:     484892
ENTRY METHOD:      SWIPED

TIME: 20:06
AC4940901003

TOTAL AMOUNT:  $314.25

PRODUCT    QTY    PRICE    AMOUNT
DIESEL    82.719G  3.799   314.25

APPROVED 484892

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
949 ELMIRA STREET
SAYRE PA 18840
WWW.XTRAMART.COM
T042267353-001

DATE        02/06/12
TIME        07:32 PM
ODOMETER 3140

MC FLEET
19/VEHICLE

PUMP  PRODUCT  PPG
10     DIES   $4.139

GALLONS    TOTAL
36.241    $150.00

THANK YOU
COME SEE US AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 02/09/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 742705 | 1,006.53 |
| 02/09/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 742665 | 556.50 |
| 02/09/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 2 | 742633 | 1,447.30 |
| 02/09/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 6 | 742631 | 687.04 |
| 02/09/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 742625 | 424.44 |
| 02/09/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 3 | 742608 | 439.10 |
| 02/09/12 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 742547 | 946.98 |
| 02/09/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 742543 | 1,538.45 |
| 02/09/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 742540 | 389.90 |
| 02/09/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 742538 | 273.75 |
| 02/09/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 742537 | 565.70 |
| 02/09/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 742535 | 1,031.30 |
| 02/09/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 742534 | 608.31 |
| 02/09/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 742527 | 702.50 |
| 02/09/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 742526 | 619.32 |

共計行數 : 15

Report Totals: 11,237.12

NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT TIME: 11:00 AM

ROOM NO. 20

| DAYS OCCUPIED | | | | | | | ROOM TOTAL | TAX | TOTAL | AMT. PAID | AMT. DUE |
| SUN | MON | TUES | WED | THURS | FRI | SAT | | | | | |
| | X | | | | | | 96 | 12.48 | 108.48 | paid | cash |

#32

---

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TD42567363-001 SAYRE #1835
949 ELMIRA STREET
SAYRE PA 18840

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| DIES CR #10 | @ 4.339/G | 47.3966 | 205.65 |

Sub Total        205.65
Tax           0.00
TOTAL         205.65
CREDIT $      205.65

CARD TYPE: VISA
ACCT NUMBER: XXXX XXXX XXXX 5881
TRANS TYPE: SALE
APPROVAL: 04411B
AMOUNT: $ 205.65   INVOICE: 281704

APPROVED 04411B

****************************************
THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
****************************************
REG# 0002 CSH# 010 DRW 01 TRAN# 20850
03/05/12 19:09:54        STR 1835

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001/

03/06/12 19:16:19

```
Diesel              Fuel Ticket #189914
Pump #14     70.724 G @ 3.959  280.00

Subtotal                        280.00
Sales Tax                         0.00
Total                         $280.00
Credit Card(USD$)             $280.00

Change                          $0.00

XXXXXXXXXXXX5140
MCF
Odometer:3140
Trans# 125427    Approval# 435332
Card Total: $280.00
```

*** Customer signature on file ***

```
Trans ID# 298318
e134s236t3
```

Change        $    0.00

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/08/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 749857 | 923.46 |
| 03/08/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 749845 | 872.25 |
| 03/08/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 749823 | 356.30 |
| 03/08/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 749813 | 423.30 |
| 03/08/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 749808 | 846.04 |
| 03/08/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 749805 | 377.67 |
| 03/08/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 749784 | 447.83 |
| 03/08/12 | 999 | 出 車 - 其 他 | | | 32 | | 749752 | 758.50 |
| 03/08/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 749742 | 2,122.68 |
| 03/08/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 749727 | 661.27 |
| 03/08/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 4 | 749719 | 272.50 |
| 03/08/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 749709 | 1,119.93 |
| 03/08/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 749691 | 550.10 |
| 03/08/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 749688 | 1,274.46 |
| 03/08/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 749682 | 1,447.20 |
| 03/08/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 749679 | 705.25 |
| 03/08/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 749675 | 938.25 |
| 03/08/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 749672 | 635.86 |
| 03/08/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | | 749662 | 357.55 |

共計行數 : 19

Report Totals: 15,090.40

#252

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 03/09/12                    TIME: 18:22
MERCHANT ID:              JA3494090901003

CARD#              ************5140
EXPIRATION DATE              **/**
SEQ:                        565004
ODOMETER READING:             3140
APPROVAL CODE:              232705
ENTRY METHOD:               SWIPED

CREDIT CARD
MASTERCARD FLEET SALE

                    QTY   PRICE   AMOUNT
PRODUCT            63.415G  3.959  251.06
DIESEL

TOTAL AMOUNT:              $251.06

                    APPROVED 232705

                    THANKS FOR YOUR BUSINESS

                    CUSTOMER COPY

---

#1

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TID42567350-001  SAYRE #1835
949 ELMIRA STREET
SAYRE              PA 18840

                    qty        amount

<CUSTOMER COPY>
DIES CR FLO       44.4426     195.00
                 @ 4.3897/G

Sub Total                     195.00
           Tax                  0.00

TOTAL CREDIT     $  195.00

CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 993081           INVOICE: 282627
AMOUNT:                   $  195.00

APPROVED 993081

****************************************
****************************************
          THANK YOU
     PLEASE COME AGAIN
       BLOCKBUSTER DVD
       MOST TITLES $1
    RENT ONE TONIGHT!
REG# 0002 CSH# 005 DR# 01 TRAN# 22947
03/09/12  20:32:36        9TH  1835
****************************************

---

NAME   zhi Qiang Wu          ROOM NO.  20

STREET                        CHECK-OUT DATE  3/9/12

CITY              STATE AND ZIP   ARRIVAL DATE / TIME  3/8/12

( AREA CODE ) PHONE NO.   COMPANY REPRESENTING   ROOM RATE / TAX

CAR LICENSE   STATE   MAKE AND COLOR      YEAR   RECEIVED BY

NO. IN PARTY   SIGNATURE
               X

PAYMENT WILL    ☐ CREDIT  ☐ CASH  ☐ CHECK
BE MADE BY:       CARD

CREDIT CARD USED:

CARD NO.

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | | |
| MON | | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | X | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

HECK OUT TIME:  11:00 AM

ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32        Paid cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/10/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 750453 | 500.91 |
| 03/10/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 750399 | 1,504.40 |
| 03/10/12 | P517 | 熊 貓 (570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 750394 | 581.24 |
| 03/10/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 750381 | 438.00 |
| 03/10/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 11 | 750363 | 505.15 |
| 03/10/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 750343 | 716.25 |
| 03/10/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 750294 | 524.75 |
| 03/10/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 750289 | 1,055.45 |
| 03/10/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 750277 | 1,045.58 |
| 03/10/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 750266 | 705.42 |
| 03/10/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 32 | 3 | 750265 | 591.54 |
| 03/10/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 750263 | 630.74 |
| 03/10/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 750261 | 1,257.45 |
| 03/10/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 750250 | 1,021.75 |
| 03/10/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 750247 | 451.25 |
| 03/10/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | | 750237 | 573.50 |

共計行數：16

Report Totals: 12,103.38

| NAME Zhi Gang Wu | | ROOM NO. 20 |
|---|---|---|
| STREET | | CHECK-OUT DATE 3/11/12 |
| CITY | STATE AND ZIP | ARRIVAL DATE / TIME 3/12/12 |
| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---|---|---|---|
| SUN | | TAX | 12.48 |
| MON | ✓ | | |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID | |
| FRI | | AMT. DUE | |
| SAT | | | |

PAYMENT WILL BE MADE BY ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED

CARD NO.

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32 paid cash

---

Sunoco 7123

*** DUPLICATE RECEIPT ***

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465062800I

03/13/12 20:13:27

Diesel                Fuel Ticket #195624
Pump #9          78.807 G @ 3.959  312.00

Subtotal                          312.00
Sales Tax                           0.00
Total                            $312.00
Credit Card(USD$)                $312.00

Change                             $0.00

XXXXXXXXXXXX2637
MC
Trans#: 129306
Card Total: $312.00        Approval# 022312

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X
_____
Customer Signature

Change          $          0.00

Trans ID# 307712
e134s24313

---

XTRAMART EXXON 835
947 N ELMIRA ST
SAYRE PA 18840
WWW.XTRAMART.COM

DUPLICATE RECEIPT

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/12/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 750818 | 366.10 |
| 03/12/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 750790 | 670.75 |
| 03/12/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 750787 | 563.24 |
| 03/12/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 750748 | 1,636.90 |
| 03/12/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 750727 | 670.58 |
| 03/12/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 750713 | 591.59 |
| 03/12/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 750697 | 313.30 |
| 03/12/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 750677 | 472.75 |
| 03/12/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 750672 | 1,213.79 |
| 03/12/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 750654 | 949.75 |
| 03/12/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 750642 | 1,034.70 |
| 03/12/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 750625 | 640.05 |
| 03/12/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 750619 | 1,071.06 |
| 03/12/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 750600 | 493.04 |
| 03/12/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 750597 | 485.00 |
| 03/12/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 750588 | 971.25 |
| 03/12/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 750586 | 733.25 |
| 03/12/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 750580 | 506.00 |

共計行數 : 18

Report Totals: 13,383.10

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

CHECK OUT TIME: 11:00 AM

NAME

STREET

CITY

(AREA CODE) PHONE NO.

CAR LICENSE

STATE

NO. IN PARTY

CREDIT CARD USED:

CARD NO.

PAYMENT WILL □ CREDIT □ CASH □ CHECK
BE MADE BY: □ CARD

SIGNATURE

MAKE AND COLOR

COMPANY REPRESENTING

STATE AND ZIP

YEAR

RECEIVED BY

### NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | ROOM NO. |
| --- | --- |
| SUN | |
| MON | |
| TUES | |
| WED | |
| THURS X | |
| FRI | |
| SAT | |

ROOM RATE / TAX

CHECK IN DATE / TIME

ROOM TOTAL    96

TAX    12.48

TOTAL    108.68

AMT. PAID

AMT. DUE

---

US GAS AND DIESEL
RT 46 EAST AND MAPLE AVE
RIDGEFIELD
NJ 07657

DATE: 03/16/12                TIME: 18:09
MERCHANT ID:                JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ****************5140
EXPIRATION DATE                **/**
SEQ:                        586003
ODOMETER READING:        3140
APPROVAL CODE:            741049
ENTRY METHOD:            SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
| --- | --- | --- | --- |
| DIESEL | 65.241G | 3.999 | 260.90 |

## TOTAL AMOUNT:              $260.90

APPROVED 741049

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

3/15/12
Sayre

Diesel    220.1

#22

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/15/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 751604 | 449.38 |
| 03/15/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 751581 | 690.52 |
| 03/15/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 751536 | 714.42 |
| 03/15/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 751503 | 960.18 |
| 03/15/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 751491 | 940.06 |
| 03/15/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 751482 | 294.25 |
| 03/15/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 751469 | 328.20 |
| 03/15/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | | 751462 | 548.10 |
| 03/15/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 751454 | 1,100.18 |
| 03/15/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 751424 | 1,557.05 |
| 03/15/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 751421 | 477.49 |
| 03/15/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 751416 | 1,460.29 |
| 03/15/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 751415 | 422.90 |
| 03/15/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 751412 | 766.03 |
| 03/15/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 751405 | 576.85 |
| 03/15/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 751404 | 687.55 |

共計行數 : 16

Report Totals: 11,973.45

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/17/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 31 | 9 | 752180 | 458.60 |
| 03/17/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 31 | 3 | 752154 | 1,251.58 |
| 03/17/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 1 | 752146 | 1,342.05 |
| 03/17/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 31 | 8 | 752112 | 802.22 |
| 03/17/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 752106 | 374.00 |
| 03/17/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 16 | 752055 | 1,095.92 |
| 03/17/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 2 | 752032 | 643.80 |
| 03/17/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 31 | 11 | 752023 | 520.70 |
| 03/17/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 31 | 7 | 752013 | 1,127.67 |
| 03/17/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 31 | 6 | 751999 | 345.87 |
| 03/17/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 31 | 4 | 751996 | 663.52 |
| 03/17/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 13 | 751992 | 547.52 |
| 03/17/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 31 | 10 | 751964 | 527.23 |
| 03/17/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 14 | 751963 | 1,210.05 |
| 03/17/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 31 | 12 | 751962 | 519.80 |
| 03/17/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 31 | 15 | 751960 | 881.25 |

共計行數 : 16

Report Totals: 12,311.78

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/19/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 752542 | 718.75 |
| 03/19/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 752520 | 400.45 |
| 03/19/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 752507 | 890.65 |
| 03/19/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 752487 | 1,837.50 |
| 03/19/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 752437 | 569.19 |
| 03/19/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 752429 | 452.74 |
| 03/19/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 752408 | 384.25 |
| 03/19/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 752371 | 526.99 |
| 03/19/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 752369 | 649.88 |
| 03/19/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 752357 | 490.20 |
| 03/19/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 752351 | 501.50 |
| 03/19/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 752341 | 470.89 |
| 03/19/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 752338 | 821.43 |
| 03/19/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 752333 | 1,196.94 |
| 03/19/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 752329 | 751.68 |
| 03/19/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 752327 | 1,034.75 |
| 03/19/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 752322 | 362.04 |
| 03/19/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 752318 | 626.89 |
| 03/19/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 752312 | 1,238.64 |

共計行數：19

Report Totals: 13,925.36

| NAME | Mr. Qiang Wu | ROOM NO. 3-21 |

| STREET | | CHECK-OUT DATE 3/20/12 |
| CITY | STATE AND ZIP | ARRIVAL DATE / TIME 3/9/12 |
| (AREA CODE) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
| NO. IN PARTY | SIGNATURE X | |

PAYMENT WILL BE MADE BY. ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED

CARD NO.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
| SUN | | TAX | 12.48 |
| MON | X | |
| TUES | | |
| WED | | TOTAL | 108.48 |
| THURS | | AMT. PAID |
| FRI | | AMT. DUE |
| SAT | | |

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#32 Paid cash

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

CREDIT CARD
MASTERCARD FLEET SALE

DATE: 03/20/12          TIME: 20:23
MERCHANT ID:    JA34940901003

CARD #              ************5140
EXPIRATION DATE            **/**
SEQ:                       590023
ODOMETER READING:          3140
APPROVAL CODE:             485661
ENTRY METHOD:              SWIPED

PRODUCT    QTY      PRICE    AMOUNT
DIESEL     72.748G  3.999    290.92

TOTAL AMOUNT:               $290.92

APPROVED  485661

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TD4256/7357-001 SAYRE #1835
949 ELMIRA STREET
SAYRE       PA 18840

DESCR.                qty      amount
<CUSTOMER COPY>
DIES OR H10           46.3526
                      @ 4.339/ G        201.12

                      Sub Total          201.12
                      Tax                  0.00
              TOTAL                      201.12

CARD TYPE: VISA              CREDIT   201.12
CARD NAME: WU/ZHIQIANG
ACCT NUMBER: XXXX XXXX XXXX 2900
TRANS TYPE:  SALE
APPROVAL: 091250            INVOICE: 286075
AMOUNT:                $    201.12

APPROVED  091250
*************************************
THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
*************************************
REG#A 0002 CSH# 010 DR# 01 TRAN# 20723
03/19/12  19:14:24         STR 1835

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 03/22/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | JELLY | 753359 | 519.60 |
| 03/22/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY | ENDICOTT | 30 | PETER | 753325 | 482.65 |
| 03/22/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 30 | CHAO | 753284 | 373.98 |
| 03/22/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 30 | JIN | 753269 | 1,821.15 |
| 03/22/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 30 | JELLY | 753244 | 585.80 |
| 03/22/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 30 | JIN | 753219 | 594.26 |
| 03/22/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | JIN | 753205 | 82.75 |
| 03/22/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | JIN | 753202 | 1,173.25 |
| 03/22/12 | P526 | 家 和(570) | 20 NORTH MAIN | HUGHESVI | 30 | JELLY | 753194 | 680.25 |
| 03/22/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 30 | CHAO | 753192 | 246.75 |
| 03/22/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOO | 30 | JELLY | 753178 | 316.67 |
| 03/22/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 30 | JIN | 753167 | 1,163.65 |
| 03/22/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 30 | JIN | 753162 | 576.50 |
| 03/22/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | JIN | 753159 | 783.20 |
| 03/22/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 30 | JELLY | 753158 | 402.40 |
| 03/22/12 | B619 | 華 星 | 49 NORTH MAIN | BAINBRID | 30 | JELLY | 753157 | 522.12 |
| 03/22/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 30 | JIN | 753156 | 860.30 |

共計行數 : 17

Report Totals: 11,185.28

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 03/23/12                    TIME: 18:34
MERCHANT ID:              JA3494090910003
CARD#
EXPIRATION DATE
SEQ:
ODOMETER READING:
APPROVAL CODE:
ENTRY METHOD:

CREDIT CARD
MASTERCARD FLEET SALE

*********5140
                                 ##/##
                              607007
                              3140
                              281150
                              SWIPED

PRODUCT        QTY      PRICE      AMOUNT
DIESEL       43.235G    3.999      172.89

TOTAL AMOUNT:                     $172.89

          APPROVED  281150

        THANKS FOR YOUR BUSINESS

              CUSTOMER COPY

---





STORE 298
SR 93, Box 1114
Drums, PA 18222
(570) 788-3262
03/22/2012

SALE
Transaction #:    1794317    ****PREPAY****

Qty Name                  Price     Total
Pump:  22
1 Truck Diesel                    180.00

Subtotal                          180.00
Sales Tax                           0.00
Total                             180.00

Received                          180.00
Visa                     SWIPED
Approved
Auth #:  73697B

VehicleID         555
CompanyName       wing keung enterpris
Odometer
TripNumber

Pos:1 Clerk:335
ORIGINAL RECEIPT

This diesel fuel contains no visible
evidence of dye: FED ID #34-1953155
Exposure to heat or direct sunlight
can affect receipt quality.

---

WWW.MANLEYSMM.COM
OUR STORE
TP3854O120-001: ENDWELL; MANLEY 11
3225 E MAIN ST
ENDWELL           NY 13760

Descr.               qty          amount

<CUSTOMER COPY>                   150.49
DIES CA #07          @ 4.359/ G

              TOTAL      $  150.49
              CREDIT        150.49

              Sub Total     150.49
              Tax             0.00
              34.5256

CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 036301         INVOICE: 114327
AMOUNT:             $     150.49

APPROVED  036301
*********************************
*********YOU*MORE*****
MANLEYS*GIVES
*********************************
REG# 0002 CSH# 005 DR# 01  TRAN# 2112
03/22/12  20:52:03         ST# 11

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

NAME
STREET
CITY
( AREA CODE ) PHONE NO.
CAR LICENSE
NO. IN PARTY
CREDIT CARD USED
CARD NO.
PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK
SIGNATURE

STATE
COMPANY REPRESENTING
STATE AND ZIP
MAKE AND COLOR
YEAR

ROOM NO. 20

CHECK-OUT DATE
ARRIVAL DATE/TIME
ROOM RATE/TAX
RECEIVED BY

NOTICE TO GUESTS
This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

| DAYS OCCUPIED | | | | ROOM TOTAL | 96 |
|---|---|---|---|---|---|
| SUN | | | | TAX | 12 |
| MON | | | | | |
| TUES | | | | TOTAL | 108 |
| WED | | | | AMT PAID | |
| THURS | X | | | AMT DUE | |
| FRI | | | | | |
| SAT | | | | | |

#20

Paid Cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/24/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 30 | 9 | 753927 | 816.26 |
| 03/24/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 30 | 8 | 753902 | 390.58 |
| 03/24/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | 5 | 753896 | 352.75 |
| 03/24/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 1 | 753869 | 915.00 |
| 03/24/12 | 566 | MANDARIN WOK** | 390 WOODBURY ROAD | HICKSVILLE | 30 | 2 | 753832 | 483.85 |
| 03/24/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | 11 | 753797 | 481.91 |
| 03/24/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 30 | 10 | 753788 | 764.72 |
| 03/24/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 30 | 7 | 753776 | 1,115.76 |
| 03/24/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 4 | 753767 | 428.50 |
| 03/24/12 | P519 | KING | 1955 E 3RD ST | WILLIAMSPO | 30 | 3 | 753762 | 739.21 |
| 03/24/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 14 | 753759 | 1,218.21 |
| 03/24/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 16 | 753754 | 1,023.95 |
| 03/24/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 30 | 6 | 753750 | 312.89 |
| 03/24/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 2 | 753734 | 780.78 |
| 03/24/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 30 | 12 | 753724 | 425.30 |
| 03/24/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 13 | 753723 | 443.75 |
| 03/24/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 15 | 753718 | 1,172.00 |

共計行數：17

Report Totals: 11,865.42

```
            Steam Valley T/S
        Trout Run, PA 17771
          570-998-9090

              STEAM VALLEY
               TROUT RU PA
              DEALER: 4783833
              03/24/12 14:41

    ACCT/CARD #:   MasterXXXX X5074
    AUTH..#:       380576
    INVOICE..#:    OSG0084

    CREDIT TOTAL   $179.84

    CASHIER: 05

    ITEM          QTY   PRICE  AMOUNT
    Diesel 2         Fuel Ticket #249673
    Pump #10       41.549 G @  4.249  176.54
    snickers 3x        2 @   1.65    3.30

    Items:   3      Subtotal      179.84
                    Sales Tax       0.00
                    Total         179.84

  SHIFT  000831

      Thank You !
    Stop Back Soon
  Have a Great Day !
```

```
           Sunoco 7123

    SUNOCO 7123
    US HWY 46E & ABBOTT AVE
    PALISADES PA, NJ 07650
    Merchant#: H334650628001

    03/24/12 21:17:48

    Diesel          Fuel Ticket #204525
    Pump #10    38.759 G @ 3.999  155.00

    Subtotal                    155.00
    Sales Tax                     0.00
    Total              $155.00
    Credit Card(USD$)         $155.00

    Change                   $0.00

    XXXXXXXXXXXX5074
    MCF
    Odometer:88890
    Trans# 135358    Approval# 416941
    Card Total: $155.00

    *** Customer signature on file ***

    Change          $    0.00

    Trans ID# 322889
    e197s254t3

        Thank you for
      Shopping Sunoco
```

#30

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/26/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 754304 | 873.58 |
| 03/26/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 4 | 754294 | 411.80 |
| 03/26/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 30 | 10 | 754292 | 119.50 |
| 03/26/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 3 | 754287 | 1,319.75 |
| 03/26/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 30 | 16 | 754216 | 341.33 |
| 03/26/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 30 | 7 | 754182 | 631.17 |
| 03/26/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 30 | 4 | 754170 | 1,210.90 |
| 03/26/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 30 | 10 | 754167 | 555.99 |
| 03/26/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 30 | | 754098 | 792.55 |
| 03/26/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 30 | 8 | 754096 | 388.82 |
| 03/26/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 9 | 754093 | 1,248.37 |
| 03/26/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 30 | 15 | 754089 | 658.00 |
| 03/26/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 30 | 5 | 754088 | 578.00 |
| 03/26/12 | P511 | J C | 124 W FRONT ST | BERWICK | 30 | 2 | 754085 | 693.08 |
| 03/26/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 14 | 754081 | 493.03 |
| 03/26/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 30 | 10 | 754079 | 507.00 |
| 03/26/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 30 | 13 | 754072 | 702.70 |
| 03/26/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 30 | 11 | 754068 | 976.49 |

共計行數：18

Report Totals: 12,502.06

NAME ___Zhi Qiang Wu___

STREET _____

CITY _____  STATE AND ZIP _____

( AREA CODE ) PHONE NO. _____  COMPANY REPRESENTING _____

| CAR LICENSE | STATE | MAKE AND COLOR | | YEAR | | |
|---|---|---|---|---|---|---|

NO. IN PARTY _____

SIGNATURE  X _____(signature)_____

CREDIT □   CASH □
CARD       CHECK □

PAYMENT WILL
BE MADE BY:

CREDIT CARD USED: _____

CARD NO. _____

NOTICE TO GUESTS

This property is privately owned, and management
reserves the right to refuse service to anyone. We
will not be responsible for accidents or injury to
guests or for loss of money, jewelry or valuables
of any kind.

**CHECK OUT TIME: 11:00 AM**

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

| | ROOM NO. | CHECK-OUT DATE | |
|---|---|---|---|
| | 20 | | |

ARRIVAL DATE/TIME ___5-6/12___

ROOM RATE/TAX _____

RECEIVED BY _____

| DAYS OCCUPIED | | ROOM TOTAL | TAX | TOTAL | AMT. PAID | AMT. DUE |
|---|---|---|---|---|---|---|
| SUN | | 96 | 12.48 | 108.48 | | |
| MON | X | | | | | |
| TUES | | | | | | |
| WED | | | | | | |
| THURS | | | | | | |
| FRI | | | | | | |
| SAT | | | | | | |

$20  Paid Cash

**Sheetz #363**
1109 Northern Blvd
South Abington
Township, PA 18411
(570) 587-1048

Pump No:          12
Diesel S @ $4.299/G
Volume: 34.892 Gal

Gas Total:      $150.00
Total           $150.00

MastercardFleet:
XXXXXXXXXXXXX5140
                01.2754

Odometer : 3140

03/27/2012 18:08:34

---

**NV PETROLEUM L**

CLARKS S PA
4793352

03/27/2012 6:29:40 PM
Register: 1 Trans #: 9816 Op ID: 2
Your cashier: Clerk 2

Diesel 1 CA   PUMP#9
11.791 GAL @ $ 4.279/GAL          $50.45

            Subtotal =  $50.45
                 Tax =   $0.00

               Total =  $50.45

MasterCard X5140  , MCFT13
19/VEHICLE
INVOICE M730950
AUTH 018914
Credit
SHIFT 000142

Credit                            $50.45

         Change Due =   $0.00

I will pay the total according to the
terms of agreement with the card issuer.
----------------------------
         THANKS FOR YOUR BUSINESS

              CUSTOMER COPY

---

**US GAS AND DIESEL**
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 03/27/12          TIME: 20:33
MERCHANT ID:      J4349409O1003

         CREDIT CARD
    MASTERCARD FLEET SALE

CARD#            ***********5140
EXPIRATION DATE          **/**
SEQ:                     619023
ODOMETER READING:          3140
APPROVAL CODE:           043892
ENTRY METHOD:           SWIPED

PRODUCT      QTY    PRICE    AMOUNT
DIESEL    34.64LG   3.999    138.53
                           --------
TOTAL AMOUNT:           $138.53

         APPROVED 043892

      THANKS FOR YOUR BUSINESS

---

DANDY MINI MART #5
474 REUTERS BLVD
TOWANDA PA 18848
TQ492951649-001
DANDY MINI MART #5
RR1 BOX 63B
TOWANDA  PA 1884

DATE       03/26/12
TIME      6:28 PM
AUTH # 09356D

VISA
ACCOUNT NUMBER
XXXXXXXXXXXX 2980
WU7ZHIQIANG

PUMP  PRODUCT  PPG
05    DIES     $4.299
GALLONS        TOTAL
44.197         $190.00

        THANK YOU
     HAVE A NICE DAY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 03/29/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 30 | 5 | 755089 | 418.82 |
| 03/29/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 30 | 1 | 755066 | 797.17 |
| 03/29/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 30 | 5 | 755051 | 1,317.22 |
| 03/29/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 30 | 4 | 755027 | 540.06 |
| 03/29/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 30 | 3 | 755026 | 1,412.81 |
| 03/29/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 30 | 6 | 754991 | 721.27 |
| 03/29/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 30 | | 754957 | 333.75 |
| 03/29/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 30 | 12 | 754953 | 853.55 |
| 03/29/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 30 | 15 | 754936 | 414.58 |
| 03/29/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 30 | 11 | 754931 | 1,024.00 |
| 03/29/12 | P506 | 長 城 (570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 30 | 9 | 754924 | 1,145.91 |
| 03/29/12 | P508 | 金 寶 (570)(220 | 614 MAIN ST | TOWANDA | 30 | 8 | 754922 | 417.55 |
| 03/29/12 | P507 | 福 園 (570)(220 | 60 CANTON STREET | TROY | 30 | 7 | 754920 | 507.65 |
| 03/29/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 30 | 10 | 754917 | 1,136.05 |
| 03/29/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 30 | 14 | 754916 | 388.11 |
| 03/29/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 30 | 13 | 754914 | 381.55 |

共計行數：16

Report Totals: 11,810.05

## Receipt 1

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 03/30/12                    TIME: 18:36
MERCHANT ID:              JA394940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    *************5140
EXPIRATION DATE                    **/**
SEQ:                              629006
ODOMETER READING:                   3140
APPROVAL CODE:                    860993
ENTRY METHOD:                     SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        35.616G   3.999    142.43

TOTAL AMOUNT:          $142.43

        APPROVED 860993

THANKS FOR YOUR BUSINESS

        CUSTOMER COPY

## Receipt 2

NV PETROLEUM L

CLARKS S PA
4793352

        03/30/2012 4:06:37 PM
Register: 1 Trans #: 688 Op ID: 2
        Your cashier: Clerk 2

Diesel 1 CA  PUMP#9
42.759 GAL @ $ 4.279/GAL        $182.97

            Subtotal = $182.97
                 Tax =   $0.00

               Total = $182.97

          Change Due =   $0.00

Credit                          $182.97

MasterCard X5140    , MCFT13
19/VEHICLE
INVOICE M730991
AUTH 816230
Credit
SHIFT 000145

I will pay the total according to the
terms of agreement with the card issuer.

## Receipt 3

SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINTVILLE PA 18631
L34552151001

        03/29/2012 12:28:33 PM
Register: 1 Trans #: 5905 Op ID: 2
        Your cashier: gary

DIESEL CA  PUMP#11
42.302 GAL @ $ 4.299/GAL   $181.86  99

            Subtotal = $181.86
                 Tax =   $0.00

               Total = $181.86

          Change Due =   $0.00

Credit                          $181.86

XXXXXXXXXXX5140, MCF
19/VEHICLE
INVOICE 094088
AUTH 462950
ODO 3140

Sequence Number 00472
APPROVED 462950

I agree to pay the above total amount
according to the card issuer agreement.

            THANK YOU
            COME AGAIN

Footer

| NAME | | Zla Dioug | | | W | W | ROOM NO. 20 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| STREET | | | | | | | CHECK OUT DATE 3/30/17 |
| CITY | | | STATE AND ZIP | | | | ARRIVAL DATE/TIME 3/29/17 |
| (AREA CODE) PHONE NO. | | COMPANY REPRESENTING | | | | | ROOM RATE/TAX |
| CAR LICENSE | STATE | MAKE AND COLOR | | | | YEAR | RECEIVED BY |
| NO. IN PARTY | | SIGNATURE X | | | | | |

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____ NOTICE TO GUESTS

This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | SUN | MON | TUES | WED | THURS | FRI | SAT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ROOM TOTAL 96 | | | | | | | |
| TAX 12.48 | | | | | | | |
| TOTAL 108.48 | | | | | X | | |
| AMT. PAID | | | | | | | |
| AMT. DUE | | | | | | | |

#20  paid cash

**CHECK OUT TIME: 11:00 AM**

**ENDWELL MOTEL**
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/02/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 756076 | 874.31 |
| 04/02/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 756035 | 648.59 |
| 04/02/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 756017 | 555.00 |
| 04/02/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 755992 | 1,678.70 |
| 04/02/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 755968 | 1,080.11 |
| 04/02/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 755940 | 551.37 |
| 04/02/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 755935 | 1,601.15 |
| 04/02/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 755933 | 557.75 |
| 04/02/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 755918 | 841.03 |
| 04/02/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 755900 | 818.04 |
| 04/02/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 755864 | 375.40 |
| 04/02/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 755853 | 633.60 |
| 04/02/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 755851 | 524.50 |
| 04/02/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 755839 | 1,381.55 |
| 04/02/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 755831 | 875.35 |
| 04/02/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 755825 | 508.94 |
| 04/02/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 755824 | 1,190.40 |
| 04/02/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 755823 | 679.10 |

共計行數：18

Report Totals: 15,374.89

NAME: Mi Qiang Wu    ROOM NO. 30

STREET:    CHECK OUT DATE: 4/3/12

CITY:    STATE AND ZIP:    ARRIVAL DATE/TIME: 4/3/12

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING:    ROOM RATE / TAX

CAR LICENSE    STATE    MAKE AND COLOR    YEAR    RECEIVED BY

NO. IN PARTY    SIGNATURE: X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED: _____

CARD NO. _____

| DAYS OCCUPIED | | ROOM TOTAL | 96 | |
|---|---|---|---|---|
| SUN | | TAX | 12 | 48 |
| MON | X | | | |
| TUES | | | | |
| WED | | TOTAL | 108 | 48 |
| THURS | | AMT. PAID | | |
| FRI | | AMT. DUE | | |
| SAT | | | | |

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

CHECK OUT TIME: 11:00 AM

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

---

XTRAMART #1805
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TID#26/7363-001 SAYRE PA#
949 ELMIRA STREET
SAYRE PA 18840

Desc:     Qty     Amount

<CUSTOMER COPY>
DIESEL UA #09      82.9525
     @ 4.339/ G      359.93

Sub Total      359.93
Tax      0.00

**TOTAL      359.93**
CREDIT $      359.93

CARD TYPE: VISA
CARD NAME: WU/ZHIGANG
CARD NUMBER: XXXX XXXX XXXX 7965
TRANS TYPE: SALE
APPROVAL #: 025558
AMOUNT:    $    359.93

INVOICE: 2940661

APPROVAL 025558
******************************
04/03/12   14:23:49
REG# 0002 CSH# 004 DRW 01 TRAN# 21509
RENT ONE TONIGHT!
MOST TITLES $1
BLOCKBUSTER DVD
PLEASE COME AGAIN
THANK YOU

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD, NJ 07657

DATE: 04/03/12    TIME: 20:25
MERCHANT ID:    J4349049O1003

CREDIT CARD
MASTERCARD-FLEET SALE
*************5140

CARD#
EXPIRATION DATE      **/**
SEQ:      641021
ODOMETER READING:      3140
APPROVAL CODE:      632314
ENTRY METHOD:      SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 49.02/G | 3.999 | 196.06 |

**TOTAL AMOUNT:    $196.06**

APPROVED 632314

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/05/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | | 756709 | 515.80 |
| 04/05/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 756888 | 805.78 |
| 04/05/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 756680 | 787.65 |
| 04/05/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 756710 | 1,393.75 |
| 04/05/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 756702 | 987.21 |
| 04/05/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 756682 | 676.49 |
| 04/05/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 756751 | 933.89 |
| 04/05/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 756692 | 494.67 |
| 04/05/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 756768 | 388.03 |
| 04/05/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 756854 | 1,861.36 |
| 04/05/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 756720 | 586.68 |
| 04/05/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 756774 | 478.15 |
| 04/05/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 756821 | 714.00 |
| 04/05/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 756740 | 477.65 |
| 04/05/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 756683 | 623.85 |
| 04/05/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 756721 | 376.77 |
| 04/05/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 756712 | 1,209.53 |

共計行數：17

Report Totals: 13,311.26

NAME ~~ Qiang Wu~~

| | | ARRIVAL DATE / TIME | A.M. P.M. |
|---|---|---|---|
| STREET | | DEPARTURE 4/6/12 | |
| CITY | STATE AND ZIP | (AREA CODE) PHONE NO. | |
| COMPANY | RESERVED BY | (AREA CODE) PHONE NO. | |

## ACCOMMODATIONS

_____ SINGLE _____ TWIN AND DOUBLE _____ COT

_____ DOUBLE _____ TWO DOUBLES _____ CRIB

_____ TWINS

| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED |
|---|---|---|---|---|
| CLERK | | DATE | | |

☐ DEPOSIT   ☐ CONFIRMED
☐ GUARANTEED   ☐ HOLD UNTIL _____

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD   ☑ CASH   ☐ CHECK

CREDIT CARD _____

CARD NO. _____

REMARKS:

Room Total    96
Tax    12.48
Total    108.48

## ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMA...

TOTAL            294.44
TAX                0.00
CREDIT 5        294.44

CHANGE            294.44

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA. NJ 07650
Merchant#: H33465062800...

04/06/12 17:32:21

Diesel            Fuel Ticket #215062
Pump #9    39.652 G @ 3.999    158.57

Subtotal                       158.57
Sales Tax                        0.00
Total                         $158.57
Credit Card(USD$)             $158.57

Change                          $0.00

XXXXXXXXXXX5140
MCF
Odometer: 3140
Trans# 142492
Card Total: $158.57    Approval# 415477

*** Customer signature on file ***

Trans ID# 341157
e134s26f13

Change    $    0.00

Thank you for
Shopping Sunoco

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/07/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 757420 | 523.36 |
| 04/07/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 757411 | 703.00 |
| 04/07/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 757402 | 821.01 |
| 04/07/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 757399 | 1,387.45 |
| 04/07/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 757350 | 1,094.40 |
| 04/07/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 757341 | 287.45 |
| 04/07/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 757326 | 1,278.68 |
| 04/07/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 757323 | 848.44 |
| 04/07/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 11 | 757305 | 535.03 |
| 04/07/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 757304 | 1,589.55 |
| 04/07/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 757301 | 844.85 |
| 04/07/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 757299 | 1,006.00 |
| 04/07/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 757288 | 970.95 |
| 04/07/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 757285 | 507.76 |
| 04/07/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 757279 | 410.80 |
| 04/07/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 757257 | 367.75 |

共計行數：16

Report Totals: 13,176.48

#32

US GAS AND DIESEL
RT 46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 23:06
JA34940901003

DATE: 04/07/12
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                        ************5140
EXPIRATION DATE:                      **/**
SEQ:                                 653067
ODOMETER READING:                      3140
APPROVAL CODE:                       560966
ENTRY METHOD:                        SWIPED

PRODUCT        QTY     PRICE    AMOUNT
DIESEL      45.176G    3.999    180.66
                                --------
TOTAL AMOUNT:          $180.66

APPROVED  560966

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/09/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 757825 | 317.30 |
| 04/09/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 757810 | 442.49 |
| 04/09/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 757793 | 519.38 |
| 04/09/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 757784 | 229.94 |
| 04/09/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 757782 | 601.25 |
| 04/09/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 757779 | 1,821.15 |
| 04/09/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 757763 | 314.43 |
| 04/09/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 757733 | 732.00 |
| 04/09/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 757708 | 687.73 |
| 04/09/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 757702 | 669.34 |
| 04/09/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 757683 | 389.61 |
| 04/09/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 757669 | 369.75 |
| 04/09/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 757649 | 396.30 |
| 04/09/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 757633 | 527.29 |
| 04/09/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 757631 | 575.29 |
| 04/09/12 | B606 | 恩恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 757628 | 1,563.12 |
| 04/09/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 757618 | 1,293.17 |
| 04/09/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 757613 | 1,160.60 |
| 04/09/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 757609 | 709.25 |

共計行數 : 19

Report Totals: 13,319.39

| NAME | | ARRIVAL DATE / TIME | | A.M. P.M. |
| STREET | | DEPARTURE | | A.M. P.M. |
| CITY | STATE AND ZIP | (AREA CODE) PHONE NO. | | |
| COMPANY | RESERVED BY | (AREA CODE) PHONE NO. | | |

Zhi Qiong Wu   4/9/17

4/10/17

## ACCOMMODATIONS

☐ DEPOSIT   ☐ CONFIRMED
☐ GUARANTEED   ☐ HOLD UNTIL _____

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☑ CASH  ☐ CHECK.

CREDIT CARD _____
CARD NO. _____

___ SINGLE    TWIN AND DOUBLE ___    ___ COT
___ DOUBLE    TWO DOUBLES ___    ___ CRIB
___ TWINS

| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED |
| CLERK | | DATE | | |

REMARKS:
Room Total  96.00
Tax  12.48
Total  108.48

paid cash   #32

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

XTRAMART #1835
949 N. ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

#32

DATE: 04/10/12          TIME: 20:05
MERCHANT ID:       J43494090I1003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#
EXPIRATION DATE    ***********5140
SEQ:                         **#/**
ODOMETER READING:    662010
APPROVAL CODE:          3140
ENTRY METHOD:          167620
                              SWIPED

PRODUCT    QTY    PRICE    AMOUNT
DIESEL    49.002G   3.999    195.96

TOTAL AMOUNT:          $195.96
                              ------
APPROVED 167620

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

TDA25673353-001 SAYRE #1835
949 ELMIRA STREET
SAYRE          PA 18840

Descr.          Qty     amount

<CUSTOMER COPY>
DIES DR #09

@ 4.299/ G      84.0786

                        361.45

Sub Total               361.45
Tax                       0.00
TOTAL                   361.45
CREDIT $               361.45

AMOUNT:    $   361.45
CARD TYPE: VISA         INVOICE: 293105
CARD NAME: WU/ZHIQIANG
ACCT NUMBER: XXXX XXXX XXXX 7965
TRANS TYPE: SALE
APPROVAL: 025268

APPROVED 025268

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
*************************
REG# 0002 CSH# 004 DR# 01 TRAN# 26360
04/10/12  13:17:40          STR 1835

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/12/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 758657 | 1,331.05 |
| 04/12/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 758624 | 483.08 |
| 04/12/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 758586 | 508.50 |
| 04/12/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 758564 | 2,420.25 |
| 04/12/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 758539 | 1,179.89 |
| 04/12/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 758534 | 947.43 |
| 04/12/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 758519 | 618.48 |
| 04/12/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 758510 | 530.50 |
| 04/12/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 758471 | 892.02 |
| 04/12/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 758467 | 1,199.32 |
| 04/12/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | | 758465 | 570.65 |
| 04/12/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 758462 | 594.60 |
| 04/12/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 758461 | 333.83 |
| 04/12/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 758459 | 576.10 |
| 04/12/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 758458 | 608.66 |
| 04/12/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 758456 | 728.54 |
| 04/12/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 758454 | 851.60 |
| 04/12/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 758452 | 721.07 |

共計行數：18

Report Totals: 15,095.57

NAME _Li Qiang Wu_

STREET

CITY  STATE AND ZIP

COMPANY  RESERVED BY

ARRIVAL DATE / TIME  4/2/12  A.M. P.M.

DEPARTURE  4/3/12

(AREA CODE) PHONE NO.

(AREA CODE) PHONE NO.

## ACCOMMODATIONS

☐ DEPOSIT  ☐ CONFIRMED
☐ GUARANTEED  ☐ HOLD UNTIL _____

___ SINGLE  TWIN AND DOUBLE  ___ COT

___ DOUBLE  TWO DOUBLES  ___ CRIB

___ TWINS

PAYMENT WILL BE MADE BY:  ☐ CREDIT CARD  ☒ CASH  ☐ CHECK

CREDIT CARD _____

CARD NO. _____

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED

CLERK  DATE

REMARKS:

Room Total   96.00
Tax          12.48
Total       108.48

#52  paid cash

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

*** DUPLICATE RECEIPT ***

### Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H33465628001

04/13/12 17:17:53

Diesel  Fuel Ticket #220795
Pump #10  40.919 G @ 3.959  162.00

Subtotal  162.00
Sales Tax  0.00
**Total  $162.00**
Credit Card(US$)  $162.00

**Change  $0.00**

XXXXXXXXXXXX2980
VIS
Trans# 146327  Approval# 040110
Card Total: $162.00

Customer agrees to pay above Total
Amount according to Card Issuer Agreement

X _____
Customer Signature

**Change  $    0.00**

Trans ID# 350524
e134527413

*Thank you for Shopping Sunoco*

---

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TOK256735?-001 SAYRE #1835
949 ELMIRA STREET
SAYRE  PA 18840

< DUPLICATE RECEIPT >
<CUSTOMER COPY>
DIESEL CR #09
@ 4.299/6

desc.  qty  amount

Sub Total  348.05
Tax  0.00
**TOTAL  348.05**
CREDIT  $  348.05

CARD TYPE: VISA
ACCT NUMBER: XXXX XXXX XXXX 2980
TRANS TYPE: SALE
APPROVAL: 037940
AMOUNT:  $  348.05

INVOICE: 293866

APPROVED 037940

---

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
REG# 0002 CSH# 005 DR# 01 TRN# 20895
04/12/12  19:44:43  ST# 1835

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/14/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 759180 | 566.41 |
| 04/14/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 759169 | 377.10 |
| 04/14/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 759164 | 1,326.30 |
| 04/14/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 759154 | 743.85 |
| 04/14/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 759122 | 620.38 |
| 04/14/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 759120 | 1,272.99 |
| 04/14/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 759090 | 1,233.00 |
| 04/14/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 759079 | 570.74 |
| 04/14/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 759066 | 741.73 |
| 04/14/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 759054 | 1,188.70 |
| 04/14/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 759036 | 687.81 |
| 04/14/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 759014 | 456.60 |
| 04/14/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 759011 | 666.08 |
| 04/14/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 759009 | 1,037.50 |
| 04/14/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 759000 | 406.05 |

共計行數 : 15

Report Totals: 11,895.24

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 04/14/12                    TIME: 22:35
MERCHANT ID:              JA34940901003
                 CREDIT CARD
           MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE                    **/**
SEQ:                              674197
ODOMETER READING:                   3140
APPROVAL CODE:                    157487
ENTRY METHOD:                     SWIPED

PRODUCT          QTY   PRICE   AMOUNT
DIESEL        84.607G  3.959   334.96
                      --------------------

# TOTAL AMOUNT:        $334.96

           APPROVED  157487

        THANKS FOR YOUR BUSINESS

           CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/16/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 759618 | 957.28 |
| 04/16/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 759533 | 589.98 |
| 04/16/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 759514 | 1,550.80 |
| 04/16/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 759510 | 370.01 |
| 04/16/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 759500 | 100.15 |
| 04/16/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 759488 | 459.25 |
| 04/16/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 759440 | 997.06 |
| 04/16/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 759417 | 387.55 |
| 04/16/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 759413 | 1,184.38 |
| 04/16/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 759405 | 992.60 |
| 04/16/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 759393 | 283.25 |
| 04/16/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 759388 | 650.05 |
| 04/16/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 759385 | 429.25 |
| 04/16/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 759371 | 1,243.30 |
| 04/16/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 759370 | 356.13 |
| 04/16/12 | B606 | 恩 恩 (86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 759366 | 1,399.13 |
| 04/16/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 759362 | 625.50 |
| 04/16/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 759361 | 451.01 |

共計行數：18

Report Totals: 13,026.68

**US GAS AND DIESEL**
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 04/17/12          TIME: 18:49
MERCHANT ID:            JAX940901003

CARD#                   ***********5140
EXPIRATION DATE         **/**
SEQ:                    684015
ODOMETER READING:       3140
APPROVAL CODE:          789206
ENTRY METHOD:           SWIPED

CREDIT CARD
MASTERCARD FLEET SALE

PRODUCT     QTY      PRICE     AMOUNT
DIESEL    60.346G    3.959     238.91

TOTAL AMOUNT:        $238.91

APPROVED 789206

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

**XTRAMART #1835**
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TD4255733S3-001  SAYRE #1835
949 ELMIRA STREET
SAYRE        PA 18840

Descr              Qty         Amount

---DIESEL(HIGHWAY COPY)---
DIES ESP #009      71.346G     335.58
@ 4.3594/G

                   Sub Total   335.58
                   Tax         0.00

TOTAL              335.58
          CREDIT $  335.58

CARD TYPE: VISA
CARD NAME: UU/ZHUDIANG
ACCT NUMBER: XXXX XXXX XXXX 9207
TRANS TYPE: SALE
APPROVAL #: 656749    INVOICE: 245149
AMOUNT:            $ 335.58

APPROVED 656749

************************************
        THANK YOU
  PLEASE COME AGAIN
    BLOCKBUSTER DVD
     MOST TITLES $1
   RENT ONE TONIGHT!
REG# 0002 DR#4 010 DRM 01 TRAN# 23649
  04/16/12  19:57:46      STN 1835
************************************

---

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

Room Total    96.00
Tax           12.48

Total        108.48

#32  Paid Cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 04/19/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | CHAO | 760394 | 765.72 |
| 04/19/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 760362 | 1,622.09 |
| 04/19/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY | ENDICOTT | 32 | PETER | 760338 | 449.75 |
| 04/19/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 760322 | 493.00 |
| 04/19/12 | P523 | EXPRESS | 300 LYCOMING MALL | MUNCY | 32 | JELLY | 760318 | 739.85 |
| 04/19/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | JELLY | 760304 | 453.90 |
| 04/19/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 760290 | 798.05 |
| 04/19/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 760275 | 529.52 |
| 04/19/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 760259 | 1,126.75 |
| 04/19/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JIN | 760255 | 802.84 |
| 04/19/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | JIN | 760239 | 1,152.90 |
| 04/19/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 760227 | 1,253.89 |
| 04/19/12 | P526 | 家 和(570) | 20 NORTH MAIN | HUGHESVI | 32 | JELLY | 760222 | 598.40 |
| 04/19/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 760220 | 668.16 |
| 04/19/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 760212 | 315.10 |
| 04/19/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 760205 | 1,141.60 |
| 04/19/12 | B619 | 華 星 | 49 NORTH MAIN | BAINBRID | 32 | JELLY | 760203 | 473.55 |

共計行數 : 17

Report Totals: 13,385.07

NAME ___ [handwritten]
STREET
CITY                          STATE AND ZIP
COMPANY                       RESERVED BY

ARRIVAL DATE / TIME ___ A.M. P.M.
DEPARTURE
(AREA CODE) PHONE NO.
(AREA CODE) PHONE NO.

## ACCOMMODATIONS

____ SINGLE       TWIN AND DOUBLE        ____ COT

____ DOUBLE       TWO DOUBLES            ____ CRIB

____ TWINS

☐ DEPOSIT        ☐ CONFIRMED
☐ GUARANTEED     ☐ HOLD UNTIL ___

PAYMENT WILL BE MADE BY:  ☐ CREDIT CARD  ☑ CASH  ☐ CHECK

CREDIT CARD ___
CARD NO. ___

NO. IN PARTY    ROOM(S) ASSIGNED    RATE    DEPOSIT    DATE RECEIVED

CLERK                      DATE

REMARKS:

Room Total 96.00
Tax 12.48
Total 108.48
Paid cash

## ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

#32

SUNOCO 0640308300
US HWY THIRD STREET
MIFFLINVILLE PA 18631
L3456525151001

04/19/2012 12:13:56 PM
Register: 1 Trans #: 3575 Op ID: 2
Your cashier: gary

DIESEL CA          PUMP#9
68.412 GAL @ $ 4.199/GAL

                  Subtotal =    $287.26
                  Tax =           $0.00
                  Total =       $287.26

Credit
XXXXXXXXXXX8207, VIS
WU/ZHIQIANG
INVOICE 099086
AUTH 95232B

Sequence Number 05533
APPROVED  95232B

I agree to pay the above total amount
according to the card issuer agreement.

Change Due =       $0.00

                  $287.26

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H3346506280001

04/20/12 18:32:59

Diesel         Fuel Ticket #227190
Pump #13      51.311 G @ 3.959  203.14
                                   0.00
                                203.14
Subtotal                        203 14
Sales Tax                         0.00
**Total**                     $203.14
Credit Card(USD$)             $203.14

*** Customer signature on file ***

Change    $     0.00

Trans ID# 360884
e1345z8113

XXXXXXXXXX5140
MCF
Odometer:3140
Trans# 150616  Approval# 670002
Card Total: $203.14

Change    $     0.00

Sunoco 7123

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/21/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 761008 | 755.96 |
| 04/21/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 760975 | 1,107.85 |
| 04/21/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 760964 | 470.80 |
| 04/21/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 760950 | 415.81 |
| 04/21/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 760888 | 722.42 |
| 04/21/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 11 | 760860 | 345.38 |
| 04/21/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 760852 | 1,432.56 |
| 04/21/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 760831 | 403.50 |
| 04/21/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 760829 | 533.14 |
| 04/21/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 760827 | 566.29 |
| 04/21/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 760823 | 1,255.80 |
| 04/21/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 760808 | 615.70 |
| 04/21/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 760802 | 408.65 |
| 04/21/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 760801 | 763.50 |
| 04/21/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 760796 | 1,124.50 |

共計行數 : 15

Report Totals: 10,921.86



# We appreciate your business

0006-11-38722 TravelCenmters of America          908-496-4124
2 Simpson Rd.          Columbia          ,NJ    07832    Fed ID: 34-1747077

| Disp | Product | Reefer | Volume | Unit Cost | Net Cost | Total |
|------|---------|--------|--------|-----------|----------|-------|
| 04 | DIESEL FUEL | N | 15.190 Gal | $ 4.279 | $ 4.279 | $65.00 |

Cashier Val H
Truck #:   19                      Invoice: 1163014 Receipt: 1138722

COMPANY NAME: WING KEUNG
RESPONSE: AUTHED 09096D6500
VISA CARD                $65.00      Media Id: XXXXXXXXXXXX2980

Fuel Total-)         $65.00
Subtotal-)           $65.00
Total-)              $65.00      Signature: _____

                                         Sat Apr 21 2012

Diesel Tax Distribution
GROSS DSL     FED F/T=0.0000     STA F/T=0.0000     STA S/T=0.0000     NET DSL
 65.00         0.00               0.00               0.00               65.00
THIS FUEL CONTAINS NO EVIDENCE OF DYE.

Page 1 of 1

Federal, State and Local
Taxes, when applicable,
are included in price
& amount.

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 04/21/12          TIME: 22:49
MERCHANT ID: 0439409001003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#          ***************5140
EXPIRATION DATE
SEQ:                    696028
ODOMETER READING:       3140
APPROVAL CODE:          820491
ENTRY METHOD:           SWIPED

PRODUCT     QTY     PRICE     AMOUNT
DIESEL     70.679G  3.999     279.82
                              ----------
TOTAL AMOUNT:          $279.82

APPROVED 820491

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/23/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 761345 | 642.75 |
| 04/23/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 761339 | 995.82 |
| 04/23/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 761305 | 1,976.60 |
| 04/23/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 761272 | 530.77 |
| 04/23/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 761259 | 549.82 |
| 04/23/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 761258 | 1,279.82 |
| 04/23/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 761246 | 608.88 |
| 04/23/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 11 | 761237 | 294.75 |
| 04/23/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 761206 | 951.19 |
| 04/23/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 761202 | 890.25 |
| 04/23/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 761171 | 437.01 |
| 04/23/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 761159 | 1,028.25 |
| 04/23/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 761146 | 459.63 |
| 04/23/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 761139 | 674.70 |
| 04/23/12 | B616 | 金丰(607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 761133 | 448.75 |
| 04/23/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 761129 | 476.12 |
| 04/23/12 | B607 | 彬彬(86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 761127 | 878.55 |
| 04/23/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 761122 | 998.23 |
| 04/23/12 | B606 | 恩恩(86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 761117 | 1,798.74 |
| 04/23/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 761113 | 1,127.70 |

共計行數 : 20

Report Totals: 17,048.33

SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINVILLE PA 18631
L345652151001

04/23/2012 12:46:52 PM
Register: 1 Trans #: 4944 Op ID: 2
Your cashier: gary

DIESEL CA    PUMP#10
77.638 GAL @ $ 4.199/GAL          $326.00  99

                  Subtotal =  $326.00
                       Tax =    $0.00

                     Total = $326.00

                Change Due =    $0.00

Credit                            $326.00

XXXXXXXXXXX2900, VIS
WU/ZHIQIANG
INVOICE 099989
AUTH 01644D

Sequence Number 06445
APPROVED  01644D

I agree to pay the above total amount
according to the card issuer agreement.

THANK YOU
COME AGAIN

---

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

ACCOMMODATIONS

NAME
STREET
CITY                STATE AND ZIP
COMPANY             RESERVED BY

ARRIVAL DATE - TIME        A.M. / P.M.
DEPARTURE                  A.M. / P.M.
AREA CODE/PHONE NO.
AREA CODE/PHONE NO.

| | | |
|---|---|---|
| SINGLE | TWIN AND DOUBLE | COT |
| DOUBLE | TWO DOUBLES | CRIB |
| TWINS | | |

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DATE

CLERK | DATE

□ DEPOSIT
□ GUARANTEED
PAYMENT WILL BE MADE BY:  □ CREDIT CARD  ☒ CASH  □ CHECK
□ CONFIRMED
□ HOLD UNTIL
CREDIT CARD:
CARD NO.
DEPOSIT
DATE RECEIVED

REMARKS:
Room Total  96.00
Tax  12.48
Total  108.98

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

DATE: 04/24/12                    TIME: 20:48
MERCHANT ID:               JA3494901003

        CREDIT CARD
        MASTERCARD FLEET SALE

CARD#                  ************5140
EXPIRATION DATE                  **/**
SEQ:                            705032
ODOMETER READING:                 3140
APPROVAL CODE:                  488415
ENTRY METHOD:                   SWIPED

PRODUCT          QTY   PRICE   AMOUNT
DIESEL        66.76SG  3.939   262.98

TOTAL AMOUNT:       $262.98

        APPROVED 488415

        THANKS FOR YOUR BUSINESS

              CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/28/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 762784 | 701.50 |
| 04/28/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 762782 | 682.55 |
| 04/28/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 762750 | 464.05 |
| 04/28/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 762723 | 1,825.70 |
| 04/28/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 762667 | 511.00 |
| 04/28/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 762666 | 425.00 |
| 04/28/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 762658 | 1,036.25 |
| 04/28/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 762650 | 533.80 |
| 04/28/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 762632 | 513.75 |
| 04/28/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 762627 | 1,116.85 |
| 04/28/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 762605 | 547.83 |
| 04/28/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 762595 | 820.43 |
| 04/28/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 762592 | 1,193.90 |
| 04/28/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 762586 | 591.75 |
| 04/28/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 762574 | 1,004.50 |

共計行數 : 15

Report Totals: 11,968.86

NAME Li Qiang Wu

ARRIVAL DATE / TIME 4/26/12 A.M./P.M.
STREET DEPARTURE 4/27/12
CITY
STATE AND ZIP
(AREA CODE) PHONE NO.
COMPANY
RESERVED BY
(AREA CODE) PHONE NO.

## ACCOMMODATIONS

____ SINGLE
____ TWIN AND DOUBLE
____ COT
____ DOUBLE
____ TWO DOUBLES
____ CRIB
____ TWINS

☐ DEPOSIT  ☐ CONFIRMED
☐ GUARANTEED  ☐ HOLD UNTIL _____
PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☒ CASH  ☐ CHECK
CREDIT CARD:
CARD NO.

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED
CLERK | DATE

REMARKS:
Room Total 96.00
Tax 12.48
TOTAL 108.48
#32 Paid cash

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

Sunoco 7123

SUNOCO 7123
US HWY 46E & ABBOTT AVE
PALISADES PA, NJ 07650
Merchant#: H334650628001

04/27/12 19:59:35

Diesel                    Fuel Ticket #233170
Pump #9        78.935 G @ 3.939  310.92
Subtotal                         310.92
Sales Tax                          0.00
Total                          $310.92
Credit Card(USD$)              $310.92

Change                           $0.00

XXXXXXXXXXX5140
MCF
Odometer: 3924
Trans# 154628
Card Total: $310.92   Approval# 384470

*** Customer signature on file ***

Change          $      0.00

Trans ID# 370502
e174s28813

Thank you for
Shopping Sunoco

#32 7

---

DUPLICATE RECEIPT

EDEN VENTURES INC
75 STATE ROUTE 46
PALISADES PA NJ 07650

DATE: 04/26/12          TIME: 09:34
MERCHANT ID:        K134963A22001

                        CREDIT CARD
CARD#                    VISA SALE
                        7****7965
EXPIRATION DATE:           **/**
MCF
SEQ:                      115026
APPROVAL CODE:            035408
ENTRY METHOD:            SWIPED

PRODUCT      QTY  PRICE   AMOUNT
DIESEL-PREHIU  59.660G 3.939  235.00

TOTAL AMOUNT:      $235.00

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD   NJ 07657

DATE: 04/28/12                    TIME: 23:37
MERCHANT ID:                      JA434940901003

                    CREDIT CARD
                    MASTERCARD FLEET SALE

CARD#              ************5140
EXPIRATION DATE    **/**
SEQ:               717016
ODOMETER READING:  3140
APPROVAL CODE:     524176
ENTRY METHOD:      SWIPED

PRODUCT    QTY      PRICE    AMOUNT
DIESEL     83.740G  3.939    329.85
                             --------
TOTAL AMOUNT:                $329.85

           APPROVED  524176

       THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 04/30/12 | B6061 | 恩恩(86.EXIT.45) | 9 S. BUFFALO ST. | CORNING | 32 | | 763208 | 1,399.41 |
| 04/30/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 763126 | 437.10 |
| 04/30/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 763119 | 1,363.86 |
| 04/30/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 763106 | 786.74 |
| 04/30/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 763073 | 2,194.95 |
| 04/30/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 763072 | 1,038.36 |
| 04/30/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 763031 | 851.28 |
| 04/30/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 763026 | 708.26 |
| 04/30/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 763010 | 1,248.47 |
| 04/30/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 762995 | 665.91 |
| 04/30/12 | B606 | 恩恩(86.EXIT.45) | 9 S.BUFFALO ST | CORNING | 32 | 11 | 762951 | 1,112.35 |
| 04/30/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 762938 | 650.35 |
| 04/30/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 762934 | 517.25 |
| 04/30/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 762925 | 521.60 |
| 04/30/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 762922 | 1,277.05 |
| 04/30/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 762916 | 938.48 |
| 04/30/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 762905 | 664.73 |

共計行數：17

Report Totals: 16,376.15

XTRAMART #1035
263 N ELMIRA ST
SAYRE PA, 18840
WWW.XTRAMART.COM

REGISTER NO  DATE TIME
OPERATOR NAME
PA  PA 18840

| DESC | QTY | AMOUNT |
|---|---|---|
| | | |

| COFFEE OPEN | $5.000 | 2T.A8 |
| WE'LL ADD | 00.000 | 100.98 |
| WE'LL ADD | | |

TOTAL $4x2.00

AMOUNT TENDERED
CASH TYPE: SOI
CREDITED
APPROVAL SMART  TAPPED DATE
AMOUNT

REFUND  FORM

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
POST TITLES $1
RENT ONE TONIGHT!

---

XTRAMART #1035
263 N ELMIRA ST
SAYRE PA, 18840
WWW.XTRAMART.COM

REGISTER NO  DATE TIME
OPERATOR NAME
PA  PA 18840

| DESC | QTY | AMOUNT |
|---|---|---|
| | | |

R E F U N D

TOTAL  -20.01

REC RETURNED
RECEIPT REFUND
TRANS TYPE: REFUND
APPROVAL  TAPPED DATE
AMOUNT

RETURN  FORM

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
POST TITLES $1
RENT ONE TONIGHT!

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 19:16

DATE: 05/01/12
MERCHANT ID:                JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                      *********5140
EXPIRATION DATE                    **/**
SEQ:                              726016
ODOMETER READING:                   3140
APPROVAL CODE:                    176224
ENTRY METHOD:                     SWIPED

PRODUCT        QTY     PRICE    AMOUNT
DIESEL      85.496G    3.939    336.77

TOTAL AMOUNT:          $336.77

APPROVED 176224

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

NAME:

STREET

CITY                    STATE AND ZIP

COMPANY

ACCOMMODATIONS

ARRIVAL DATE / TIME          A.M.
                             P.M.
DEPARTURE

(AREA CODE) PHONE NO.

RESERVED BY          (AREA CODE) PHONE NO.

                    □ CONFIRMED
□ DEPOSIT           □ HOLD UNTIL

SINGLE
              TWIN AND
              DOUBLE     COT

DOUBLE
              TWO
              DOUBLES    CRIB

□ PAYMENT WILL    □ CREDIT   □ CASH   ☒ CHECK
  BE MADE BY:      CARD

CREDIT CARD:

TWINS                        CARD NO.

NO. IN PARTY   ROOM(S) ASSIGNED   RATE   DEPOSIT   DATE RECEIVED

CLERK                              DATE

REMARKS:

Room Total 96
Tax 12.48
Total 108.48

ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/03/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 763972 | 496.44 |
| 05/03/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 763949 | 996.05 |
| 05/03/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 763937 | 545.75 |
| 05/03/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 763927 | 1,992.73 |
| 05/03/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 763925 | 880.03 |
| 05/03/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 763866 | 612.59 |
| 05/03/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 763852 | 822.73 |
| 05/03/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 763851 | 540.36 |
| 05/03/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 763844 | 1,414.35 |
| 05/03/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 763828 | 1,173.05 |
| 05/03/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 763808 | 782.40 |
| 05/03/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 763802 | 418.84 |
| 05/03/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | | 763794 | 573.35 |
| 05/03/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 763792 | 441.35 |
| 05/03/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 763788 | 477.45 |
| 05/03/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 763786 | 575.15 |
| 05/03/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 763781 | 766.25 |
| 05/03/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 763780 | 518.46 |

共計行數：18

Report Totals: 14,027.33

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD, NJ 07657

#32

TIME: 18:
JA3494090100

CREDIT CARD
MASTERCARD FLEET SALE

DATE: 05/04/12
MERCHANT ID:

CARD#                    ***************514
EXPIRATION DATE          **/**
SEQ:                     73500
ODOMETER READING:        314
APPROVAL CODE:           084160
ENTRY METHOD:            SWIPE

PRODUCT        QTY       PRICE      AMOUNT
DIESEL      72.747G      3.899      283.6

TOTAL AMOUNT:            $283.6

APPROVED 084160

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

#32

XTRAMART #1935
749 N ELMIRA ST
SAYRE PA 18840
WWW.XTRAMART.COM

TOTAL                      204.89
                    DEBIT $ 204.89

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!

---

ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

ACCOMMODATIONS

Room Total  96
Tax  12.48
Total  108.48

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/05/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 764566 | 1,220.30 |
| 05/05/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 764542 | 375.50 |
| 05/05/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 764531 | 458.30 |
| 05/05/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 764510 | 592.00 |
| 05/05/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 764497 | 953.19 |
| 05/05/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 764464 | 1,379.70 |
| 05/05/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 764457 | 963.15 |
| 05/05/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 764438 | 686.23 |
| 05/05/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 764434 | 1,044.60 |
| 05/05/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 11 | 764412 | 601.60 |
| 05/05/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 764411 | 720.23 |
| 05/05/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 764394 | 522.38 |
| 05/05/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 764391 | 460.65 |
| 05/05/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 764388 | 431.50 |
| 05/05/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 764372 | 965.00 |

共計行數 : 15

Report Totals: 11,374.33



US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 05/06/12                          TIME: 00:30
MERCHANT ID:                    JA34940901003

                CREDIT CARD
            MASTERCARD FLEET SALE

CARD#                        **** ********5140
EXPIRATION DATE                        **/**
SEQ:                                  738060
ODOMETER READING:                       3140
APPROVAL CODE:                        241171
ENTRY METHOD:                         SWIPED

PRODUCT            QTY   PRICE    AMOUNT
DIESEL          89.990G  3.899    350.87
                                 ----------

# TOTAL AMOUNT:              $350.87

            APPROVED  241171

        THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/07/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 764907 | 1,164.09 |
| 05/07/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 764905 | 1,523.50 |
| 05/07/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 764903 | 748.04 |
| 05/07/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 764875 | 503.12 |
| 05/07/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 764866 | 870.01 |
| 05/07/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 764849 | 488.30 |
| 05/07/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 764819 | 442.43 |
| 05/07/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 764808 | 315.58 |
| 05/07/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 764806 | 470.23 |
| 05/07/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 764804 | 1,192.20 |
| 05/07/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 764797 | 1,600.57 |
| 05/07/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 764748 | 514.75 |
| 05/07/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 764741 | 387.51 |
| 05/07/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 764739 | 417.25 |
| 05/07/12 | B6061 | 恩恩(86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | | 764729 | 1,214.09 |
| 05/07/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 10 | 764726 | 321.70 |
| 05/07/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 764721 | 869.25 |
| 05/07/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 764718 | 671.27 |
| 05/07/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 764712 | 675.75 |

共計行數：19

Report Totals: 14,389.64

ACCOMMODATIONS

NAME ___ Hi Qiang Wu ___
STREET ___
CITY ___ STATE AND ZIP ___
COMPANY ___ RESERVED BY ___

| | TWIN AND DOUBLE | COT |
|---|---|---|
| SINGLE | TWO DOUBLES | CRIB |
| DOUBLE | | |
| TWINS | | |
| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DATE |
| CLERK | | | |

ARRIVAL DATE / TIME ___ 5/8/12 ___ A.M. / P.M.
DEPARTURE ___
(AREA CODE) PHONE NO ___

☐ DEPOSIT   ☐ CONFIRMED
☐ GUARANTEED   ☐ HOLD UNTIL
PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☒ CASH  ☐ CHECK
CREDIT CARD
CARD NO.
DEPOSIT   DATE RECEIVED

REMARKS:
RoomTotal 96.00
Tax 12.68
Total 108.68

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 05/08/12                    TIME: 20:33
MERCHANT ID:            NJ3940901003

                                *********5140
CREDIT CARD                          **/**
MASTERCARD FLEET SALE
CARD#                                747026
EXPIRATION DATE                        3140
SEQ:                                 917206
ODOMETER READING:                    SWIPED
APPROVAL CODE:
ENTRY METHOD:

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        82.236G   3.899    320.64

TOTAL AMOUNT:        $320.64

APPROVED 917206

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

                                    Amount
TD42567355-001 SAYRE #1835
949 ELMIRA STREET
SAYRE    PA 18840

Descr.                qty

<CUSTOMER COPY>
DIES CR #09      56.157G        234.69
              @ 4.179/ G

                Sub Total       234.68
                      Tax         0.00
       TOTAL  234.68
              CREDIT  $  234.68

CARD TYPE: MASTERCARD
CARD NAME: TANG/CHAOHUI
ACCT NUMBER: XXXX XXXX XXXX 4440
TRANS TYPE: SALE
APPROVAL: 025642      INVOICE: 301971
AMOUNT:        $  234.68

APPROVED 025642
********************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT !
REG# 0002 CSH# 010 DR# 01 TRAN# 27
05/07/12  19:25:57           ST# 1

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 05/10/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY | ENDICOTT | 32 | JIN | 765779 | 453.40 |
| 05/10/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | JELLY | 765777 | 1,085.25 |
| 05/10/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 765726 | 2,156.43 |
| 05/10/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 765705 | 516.00 |
| 05/10/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | JELLY | 765702 | 688.23 |
| 05/10/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | JELLY | 765679 | 323.13 |
| 05/10/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 765662 | 704.11 |
| 05/10/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 765644 | 854.40 |
| 05/10/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | JIN | 765642 | 1,065.69 |
| 05/10/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 765630 | 1,586.25 |
| 05/10/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOO | 32 | JELLY | 765609 | 534.09 |
| 05/10/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 765606 | 974.05 |
| 05/10/12 | P526 | 家 和(570) | 20 NORTH MAIN | HUGHESVI | 32 | JELLY | 765605 | 591.28 |
| 05/10/12 | P523 | EXPRESS | 300 LYCOMING MALL | MUNCY | 32 | JELLY | 765601 | 805.15 |
| 05/10/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 765600 | 636.35 |
| 05/10/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 765598 | 918.30 |
| 05/10/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 765594 | 834.20 |

共計行數 : 17

Report Totals: 14,726.31

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

TOA2567353-001 SAYRE #1835
949 ELMIRA STREET
SAYRE    PA 18840

Descr.         Qty      Amount

<CUSTOMER COPY>
DIES CR #09        49.976G      203.85
                @ 4.079/ G

        Sub Total              203.85
        Tax                      0.00
        TOTAL      203.85
        CREDIT  $   203.85

CARD TYPE: MC FLEET
CARD NAME: 19/VEHICLE
ACCT NUMBER: XXXX XXXX XXXX 5140
TRANS TYPE: SALE
ODOMETER: 3140
APPROVAL: 529027     INVOICE: 302896
AMOUNT:            $   203.85

APPROVED  529027
*************************************

        THANK YOU
    PLEASE COME AGAIN
     BLOCKBUSTER DVD
     MOST TITLES $1
    RENT ONE TONIGHT!
REG# 0001 CSH# 005 DR# 01  TRAN# 14856
05/10/12  20:22:54          ST# 1835

---

NAME
STREET
CITY                    STATE AND ZIP
COMPANY                 RESERVED BY

ARRIVAL DATE / TIME            A.M.
                               P.M.
DEPARTURE
(AREA CODE) PHONE NO.
(AREA CODE) PHONE NO.

ACCOMMODATIONS

☐ DEPOSIT          ☐ CONFIRMED
☐ GUARANTEED       ☐ HOLD UNTIL

___ SINGLE    ___ TWIN AND    ___ COT
                  DOUBLE

___ DOUBLE    ___ TWO         ___ CRIB
                  DOUBLES

___ TWINS

PAYMENT WILL   ☐ CREDIT  ☒ CASH  ☐ CHECK
BE MADE BY:       CARD

CREDIT CARD:
CARD NO.:

NO. IN PARTY   ROOM(S) ASSIGNED   RATE      DEPOSIT        DATE RECEIVED

CLERK                              DATE

ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

REMARKS Room Total 96
        Tax 12.48
        Total 08.48
        #32 paid cash

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 05/11/12            TIME: 18:23
MERCHANT ID:             JA34940901004

        CREDIT CARD
     MASTERCARD FLEET SALE

CARD#                    ***********5140
EXPIRATION DATE                   **/**
SEQ:                             702001
ODOMETER READING:                  3140
APPROVAL CODE:                    808784
ENTRY METHOD:                    SWIPED

PRODUCT         QTY    PRICE   AMOUNT
DIESEL       64.740G   3.859   249.83
                              --------

TOTAL AMOUNT:        $249.83

APPROVED  808784

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/12/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 766411 | 466.50 |
| 05/12/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 766362 | 2,089.30 |
| 05/12/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 766341 | 810.46 |
| 05/12/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 766332 | 440.00 |
| 05/12/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 766278 | 583.23 |
| 05/12/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 766269 | 1,316.45 |
| 05/12/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 766263 | 361.05 |
| 05/12/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 766254 | 402.63 |
| 05/12/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 766245 | 892.55 |
| 05/12/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 766219 | 939.30 |
| 05/12/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 766206 | 515.32 |
| 05/12/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 766196 | 634.43 |
| 05/12/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 766184 | 607.25 |
| 05/12/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 766176 | 510.80 |
| 05/12/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 766174 | 870.75 |

共計行數 : 15

Report Totals: 11,440.02

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD, NJ 07657

DATE: 05/12/12                          TIME: 23:49
MERCHANT ID:                            JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                          ***********5140
EXPIRATION DATE                         **/**
SEQ:                                   759057
ODOMETER READING:                        3140
APPROVAL CODE:                         972429
ENTRY METHOD:                          SWIPED

PRODUCT              QTY    PRICE    AMOUNT
DIESEL           81.449G    3.859    314.31
                                ---------------------

TOTAL AMOUNT:              $314.31

APPROVED  972429

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/14/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 766778 | 1,937.20 |
| 05/14/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 766751 | 766.68 |
| 05/14/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 766689 | 411.58 |
| 05/14/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 4 | 766680 | 1,148.93 |
| 05/14/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10 | 766673 | 817.99 |
| 05/14/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 766650 | 530.39 |
| 05/14/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 766601 | 618.85 |
| 05/14/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 766598 | 1,141.72 |
| 05/14/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 766577 | 570.88 |
| 05/14/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 766562 | 1,405.79 |
| 05/14/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 766553 | 768.01 |
| 05/14/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10 | 766548 | 495.00 |
| 05/14/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 766536 | 407.35 |
| 05/14/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 25 | 766535 | 292.95 |
| 05/14/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 766532 | 1,054.95 |
| 05/14/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 766530 | 893.70 |
| 05/14/12 | B6061 | 恩恩(86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | | 766523 | 1,147.41 |

共計行數：17

Report Totals: 14,409.38

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA 18840
www.xtramart.com

10434.0785-001 SAYRE MART
949 ELMIRA STREET
SAYRE      PA 18840

DESC:
<CUSTOMER COPY>
TIES 06 610

QTY   PRICE

SUB TTL
TAX

TOTAL   $000.94

CARD TYPE: VISA
CARD NAME:
MCCT NUMBER: XXXX XXXX XXXX 7040
TRANS TYPE: SALE
APPROVAL: 046998
AMOUNT
05/16/12  18:40:41

APPROVED 046998

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENT ONE TONIGHT!
MOST TITLES $1

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD /NJ 07657

CREDIT CARD
MASTERCARD FLEET SALE

DATE: 05/15/12          TIME: 19:49
MERCHANT ID:            JA34940901003

CARD#                ************5140
EXPIRATION DATE              **/**
SEQ:                        767176
ODOMETER READING:             3140
APPROVAL CODE:              640180
ENTRY METHOD:               SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        89.313G   3.859    344.66

TOTAL AMOUNT:          $344.66

APPROVED 640180

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

## ENDWELL MOTEL

3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

### ACCOMMODATIONS

SINGLE ___     TWIN AND DOUBLE ___     COT ___

DOUBLE ___     TWO DOUBLES ___          CRIB ___

TWINS ___

NO. IN PARTY ___   ROOM(S) ASSIGNED ___   RATE ___   DEPOSIT ___

CLERK ___                                  DATE ___

Room Total  96.00
Tax         12.48
Total      108.48

Cash

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/17/12 | B627 | 帝國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 5 | 767610 | 365.42 |
| 05/17/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 767594 | 747.22 |
| 05/17/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 767576 | 814.13 |
| 05/17/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 767556 | 2,126.58 |
| 05/17/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 767535 | 454.50 |
| 05/17/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 767488 | 377.65 |
| 05/17/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 6 | 767480 | 495.97 |
| 05/17/12 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 767469 | 1,000.47 |
| 05/17/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 767447 | 998.70 |
| 05/17/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15 | 767428 | 346.34 |
| 05/17/12 | P526 | 家和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | | 767425 | 695.10 |
| 05/17/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 767423 | 350.42 |
| 05/17/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 767421 | 520.10 |
| 05/17/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 767419 | 586.59 |
| 05/17/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 767418 | 1,296.00 |
| 05/17/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 767413 | 780.60 |
| 05/17/12 | B603 | 華園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 10 | 767411 | 615.25 |

共計行數 : 17

Report Totals: 12,571.04

5/17/12 - 6/28/12

## ENDWELL MOTEL

3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

### ACCOMMODATIONS

NAME
STREET
CITY
COMPANY
STATE AND ZIP
RESERVED BY

SINGLE
DOUBLE
TWINS
TWIN AND DOUBLE
TWO DOUBLES
COT
CRIB

NO. IN PARTY
ROOM(S) ASSIGNED
RATE
DATE
CLERK

DEPOSIT
CREDIT CARD
CARD NO.
DATE RECEIVED

REMARKS

ARRIVAL DATE/TIME
5/17/12

DEPARTURE
5/8 //2

(AREA CODE) PHONE NO.

PAYMENT WILL
BE MADE BY:
DEPOSIT
GUARANTEED
CONFIRMED
HOLD UNTIL
CREDIT CARD
☒ CASH
CHECK

Room Total 96.00
Tax 12.48
Total 108.48

Total Paid Cash

---

Thank You !
Stop Back Soon
Have a Great Day !

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RU PA
05/17/12 16:40

ACCT/CARD #:   VISA XXXXXXX7965
AUTH. #:   045018
INVOICE #:   0SG0186

CASHIER: 05

CREDIT TOTAL   $204.20

| ITEM | QTY | PRICE | AMOUNT |
| --- | --- | --- | --- |
| Diesel 2 | Fuel Ticket #265707 | | 204.20 |
| Pump #10 | 50.808 G @ 4.019 | | 204.20 |

| | Subtotal | 204.20 |
| --- | --- | --- |
| | Sales Tax | 0.00 |
| | Total | 204.20 |

Items:   1

SHIFT 0000885

Thank You !
Stop Back Soon
Have a Great Day !

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 05/18/12   TIME: 1
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD#   ***********5
EXPIRATION DATE   **
SEQ:
ODOMETER READING:   776
APPROVAL CODE:   3
ENTRY METHOD:   558
SWIF

| PRODUCT | QTY | PRICE | AMOUN |
| --- | --- | --- | --- |
| DIESEL | 68.481G | 3.819 | 261. |

TOTAL AMOUNT:   $261.5

APPROVED 558741

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

DATE: 05/20/12                    TIME: 00:14
MERCHANT ID:                      JA34940901003
                CREDIT CARD
            MASTERCARD FLEET SALE

CARD#                          ***********5140
EXPIRATION DATE                        **/**
SEQ:                                  779068
ODOMETER READING:                       3140
APPROVAL CODE:                        719107
ENTRY METHOD:                        SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        87.062G   3.819    332.49
                              ----------------

## TOTAL AMOUNT:            $332.49

APPROVED 719107

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/19/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 768182 | 1,169.05 |
| 05/19/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 768173 | 383.95 |
| 05/19/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 768144 | 432.80 |
| 05/19/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 768141 | 580.84 |
| 05/19/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 768135 | 818.25 |
| 05/19/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 768072 | 1,411.10 |
| 05/19/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 768049 | 669.70 |
| 05/19/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 768043 | 769.01 |
| 05/19/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 768028 | 733.25 |
| 05/19/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 768022 | 686.45 |
| 05/19/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 768009 | 533.28 |
| 05/19/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 14 | 767997 | 1,106.45 |
| 05/19/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 13 | 767995 | 633.95 |
| 05/19/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 767987 | 431.55 |
| 05/19/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 767982 | 1,002.00 |

共計行數 : 15

Report Totals: 11,361.63

**Steam Valley T/S**
**Trout Run, PA 17771**
**570-998-9090**

#32

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
05/21/12 17:05

ACCT/CARD #: VISA XXXXXX7965
AUTH. #: 00557B
INVOICE #: 0S60722

CREDIT TOTAL   $244.22

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
|------|-----|-------|--------|
| Diesel 2 | | Fuel Ticket #267098 | |
| Pump #8 | 60.767 G @ | 4.019 | 244.22 |
| Items: 1 | Subtotal | | 244.22 |
| | Sales Tax | | 0.00 |
| | Total | | 244.22 |

SHIFT 000889

Thank You !
Stop Back Soon
Have a Great Day !

---

NAME Zhi Qiong Wu

| | | |
|---|---|---|
| STREET | | |
| CITY | STATE AND ZIP | |
| COMPANY | RESERVED BY | |

ARRIVAL DATE/TIME  5/21/12
DEPARTURE

**ACCOMMODATIONS**

SINGLE ___ TWIN AND DOUBLE ___ COT ___
DOUBLE ___ TWO DOUBLES ___ CRIB ___
TWINS ___

☐ DEPOSIT   ☐ CONFIRMED
☐ GUARANTEED   ☐ HOLD UNTIL

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☒ CASH  ☐ CHECK

CREDIT CARD
CARD NO.
DEPOSIT   DATE RECEIVED

NO. IN PARTY   ROOM(S) ASSIGNED   RATE
CLERK   DATE

#32

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

REMARKS:
Room Total 96
Tax 12.48
Total 108.48

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NY07657

DATE: 05/22/12                    TIME: 19:21
MERCHANT ID:              JA5#940901003

         CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE                    **/**
SEQ:                              788019
ODOMETER READING:                   3140
APPROVAL CODE:                    392214
ENTRY METHOD:                    SWIPED

PRODUCT        QTY    PRICE    AMOUNT
DIESEL      79.388G   3.759    298.42

TOTAL AMOUNT:       $298.42

       APPROVED  392214

    THANKS FOR YOUR BUSINESS

         CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/21/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 768544 | 994.65 |
| 05/21/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 768531 | 645.90 |
| 05/21/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 768530 | 1,663.80 |
| 05/21/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 768508 | 605.75 |
| 05/21/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 768489 | 955.53 |
| 05/21/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 768442 | 472.85 |
| 05/21/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10B | 768437 | 426.24 |
| 05/21/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 768406 | 1,037.60 |
| 05/21/12 | B609 | 月星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 10 | 768400 | 913.28 |
| 05/21/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 768374 | 419.87 |
| 05/21/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 768371 | 763.94 |
| 05/21/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 768364 | 680.56 |
| 05/21/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 768361 | 495.86 |
| 05/21/12 | B616 | 金丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10A | 768355 | 507.50 |
| 05/21/12 | B607 | 彬彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 768352 | 526.00 |
| 05/21/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 768350 | 10.00 |
| 05/21/12 | B608 | 玲園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 768349 | 994.50 |
| 05/21/12 | B6061 | 恩恩(86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | 11 | 768344 | 1,768.73 |

共計行數 : 18

Report Totals: 13,882.56

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/24/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 12A | 769405 | 328.52 |
| 05/24/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 769357 | 683.98 |
| 05/24/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 769356 | 597.90 |
| 05/24/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 769328 | 362.00 |
| 05/24/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 769313 | 1,769.14 |
| 05/24/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 769293 | 453.84 |
| 05/24/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 769280 | 378.87 |
| 05/24/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | | 769264 | 926.03 |
| 05/24/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 769237 | 945.61 |
| 05/24/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 769230 | 1,194.30 |
| 05/24/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 769221 | 995.50 |
| 05/24/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | 2 | 769218 | 593.80 |
| 05/24/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 769215 | 819.15 |
| 05/24/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 769204 | 482.35 |
| 05/24/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15A | 769202 | 401.65 |
| 05/24/12 | B603 | 華 園 (17w.EXIT 60) | 1318 ELMIRA ST | SAYRE | 32 | 11 | 769201 | 729.50 |
| 05/24/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 769195 | 687.71 |
| 05/24/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 13 | 769193 | 582.68 |

共計行數 : 18

Report Totals: 12,932.53

CUSTOMER COPY

THANKS FOR YOUR BUSINESS

APPROVED 333828

## ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

**ACCOMMODATIONS**

SINGLE
DOUBLE
TWIN AND DOUBLE
TWO DOUBLES
COT
CRIB

ROOM(S) ASSIGNED    RATE    DATE

PAYMENT WILL
BE MADE BY:
☐ DEPOSIT
☐ GUARANTEED
☐ CREDIT CARD
☒ CASH
☐ CHECK

☐ CONFIRMED
☐ HOLD UNTIL

CREDIT CARD
CARD NO.
DEPOSIT
DATE RECEIVED

STATE AND ZIP
(AREA CODE) PHONE NO.
RESERVED BY
DEPARTURE
ARRIVAL DATE / TIME
A.M.
P.M.

REMARKS:
Room Total 96.00
Tax 12.48
Total 108.48

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 05/25/12    TIME: 19:07
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    **************5140
EXPIRATION DATE          **/**
SEQ:                     797016
ODOMETER READING:        3140
APPROVAL CODE:           333828
ENTRY METHOD:            SWIPED

CREDIT TOTAL             $201.52

CASHIER: 05

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 66.863G | 3.739 | 250.00 |

**TOTAL AMOUNT:**        $250.00

---

Steam Valley T/S
Trout Run, PA 17771
570-998-9090

STEAM VALLEY
TROUT RUN PA
05/24/12 18:16

ACCT/CARD #: VISA XXXXXXXX7968
AUTH. #:     01567B
INVOICE #:   0SG0095

| Item | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Diesel 2 | Fuel Ticket #268019 | | |
| Pump #8 | 50.393 G @ 3.999 | | 201.52 |

Items: 1

Subtotal    201.52
Sales Tax     0.00
Total       201.52

SHIFT 000892

Thank You!
Stop Back Soon
Have a Great Day!

# AR Invoices

#31

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/26/12 | P516 | 新 榕 華 (570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 769954 | 552.70 |
| 05/26/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 769950 | 1,196.80 |
| 05/26/12 | P515 | 新 中 國 (570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 769938 | 490.30 |
| 05/26/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 769914 | 811.20 |
| 05/26/12 | P517 | 熊 貓 (570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 769901 | 525.82 |
| 05/26/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 769871 | 960.05 |
| 05/26/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 11 | 769850 | 319.55 |
| 05/26/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 769842 | 932.04 |
| 05/26/12 | P513 | 茉 莉 花 (570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 769816 | 665.01 |
| 05/26/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 769804 | 527.35 |
| 05/26/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 769801 | 786.65 |
| 05/26/12 | P506 | 長 城 (570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 13 | 769797 | 977.10 |
| 05/26/12 | P508 | 金 寶 (570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 769772 | 317.85 |
| 05/26/12 | B603 | 華 園 (PA) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 769769 | 833.25 |
| 05/26/12 | P507 | 福 園 (570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 769768 | 713.10 |

共計行數 : 15

Report Totals: 10,608.77

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 05/26/12                    TIME: 23:26
MERCHANT ID:             JA34940901004
              CREDIT CARD
         MASTERCARD FLEET SALE

CARD#                    ************5140
EXPIRATION DATE                    **/**
SEQ:                              748004
ODOMETER READING:                   3140
APPROVAL CODE:                    477131
ENTRY METHOD:                     SWIPED

PRODUCT          QTY   PRICE   AMOUNT
DIESEL        85.584G  3.739   320.00
                                ...................

# TOTAL AMOUNT:        $320.00

            APPROVED  477131

        THANKS FOR YOUR BUSINESS

            CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/28/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 770314 | 762.20 |
| 05/28/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 770296 | 2,183.55 |
| 05/28/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 770239 | 371.09 |
| 05/28/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 770228 | 553.85 |
| 05/28/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 770194 | 1,187.70 |
| 05/28/12 | P508 | 金 寶 (570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 770173 | 514.66 |
| 05/28/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 10 | 770153 | 456.25 |
| 05/28/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 770138 | 590.15 |
| 05/28/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10A | 770132 | 590.75 |
| 05/28/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 770124 | 824.00 |
| 05/28/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 770121 | 487.33 |
| 05/28/12 | B6061 | 恩恩 (86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | 11 | 770120 | 1,352.03 |
| 05/28/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 770115 | 625.45 |

共計行數：13

Report Totals: 10,499.01

NAME Li' Qiang Wu
STREET

ARRIVAL DATE / TIME 5/28/12  A.M. / P.M.

DEPARTURE 5/29/12

CITY                          STATE AND ZIP          (AREA CODE) PHONE NO.

COMPANY                       RESERVED BY            (AREA CODE) PHONE NO.

## ACCOMMODATIONS

☐ DEPOSIT        ☐ CONFIRMED
☐ GUARANTEED     ☐ HOLD UNTIL

___ SINGLE      TWIN AND DOUBLE  ___ COT

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☒ CASH  ☐ CHECK

___ DOUBLE      TWO DOUBLES  ___ CRIB

CREDIT CARD:

___ TWINS

CARD NO.

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED

CLERK                         DATE

REMARKS:
Room Total 96
Tax 12.48
Total 108.48

Paid Cash

### ENDWELL MOTEL
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

DATE: 05/29/12
MERCHANT ID:

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD        NJ 07657

TIME: 18:16

CREDIT CARD
MASTERCARD FLEET SALE

CARD #                          ************5140
EXPIRATION DATE                 **/**
SEQ:                            809005
ODOMETER READING:               3140
APPROVAL CODE:                  918963
ENTRY METHOD:                   SWIPED

34349409091003

PRODUCT      QTY      PRICE    AMOUNT
DIESEL       77.871G  3.739    291.16

### TOTAL AMOUNT:                $291.16

APPROVED 918963

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

XTRAMART
340 N ELMER ST
SAYRE, PA 18840
WWW.XTRAMART.COM

TO#54/7353-V01  STORE #835
949 ELMIRA STREET
SAYRE              PA 18840

Descr              Qty    Amount

Diesel                    290.05

Sub Total                 290.05
Tax               0.0
TOTAL DEBIT 290   290.05

INVOICE: 379454
AMOUNT: 290.05

CARD TYPE: VISA
ACCT NUMBER: XXXX XXXX XXXX 2490
TRANS TYPE: SALE
APPROVAL: 001780
AMOUNT:

APPROVED: 001780

***************************************
THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MUST TITLES $1
RENT ONE TONIGHT!
REG# 002  DRWR 010  TRAN 8150
05/29/12   18:38:50        STR 185
***************************************

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 05/31/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 771095 | 1,998.37 |
| 05/31/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 771071 | 665.72 |
| 05/31/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 771065 | 1,438.17 |
| 05/31/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 13 | 771060 | 399.65 |
| 05/31/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 771045 | 596.00 |
| 05/31/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 771011 | 651.69 |
| 05/31/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 770991 | 985.63 |
| 05/31/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 770971 | 1,276.09 |
| 05/31/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 770966 | 1,412.60 |
| 05/31/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 16 | 770964 | 448.88 |
| 05/31/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | 2 | 770954 | 549.95 |
| 05/31/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 770941 | 411.60 |
| 05/31/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 770940 | 673.72 |
| 05/31/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 770939 | 428.25 |
| 05/31/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 11 | 770938 | 722.00 |
| 05/31/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 14 | 770935 | 718.15 |

共計行數 : 16

Report Totals: 13,376.47

**Steam Valley T/S**
Trout Run, PA 17771
570-998-9090

#3

STEAM VALLEY
TROUT RU PA
DEALER: 4783833
05/31/12 16:24

ACCT/CARD #: VISA XXXXXX2980
AUTH. #: 031500
INVOICE #: OS60799

CREDIT TOTAL   $153.60

CASHIER: 05

| ITEM | QTY | PRICE | AMOUNT |
|------|-----|-------|--------|
| Diesel 2 | | Fuel Ticket #270198 | |
| Pump #8 | 20.147 G @ | 3.899 | 78.55 |
| Diesel 2 | | Fuel Ticket #270197 | |
| Pump #10 | 19.249 G @ | 3.899 | 75.05 |
| Items:  2 | Subtotal | | 153.60 |
| | Sales Tax | | 0.00 |
| | Total | | 153.60 |

SHIFT 000899

Thank You !
Stop Back Soon
Have a Great Day !

---

ACCOMMODATIONS

NAME:
STREET
CITY          STATE AND ZIP
COMPANY       RESERVED BY:

ARRIVAL DATE / TIME   5/1/12   A.M. P.M.
DEPARTURE
(AREA CODE) PHONE NO.
(AREA CODE) PHONE NO.

□ DEPOSIT      □ CONFIRMED
□ GUARANTEED   □ HOLD UNTIL:

SINGLE        ___ TWIN AND DOUBLE   ___ COT
DOUBLE        ___ TWO DOUBLES       ___ CRIB
TWINS

PAYMENT WILL   □ CREDIT   ☒ CASH   □ CHECK
BE MADE BY:      CARD

CREDIT CARD:
CARD NO.

NO. IN PARTY   ROOM(S) ASSIGNED   RATE   DEPOSIT   DATE RECEIVED

CLERK   DATE

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

REMARKS:
ROOM TOTAL 96.00
TAX 12.48
TOTAL 108.48

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/02/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 771705 | 720.80 |
| 06/02/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 771694 | 1,260.30 |
| 06/02/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 8 | 771681 | 563.40 |
| 06/02/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 7 | 771647 | 789.01 |
| 06/02/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 4 | 771588 | 454.96 |
| 06/02/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 10 | 771581 | 547.15 |
| 06/02/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 9 | 771577 | 447.48 |
| 06/02/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 15 | 771574 | 993.00 |
| 06/02/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 13 | 771563 | 1,139.55 |
| 06/02/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamsport | 32 | 6 | 771551 | 1,320.94 |
| 06/02/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 3 | 771549 | 757.69 |
| 06/02/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 771542 | 766.50 |
| 06/02/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 12 | 771506 | 482.34 |
| 06/02/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 14 | 771503 | 1,153.50 |
| 06/02/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 11 | 771500 | 520.70 |

共計行數 : 15

Report Totals: 11,917.32

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD  NJ 07657

DATE: 06/02/12                    TIME: 23:25
MERCHANT ID:                      JA3494091003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                             ************5140
EXPIRATION DATE                   **/**
SEQ:                              821049
ODOMETER READING:                 3140
APPROVAL CODE:                    022728
ENTRY METHOD:                     SWIPED

PRODUCT            QTY    PRICE    AMOUNT
DIESEL             76.740G 3.699   283.86
                                   --------

TOTAL AMOUNT:              $283.86

APPROVED 022728

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/04/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 772048 | 978.99 |
| 06/04/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 10 | 771841 | 746.60 |
| 06/04/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10A | 771834 | 500.50 |
| 06/04/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10B | 771927 | 772.26 |
| 06/04/12 | B6061 | 恩恩(86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | 11 | 771822 | 1,380.15 |
| 06/04/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 12 | 771829 | 491.30 |
| 06/04/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 771832 | 1,380.00 |
| 06/04/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 15 | 771855 | 642.88 |
| 06/04/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15A | 771818 | 489.45 |
| 06/04/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 771961 | 292.10 |
| 06/04/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 771892 | 904.19 |
| 06/04/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 772013 | 1,545.80 |
| 06/04/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 772004 | 415.25 |
| 06/04/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 771885 | 879.23 |
| 06/04/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 771940 | 720.95 |
| 06/04/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 771847 | 609.76 |
| 06/04/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 771777 | 94.40 |
| 06/04/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 771877 | 899.42 |

共計行數：18

Report Totals: 13,743.23

## US GAS AND DIESEL (receipt)

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 20:25
JA3494090I003

DATE: 06/05/12
MERCHANT ID:

CREDIT CARD
MASTERCARD FLEET SALE

CARD# ***********5140
EXPIRATION DATE **/**
SEQ: 830024
ODOMETER READING: 3140
APPROVAL CODE: 722794
ENTRY METHOD: SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---|---|---|---|
| DIESEL | 78.365G | 3.639 | 285.17 |

TOTAL AMOUNT: $285.17

APPROVED 722794

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

## XTRAMART (receipt)

#31
TW

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

T04256/7363-001 SAYRE #1835
949 ELMIRA STREET
SAYRE    PA 18840

Descr.                    qty        AMOUNT

<CUSTOMER COPY>
DIES CR #09        52.8986        203.00
                 @ 3.839/ G

Sub Total                          203.00
Tax                                  0.00

TOTAL    203.00
CREDIT $ 203.00

CARD TYPE: VISA
CARD NAME: TANG/CHAOHUI
ACCT NUMBER: XXXX XXXX XXXX 5861
TRANS TYPE: SALE
APPROVAL: 060148        INVOICE: 31164
AMOUNT:             @ 205.00

APPROVED 060148
******************************
THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT!
RCG# 0002 CSH# 004 DR# 01  TRAN# 27981
06/05/12 14:20:51          STR 1835

## ENDWELL MOTEL (form)

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

NAME 2/A Chaof Wu

| ACCOMMODATIONS | | |
|---|---|---|
| SINGLE | | |
| DOUBLE | TWIN AND DOUBLE | |
| TWINS | TWO DOUBLES | COT |
|  | | CRIB |

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DATE

CLERK

ARRIVAL DATE / TIME    64-5/12
DEPARTURE DATE / TIME  6-6/12

[ ] DEPOSIT
[ ] GUARANTEED
[ ] CONFIRMED
[ ] HOLD UNTIL

PAYMENT WILL
BE MADE BY:
[ ] CREDIT CARD  [ ] CASH  [X] CHECK

CREDIT CARD.

CARD NO.

DEPOSIT        DATE RECEIVED

REMARKS:

#37
POOL Cash

Room Total 96
Tax          12.48
TOTAL   108.48

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/07/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 31 | 12A | 772902 | 393.72 |
| 06/07/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | 1 | 772884 | 1,931.77 |
| 06/07/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 3 | 772876 | 2,420.98 |
| 06/07/12 | P515 | 新 中 國 (570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 772869 | 510.00 |
| 06/07/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | 4 | 772813 | 934.89 |
| 06/07/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 31 | 16 | 772805 | 621.27 |
| 06/07/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | 15A | 772803 | 405.22 |
| 06/07/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 31 | | 772793 | 933.51 |
| 06/07/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 31 | 6 | 772790 | 549.91 |
| 06/07/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 12 | 772756 | 1,019.75 |
| 06/07/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 31 | 10 | 772745 | 1,225.55 |
| 06/07/12 | P506 | 長 城 (570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 9 | 772735 | 1,098.90 |
| 06/07/12 | P508 | 金 寶 (570)(220 | 614 MAIN ST | TOWANDA | 31 | 8 | 772729 | 473.07 |
| 06/07/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 31 | 2 | 772726 | 533.20 |
| 06/07/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 31 | 7 | 772723 | 684.40 |
| 06/07/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 31 | 11 | 772719 | 636.50 |
| 06/07/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 31 | 14 | 772718 | 696.96 |
| 06/07/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | 13 | 772715 | 753.35 |

共計行數 : 18

Report Totals: 15,822.95

XTRAMART #1855
949 N ELMIRA ST
SAYRE PA, 18840
WWW.XTRAMART.COM

T042547355-001  SAYRE #1855
949 ELMIRA STREET
SAYRE      PA 18840

Descr.                         Amount
----------------------------   --------
-CUSTOMER COPY-
DIEB CR #09    MM.2009        178.00
                    @ 3.8797/G

        Sub Total              178.00
             Tax                 0.00
        TOTAL    CREDIT  $     178.00

CARD TYPE: MASTERCARD
CARD NAME: PANG/AHGHU
ACCT NUMBER: XXXX XXXX XXXX 4648
TRANS TYPE: SALE
APPROVAL: 055442    INVOICE 312460
AMOUNT:         $ 178.00

APPROVED 055442

**************************************************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
MOST TITLES $1
RENT ONE TONIGHT !
REG# 0002 CSH# 010 DW# 01  TRAN# 29079
06/07/12  20:53:22            ST# 1855

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

TIME: 18:26
DATE: 06/08/12
MERCHANT ID: JA3494090100G

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ***********5140
EXPIRATION DATE              **/**
SEQ:                        838005
ODOMETER READING:             3140
APPROVAL CODE:              638749
ENTRY METHOD:               SWIPED

PRODUCT        QTY     PRICE    AMOUNT
DIESEL      69.489G    3.639    252.87

TOTAL AMOUNT:          $252.87

APPROVED  638749

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

ACCOMMODATIONS

NAME
STREET
CITY                    STATE AND ZIP
COMPANY                  RESERVED BY

SINGLE _____ TWIN AND _____ COT
               DOUBLE
DOUBLE _____ TWO _____ CRIB.
               DOUBLES
TWINS _____

NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DATE
CLERK

ARRIVAL DATE/TIME  6/7/12   A.M. P.M.
DEPARTURE  6/8/12
(AREA CODE) PHONE NO.
(AREA CODE) PHONE NO.

☐ DEPOSIT      ☐ CONFIRMED
☐ GUARANTEED   ☐ HOLD UNTIL
PAYMENT WILL   ☐ CREDIT  ☒ CASH  ☐ CHECK
BE MADE BY:    ☐ CARD
CREDIT CARD:
CARD NO.
DEPOSIT        DATE RECEIVED

REMARKS:  Room Total  96.00
          Tax        12.48
          Total     108.48

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/09/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 8 | 773551 | 393.80 |
| 06/09/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 4 | 773505 | 496.50 |
| 06/09/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 1 | 773493 | 1,405.75 |
| 06/09/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 7 | 773479 | 609.67 |
| 06/09/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 10 | 773399 | 684.02 |
| 06/09/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 773389 | 604.31 |
| 06/09/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 9 | 773388 | 660.53 |
| 06/09/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 15 | 773375 | 1,285.40 |
| 06/09/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 6 | 773366 | 1,224.72 |
| 06/09/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 3 | 773331 | 606.70 |
| 06/09/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 13 | 773325 | 1,319.90 |
| 06/09/12 | B603 | 華園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 14 | 773321 | 1,415.25 |
| 06/09/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 12 | 773305 | 354.75 |
| 06/09/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 11 | 773296 | 465.25 |
| 06/09/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 773292 | 362.95 |

共計行數：15

Report Totals: 11,889.50

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 06/09/12                TIME: 23:53
MERCHANT ID                   JA3494090I1003

              CREDIT CARD
              MASTERCARD FLEET SALE

CARD#                    **************5140
EXPIRATION DATE                      **/**
SEQ:                                841069
ODOMETER READING:                     3140
APPROVAL CODE:                      799583
ENTRY METHOD:                       SWIPED

PRODUCT          QTY    PRICE    AMOUNT
DIESEL        85.331G   3.639    310.52

TOTAL AMOUNT:          $310.52

           APPROVED 799583

        THANKS FOR YOUR BUSINESS

             CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/11/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 773894 | 492.10 |
| 06/11/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 6 | 773859 | 537.38 |
| 06/11/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 3 | 773822 | 2,366.80 |
| 06/11/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 12 | 773788 | 479.33 |
| 06/11/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 773780 | 937.93 |
| 06/11/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 7 | 773763 | 508.94 |
| 06/11/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 773740 | 1,121.37 |
| 06/11/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 10 | 773736 | 494.00 |
| 06/11/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 773693 | 503.40 |
| 06/11/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 773676 | 1,477.24 |
| 06/11/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 17 | 773675 | 211.25 |
| 06/11/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 773670 | 343.70 |
| 06/11/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 11 | 773660 | 498.00 |
| 06/11/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 16 | 773659 | 400.88 |
| 06/11/12 | B6061 | 恩恩 (86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | 13 | 773655 | 1,343.49 |
| 06/11/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 15 | 773652 | 1,371.80 |
| 06/11/12 | B607 | 彬 彬 (86.EXIT.38) | 117 LIBEREY ST | BATH | 32 | 14 | 773649 | 604.75 |

共計行數 : 17

Report Totals: 13,692.36

| NAME | | ARRIVAL DATE / TIME | A.M. |
| STREET | | DEPARTURE | P.M. |
| CITY | STATE AND ZIP | (AREA CODE) PHONE NO. | |
| COMPANY | RESERVED BY | (AREA CODE) PHONE NO. | |

## ACCOMMODATIONS

☐ DEPOSIT ☐ CONFIRMED
☐ GUARANTEED ☐ HOLD UNTIL ____

____ SINGLE    TWIN AND DOUBLE ____ CCT

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☒ CASH ☐ CHECK

____ DOUBLE    TWO DOUBLES ____ CRIB

CREDIT CARD ____

____ TWINS

CARD NO. ____

| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED |
| CLERK | | DATE | | REMARKS: |

REMARKS:

Room Total 96.00
Tax 12.48
Total 108.48

Paid cash

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

#32

---

46 TRUCKSTOP
41 WEST HARRIET AVE
PALISADES PA NJ 07650

CREDIT CARD
MASTERCARD FLEETSALE

DATE: 06/12/12          TIME: 18:54
MERCHANT ID:          JA3494104I004

CARD# ************5140
EXPIRATION DATE          **/**
SEQ:          797014
ODOMETER READING:          3140
APPROVAL CODE:          468717
ENTRY METHOD:          SWIPED

PRODUCT          QTY     PRICE     AMOUNT
DIESEL          83.581G   3.619    302.46

**TOTAL AMOUNT:          $302.48**

APPROVED 468717

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

---

MERCHANT COPY

Steam Valley 1/5
Trout Run, PA 17771
570-998-9090

ACCT/CARD #:   VISA XXXXXXXX5883
AUTH #:        00399B
INVOICE #:     0560869
               06/11/12 17:03

STEAM VALLEY
TROUT RU PA
DEALER #: 4783833

CASHIER: 05

CREDIT TOTAL      $183.00

ITEM          QTY    PRICE    AMOUNT
Diesel 2   Fuel Ticket #273265
Pump #8    24.477 G @ 3.799   92.99
Diesel 2   Fuel Ticket #273267
Pump #10   23.692 G @ 3.799   90.01

Items:   2

        Subtotal      183.00
        Sales Tax       0.00
        Total         183.00

SHIFT 000910

Thank You !
Stop Back Soon
Have a Great Day !

#31

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/14/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 5 | 774692 | 616.00 |
| 06/14/12 | B627 | 帝國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 14 | 774691 | 368.90 |
| 06/14/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 4 | 774647 | 1,932.46 |
| 06/14/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 774641 | 545.25 |
| 06/14/12 | B625 | 桃花 | 611 SOUTH STATE ST. | CLARKS | 32 | 18 | 774615 | 355.49 |
| 06/14/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 774611 | 392.30 |
| 06/14/12 | B600 | 福星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 13 | 774567 | 960.46 |
| 06/14/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 774566 | 463.05 |
| 06/14/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 11 | 774561 | 1,140.08 |
| 06/14/12 | P523 | EXPRESS | 300 LYCOMING MALL CI | MUNCY | 32 | 3 | 774540 | 904.10 |
| 06/14/12 | P526 | 家和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | 2 | 774537 | 597.30 |
| 06/14/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 17 | 774531 | 466.38 |
| 06/14/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 10 | 774530 | 1,089.60 |
| 06/14/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 9 | 774521 | 635.25 |
| 06/14/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 8 | 774515 | 836.35 |
| 06/14/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 16 | 774511 | 539.44 |
| 06/14/12 | B603 | 華園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 12 | 774510 | 862.25 |
| 06/14/12 | B619 | 華星 | 49 NORTH MAIN STREET | BAINBRIDGE | 32 | 15 | 774509 | 811.98 |

共計行數：18

Report Totals: 13,516.64

| NAME | zhi qiang Wu | ROOM NO. 20 |
|------|--------------|-------------|

| STREET | | CHECK-OUT DATE 6/5/12 |
|--------|--|------------------------|

| CITY | | STATE AND ZIP | ARRIVAL DATE / TIME 9/4/12 |
|------|--|---------------|----------------------------|

| ( AREA CODE ) PHONE NO. | COMPANY REPRESENTING | ROOM RATE / TAX |
|-------------------------|----------------------|-----------------|

| CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY |
|-------------|-------|----------------|------|-------------|

| NO. IN PARTY | SIGNATURE X | |
|--------------|-------------|--|

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED:

CARD NO.

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 |
|---------------|--|------------|-----|
| SUN | | | |
| MON | | TAX | 12.48 |
| TUES | | | |
| WED | | TOTAL | 108.48 |
| THURS | X | AMT. PAID | |
| FRI | | | |
| SAT | | AMT. DUE | |

CHECK OUT TIME: 11:00 AM

## ENDWELL MOTEL
3211 East Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

#31   paid cash

---

XTRAMART #1835
949 N ELMIRA ST
SAYRE PA. 18840
WWW.XTRAMART.COM

T0625G7353-001 SAYRE #1835
949 ELMIRA STREET
SAYRE           PA 18840

#31

| Descr. | Qty | Amount |
|--------|-----|--------|
| DIES GA #10 | | 188.03 |
| @ 3.779/ G | | |
| POP Discount | | -1.99 |

TOTAL 186.04

| Sub Total | 186.04 |
| Tax | 0.00 |

| CASH $ | 200.03 |
| Change $ | -13.99 |

CASH
YOU RECEIVED $0.040 / GALLON DISCOUNT
FOR 49.756 GALLONS

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENT ONE TONIGHT!"
MOST TITLES $1

REG# 0002 CSH# 005 DR# 01 TRAN# 250075
06/14/12 20:24:45              STR 1835

---

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

DATE: 06/15/12          TIME: 18:24
MERCHANT ID: JA349A0901004

CREDIT CARD
MASTERCARD FLEET SALE

*********5140

| CARD# | **/** |
| EXPIRATION DATE | |
| SEQ: | 805066 |
| ODOMETER READING: | 3140 |
| APPROVAL CODE: | 400343 |
| ENTRY METHOD: | SWIPED |

| PRODUCT | QTY | PRICE | AMOUNT |
|---------|-----|-------|--------|
| DIESEL: | 70.270G | 3.559 | 250.09 |

**TOTAL AMOUNT:** $250.09

APPROVED 400343

#21

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/16/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 2 | 775273 | 580.50 |
| 06/16/12 | P516 | 新榕華(570)(180 | 1967 WEST 4 | WILLIAMSPO | 32 | 9 | 775267 | 339.40 |
| 06/16/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 4 | 775266 | 1,628.60 |
| 06/16/12 | P517 | 熊貓(570)(180 | 335 ROSE STREET | WILLIAMSPO | 32 | 8 | 775229 | 645.75 |
| 06/16/12 | P515 | 新中國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 775224 | 546.00 |
| 06/16/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 11 | 775187 | 346.00 |
| 06/16/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 16 | 775182 | 960.45 |
| 06/16/12 | P518 | 香港 (570)(180 | 500 Pine St | Williamsport | 32 | 7 | 775176 | 685.90 |
| 06/16/12 | P503 | 長城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 4 | 775150 | 781.69 |
| 06/16/12 | P513 | 茉莉花(570)(180 | 331 WASHINGTON BLVD | WILLIAMSPO | 32 | 6 | 775118 | 435.52 |
| 06/16/12 | P520 | LING LING | 2062 LYCOMING CREEK | WILLIAMSPO | 32 | 10 | 775114 | 887.94 |
| 06/16/12 | P506 | 長城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 13 | 775108 | 936.30 |
| 06/16/12 | P508 | 金寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 14 | 775089 | 537.82 |
| 06/16/12 | B603 | 華園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 15 | 775087 | 882.39 |
| 06/16/12 | P507 | 福園(570)(220 | 60 CANTON STREET | TROY | 32 | 12 | 775083 | 491.85 |

共計行數 : 15

Report Totals: 10,686.11

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFELD  NJ 07657

DATE: 06/17/12                    TIME: 00:16
MERCHANT ID:                      JA3494901003

          CREDIT CARD
       MASTERCARD FLEET SALE

CARD#              ***************5140
EXPIRATION DATE              **/**
SEQ:                        860269
ODOMETER READING:             3140
APPROVAL CODE:              566858
ENTRY METHOD:               SWIPED

PRODUCT      QTY   PRICE    AMOUNT
DIESEL     83.442G  3.559   296.97
                           --------
TOTAL AMOUNT:              $296.97

         APPROVED  566858

      THANKS FOR YOUR BUSINESS

          CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/21/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 32 | 5 | 776396 | 344.30 |
| 06/21/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 32 | 12A | 776393 | 437.88 |
| 06/21/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 776390 | 669.73 |
| 06/21/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 4 | 776375 | 1,553.14 |
| 06/21/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 776349 | 1,080.23 |
| 06/21/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 32 | 16 | 776346 | 349.68 |
| 06/21/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | 6 | 776309 | 506.21 |
| 06/21/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 32 | 12 | 776293 | 846.67 |
| 06/21/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 776292 | 453.54 |
| 06/21/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 32 | 2 | 776285 | 546.82 |
| 06/21/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 10 | 776283 | 978.80 |
| 06/21/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15A | 776266 | 398.89 |
| 06/21/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 32 | 9 | 776256 | 1,156.65 |
| 06/21/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 32 | 14 | 776254 | 631.89 |
| 06/21/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | 7 | 776253 | 603.45 |
| 06/21/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 32 | 11 | 776252 | 819.90 |

共計行數：16

Report Totals: 11,377.78

NAME _Mi Qiang Wei_    ROOM NO. _20_

STREET

CITY    STATE AND ZIP

( AREA CODE ) PHONE NO.    COMPANY REPRESENTING

CHECK-OUT DATE _6/22/12_

ARRIVAL DATE / TIME _6/21/12_

ROOM RATE / TAX

CAR LICENSE | STATE | MAKE AND COLOR | YEAR | RECEIVED BY

NO. IN PARTY | SIGNATURE X

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD ☐ CASH ☐ CHECK

CREDIT CARD USED:

CARD NO.

**NOTICE TO GUESTS**
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | | ROOM TOTAL | 96 | |
|---|---|---|---|---|
| SUN | | | | |
| MON | | TAX | 12 | 48 |
| TUES | | | | |
| WED | | TOTAL | 108 | 48 |
| THURS | X | | | |
| FRI | | AMT. PAID | | |
| SAT | | AMT. DUE | | |

CHECK OUT TIME: 11 A.M.

## ENDWELL MOTEL
3211 E. Main Street
ENDWELL, NEW YORK 13760
(607) 748-7388

XTRAMART #1835
949 N. ELMIRA ST
SAYRE PA. 18840
www.xtramart.com

TOWER8755-001 SAYRE HIGH
949 ELMIRA STREET
SAYRE
PA 18840

DESC:

<CUSTOMER COPY>
DEBIT OR HLD

CARD TYPE: VISA
CARD NAME: WUZHIQIANG
CARD NUMBER: XXXX XXXX XXXX 0207
TRANS TYPE: SALE
APPROVAL: 81799E
AMOUNT: $ 226.00

Sub Total     226.00
Tax             0.00
TOTAL         226.00
CREDIT $      226.00

INVOICE: 81799E

APPROVED 81799E
*********************

THANK YOU
PLEASE COME AGAIN
BLOCKBUSTER DVD
RENT ONE TONIGHT
MOST TITLES $1

REGR 0002 DRWR 005 TRANR 0
06/22/12  19:48:27   STN 1835
*********************

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD    NJ 07657

CREDIT CARD
MASTERCARD FLEET SALE

*********5140
**#**
JA349409010003

DATE: 06/22/12     TIME: 18:49
MERCHANT ID:

CARD#
EXPIRATION DATE
SEQ:                    878010
ODOMETER READING:      3140
APPROVAL CODE:         207268
ENTRY METHOD:          SWIPED

PRODUCT          QTY > PRICE      AMOUNT
DIESEL   78.977G > 3.499         276.34

TOTAL AMOUNT:                    $276.34

APPROVED 207268

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# A R Invoices

| Date | Customer | Name | Address | City | Zone | Enter by | Invoice no. | Amount |
|------|----------|------|---------|------|------|----------|-------------|--------|
| 06/23/12 | P516 | 新 榕 華(570)(180 | 1967 WEST 4 | WILLIAMSP | 32 | CHAO | 777007 | 514.65 |
| 06/23/12 | P517 | 熊 貓(570)(180 | 335 ROSE STREET | WILLIAMSP | 32 | CHAO | 776997 | 453.91 |
| 06/23/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOUR | 32 | JIN | 776983 | 1,544.75 |
| 06/23/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON | WILLIAMSP | 32 | CHAO | 776971 | 385.25 |
| 06/23/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOUR | 32 | JELLY | 776964 | 434.80 |
| 06/23/12 | P520 | LING LING | 2062 LYCOMING | WILLIAMSP | 32 | JIN | 776885 | 892.92 |
| 06/23/12 | P518 | 香 港 (570)(180 | 500 Pine St | Williamspo | 32 | PETER | 776884 | 827.90 |
| 06/23/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 32 | JELLY | 776875 | 342.95 |
| 06/23/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | JIN | 776874 | 1,231.10 |
| 06/23/12 | P506 | 長 城(570)(220 | RT6 BRADFORD | TOWANDA | 32 | JIN | 776865 | 994.15 |
| 06/23/12 | P513 | 茉 莉 花(570)(180 | 331 WASHINGTON | WILLIAMSP | 32 | JELLY | 776862 | 524.77 |
| 06/23/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamspo | 32 | JIN | 776834 | 469.25 |
| 06/23/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | JIN | 776831 | 540.80 |
| 06/23/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 32 | JIN | 776822 | 855.25 |
| 06/23/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 32 | JIN | 776820 | 174.80 |

共計行數：15

Report Totals: 10,187.25

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657/

DATE: 06/24/12      TIME: 00:35
MERCHANT ID:        JA34940901003

CREDIT CARD
MASTERCARD FLEET SALE

CARD#                    ***********5140
EXPIRATION DATE          **/**
SEQ:                     881066-
ODOMETER READING:        3140
APPROVAL CODE:           372615
ENTRY METHOD:            SWIPED

PRODUCT        QTY      PRICE    AMOUNT
DIESEL      99.200G    3,499.    347.10
                                 --------

TOTAL AMOUNT:           $347.10

APPROVED  372615

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/25/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 32 | 4 | 777377 | 387.30 |
| 06/25/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 32 | 4 | 777346 | 1,573.60 |
| 06/25/12 | P521 | 金城 | 22 W MAIN ST | CANTON | 32 | 7 | 777318 | 704.50 |
| 06/25/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 32 | 1 | 777285 | 1,270.93 |
| 06/25/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 32 | 10B | 777271 | 754.54 |
| 06/25/12 | P511 | J C | 124 W FRONT ST | BERWICK | 32 | 2 | 777258 | 1,059.66 |
| 06/25/12 | P501 | 和 FORTUNE | 1645 ELMIRA ST, | SAYRE | 32 | 9 | 777231 | 890.90 |
| 06/25/12 | P503 | 長 城 (180 EXIT 23) | 1780 E 3 RD.ST | Williamsport | 32 | 5 | 777227 | 1,113.21 |
| 06/25/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 32 | 10A | 777206 | 350.40 |
| 06/25/12 | B6061 | 恩恩(86.EXIT.45) | 9S. BUFFALO ST. | CORNING | 32 | 11 | 777200 | 1,082.64 |
| 06/25/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 32 | 8 | 777188 | 333.05 |
| 06/25/12 | B608 | 玲 園 (86.EXIT.38) | 348 W.MORRIS ST | BATH | 32 | 13 | 777185 | 1,553.15 |
| 06/25/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 32 | 15A | 777179 | 472.03 |
| 06/25/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 32 | 10 | 777178 | 908.25 |

共計行數 : 14

Report Totals: 12,454.16

THE COACHMAN MOTOR LODGE

908 Pennsylvania Ave.          Elmira, N. Y. 14904
(607) 733-5526          Fax (607) 733-0961

Pd 6/26/12

## GUEST REGISTRATION

NAME _Li Qiang Wu_

STREET ADDRESS _Flushing NY_

CITY & STATE _NY_

FIRM NAME _____

LICENSE (State & No.) _____ YEAR & MAKE CAR _____

NO. IN PARTY _2_    NO. OF DAYS _1_

### NOTICE TO GUESTS

This property is privately owned and the management reserves the right to refuse services to anyone and will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

Method of Payment: Cash ☐ — Check ☐ — Credit Card ☒ — Direct Bill ☐

| DATE | ROOM | PHONE | PHONE | PHONE | TAX | TOTAL |
|------|------|-------|-------|-------|-----|-------|
| 6/26. | 90. |  |  |  | 10.80 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Desk Clerk          TOTAL AMOUNT $ 100.80

Room _14_

Date _____

Time In _AAA_

Rate _2/90_

---

NAME _Li Qiang Wu_

ARRIVAL DATE / TIME _____ A.M. P.M.

STREET _____

DEPARTURE _5/26/12_

CITY _____    STATE AND ZIP _____

(AREA CODE) PHONE NO. _6/8/12_

COMPANY _____    RESERVED BY _____

(AREA CODE) PHONE NO. _____

### ACCOMMODATIONS

____ SINGLE    ____ TWIN AND DOUBLE    ____ COT

____ DOUBLE    ____ TWO DOUBLES    ____ CRIB

____ TWINS

NO. IN PARTY    ROOM(S) ASSIGNED    RATE

CLERK    DATE

☐ DEPOSIT    ☐ CONFIRMED

☐ GUARANTEED    ☐ HOLD UNTIL ____

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD    ☒ CASH    ☐ CHECK

CREDIT CARD _____

CARD NO _____

DEPOSIT _____    DATE RECEIVED _____

REMARKS:
Room Total 96
Tax 12.48
Total 08.48

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

WELCOME TO
LOUNSBERRY
NICHOLS, NY 13812
607-687-3957
TP36540304-001 NICHOLS LTS
305 STANTON HILL RD
NICHOLS LTS NY 13812

#32
#7

| Descr. | qty | amount |
|--------|-----|--------|
| ------- | --- | ------ |
| <CUSTOMER COPY> | | |
| DIES CR #07 | 83.220G | 316.15 |
| | @ 3.799/ G | |

Sub Total          316.15
Tax            0.00
TOTAL      316.15
CREDIT $    316.15

CARD TYPE: VISA
CARD NAME: WU/ZHIQIANG
ACCT NUMBER: XXXX XXXX XXXX 8207
TRANS TYPE: SALE
APPROVAL: 73060B          INVOICE: 128405
AMOUNT:          $ 316.15

APPROVED  73060B
********************************

THANKS,COME AGAIN
REG# 0003 CSH# 003 DR# 01  TRAN# 37033
06/26/12  10:30:47          ST#  443

US GAS AND DIESEL
RT46 EAST AND MAPLE AVE
RIDGEFIELD NJ 07657

#32

DATE: 06/27/12                    TIME: 16:54
MERCHANT ID:              JA34940901004
CREDIT CARD
MASTERCARD FLEET SALE

CARD#                      *************5140
EXPIRATION DATE                    **/**
SEQ:                              842003
ODOMETER READING:                  3140
APPROVAL CODE:                    384968
ENTRY METHOD:                     SWIPED

| PRODUCT | QTY | PRICE | AMOUNT |
|---------|-----|-------|--------|
| DIESEL | 74.253G | 3.499 | 259.81 |

TOTAL AMOUNT:          $259.81

APPROVED  384968

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

# AR Invoices

| Date | Customer | Name | Address | City | Zone | Stop | Inv no. | Amount |
|------|----------|------|---------|------|------|------|---------|--------|
| 06/28/12 | B627 | 帝 國 (607)(17 | 3502 COUNTRY CLUB RO | ENDICOTT | 31 | 12A | 778195 | 599.54 |
| 06/28/12 | P515 | 新 中 國(570)(180 | 418 WASHINGTON BLVD | WILLIAMSPO | 31 | 5 | 778176 | 1,323.25 |
| 06/28/12 | P512 | GREAT WALL | 45 BRIAR CREEK PLZ | BERWICK | 31 | 1 | 778172 | 1,050.53 |
| 06/28/12 | P6031 | GRACE BUFFET | 811 LOYALSOCK AVE | MONTOURSVI | 31 | 4 | 778152 | 2,567.03 |
| 06/28/12 | P521 | 金 城 | 22 W MAIN ST | CANTON | 31 | 6 | 778093 | 1,180.63 |
| 06/28/12 | P526 | 家 和(570) | 20 NORTH MAIN STREET | HUGHESVILL | 31 | 2 | 778071 | 985.00 |
| 06/28/12 | P506 | 長 城(570)(220 | RT6 BRADFORD TOWNE C | TOWANDA | 31 | 9 | 778042 | 893.05 |
| 06/28/12 | P508 | 金 寶(570)(220 | 614 MAIN ST | TOWANDA | 31 | 8 | 778040 | 541.86 |
| 06/28/12 | B600 | 福 星 (17w.EXIT 69) | 2901 E.Main St (Suit | Endwell | 31 | 12 | 778038 | 1,007.17 |
| 06/28/12 | P507 | 福 園(570)(220 | 60 CANTON STREET | TROY | 31 | 7 | 778035 | 1,061.70 |
| 06/28/12 | B603 | 華 園(PA) | 1318 ELMIRA ST | SAYRE | 31 | 11 | 778033 | 732.40 |
| 06/28/12 | P510 | FAMILY WOK (180 | 309- BROAD STREET | MONTOURSVI | 31 | | 778014 | 854.32 |
| 06/28/12 | B629 | CORNING CLASS | 71 BRIDGE STREET | CORNING | 31 | | 778013 | 0.00 |
| 06/28/12 | B625 | 桃 花 | 611 SOUTH STATE ST. | CLARKS | 31 | | 778012 | 277.25 |
| 06/28/12 | B621 | CHINA STAR | 104 MAIN STREET#1 | WINDSOR | 31 | | 778011 | 403.55 |
| 06/28/12 | B619 | 華 星 | 49 NORTH MAIN STREET | BAINBRIDGE | 31 | | 778010 | 686.04 |
| 06/28/12 | B618 | DRAGON | 1113 CONKLIN RD | KIRKWOOD | 31 | | 778009 | 0.00 |
| 06/28/12 | B609 | 月 星 (17w.EXIT 69) | 3218 GEORGE F HIGHWA | ENDWELL | 31 | | 778008 | 0.00 |
| 06/28/12 | B616 | 金 丰 (607)(86 | 42 WEST MAIN STREET | OWEGO | 31 | | 778003 | 0.00 |
| 06/28/12 | P511 | J C | 124 W FRONT ST | BERWICK | 31 | | 778002 | 0.00 |

共計行數 : 20

Report Totals: 14,163.32

| NAME | Zhi Qiangwu | | ARRIVAL DATE / TIME | 6/28/12 | A.M. P.M. |
|---|---|---|---|---|---|
| STREET | | | DEPARTURE | 6/29/12 | |
| CITY | | STATE AND ZIP | | (AREA CODE) PHONE NO. | |
| COMPANY | | RESERVED BY | | (AREA CODE) PHONE NO. | |

## ACCOMMODATIONS

☐ DEPOSIT ☐ CONFIRMED
☐ GUARANTEED ☐ HOLD UNTIL ____

___ SINGLE    TWIN AND DOUBLE    ___ COT

PAYMENT WILL BE MADE BY: ☐ CREDIT CARD  ☒ CASH  ☐ CHECK

___ DOUBLE    TWO DOUBLES    ___ CRIB

CREDIT CARD: ____

___ TWINS    ____

CARD NO. ____

| NO. IN PARTY | ROOM(S) ASSIGNED | RATE | DEPOSIT | DATE RECEIVED |
|---|---|---|---|---|
| CLERK | | DATE | | |

REMARKS:

Room Total 96.00
Tax 12.48
Total 108.48

#31 Paid
Cash

**ENDWELL MOTEL**
3211 E. Main St.
ENDWELL, NY 13760
(607) 748-7388

---

SUNOCO 0640308300
451 WEST THIRD STREET
MIFFLINVILLE PA 18631
L346652151001

06/28/2012 12:56:12 PM
Register: 1 Trans #: 1857 Op ID: 2
Your cashier: gary

*** REPRINT *** REPRINT *** REPRINT ***

DIESEL CA PUMP#9
79.232 GAL @ $ 3.699/GAL

Subtotal =        $293.08
Tax =              $0.00

Total =          $293.08

*** REPRINT *** REPRINT *** REPRINT ***

Credit            $293.08

Change Due =      $0.00

XXXXXXXXXXXX8207, VIS
WU/ZHIQIANG
INVOICE 019432
AUTH 229968
APPROVED 229968
Sequence Number 26034

I agree to pay the above total amount
according to the card issuer agreement.

THANK YOU
COME AGAIN

---

WELCOME TO
LOUNSBERRY
NICHOLS, NY 13812
607-687-3957
TP3650304-001 NICHOLS LTS
305 STANTON HILL RD
NICHOLS LTS NY 13812

< DUPLICATE RECEIPT >
<CUSTOMER COPY>
DIES CR #07

Descr.          qty        amount

51.416G
@ 3.699/ G

Sub Total        190.20
Tax                0.00

**TOTAL       190.20**
CREDIT $      190.20

CARD TYPE: VISA
ACCT NUMBER: XXXX XXXX XXXX 8207
TRANS TYPE: SALE
APPROVAL: 19746B      INVOICE: 129061
AMOUNT:  $    190.20

APPROVED 19746B

**THANKS. COME AGAIN**
*********************************
REG# 0003 CSH# 003 DR# 01 TRAN# 37950
06/29/12    TRAN# 37950
14:28:24    ST# 443