**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
CHAOHUI TANG, JIANLIN LI,                :   14-CV-390(JBW)(LB)
JIAN LIU, AND QINGZE LIU, ON             :
BEHALF OF THEMSELVES AND ALL             :
OTHERS SIMILIARLY SITUATED,              :
                                         :
        Plaintiffs,                      :   United States Courthouse
                                         :   Brooklyn, New York
        -against-                        :
                                         :
WING KEUNG ENTERPRISES,                  :
INC., KEUNG CHAN, JOHN DOES              :   Monday, June 1, 2015
#1-10, AND JANE DOES #1-10,              :   3:00 p.m.
COMPANY ABC #1-10,                       :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR EVIDENTIARY HEARING
BEFORE THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

For the Plaintiffs:        HENG WANG & ASSOCIATES, P.C.
                           Attorneys for the Plaintiffs -
                           Chaohui Tang, et al.
                                7 Mott Street
                                Suite 600A
                                New York, New York 10013
                           BY: AIHONG YOU, ESQ.


For the Defendants:        TROPP SPINDLER LLP
                           Attorneys for the Defendants -
                           Wing Keung Enterprises, et al.
                                19-02 Whitestone Expressway
                                Suite 202
                                Whitestone, New York 11357
                           BY: GAIL E. SPINDLER, ESQ.

Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR
Official Court Reporter

2

A L S O   P R E S E N T:

John Lau, official Mandarin language interpreter

Court Reporter:    Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                   Official Court Reporter
                   Telephone: (718) 613-2487
                   Facsimile: (718) 613-2694
                   E-mail: Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

*Colloquy*                                                          3

1          (In open court.)

2          COURTROOM DEPUTY:  All rise.  The United States

3    District Court for the Eastern District of New York is now in

4    session.  The Honorable Lois Bloom is now presiding.

5          (Honorable Lois Bloom takes the bench.)

6          COURTROOM DEPUTY:  Calling civil cause for

7    evidentiary hearing in Docket No. 14-CV-390, *Chaohui Tang,*

8    *Jianlin Li, Jian Liu, and Qingze Liu, on behalf of themselves*

9    *and all others similiarly situated against Wing Keung*

10   *Enterprises, Inc., Keung Chan, John Does #1-10, and Jane Does*

11   *#1-10, Company ABC #1-10.*

12         Counsel, please note your appearances for the

13   record.

14         MS. YOU:  For the plaintiff, Chaohui Tang, Jianlin

15   Li, Jian Liu, and Qingze Liu, on behalf of themselves and all

16   others similiarly situated, Heng Wang & Associates, P.C. by

17   Aihong You.

18         Good afternoon, your Honor.

19         MS. SPINDLER:  For the defendant, Wing Keung

20   Enterprises, Inc., Keung Chan, John Does #1-10, and Jane Does

21   #1-10, Company ABC #1-10, Tropp Spindler LLP by Gail E.

22   Spindler.

23         Good afternoon, your Honor.

24         THE COURT:  Good afternoon.  Please be seated.

25   Before we get started, Mr. Interpreter.

*Colloquy*                                                                4

1         THE INTERPRETER:  Yes.

2         THE COURT:  I want you to interpret everything.

3         THE INTERPRETER:  Yes.

4         THE COURT:  From the calling of the case.

5    Everything, okay?

6         THE INTERPRETER:  Okay.

7         THE COURT:  Thank you.

8         THE INTERPRETER:  We have a little problem because

9    that machine is not working.

10        THE COURT:  What machine is not working?  We don't

11   need the headphones, you can use the microphone.  There's a

12   microphone right here.

13        THE INTERPRETER:  But I will be interfering with

14   you.

15        THE COURT:  You will do it consecutively.

16        THE INTERPRETER:  Okay.

17        THE COURT:  Let's get going.

18        COURTROOM DEPUTY:  Civil cause for hearing, Docket

19   No. 14-CV-390.  Tang et al. versus Wing Keung Enterprises, et

20   al.

21        MS. YOU:  Mandarin Chinese, not Cantonese.

22        THE COURT:  Do we need to start over?

23        MS. YOU:  That's fine.

24        THE COURT:  I want your client to understand what's

25   going on.

*Colloquy*                                                            **5**

1          Let's call the case again.

2          COURTROOM DEPUTY:  Civil cause for evidentiary

3    hearing, Docket No. 14-CV-390.  Tang, et al. versus Wing Keung

4    Enterprises, et al.

5          Will the parties please state your name and spell

6    them for the record.

7          MS. YOU:  Aihong You for the plaintiffs.

8          MS. SPINDLER:  Gail Spindler on behalf of the

9    defendants.

10          COURTROOM DEPUTY:  We have an interpreter present.

11          Could the interpreter please state his name for the

12    record.

13          THE COURT:  State your name, please.

14          THE INTERPRETER:  John Lau, L-a-u.

15          COURTROOM DEPUTY:  Please raise your right hand.

16

17    JOHN LAU, having been first duly sworn by the Clerk of the

18          Court to interpret the proceedings from

19          English to Mandarin and from

20          Mandarin to English as follows:

21

22          THE INTERPRETER:  Yes, I do.

23          COURTROOM DEPUTY:  The Honorable Lois Bloom

24    presiding.

25          THE COURT:  Good afternoon.  This case is on for an

*Colloquy* **6**

1   evidentiary hearing to address plaintiffs' allegation that

2   defendant's time keeping records are falsified.  It's

3   important that you understand these proceedings, plaintiffs,

4   so if you don't understand something that's been said, please

5   raise your hand so I know you didn't understand and I'll have

6   the interpreter repeat whatever you didn't understand.

7           Also, these proceedings are being transcribed, and

8   because we only have one interpreter for all of the witnesses,

9   we're going to have to give the interpreter a chance after

10  each sentence to interpret.

11          Did you understand everything that the interpreter

12  just said?

13          Okay.  So let's proceed.

14          As evident from the papers that have been submitted

15  to the Court, the time records play a central role in

16  plaintiff's motion to certify a collective action.  Your

17  attorney, plaintiffs, has alleged that you were all subjected

18  to a practice of moving the machine that clocks your time.

19          And, at the last conference, I held the plaintiffs'

20  motion for preliminary certification of a collective action I

21  held it in abeyance pending this hearing.  So we are going to

22  have a hearing today on the issue of whether the time records

23  were falsified.

24          Does either lawyer have any issue that needs to be

25  addressed before we call the first witness?

Case 1:14-cv-00390-JBW-LB Document 58-17 Filed 11/13/15 Page 7 of 128 PageID #: 5739

1      MS. YOU:  No, your Honor.

2      MS. SPINDLER:  No, your Honor.

3      THE COURT:  Okay.  Plaintiffs, call your first

4  witness.

5      MS. YOU:  I'm going to call the plaintiff, Kong Jun

6  first.

7      THE COURT:  Plaintiff Kong Jun?

8      MS. YOU:  Yes.

9      THE COURT:  Please come forward.

10      (Witness takes the witness stand.)

11      COURTROOM DEPUTY:  State your name.

12      THE WITNESS:  Kong Jun.

13      COURTROOM DEPUTY:  Raise your right hand.

14

15  **KONG JUN**, called by the Plaintiffs, having been first duly

16          sworn/affirmed, was examined and testified as

17          follows:

18

19      THE WITNESS:  Yes, I swear.

20      THE COURT:  Thank you.  Please be seated.

21      Ms. You, go ahead.

22      MS. YOU:  Should I stand here?

23      THE COURT:  You're fine where you are.

24  DIRECT EXAMINATION

25  BY MS. YOU:

*K. Jun - Direct/Ms. You*                        *8*

1   Q    Mr. Jun, this is an evidentiary hearing regarding the

2   defendant in this case falsification of employment records.

3             THE INTERPRETER:  Can she sit down and speak into

4   the mic?

5             THE COURT:  You don't need to make a prelude, just

6   ask your question.

7             THE INTERPRETER:  If she can sit down.

8             THE COURT:  Go ahead, you can sit down, Ms. You.

9   EXAMINATION BY

10  MS YOU:

11  (Continuing.)

12  Q    So Mr. Jun, tell me from what period of time you work for

13  the Wing Keung Enterprises, the defendant in this case.

14  A    Starting from December 25, 2013.

15  Q    And what time?

16  A    2012 or 2013, I'm not sure.

17  Q    When did your employment end?

18            THE COURT:  Wait.  You have to get clarification on

19  the first point.  When did he work there?

20            So he started when?

21            THE WITNESS:  2012.  This is 2015, right?  This is

22  2015 or '16.  Then it's 2013.

23            THE COURT:  From December 25, 2013?

24            THE WITNESS:  Until December 25th.

25            THE COURT:  Until when?

*K. Jun - Direct/Ms. You*                                        9

1          Mr. Interpreter, you have to tell me exactly what

2    he's saying.

3          THE WITNESS:  He's saying when it's 2015 then it's

4    2012.

5          THE COURT:  This is 2015, sir.

6          THE WITNESS:  Then I started on December 25, 2012.

7          THE COURT:  And when did he stop working?

8          THE WITNESS:  On January 22, 2015, I was injured at

9    work.

10         THE COURT:  Continue.

11   EXAMINATION BY

12   MS. YOU:

13   (Continuing.)

14   Q    What was your pay during employment with Wing Keung?

15   A    I started from 1,500 a month.

16   Q    Then what was the pay afterward?

17   A    I started on the 15th, I only worked four days 'till the

18   end of the month.  I'm nervous.  I'm sorry, I don't remember

19   the dates.  I'm so nervous.  I started working at Wing Keung

20   on February 25, 2013.

21   Q    I understand.  I'm sorry you are nervous.  If you

22   don't --

23         THE COURT:  Wait.  I need some clarification here.

24         February 25th of what year did he start working?

25         THE WITNESS:  February 25, 2013.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 10 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 10 of 128 PageID #: 3138
5742

*K. Jun - Direct/Ms. You*                        **10**

 1          THE COURT:  So the earlier date he gave of December

 2   25, 2012, is incorrect?

 3          THE WITNESS:  I'm still confused.  No, I'm still

 4   confused about it.  It was February 25, 2012.

 5          THE COURT:  Ms. You, did you prepare your witnesses

 6   today?

 7          MS. YOU:  I did review some documents with him but

 8   sometimes the date is difficult because kind of long time,

 9   three, four years.

10          THE COURT:  Can you translate what she's saying?  I

11   just asked one question.

12          MS. YOU:  Right.

13          THE COURT:  Did you prepare your witnesses.

14          MS. YOU:  Yes.

15          THE COURT:  Stop.  Thank you.  Okay.  Next question.

16   EXAMINATION BY

17   MS. YOU:

18   (Continuing.)

19   Q    I understand this happening, like, three years ago.  If

20   you don't remember --

21          THE COURT:  No.  I don't want you to testify, I want

22   you to ask questions.

23          MS. YOU:  I just want to --

24          THE COURT:  No, that was what you were supposed to

25   do before you came to the Court.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 11 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 11 of 128 PageID #: 3139
5748

**K. Jun - Direct/Ms. You**      **11**

1        MS. YOU:  I understand.

2  Q    So, tell me, after you were paid 1,500, what was your pay

3  thereafter?

4  A    Second month, 1,600.  Third month, 1,700.

5  Q    Was there any increase afterward?

6  A    Fourth month, 1,800.  And then the fifth month 1,900.

7  Q    What was the highest pay you received before you

8  terminated employment with Wing Keung?

9  A    2,800.

10  Q    Could you describe your job duties during your employment

11  with Wing Keung?

12  A    I started as a miscellaneous worker and ended up as a

13  driver.

14  Q    Okay.  Understood.

15        So let's talk about your first month's employment.

16        You said you worked there four days; is that

17  correct, during the first month?

18  A    The first month, yes.

19  Q    You testified you were given 1,500 as a monthly rate for

20  that first month; is that correct?

21  A    They only paid me for four days, about $250.

22  Q    So could you tell me how this 250 calculate from?

23  A    You know, 1,500 monthly salary.  You deduct 20 days, you

24  end up with four days.

25  Q    Okay.  I got it.

*K. Jun - Direct/Ms. You*                          *12*

1          THE COURT:  Excuse me, I didn't get that.

2          What does that mean?

3          MS. YOU:  That means that he was paid on daily

4   basis, like --

5          THE COURT:  I don't want to hear from you, Ms. You,

6   I want to hear from the witness.  I didn't understand what he

7   said.  Can you ask another question to clarify.

8          MS. YOU:  Sure.  Okay.

9   EXAMINATION BY

10  MS. YOU:

11  (Continuing.)

12  Q    Sorry, could you --

13         MS. YOU:  I rephrase my question.

14  Q    Could you tell me how you believe your pay of 250 was --

15         MS. YOU:  Strike that.

16  Q    When you were given 250 as a four day working in the

17  first month?

18         THE COURT:  Excuse me, you cannot testify.  I did

19  not get that he got 250 for four days.

20         MS. YOU:  Okay.  That's fine.

21  Q    Did you testify you received 250 for four days when you

22  started working?

23         THE COURT:  Excuse me, can you ask the question?

24         How much money did you make a day?  When did you

25  start working?  When did you end work?  Those are questions

*K. Jun - Direct/Ms. You*                              **13**

1    that you should be asking.

2              MS. YOU:  All right.  I will restart again.  I think

3    I messed up.

4    EXAMINATION BY

5    MS. YOU:

6    (Continuing.)

7    Q    What was the pay rate for your first month's working for

8    Wing Keung?

9              THE COURT:  We got that, 1,500 a month.

10   Q    How many days did you work for that first month?

11   A    Four days.

12   Q    How much did you get paid for that four days?

13   A    250.

14   Q    Did anybody tell you how this 250?

15             THE COURT:  Is it 250 per day, or is it 250 for four

16   days?

17   Q    Was that 250 per day or 250 for four days?

18   A    Four days, 250.

19   Q    You testified you were paid thereafter 16,000 and then

20   after 17,000, then 18,000?

21             MS. SPINDLER:  Objection.

22             THE COURT:  Excuse me, that was not his testimony,

23   Ms. You.  1,600; 1,700; 1,800.  That's different than

24   thousand.

25             And, please, ask questions and don't try to recap

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 14 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 14 of 128 PageID #: 3142
5744

*K. Jun - Direct/Ms. You*                    **14**

1    his testimony.

2                MS. YOU:  Right.

3                THE COURT:  Please.

4                MS. YOU:  I just try to lay some foundation.

5                THE COURT:  No, you're not laying foundation, you're

6    leading your witness.  Ask questions.

7    EXAMINATION BY

8    MS. YOU:

9    (Continuing.)

10   Q    After 1,500 you were paid for the first month, how much

11   you get paid the second month?

12   A    Yes, I started with 1,500 and then they increased 100

13   every month.

14   Q    How many days you were supposed to work for a month?

15               MS. SPINDLER:  Objection to the question.

16               THE COURT:  What's the objection?

17               MS. SPINDLER:  How many days did he work?  When was

18   he supposed to work?

19               THE COURT:  Okay, please clarify.

20               How many days did you work, Ms. You, is the

21   appropriate question.

22               Ms. You?

23               MS. YOU:  Yes.

24               THE COURT:  Can we get with the program.

25               MS. YOU:  I was trying to rephrase my question.  I'm

Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR
Official Court Reporter

*K. Jun - Direct/Ms. You*                                    **15**

1   sorry.

2          THE COURT:  The question is:  How many days did he

3   work?

4          MS. YOU:  No, that's not my question.

5   Q    The question is:  When you started with Wing Keung

6   Enterprises, were you told how many days you were supposed to

7   work for a month?

8   A    I only would get one Sunday off each week.

9   Q    So that's how many days you were told to work each month?

10  A    I am working every day aside from Sundays.

11  Q    So, as I understand, you were told by the Wing Keung you

12  can only take four days off per month; is that correct?

13         MS. SPINDLER:  Objection --

14  A    Yes.

15         MS. SPINDLER:  -- to the question.

16         THE COURT:  Ms. Spindler, if you have an objection

17  we're going to be dying in this courtroom.

18         MS. SPINDLER:  Some months have five Sundays.

19         THE COURT:  Your questions are not very good,

20  Ms. You, and it's not helpful that you don't have your

21  questions all worked out.  Please.

22         She's correct.  Different months have different

23  numbers of Sundays.

24  EXAMINATION BY

25  MS. YOU:

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 16 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 16 of 128 PageID #: 3144
5748

*K. Jun - Direct/Ms. You*                    **16**

1   (Continuing.)

2   Q    So when you worked at Wing Keung how, many days were you

3   told you were supposed to take days off?

4            THE COURT:  Excuse me.  May I just ask you?  This

5   hearing is specifically about how the hours were kept.

6            MS. YOU:  Right.

7            THE COURT:  Can we get to questions?  I have no idea

8   what your client did or how long.  He doesn't know which year.

9   He's confused.  I would like to get at what this hearing was

10  about, so you can walk him through how the hours were kept

11  that might be helpful.

12           MS. YOU:  I want to know how many days.

13           THE COURT:  We heard that he had to work every day

14  except Sunday.

15           Move on.

16           MS. YOU:  All right.

17  EXAMINATION BY

18  MS. YOU:

19  (Continuing.)

20  Q    So if you take more than one day off a week, will you

21  receive the same --

22           THE COURT:  He said he only took one day off a week,

23  so what is the question?

24           MS. YOU:  He was supposed to take one day off.

25           THE COURT:  That's what he said he did.

*K. Jun - Direct/Ms. You*                    *17*

1        MS. YOU:  Yes.

2   EXAMINATION BY

3   MS. YOU:

4   (Continuing.)

5   Q    Was there any time you may take more than one day off

6   from work?

7   A    Yes, I did.  But they deducted my salary.

8   Q    Did you understand how they would deduct this salary if

9   you take more than one day off from work every week?

10  A    Say the salary was 1,600, like, there are 26 days for the

11  month then you calculate in however the amount for each day

12  they deducted it.

13  Q    So your pay was -- so your pay was --

14       THE COURT:  Ask the question again.

15       MS. YOU:  Yes, your Honor.

16       THE COURT:  I didn't get an answer.  If he took a

17  day off, what was deducted?

18       MS. YOU:  Okay.

19  Q    If you take day off, what was deducted?

20  A    If the salary was low, I think it was up to, like, 80

21  something dollars a day.

22  Q    So if you take more than two days off, were you deducted

23  two, like, your deduction of the pay would be doubled?

24       THE COURT:  Ms. You, I'm so sorry, these questions

25  are speculation.  I want to know what he did when he got

*K. Jun - Direct/Ms. You*                                    18

1   there.  I don't want to talk about if he was, what would

2   happen?  I want to know what did happen.

3   Q    Would your monthly salary actually be deducted because if

4   you took more than one day off from work?

5   A    Yes.

6   Q    So it happened during employment with Wing Keung

7   Enterprises?

8   A    Yes, it did happen.

9   Q    Okay.  Let's talk about hours.

10            THE COURT:  When did it happen, Ms. You?  You went

11   through all this trouble and you have nothing.

12            MS. YOU:  Let's go to the hours.

13            THE COURT:  So you don't want to ask him when was

14   the money deducted, which week it was deducted.  When did he

15   not get paid?

16            Ms. You?

17            MS. YOU:  Yes.

18            THE COURT:  You're choosing to move on now?

19            MS. YOU:  Okay.

20            THE COURT:  Is that correct?  You're moving on to

21   the issue at hand.

22            MS. YOU:  No, your Honor, I'm thinking of the next

23   question.  I'm a little bit slow, I'm reading.  Sorry.

24            The next question is about hours.

25   Q    Let's start with the first month you started work with

*K. Jun - Direct/Ms. You*                    19

1    Wing Keung.

2            What was your job duties in the first month of your

3    employment?

4    A    I was an installation and demolition person.

5            MS. SPINDLER:  I'm sorry, installation and

6    demolition person?

7            THE INTERPRETER:  And demolition.

8    Q    So what exactly, could you describe what did you do for

9    the first month in detail.

10   A    And when the restaurant equipment I would help to load

11   them to the vehicle and then I would also unload those back to

12   the restaurant.

13   Q    After you load the goods to the vehicle, did you actually

14   ride with this vehicle, or did you just stay in the warehouse?

15   A    When I first went there, I stayed at the warehouse.

16   Q    You say it's accurate to describe your first job duty in

17   the first month when you were employed with Wing Keung as

18   stocking stuff?

19           THE COURT:  Excuse me.

20           MS. YOU:  I'm sorry.

21           THE COURT:  Ms. You, did you prepare at all for this

22   hearing?

23           MS. YOU:  Yes, I did.

24           THE COURT:  And what is the hearing supposed to

25   address, Ms. You?

*K. Jun - Direct/Ms. You*                     20

1          Ms. You?

2          MS. YOU:  Employment records.

3          THE COURT:  It's about whether or not they have

4   falsified records.

5          MS. YOU:  Yes.

6          THE COURT:  Have we gotten to anything about what

7   the hearing is about.

8          MS. YOU:  It's going to be there about hours.

9          THE COURT:  When are we going to talk about this?

10         MS. YOU:  Right now.

11         THE COURT:  Please translate.

12         I apologize to the plaintiffs because I keep

13  interrupting your attorney, but that is because the purpose of

14  this hearing was a particular purpose and we haven't gotten

15  anywhere near what the purpose of the hearing is.

16         Ms. You.

17         MS. YOU:  Yes, your Honor.

18  EXAMINATION BY

19  MS. YOU:

20  (Continuing.)

21  Q    So were you working in the warehouse for the first month.

22  When did you usually arrive at the business?

23         MS. SPINDLER:  Objection.

24         THE COURT:  What's the objection, Ms. Spindler?

25         MS. SPINDLER:  When did you arrive?

*K. Jun - Direct/Ms. You*                      21

1          MS. YOU:  When did you arrive.

2          THE COURT:  Just say, "When did you arrive?"  How is

3    that?

4    A    6:00 a.m.

5    Q    Where were you required to arrive at the business?

6          MS. SPINDLER:  Objection, again.

7          THE COURT:  Overruled.

8    A    6:00 a.m.

9    Q    Was there any time you might be later than 6:00 a.m. when

10   you arrive at the business?

11   A    No.

12   Q    But during your two years' employment --

13         MS. YOU:  Strike that.

14   Q    What time did you leave the business for the day for the

15   first month of your employment?

16   A    4:00 p.m.

17   Q    So, for the first month of employment, based on your

18   observation did either employee --

19         THE COURT:  Objection.  Objection.  Move on.  He's

20   only testifying as to what he did.  Thank you.

21   Q    Tell me, describe what did you do when you started work.

22         After you started work at 6:00, what did you do?

23         MS. SPINDLER:  Objection.

24         THE COURT:  Ms. Spindler, we can't get a question

25   out of Ms. You, so what's the objection to this question?

Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 22 of 128 PageID #: 3150

*K. Jun - Direct/Ms. You*                         22

1          MS. SPINDLER:  I don't think it matters what he did,

2     it matters when he checked in and when he clocked out.

3          MS. YOU:  Of course.

4          THE COURT:  Well, that would be so helpful, Ms. You,

5     if you could ask the questions precisely.

6          MS. YOU:  But it's, like, three years ago.  I'm just

7     trying to help him understand.

8          THE COURT:  No.  That was your job before you came

9     into the courtroom.  Now is your job to ask questions.

10          So, could you answer:  When you got there at

11     6:00 a.m., did you clock in?

12          THE WITNESS:  The first two days I was there, I did

13     not clock in.

14          THE COURT:  And after the first few days?

15          THE WITNESS:  Later on, it started.  I started

16     clocking in but I don't remember exactly when.

17          THE COURT:  So where do you go to clock in?

18          If you're not going to do your job to prepare for

19     this hearing.

20          If you're not going to do your job then the Court is

21     going to take over.

22          Do you understand?

23          MS. YOU:  If your Honor just want me to ask about

24     clocking in and clock out, I can do that.  I just want you to

25     try to understand the business operation.

1        THE COURT:  Ms. You, I have no picture of the

2   business.

3        MS. YOU:  So I'm going to ask a question.

4        THE COURT:  No, I'm telling you.  Do you have a list

5   of questions that you're going to ask each of your witnesses?

6   It's unacceptable to come to court and wing it.  It's not fair

7   to your client.

8        Ms. You, do you have a list of questions prepared or

9   else I'll give you a 15-minute break to get your questions

10  together.

11       MS. YOU:  I have questions.

12       THE COURT:  Okay.

13       MS. YOU:  The question --

14       THE COURT:  So did you ask --

15       You said the first couple of days he didn't clock

16  in.  Then what happened?

17       THE WITNESS:  Then I started to punch card and also

18  with my fingerprints.

19       THE COURT:  When you say you started with a punch

20  card, what did that involve?

21       THE WITNESS:  An office door they have this machine

22  that you put your fingers on it.

23       THE COURT:  So every day you come in you put your

24  fingers on the machine?

25       THE WITNESS:  Yes.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 24 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 24 of 128 PageID #: 3152
5796

1          THE COURT:  And did you do that as soon as you came

2     in the morning?

3          THE WITNESS:  Yes.  Sometimes I may be a little bit

4     late.

5          THE COURT:  And did you do it again when you were

6     leaving?

7          THE WITNESS:  Yes.

8          THE COURT:  And where was that machine?

9          THE WITNESS:  Right in front of the office door.

10          THE COURT:  So when you got there, that's the first

11     thing that you did?  When you got there in the morning at

12     6:00 a.m.?

13          THE WITNESS:  Yes, I go in the office door, the

14     company door.  The office is right next to it so I go there

15     and punch in.

16          THE COURT:  And when you left, you did the same

17     thing to leave?

18          THE WITNESS:  Yes.

19          THE COURT:  And that was the way it was all of the

20     months that you worked there?

21          THE WITNESS:  Yes.

22          THE COURT:  And you always punched in and punched

23     out?

24          THE WITNESS:  Correct.

25          THE COURT:  Ms. You?

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 25 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 25 of 128 PageID #: 3153
5751

*K. Jun - Direct/Ms. You*                          **25**

1          MS. YOU:  Yes.

2   EXAMINATION BY

3   MS. YOU:

4   (Continuing.)

5   Q    I have questions about this punch in, punch out.

6          When you work for the Wing Keung, was the timing

7   machine it's a fingerprint, as I understand, was mounted on

8   the wall or it's just it's moveable?

9   A    That I'm not certain.  It is placed right in front of the

10  office door.

11         THE COURT:  So on a wall?

12         THE WITNESS:  Yes, on the wall.

13  Q    Was it able to remove?

14         THE COURT:  No, you asked the question already.

15         MS. YOU:  That's fine.

16         THE WITNESS:  Oh, first it started as a fingerprint,

17  and later on they took a picture even.

18  Q    So when did they change to the facial recognition system?

19  A    I cannot remember the exact time.

20  Q    Did you believe it's after this lawsuit or it's before

21  this lawsuit?

22  A    I only heard it.  I heard that once they were sued --

23         THE COURT:  That's fine.  Thank you.

24         MS. YOU:  I'm going to call my second witness.

25         THE COURT:  No, she gets to cross-examine your

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 26 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 26 of 128 PageID #: 3154
5798

*K. Jun - Direct/Ms. You*                    26

1   witness.

2          Do you have any documents that you were seeking to

3   introduce?

4          MS. YOU:  For Mr. Jun, that's all I have.

5          THE COURT:  That's all you wanted to ask of this

6   witness?

7          MS. YOU:  I have more questions, but if your Honor

8   wants to know about clocking in and clocking out that's the

9   question.

10          THE COURT:  I'm asking one more time.

11          Do you have anything else of this witness before I

12   give it to Ms. Spindler to cross-examine?

13          MS. YOU:  I think I have further questions.  I'm

14   sorry, your Honor.

15   EXAMINATION BY

16   MS. YOU:

17   (Continuing.)

18   Q    After your first months' work working in the warehouse,

19   what was your job duties afterwards?

20          MS. SPINDLER:  Objection.

21          MS. YOU:  They're scheduled different than the first

22   month.

23          MS. SPINDLER:  He testified every day he clocks in

24   at 6:00.

25          THE COURT:  I don't need both attorneys to argue.  I

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 27 of 128 PageID #:
5799
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 27 of 128 PageID #: 3155

*K. Jun - Direct/Ms. You*                              27

1   don't think I need to hear how his job changed from one job to

2   another.

3           We don't have dates.  We don't have specifics.

4   Again, you could have done a better job preparing your

5   witness.

6           MS. YOU:  This is not just about clocking in and

7   clocking out, there's other details about that.

8           THE COURT:  This is about falsifying records.

9           MS. YOU:  Right.

10          THE COURT:  That's what the hearing is about.

11          MS. YOU:  Right.

12          THE COURT:  So do you have any other questions about

13  falsifying of records?

14          MS. YOU:  Okay.  Hold on.

15  EXAMINATION BY

16  MS. YOU:

17  (Continuing.)

18  Q    Describe how you have your meal on a daily basis when you

19  were employee at Wing Keung?

20          THE COURT:  What does that have to do with the

21  clocking in and the falsifying of records?

22          MS. YOU:  That's 30 minutes always deducted from the

23  time record.

24          THE COURT:  Again, does he have to clock in or clock

25  out?

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 28 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 28 of 128 PageID #: 3156
5766

1          MS. YOU:  You want me to ask whether he clock in and

2    clock out for meal time?

3          THE COURT:  That would be a better question, don't

4    you think?

5    EXAMINATION BY

6    MS YOU:

7    (Continuing.)

8    Q    Did you clock in and clock out for meal time?

9    A    No.

10   Q    So when did you take your meal?

11   A    There was no time for meals, really.  We just find some

12   open space to eat.

13   Q    So when you worked at Wing Keung, have you ever taken

14   30 minutes to have your meal?

15   A    No.

16   Q    Why didn't you take 30 minutes for a meal?

17   A    They wouldn't give us any time to eat.

18   Q    What would you do if you take 30 minutes for your meal?

19        What would happen if you took more than 30 minutes

20   for your meal?

21        MS. SPINDLER:  Objection.

22   A    Impossible.  That would never happen.

23        THE COURT:  He already said that he wasn't given

24   time for meals, so why are we asking?

25        MS. YOU:  I think I am finished with Mr. Kong.

*K. Jun - Cross/Ms. Spindler*                    **29**

1          THE COURT:  Mr. Kong, the defendant's attorney will

2   now have a chance to ask you questions.

3          Ms. Spindler.

4   CROSS-EXAMINATION

5   BY MS. SPINDLER:

6   Q    Mr. Kong, did Wing Keung have a kitchen facility on the

7   premises?

8   A    Yes.

9   Q    Yes, they did.

10         Did they cook meals on the premises for their

11  employees?

12  A    Yes.  But I ate there when I first went there.  Yes, I

13  wait for about a month and then it stopped.

14  Q    Did you bring your own food to Wing Keung?

15  A    I brought my own food, though.

16  Q    Okay.

17         And then there came a time when you were a driver?

18  A    Yes.

19  Q    And you left the premises?

20  A    Yes.

21  Q    And you took something to eat with you?

22  A    Yes; sometimes I eat on the outside, sometimes I just

23  take a moment to eat on the premises.

24  Q    Okay.

25         MS. SPINDLER:  I have no other questions.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 30 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-17   Filed 06/17/15   Page 30 of 128 PageID #: 3158
576

*K. Jun - Cross/Ms. Spindler*                           30

 1          THE COURT:  You can step down.

 2          (Witness leaves the witness stand.)

 3          THE COURT:  I am going to ask, Ms. You, for you to

 4   take 15 minutes so I can take the next case that's here

 5   waiting for you to get your questions together so that you are

 6   asking questions that go to the point of what this hearing is

 7   about.

 8          And if you need to step outside -- could you help

 9   them, Mr. Interpreter?

10          THE INTERPRETER:  They understand.

11          THE COURT:  Do you understand what I'm saying,

12   gentlemen, that she needs to have her questions ready to go.

13   I'm not asking to going to have her going over the questions

14   the way that she was.  So we're going to take a ten-minute

15   break.  You can leave all your things if you want,

16   Ms. Spindler.

17          (A recess in the proceedings was taken.)

18          (In open court.)

19          THE COURT:  Ms. Spindler, are you ready to go?

20          MS. SPINDLER:  I lost my client.

21          THE COURT:  Do you have a phone number you can call?

22   Can we start without him?

23          MS. SPINDLER:  Yes, we can.

24          THE COURT:  Do you want your other client to come up

25   here?

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 31 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 31 of 128 PageID #: 3159
57 of

*C. Tang - Direct/Ms. You*                    31

1          MS. SPINDLER:  Yes.

2          THE COURT:  Okay.  We took a brief break so that I

3    can handle a couple of other matters, and we are back on the

4    record in the record in Tang versus Wing Keung, 14-CV-390.

5          Ms. You, please call your next witness.

6          MS. YOU:  My next witness is Chaohui Tang.

7          (Witness takes the witness stand.)

8          COURTROOM DEPUTY:  Raise your right hand.  State

9    your name for the record.

10          THE WITNESS:  Chaohui Tang.

11          COURTROOM DEPUTY:  Spell your last name.

12          THE WITNESS:  C-h-a-o-h-u-i.  T-a-n-g.

13

14   **CHAOHUI TANG**, called by the Plaintiffs, having been first

15                  duly sworn/affirmed, was examined and

16                  testified as follows:

17

18          THE WITNESS:  All true.

19          COURTROOM DEPUTY:  You can sit.

20   DIRECT EXAMINATION

21   BY MS. YOU:

22   Q    Mr. Tang, tell me from what period of time were you an

23   employee for Wing Keung?

24   A    September 2011 'till September 2013.

25   Q    What was your job duties during employment at Wing Keung?

Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR
*Official Court Reporter*

Case 1:14-cv-00390-JBW-LB    Document 58-17    Filed 11/13/15    Page 32 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB    Document 48    Filed 06/17/15    Page 32 of 128 PageID #: 3160
5784

*C. Tang - Direct/Ms. You*                    32

1    A    I was a miscellaneous worker.

2    Q    Could you describe your daily duties when you worked

3    there?

4    A    I will load vehicle in the morning and I followed the car

5    for whatever businesses.

6    Q    What was the route that you followed?

7    A    The first year was, basically, Buffalo.

8    Q    What about other years?

9    A    Second year, I went to Upstate New York, New Jersey, and

10   Long Island.

11   Q    Could you describe your delivery route to Buffalo?

12   A    We started from our company around 8:00 o'clock in the

13   morning.  I worked 'till the evening, about 9:00 o'clock or

14   so.  I would stay at a motel or hotel out of state and then

15   I'll get up at 8:00 a.m. in the morning the next day and I

16   will make more deliveries.  About 10, 11:00 o'clock in the

17   evening I got back here.

18   Q    Before you started your trip at 8:00 o'clock, did you do

19   some --

20          Did you --

21          Describe what did you do at Wing Keung?

22   A    I would load the items onto the truck.

23   Q    What time did you usually arrive at Wing Keung for the

24   first year?

25   A    About 7:00 a.m.

*C. Tang - Direct/Ms. You*          33

1   Q    For the second day, when you returned from Buffalo, what

2   time did you usually arrive at the business?

3   A    10:00 o'clock, sometimes 11:00, sometimes 9:00.  It

4   varied.

5   Q    After first year, did -- was there any change of the

6   route for the other years.

7   A    No.

8   Q    After the first year, was there any change of the route?

9        THE COURT:  You asked that.  You just asked that.

10  He said, "No."

11       THE WITNESS:  Yes, I'm talking about second year.

12  Q    What was the route for the second year?

13  A    I went to New York or New Jersey.  That's Upstate

14  New York.

15  Q    What time did you arrive at the business for the second

16  year?

17  A    6:00.

18  Q    Would you return the same day?

19  A    Yes, the second year, I could return the same day.

20  Q    What time did you usually arrive at the business for the

21  second year?

22  A    6:00 o'clock.

23  Q    Did you usually clock in, clock out, for the first year

24  delivery?

25  A    Yes, punch in, punch out card.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 34 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 34 of 128 PageID #: 3162
5768

*C. Tang - Direct/Ms. You*                         **34**

1  Q     When you were out of state -- I'm sorry.

2            THE COURT:  Excuse me.

3            How did you punch in and punch out?

4            THE WITNESS:  They just put it on the table.  I

5  punch in when I went to work but I did not punch out the first

6  year.

7            THE COURT:  What is it that he's saying was on a

8  table?

9            THE WITNESS:  It's a machine for you to put your

10  fingerprints on.

11            THE COURT:  And where was the machine?

12            THE WITNESS:  It's right on the sales table.

13            THE COURT:  And it was there when he would arrive at

14  7:00 in the morning?

15            THE WITNESS:  Sometimes it was there, sometimes it

16  was inside.  It was taken inside.

17            THE COURT:  And there was there at 7:00 a.m. when

18  you would arrive?

19            THE WITNESS:  Sometimes, yes, sometimes no.

20            THE COURT:  And when he would get back, was it

21  there?

22            THE WITNESS:  No.  Because by the time I got to the

23  company it was very, very late.

24            THE COURT:  And, in the second year, when he used to

25  arrive at 6:00 and get back at 6:00 p.m., was it the same

*C. Tang - Direct/Ms. You*          **35**

1    machine?

2          THE WITNESS:  Yes.

3          THE COURT:  So it was the same machine with the

4    fingerprints the whole time?

5          THE WITNESS:  Yes.

6          THE COURT:  And it was there at 6:00 p.m. when he

7    would get back?

8          THE WITNESS:  Yes.

9          THE COURT:  Go ahead.

10         MS. YOU:  Okay.

11   EXAMINATION BY

12   MS. YOU:

13   (Continuing.)

14   Q    Was there time for the second year when you would come

15   back at 6:00 o'clock was there a time when the machine was not

16   there?

17   A    Right.  Sometimes it wasn't there.

18   Q    Was the time machinery movable?

19   A    Right.

20   Q    Was the machine ever mounted on the wall?

21   A    No.

22   Q    Who would remove that machine back?

23   A    Somebody at the office.

24         THE COURT:  He saw them remove it?

25         THE WITNESS:  No.  Because once I left work, I don't

*C. Tang - Direct/Ms. You*                         36

1   see it.

2   Q    When you were employed by the Wing Keung, was it always

3   the same machine, or was at some point in time they changed

4   the time recording system?

5   A    It was not changed, it was only one type.

6   Q    I'm going to show you some time records produced by the

7   defendants.

8              THE COURT:  You didn't give these to defendant until

9   now.

10             MS. YOU:  That's a docket submission.  This is

11  defendant's own production.

12             THE COURT:  Are they all marked?

13             MS. YOU:  I'm going to mark them.

14             THE COURT:  And you're just giving them to her now

15  and you have to give a set to the Court and a set to the

16  witness.

17             MS. YOU:  So this is Docket 43.

18             THE COURT:  Excuse me.

19             MS. YOU:  This is Docket 43 in defendant's

20  submission.

21             THE COURT:  It's from the motion that you've

22  submitted as ECF 43.

23             MS. YOU:  They submitted in opposition.

24             THE COURT:  And so which pages are you going to ask

25  questions about.

*C. Tang - Direct/Ms. You*                    37

1        MS. YOU:  This is -- I just want to show him the

2   document that I make a summary because this is --

3        THE COURT:  Again, that's not how this works.  If

4   you're asking him to identify something, you have to show it

5   to him and ask him if he knows what it is.

6        MS. YOU:  Yes, I'm going to show him.

7        THE COURT:  But you have at least a hundred pages of

8   documents in your hand.

9        MS. YOU:  Yes, but I just want to him --

10       THE COURT:  Ms. You.

11       MS. YOU:  I have --

12       THE COURT:  Are you asking for this to be introduced

13  into evidence?

14       MS. YOU:  Yes, your Honor.

15       THE COURT:  So then lay a foundation for the

16  document, see if he knows what it is.

17       Go ahead.  Give the copy to the defendants.  We'll

18  mark it once it's going to go into evidence.

19       MS. YOU:  Your Honor, but this is a party

20  submission.  Party submission.

21       THE COURT:  You are at an evidentiary hearing.  I

22  don't care what was submitted as part of a motion.  If you are

23  going to take several pages and show them to the witness, you

24  needed to have them marked as exhibits, give them to

25  Ms. Spindler so that she could see what it is you're

*C. Tang - Direct/Ms. You*                    38

1   questioning the witness about, and then you have to lay a

2   foundation under the rules of evidence for the admission of

3   that document.

4           MS. YOU:  Yes, your Honor.

5           THE COURT:  Let the record reflect that, Ms. You,

6   are you now taking out exhibit stickers to stick on things?

7           MS. YOU:  Yes.  I'm going to mark this as

8   Plaintiff's Exhibit P-1.  This is a defendant's submission in

9   opposition of plaintiff's motion of plaintiff Tang Chaohui's

10  time record.  And I'm going to show to the witness to identify

11  the time entry made by the plaintiff.

12          Also, the --

13          THE COURT:  Did he create these records?

14          MS. YOU:  No, he didn't create records.  The

15  defendant created this record.

16          THE COURT:  How is he going to authenticate that

17  these are the records?

18          MS. YOU:  There is plaintiff's signature on certain

19  pages.

20          THE COURT:  So show him the pages that you want to

21  have marked as an exhibit.  I don't take 500 pages as one

22  exhibit.  You're going to question him about certain pages,

23  show it to him, ask him if he can identify it.  Make the

24  record.

25          MS. SPINDLER:  Can I see what you have?

*C. Tang - Direct/Ms. You*                    39

1          MS. YOU:  This is Mr. Tang Chaohui's time record and

2     pay stubs.

3          THE COURT:  You brought one copy of these documents?

4          MS. YOU:  Yes, I have one.

5          MS. SPINDLER:  I just want to see.

6          MS. YOU:  I'm asking Ms. Spindler.  She said she had

7     one.

8          MS. SPINDLER:  I don't think counsel should mark the

9     exhibit herself.

10         THE COURT:  Well, again, she could have premarked

11    them and had copies for everybody.

12         Ms. You, present it to your witness and lay the

13    foundation, and then you can see if he can authenticate it and

14    then you can move for it to be admitted.

15         Ms. You.

16         MS. YOU:  Yes.  I'm sorry, your Honor.

17         May I approach the witness.

18         (Approaching the witness.)

19         MS. YOU:  This is a document produced by --

20         THE COURT:  Ms. You, give it to the witness and ask

21    him if he recognizes what this document is.

22    EXAMINATION BY

23    MS. YOU:

24    (Continuing.)

25    Q    Have you ever seen this document?

*C. Tang - Direct/Ms. You*                              **40**

1        THE COURT:  Move away from the witness, please.

2    A    I'm not familiar with it.

3    Q    Okay.  Let's turn to the second page.

4        There is your signature -- there is a signature

5    there, do you recognize this signature?

6    A    Yes.

7    Q    Okay.  Under what circumstances?

8        THE COURT:  Whose signature is it?

9    Q    Whose signature is it?

10   A    That's my signature.

11   Q    Under what circumstances you signed this document?

12   A    You know, if I didn't sign this paper, I would not get

13   paid.  I don't even know what it's written on right now.

14   Q    How often did you sign this document?

15       THE COURT:  Again, you're going to take this

16   document back.  He says he doesn't know what this document is.

17   This is not a way to get something into evidence.  You can ask

18   him questions but the document can't be authenticated through

19   this witness.

20       (Approaching the witness.)

21       THE COURT:  This is what preparation is for.  If you

22   would have sat down with your witnesses and gone over these

23   matters before you brought them into court.

24       MS. YOU:  Yes, your Honor.  I'm sorry, your Honor.

25   This is just submission by the defendant to show the time

*C. Tang - Direct/Ms. You* 41

1  record of the plaintiffs and I understand it's a huge volume.

2          THE COURT:  Again, ask your witness questions.  He

3  already said that he doesn't know what this document is.  He

4  said that this is his signature but that's all he knew.  So go

5  ahead and ask questions not about the document because he

6  can't authenticate the document for you.

7          MS. YOU:  I'm going to ask the witness to compare

8  the summaries.

9          THE COURT:  No.  You prepared these summaries, they

10 have nothing to do with anything that was prepared while he

11 was working for the defendants.

12         Ms. You, ask questions, like, "How did you get paid,

13 sir?"

14         How did you get paid?

15         THE WITNESS:  Monthly salary.

16         THE COURT:  In cash?

17         MS. YOU:  Your Honor --

18         THE WITNESS:  Half by cash, half by check.

19         THE COURT:  And when you got paid in cash, did you

20 have to sign something?

21         THE WITNESS:  Yes.

22         THE COURT:  And when you had to sign something, did

23 you look at what you were signing.

24         THE WITNESS:  They wrote it in English, I wouldn't

25 know.

Case 1:14-cv-00390-JBW-LB  Document 58-17  Filed 11/13/15  Page 42 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB  Document 48  Filed 06/17/15  Page 42 of 128 PageID #: 3170
57/24

*C. Tang - Direct/Ms. You*                                    42

1          THE COURT:  So every month you had to sign something

2     and you had no idea what you were signing?

3          THE WITNESS:  I did not know.

4          THE COURT:  And did you just sign it once a month.

5          THE WITNESS:  Yes.

6          THE COURT:  So your document there, is it every

7     month, once a month?

8          MS. YOU:  It's weekly.

9          THE COURT:  It's weekly.  So it's not what he's

10    saying that he signed once it a month.

11    EXAMINATION BY

12    MS. YOU:

13    (Continuing.)

14    Q    What did you sign once a month?

15          What kind of document did you sign once a month?

16    A    I don't know.  Whenever they issue the salary to me, they

17    asked me to sign, I signed it.

18    Q    So you signed the document once a month?

19    A    Right.

20    Q    How many pages did you sign each month?

21    A    Like four, four pieces including the cash that will be

22    five.

23    Q    So you signed five pages of documents when you got paid?

24    A    Right.

25    Q    Did you know what contained -- do you know what kind of

*C. Tang - Direct/Ms. You*                    43

1    five-page document you were signing?

2    A    I did not know.

3    Q    Was there any documents in Chinese?

4    A    No.

5    Q    During your employment for the second year, how many

6    times did you get off?

7         How many times did you leave for the day before

8    4:00 o'clock?  Some time around 3:00 to 4:00?

9         THE INTERPRETER:  The first year did you say?

10        MS. YOU:  Second year.

11   A    Very rare, but mostly after 4:00.

12   Q    As you recall, how is it possible you leave for the day

13   three times or four times around the 3:00 o'clock to

14   4:00 o'clock?

15        THE COURT:  What are you talking about?

16        MS. SPINDLER:  Objection.

17        THE COURT:  Ms. You, I don't even know what year

18   you're talking about.

19        MS. YOU:  For the second year.

20        THE COURT:  What year is this?  The second year that

21   he was employed, what year there should be a chronological

22   year.

23        MS. YOU:  2012 --

24        (A brief pause in the proceedings was held.)

25        THE COURT:  Ms. You, we cannot keep going like this.

*C. Tang - Direct/Ms. You*                          **44**

1   It's not fair.

2             MS. YOU:  Yes, your Honor.

3             THE COURT:  Ask questions.

4             MS. YOU:  Yes, I will.

5   EXAMINATION BY

6   MS. YOU:

7   (Continuing.)

8   Q    When you say, "It's very rare," you can get off for the

9   day for the second year when you were employed by the

10  Wing Keung, how you define rare.

11            How many times a week you might leave before

12  4:00 o'clock?

13            MS. SPINDLER:  Objection to the question.

14            THE COURT:  I agree.  That's not going to help us

15  here.

16            You want to ask about his meal breaks now since you

17  asked the other person about meal breaks?

18            MS. YOU:  No.

19            THE COURT:  You don't want to ask about meal breaks.

20  EXAMINATION BY

21  MS. YOU:

22  (Continuing.)

23  Q    If you leave before 4:00 o'clock --

24            THE COURT:  Do you have a date in mind that you're

25  asking him a question about?

*C. Tang - Direct/Ms. You*                    **45**

1     MS. YOU:  Right.  It's the second year for the

2   employment from the not to have --

3     THE COURT:  Again, you're not testifying.  I'm

4   asking you to ask specific questions.

5   EXAMINATION BY

6   MS. YOU:

7   (Continuing.)

8   Q    Could you tell me again from what period of time you

9   started one-day delivery?

10     THE COURT:  Excuse me.  I don't understand the

11   question.

12     MS. YOU:  It's one-day delivery.  One-day delivery

13   for a route.

14     THE COURT:  I'm sorry, I don't understand what

15   you're asking.  I don't understand it in English, so I doubt

16   he will understand it in Chinese.

17     MS. YOU:  Right.

18   EXAMINATION BY

19   MS. YOU:

20   (Continuing.)

21   Q    So for the first year...

22     THE COURT:  I'm giving you another two minutes to

23   ask questions of this witness and then it's going to be

24   Ms. Spindler's turn.  We're just wasting time.  You're not

25   prepared you don't have your questions.

*C. Tang - Direct/Ms. You*                    46

1          MS. YOU:  I am prepared.

2          THE COURT:  You are not prepared, Ms. You.

3    EXAMINATION BY

4    MS. YOU:

5    (Continuing.)

6    Q    So you testified during employment what was the --

7          MS. YOU:  Let me start the question.

8    Q    Tell me, for what period of time you were employed by

9    Wing Keung?

10         MS. SPINDLER:  Objection, it was asked and answered.

11         THE COURT:  He said he was employed from

12   September 2011 to September 2013.

13   Q    So what did you do for the year 2012?

14   A    I work in the company.

15   Q    What kind of route you make delivery?

16   A    I run the route of New York State and New Jersey state.

17   Q    When you returned on the same day from that deliver

18   route?

19   A    The second year, yes.  Not the first year.

20   Q    The next line of questioning we'll limit to that delivery

21   route when you were employed by Wing Keung.

22         Do you understand me?

23         THE COURT:  I don't understand what you said.

24   Q    So the question is:  For that delivery route, how often

25   would you leave for the day before 4:00 o'clock?

*C. Tang - Direct/Ms. You*      47

1    A    The company we work for, we were not allowed to leave

2    before 4:00 p.m.

3    Q    Would you be able to clock if you left before

4    4:00 o'clock?

5    A    I couldn't.

6    Q    Why you couldn't?

7    A    Because the machine was taken inside the office.

8         THE COURT:  "Before 4:00 o'clock," you asked?

9         MS. YOU:  Before 4:00 o'clock, yes.

10   Q    So how you describe --

11        How would you describe if a time record showed you

12   always leave before 4:00 o'clock.  Sometimes two or three days

13   per week.

14        THE COURT:  I'm sorry, that is not asking a

15   question.

16   Q    So if you believe it's true --

17        THE COURT:  Again, what he believes is not relevant.

18   Q    So let's talk about your first overnight delivery, right,

19   to Buffalo.

20        Were you not able to clock in before you -- because

21   you stay out -- you stay overnight on the delivery route.  Did

22   anybody call you or confirm with you about what time you

23   arrive at Buffalo?

24   A    No.

25   Q    Thereafter, you left for the second day when you

*C. Tang - Direct/Ms. You*                48

1   returned, did anybody confirm with you at what time you left

2   Buffalo and come back to New York?

3   A    No.

4   Q    When you made this two-day delivery to Buffalo, New York,

5   on your way to return, were you stopped in New Jersey at some

6   point?

7   A    The last day before we returned, we would add fuel in

8   New Jersey.

9   Q    Were you required to add fuel in New Jersey?

10           THE INTERPRETER:  Were you what?

11           MS. YOU:  Were you required?

12           THE COURT:  Are you saying required?

13           MS. YOU:  Required to add fuel.

14   A    Yes, because that would be the closest to the company

15   before we filled up the tank for the car.

16   Q    Do you know which gas station you --

17           THE COURT:  Enough.  This is not going to whether

18   the records are valid or invalid.

19           Please move on.  We have another witness and they

20   have to be able to cross-examine.  You have to move on.

21           MS. YOU:  Just one more question, your Honor, about

22   this gas because they provide a lot of gas receipts.

23           THE COURT:  And what does that have to do with

24   clocking in and clocking out?

25           MS. YOU:  That's about what time they actually

*C. Tang - Direct/Ms. You*                              49

1   returned to New York.

2          THE COURT:  Ask a question and then we're done.

3   EXAMINATION BY

4   MS. YOU:

5   (Continuing.)

6   Q     Do you recall at which gas station you usually add gas?

7   A     We usually like to get to the last stop in New Jersey

8   before we came back over.

9   Q     After you add the gas --

10          THE COURT:  That was your last question?

11          MS. YOU:  I'm sorry, just one more.

12          THE COURT:  Ms. You, this has nothing to do with the

13   issue that we're here about.

14          MS. YOU:  Okay, your Honor.

15          THE COURT:  Can you please keep your focus on

16   whether or not the records are valid or invalid.  Where he

17   stopped for gas is not going to prove that they're valid or

18   invalid.

19          Is this it for this witness and is it now

20   Ms. Spindler's turn?

21          MS. YOU:  Your Honor, that's it for this witness.

22          THE COURT:  Thank you.  Ms. Spindler.

23   CROSS-EXAMINATION

24   BY MS. SPINDLER:

25   Q     Mr. Tang, did you give a declaration in this case?

*C. Tang - Direct/Ms. Spindler*          **50**

1          Did you sign a declaration in this case?

2   A    You mean when I was receiving payment?

3          THE COURT:  No.

4   Q    No.  I'm going to show you something.  Do you recognize

5   that -- those papers?

6   A    I don't know.  What is it.

7          THE COURT:  Show him the last page.

8   Q    I'm going to show you Page 5.  Do you recognize the

9   signature on that page?

10  A    I recognize it.

11  Q    Okay.

12         THE COURT:  Who signature is it?

13  A    But what does that mean, though.

14  Q    Do you know whose signature that is?

15  A    Mine.

16  Q    Okay.

17         And when you signed your name to this page, were

18  these pages also attached to the paper you signed?

19  A    Yes.

20  Q    And did you read this declaration?

21  A    I don't know English.

22  Q    Okay.  Did anybody translate it for you?

23  A    This one?

24  Q    Yes.

25  A    I think that it was translated.

*C. Tang - Direct/Ms. Spindler*        51

1  Q    Okay.  And were the pages that are marked Exhibit A

2  attached to it as well and Exhibit B.

3  A    No, I don't have any, you know, what timing like getting

4  to work at 10:00 a.m.

5  Q    Were these pages attached to your declaration when you

6  signed it?

7  A    Let me ask you a question.  Does this material come from

8  my lawyer or did it come from you?

9         THE COURT:  Again, sir, you have to answer her

10  questions.

11         THE WITNESS:  I don't know English, so I don't know

12  whose material this is.  I cannot answer.

13         THE COURT:  That's not what the question is.  The

14  question is:  Was this material given to you for you to sign

15  and was it translated?

16         THE WITNESS:  I just know the timings are not

17  correct.

18         THE COURT:  That's not what the question was, sir.

19         The question was:  Were these documents attached to

20  what you signed?

21         THE WITNESS:  I don't think so.

22         THE COURT:  Has this been given to Ms. You?

23         MS. SPINDLER:  It's her declaration, she filed with

24  the Court.

25         THE COURT:  But are you putting it into evidence as

*C. Tang - Direct/Ms. Spindler*          **52**

 1   part of this -- again, the two of you are --

 2          MS. SPINDLER:  Not yet.

 3          MS. YOU:  I am going to redirect with respect to

 4   this document.

 5          THE COURT:  Excuse me?

 6          MS. YOU:  I'm going to redirect with respect to this

 7   document.

 8   EXAMINATION BY

 9   MS. SPINDLER:

10   (Continuing.)

11   Q    Mr. Tang, you testified just now that you were employed

12   by Wing Keung from 2011 to 2013; is that correct?

13   A    Yes.

14   Q    Okay.

15          If I read Paragraph 3 of this declaration, that you

16   identified your signature to.

17          "From 2009 to 2012, I worked as a mover and laborer

18   on the trucks which make cross-state deliveries."

19          Now, did you work for Wing Keung from 2009 or to

20   2011?

21   A    2011.

22   Q    Okay.

23          Next sentence:  "The most distance place where I

24   delivered goods to was Buffalo, New York."

25   A    Correct.

Case 1:14-cv-00390-JBW-LB  Document 58-17  Filed 11/13/15  Page 53 of 128 PageID #:
5785
Case 1:14-cv-00390-JBW-LB  Document 48  Filed 06/17/15  Page 53 of 128 PageID #: 3181

*C. Tang - Direct/Ms. Spindler*　　　　53

1　Q　Where is Buffalo, New York?

2　A　It was like seven, eight hours -- about five, six hours

3　close to Albany.

4　Q　Okay.  Did you go to Buffalo through Pennsylvania?

5　A　That I'm not certain because I'm just a miscellaneous

6　worker.  I don't know anything else.

7　Q　When you say, "Buffalo," could it have been Binghamton?

8　A　Binghamton.  That only concerns where the driver is.  It

9　has nothing to do with me.

10　Q　Did you stay overnight in Binghamton, New York?

11　A　That is really up to the driver.  I have no say to that.

12　Q　What deliveries did you make to what restaurant in

13　Buffalo?

14　A　I don't know and care about anything.  It's up to the

15　driver.  I just take the machine up and down.

16　Q　What hotel or motel did you stay in in Buffalo?

17　A　I don't know.  Only the driver would know where it was.

18　I don't know the name or where.  As soon as I get onto the

19　bus, onto the truck, it's all up to the driver.  I only know

20　how to take it up and down.

21　Q　Who was the driver you accompanied?

22　A　Last name Woo.

23　Q　And would you stay with Mr. Woo?

24　　　　THE COURT:  This is beyond the scope of direct.

25　　　　MS. SPINDLER:  Okay.

*C. Tang - Direct/Ms. Spindler*                    **54**

1          THE COURT:  So I don't know where you're going with

2    this but we really do want to focus on the records issue.

3    EXAMINATION BY

4    MS. SPINDLER:

5    (Continuing.)

6    Q     Were you able to clock out after 4:30 p.m. at the offices

7    of Wing Keung?

8    A     Yeah, the second year.  By the time I got back after

9    4:00 o'clock, I was able to.

10   Q     So, the second year, you were always able to clock out

11   after 4:00 p.m. no matter what time you got back?

12   A     Unless it's very late and that machine is not there.

13   Q     And when you came back to Wing Keung with -- return with

14   the driver you accompanied?

15   A     Right.

16   Q     Did that driver come back with money to bring into

17   Wing Keung?

18   A     That I don't know.

19   Q     Did you see the driver go into the warehouse upon his

20   return?

21   A     Whenever they come back, the driver usually go into the

22   office.

23   Q     And did you go into the office with him?

24   A     No.

25   Q     But you could have gone into the office with him, yes?

*C. Tang - Direct/Ms. Spindler*                    **55**

1        MS. YOU:  Objection, calls for speculation.

2        THE COURT:  I will allow it.

3   A    That's for office business.  We are just workers.

4   Q    If the driver went in?

5        THE COURT:  Again, I'm going to ask you to move on.

6   This is beyond -- there was no talk on direct about the

7   drivers.  We really didn't get talk about the drivers, so,

8   please, focus on what was raised on direct.

9        MS. SPINDLER:  Okay.

10  Q    Did the driver clock out for you as well as himself upon

11  his return?

12  A    Yes.  The first year, by the time I come back, usually,

13  11:00 o'clock almost midnight, I didn't get to clock out.

14  Q    No.

15       But you said the driver clocked out for you.

16  A    Did the driver still.

17       MS. SPINDLER:  Nothing else.

18       THE COURT:  I want to clarify.

19       You said:  I think that the driver could clock out

20  for you.  Is that what happened?

21       THE WITNESS:  No, he couldn't.

22       THE COURT:  Only you could clock out for yourself?

23       THE WITNESS:  Right.

24       THE COURT:  And you didn't clock out for yourself

25  the first year?

*C. Tang - Direct/Ms. Spindler*          **56**

1      THE WITNESS:  Because I returned very late and the

2  clock wasn't there anymore.

3      THE COURT:  But the second year you could clock out?

4      THE WITNESS:  Because that's the second year where I

5  did not run to Buffalo.

6  EXAMINATION BY

7  MS. SPINDLER:

8  (Continuing.)

9  Q    But you said that when you came back from your Buffalo

10  route, the driver went into the warehouse and you stayed

11  outside; correct?

12      THE INTERPRETER:  You said, "Went into the office?"

13  Q    The driver went into the office.

14  A    Right.

15  Q    Right.

16      And if he went in, but you didn't, how do you know

17  the time clock wasn't there?

18  A    Usually, they just left it on the table.  But by the time

19  we came back, it was gone.

20      THE COURT:  On the table where?

21      THE WITNESS:  It was a table right outside the

22  window of the office.

23      THE COURT:  Was it ever inside the office?

24      THE WITNESS:  It was possible that it was kept

25  inside.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 57 of 128 PageID #: 5780

1   Q    Did you ever complain to anybody at Wing Keung that your

2   pay was not -- was less than it should have been?

3   A    Of course it was low because I spent a lot of time

4   running around.

5           THE COURT:  That's not the question.  Did you ever

6   complain you're not being paid correctly?

7           THE WITNESS:  No, I did not.

8   Q    And when you saw -- you got your pay once a month and you

9   signed these five slips of paper.  Were any of these

10  papers -- did they list the days and times that you were

11  working?

12  A    Even if they was written, you know, I couldn't get paid

13  unless I signed for it even if they were fake.  If I knew it

14  was fake, I still have to sign it.

15  Q    Did you look at those records that were being given to

16  you?

17  A    Generally, no, because if I don't sign I don't get paid.

18  Q    You left -- what papers did you take with you when you

19  went home?

20  A    Just four checks.  Four checks for the month plus the

21  cash.

22  Q    And did those checks tell you how many hours you had

23  worked and how many hours you were getting paid for and how

24  many hours for overtime?

25  A    Like I say, even it's written there if I don't sign it,

*C. Tang - Redirect/Ms. You*                                    58

1   they wouldn't have paid me.

2   Q    Did you ever have a conversation with anyone?  Did

3   anybody ever refuse to pay you if you didn't sign?

4   A    No, but I would not have tried it anyway.

5   Q    Do you have any notes or records of your own to show what

6   hours you worked?

7   A    It's only in my heart and in my head.

8           MS. SPINDLER:  Nothing further.

9           MS. YOU:  Redirect.

10          THE COURT:  Very quickly because we have two more

11  witnesses at least.

12          MS. YOU:  May I see the declaration?

13  REDIRECT EXAMINATION

14  BY MS. YOU:

15  Q    Because the defendant's attorney show you the

16  declaration.  Have you signed any documents submitted to the

17  Court for this action?

18  A    I did.

19  Q    As far as you recall, how many times did you sign these

20  documents?

21  A    Twice.

22  Q    How did you sign those documents, in which way?

23          THE COURT:  I don't know what that means.  How else

24  do you sign but with a pen?

25          MS. YOU:  Okay.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 59 of 128 PageID #:
5781
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 59 of 128 PageID #: 3187

*C. Tang - Redirect/Ms. You*                                    59

1          THE COURT:  Ask another question.  How did you sign

2    the document.  How do you sign.

3    EXAMINATION BY

4    MS. YOU:

5    (Continuing.)

6    Q    Did your attorney explain the document's content to you?

7    A    Yes, she did.

8    Q    In which way did she explain the content of documents to

9    you?

10   A    She asked me what the situation was and I talk and she

11   record to.

12   Q    Was those explanation by phone or in person?

13   A    Face to face.

14   Q    Did you review the time record that was submitted by the

15   defendant shown as your time record?

16   A    I told -- I reviewed it and I told the lawyer, I think my

17   lawyer forgot to change it to 2011.

18   Q    Did you sign the submission to the Court in person or by

19   other way?

20   A    No.

21   Q    Did you sign this document by fax or in person?

22   A    I personally signed it.

23          MS. YOU:  Can I approach the witness to show the

24   document?

25          THE COURT:  What is it that you want to ask him?

*C. Tang - Redirect/Ms. You*                    60

1          MS. YOU:  There's a fax number on the top of the

2     page.

3          THE COURT:  So you're discrediting your own witness?

4          MS. YOU:  No, I just want to refresh his own memory.

5          THE COURT:  No, he said he signed it in person.  You

6     don't get to refresh his recollection.

7          MS. YOU:  Does this refresh your memory.

8          THE COURT:  No.  He answered your question.  He

9     didn't say, I don't remember.  You can only refresh when he

10    doesn't remember.  You can't change his testimony because he

11    said the wrong answer.

12    Q    In your submission to the Court, did you state that the

13    time machine was inaccessible by office staff?

14         THE COURT:  I don't understand what you just said,

15    Ms. You.

16    Q    In your submission, in the documents that you submitted

17    to the Court, did you state that the time machine was rendered

18    inaccessible by the office staff?

19    A    I don't understand.

20    Q    Just rendered inaccessible by the office.

21         Did you state in the statements submitted to the

22    Court that some times you just cannot punch the records

23    because the office --

24         THE COURT:  Excuse me, there has to be a question.

25         Anything else?

*Colloquy*                                                61

1          MS. YOU:  Nothing further.

2          THE COURT:  Very good.  You may step down, sir.

3          (Witness leaves the witness stand.)

4          THE COURT:  Call your next witness, Ms. You.

5          MS. YOU:  I'm going to call Mr. Chan.

6          (Witness takes the witness stand.)

7          THE COURT:  Do you speak English?

8          THE WITNESS:  Yes, I do.

9          THE COURT:  So you have a break, sir, but you have

10    to translate for them.

11          So if you could sit by them give us one moment.

12          Gentlemen, the translator is going to sit with you

13    so that you can understand his testimony, okay?

14          After we swear him, can you get a bottle of water?

15          MS. SPINDLER:  Can my clients come closer so they

16    can understand.

17          THE COURT:  Yes, of course.  They can sit at the

18    back table so they can hear the interpreter.

19          MS. SPINDLER:  At that table.

20          THE COURT:  And you can pull the other chair.

21          COURTROOM DEPUTY:  Please stand and raise your right

22    hand.

23          THE WITNESS:  Simon Chan.

24          COURTROOM DEPUTY:  Raise your right hand.

25

*S. Chan - Direct/Ms. You*          62

1   SIMON CHAN, called by the Plaintiff, having been first duly

2                    sworn/affirmed, was examined and testified as

3                    follows:

4            THE WITNESS:  Yes, I swear.

5            COURTROOM DEPUTY:  You can sit.

6            THE WITNESS:  Thank you.

7   DIRECT EXAMINATION

8   BY MS. YOU:

9   Q    Mr. Chan, describe your employment -- describe your job

10  title with the Wing Keung?

11  A    I'm the general manager.

12  Q    Describe your daily job duties?

13  A    Book keeping, accounting, A/P, accounts payable, accounts

14  receivable.  Pretty much everything in the office.

15  Q    Did you personally supervise the plaintiffs' job?

16  A    No.

17  Q    So you testify you actually did bookkeeping at

18  Wing Keung; is that correct?

19  A    Yes.

20  Q    What kind of bookkeeping job did you do?

21  A    I just indicated accounts payable, accounts receivable.

22  Q    I'm sorry.

23  A    Accounts payable, accounts receivable.

24  Q    Accounts receivable.

25            How about time records and pay records?

*S. Chan - Direct/Ms. You*                63

1   A    Yes, I take care of that as well.

2   Q    So you are familiar with the time record and the pay

3   practice of the Wing Keung; is that correct?

4   A    Yes, I made it.

5   Q    I have some documents premarked as Plaintiff's Exhibit

6   P-1 that I'm going to show you.

7   A    Okay.

8            (Approaching the witness.)

9   Q    Please take a look at that document.

10           Could you tell me what's the document you're looking

11  at?

12  A    This is the payroll records for all -- for Chaohui Tang.

13  Q    Did you submit the document to the Court?

14  A    Not yet.  I don't think so.  Right, Gail?  I'm not sure.

15           THE COURT:  Only if you know.  Only answer what you

16  know.

17           THE WITNESS:  I don't know.

18  Q    So you don't know, okay.

19           But do you think they're a true copy of the

20  Wing Keung 's time record for the plaintiffs?

21           Do you think that's the true copy?

22           THE COURT:  Do you recognize them as an accurate

23  copy --

24           THE WITNESS:  Yes.

25           THE COURT:  -- of the payroll?

*S. Chan - Direct/Ms. You*                          **64**

1   Q     Of the plaintiff, Chaohui Tang.

2   A     If this is what my lawyer gave you have, yes, because I

3   gave her a copy of my original.

4   Q     So you believe that's an accurate record of plaintiff,

5   Chaohui Tang; is that correct?

6   A     Yes.

7   Q     I'm going to give you another document that is marked as

8   Exhibit P-2.

9             THE COURT:  No, I'm not going to allow your summary.

10   The summary has nothing to do with what he created.

11            MS. YOU:  Your Honor, I'm going to request that that

12   document be admitted into evidence.

13            THE COURT:  Is there any objection?

14            MS. SPINDLER:  No, your Honor.

15            THE COURT:  So it's Document No. 1?

16            MS. YOU:  P-1.

17            THE COURT:  No, what I'm saying is what is the ECF

18   document you are taking this from?

19            MS. YOU:  43, Exhibit C.

20            THE COURT:  Okay.  So it's ECF 43, Exhibit C, and

21   it's Plaintiff's 1.  And the reason I'm why asking that is to

22   make clear on the record, Ms. You, you did not come with

23   multiple copies of the document.  Ms. Spindler does not have a

24   copy of what has been given to the witness.  I'm not allowing

25   the summaries.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 65 of 128 PageID #:
5797
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 65 of 128 PageID #: 3193

*S. Chan - Direct/Ms. You*                                    **65**

1    MS. YOU:  I'm going to show him.

2    THE COURT:  What?

3    MS. YOU:  Show the witness this document.

4    THE COURT:  What is that document?

5    MS. YOU:  This is document just so he can compare

6    this document.

7    THE COURT:  What is that document?

8    MS. YOU:  This is the summary of the --

9    THE COURT:  Who prepared the summary?

10   MS. YOU:  I prepared it.

11   THE COURT:  Then you cannot.

12   MS. YOU:  The Federal Rules of Evidence allow

13   summaries.

14   THE COURT:  I'm not allowing it.  You didn't give it

15   to anybody before the hearing, I'm not allowing it.  We're not

16   comparing the chart that you prepared to hundreds of pages of

17   documents.

18   MS. YOU:  Okay, your Honor.

19   THE COURT:  We are not doing that now.

20   MS. YOU:  That's fine.

21   (Plaintiff's Exhibit P-1, ECF Docket Entry 43,

22   Exhibit C, was received in evidence as of this date.)

23   THE COURT:  Ms. You, let me be clear on the record.

24   Had you asked the Court prior to the hearing that there was a

25   summary that you were preparing so everybody could look at

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 66 of 128 PageID #:
5798
Case 1:14-cv-00390-JBW-LB   Document 48-7   Filed 06/17/15   Page 66 of 128 PageID #: 3194

*S. Chan - Direct/Ms. You*                                          66

1    that summary and make sure that all of the records that you're

2    saying were summarized were accurate, there could be a pay it

3    introduce such evidence.  But this is not the time to give a

4    document you prepared with hundreds of pages of documents to

5    compare it to.  Nobody is going to take your summary on the

6    fly as an accurate statement of what the records show.

7    EXAMINATION BY

8    MS. YOU:

9    (Continuing.)

10   Q    Let's look at document I hand to you.  On the top of

11   document, there is page I.D.  Let's go to the 2076 page I.D.

12   on the top of it the right corner.

13   A    (Complying).  Could you repeat that.

14            THE COURT:  2076 and you don't have a copy for

15   Ms. Spindler or the Court.  Ms. You.

16            MS. YOU:  Yes.

17            THE COURT:  Ms. You, never come to a court hearing.

18            MS. YOU:  Right.

19            THE COURT:  With just one copy of something that you

20   plan to question a witness on.  It's unbelievable that this is

21   what you did.  This was your chance to prove something and you

22   came with one copy.  It's not her's, it's yours.  Continue on.

23            MS. YOU:  I just want to tell her it's Docket 43 and

24   page number is 2076.

25            MS. SPINDLER:  I already wrote it down.

*S. Chan - Direct/Ms. You*                                    67

1              MS. YOU:  Thank you.

2      EXAMINATION BY

3      MS. YOU:

4      (Continuing.)

5      Q     So, looking at the time record showing on this page, are

6      you following me?

7      A     Yes.

8      Q     It's 2076?

9      A     Yes.

10     Q     And there is out time, you would say, 4:02 p.m., did you

11     see that now?  Out.  And 4:00 p.m., and the 7:47 p.m., and the

12     4:54 p.m.  This time did you look at it?

13     A     Yes.

14     Q     There's some number with plus sign.  Could you explain to

15     me what plus sign means?

16     A     Plus sign is manual inputs.

17     Q     I'm sorry?

18     A     Manual inputs.

19     Q     Who manual?

20     A     I would manually input it.

21     Q     You?  You did that?

22     A     Yes, the plus sign is manual inputs.

23     Q     Who would do that?

24     A     I would do it.

25     Q     You would do it?

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 68 of 128 PageID #:
Case 1:14-cv-00390-JBW-LB   Document 48-5   Filed 06/17/15   Page 68 of 128 PageID #: 3196
5800

*S. Chan - Direct/Ms. You*                    68

1    A    Yes.

2    Q    Anybody else did that beside you?

3    A    Besides me, there would be my assistant, Ms. Wong, and

4    then another one, my cousin, he's also he works with me.

5    Q    What is the name of your cousin?

6    A    Steven Chan.

7    Q    Steven Chan?

8    A    Yes.

9    Q    What's the other person, I'm sorry, could you repeat?

10        THE COURT:  Steven Chan and Ms. Wong.

11        Go ahead.

12        MS. SPINDLER:  May I ask what week this is for that

13   you're looking at?

14        THE WITNESS:  This is for the week of October 1,

15   2011, to October 7, 2011.

16        MS. SPINDLER:  Okay.

17        THE COURT:  And who is the record for?

18        THE WITNESS:  Chaohui Tang.

19   EXAMINATION BY

20   MS. YOU:

21   (Continuing.)

22   Q    When you manually input 4:00 p.m., what was the basis you

23   further that time entry?

24   A    When the drivers come back from the delivery.

25        THE COURT:  Slow down.

*S. Chan - Direct/Ms. You*                    69

1        THE WITNESS:  When the drivers come back from the

2   delivery, they would hand back a cover sheet.  The cover sheet

3   would state what time they come back.

4   Q     What kind of cover sheet you mention?

5   A     I don't have a copy for you.

6   Q     So what is the purpose of the cover sheet?

7        MS. SPINDLER:  Objection.

8   Q     What is the purpose of the cover sheet?

9   A     The cover sheet, the purpose is, it shows the summary,

10  not a summary, they receive, like, a total of invoices on the

11  route including the driver's name, the helper's name, the

12  date, what route number they are on, the date run.  Any

13  returns, any missing items.  The start time, the end time, and

14  the mileage if they remember to enter it.

15  Q     So it's your testimony you always enter the time with the

16  plus sign according to the cover sheet; is that correct?

17  A     Not always.  Sometimes the driver and the things they

18  don't fill it out, so we would use either the driver's name

19  because they return at the same time.  They return at same

20  time, they leave at same time.  We use the driver's time, his

21  sign out.  If we don't have both the information then I'll ask

22  the employee, not employee, employer, I'm the employer, I'm

23  sorry.  The employee directly.

24        THE COURT:  Let me ask.  You're saying that the

25  driver would be told to hand in a cover sheet --

*S. Chan - Direct/Ms. You*      *70*

1     THE WITNESS:  Yes.

2     THE COURT:  -- and that the cover sheet would say

3  the start time and the end time.

4     THE WITNESS:  Of the route.

5     THE COURT:  And if they gave you that cover sheet,

6  you would input that time for both the driver and for the

7  person who loaded the truck who was not the driver?

8     THE WITNESS:  Not both the driver.  Just only if

9  they didn't punch out themselves.

10     THE COURT:  If the driver didn't punch out or the

11  assistant like these gentlemen?

12     THE WITNESS:  Anybody.  If the driver didn't punch

13  out or the assistant.

14     THE COURT:  So you used the cover sheet to put a

15  punch-out time?

16     THE WITNESS:  Yes.

17     THE COURT:  And so, it was an override for the

18  identification system that you had?

19     THE WITNESS:  No, only when it was blank.

20     THE COURT:  Excuse me.

21     THE WITNESS:  It's an override.  Because if it's

22  blank it would show a question mark instead, so I would have

23  to manually input that time.

24     THE COURT:  And so, how often did you have to

25  manually input time?

*S. Chan - Direct/Ms. You*                                      71

1        THE WITNESS:  It really depends.  Sometimes.  Maybe

2   sometimes a lot of drivers keep forgetting when they punch

3   out.  Sometimes they forget in the morning, too.

4        THE COURT:  When did you start working at

5   Wing Keung?

6        THE WITNESS:  I'm guessing the end of 2009,

7   beginning of 2010.

8        THE COURT:  And you have been in the same job of

9   doing the payroll records and accounts?

10       THE WITNESS:  Yes.

11       THE COURT:  And did the payroll system change over

12  the course of the time that you were there.

13       THE WITNESS:  Yes.

14       THE COURT:  And so, can you speak to what the first

15  system was and when it was changed, and what the second system

16  was.

17       THE WITNESS:  Okay.  When I first went into the

18  company, I saw that our payroll system, not payroll system,

19  but the sign-in sign-out machine wasn't that great so I

20  changed it to the fingerprint recognition which it was

21  purchased from Latham, the company Latham.

22       THE COURT:  What was the system when you got there,

23  sir?

24       THE WITNESS:  The system when I got there was a

25  third-party -- some custom made.  It was a computer with just

*S. Chan - Direct/Ms. You*               72

 1    input the I.D. number and the password.  Each employee would

 2    input an I.D. and a password.

 3             THE COURT:  So it wasn't a really time clock with a

 4    punch?

 5             THE WITNESS:  It was just a computer with a keyboard

 6    and monitor and the software is always loaded.

 7             THE COURT:  That was in 2009?

 8             THE WITNESS:  That was 2009.

 9             THE COURT:  And when did you get this Latham system?

10             THE WITNESS:  Once when I started working there

11    maybe, like, two months in.  For time sake, exact dates I

12    don't know.  I don't remember.

13             THE COURT:  But it was 2009.

14             THE WITNESS:  I'm guessing a little later.  2010

15    mostly.

16             THE COURT:  And can you describe that system?

17             THE WITNESS:  That system I purchased from Latham.

18    It's a fingerprint recognition, so, basically, the employee

19    you have to place their finger on to punch in and sign out and

20    it's very simple.

21             THE COURT:  And where did that fingerprint

22    recognition system get placed at the company?

23             THE WITNESS:  On the office counter by the door.

24             THE COURT:  So it's not on a wall?

25             THE WITNESS:  No.

*S. Chan - Direct/Ms. You*                                    73

1          THE COURT:  It's on a table?

2          THE WITNESS:  It's on a counter, yes.

3          THE COURT:  And is it movable?

4          THE WITNESS:  It's movable, yes.

5          THE COURT:  And does it get moved?

6          THE WITNESS:  No.

7          THE COURT:  And what happens when people come back

8    after the office is closed?

9          THE WITNESS:  The office is never closed almost.

10   It's not -- I won't say never.  The office hours are closed

11   after 3:00, 4:00.  What do you call it.  The people stood by.

12   Then we always have staff inside the office until maybe

13   midnight.

14         THE COURT:  So when you say the office closes after

15   3:00 for people, what does that mean?

16         THE WITNESS:  So no one can purchase.  The customers

17   can't come in to purchase more.

18         THE COURT:  So you do both a retail business out of

19   Wing Keung?

20         THE WITNESS:  Yes.

21         THE COURT:  And you are saying the people that the

22   office closes to are not your employees but customers?

23         THE WITNESS:  Customers, yes.

24         THE COURT:  And so, what if these people were

25   driving long shifts?

*S. Chan - Direct/Ms. You*                    74

 1              THE WITNESS:  They would come back, they would buzz

 2    in, and the office would let them in.

 3              THE COURT:  Even if it's midnight?

 4              THE WITNESS:  Yeah, I guess.  It depends.

 5              THE COURT:  Only if you have personal knowledge.

 6              THE WITNESS:  Personal knowledge, it wouldn't.  They

 7    normally close at midnight.  It depends on when the employees

 8    leave.  So I would say 12:30 to 1:00 is the last person, but

 9    I'm not sure.

10              THE COURT:  Ms. You.

11    EXAMINATION BY

12    MS. YOU:

13    (Continuing.)

14    Q     Did you testify when you testified you would verify with

15    the cover page or verify with the employee?

16    A     I verify with the cover page first, and then I verify it

17    with the other sign-ins with the other driver.  So I don't

18    have to bother the employee.

19    Q     Other employee, okay.  So were there any time that you

20    didn't get a verification by punch -- the plus sign time entry

21    anyway?

22    A     No.

23    Q     You never did that?

24    A     No.

25    Q     So you always verify with either cover sheet or with

*S. Chan - Direct/Ms. You*      75

1   somebody; is that correct?

2   A    Yes.

3   Q    Let's look at the plus sign you have on the time record,

4   okay?

5   A    Okay.

6        THE COURT:  A particular page?

7        MS. YOU:  Yes.

8   Q    So let's go to 2076 first?

9   A    Okay.

10   Q    Plus sign is for the October 3, 2011?

11   A    Yes.

12   Q    This employee out at 4:00 o'clock p.m. shift?

13   A    Okay.

14   Q    Then the second day, this employee arrive at the facility

15   at 8:30 a.m. shift?

16   A    Okay.

17   Q    With plus sign?

18   A    Okay.

19   Q    Let's go to the next plus sign.  Of course, this is

20   October 6th.  It's 7:41 a.m.?

21   A    Mm-hmm.

22   Q    Then -- my mistake there is no plus sign, okay.

23        And then the next plus sign is 4:00 o'clock p.m.

24   shift.

25   A    Okay.

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 76 of 128 PageID #:
5808
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 76 of 128 PageID #: 3204

*S. Chan - Direct/Ms. You*                    76

1   Q     Then let's look at October 7th.  This employee arrived at

2   the facility at 8:30 a.m. shift; is that correct?

3   A     Yes.

4   Q     Let's go to the question.  There is a small star sign --

5   A     Okay.

6   Q     -- at some time.  Do you see that?

7   A     Yes.

8   Q     Okay.

9         And, at the top page, there is a -- to the right --

10  there is a tardy.  Did you see that, tardy?

11  A     Yes.

12  Q     What does sign mean?

13  A     You just did it.  It means tardy.

14  Q     It means people tardy; right?

15        Let's go to the next page I.D., 2078.

16        This employee, Ms. Wong, you have plus sign at

17  10:00 o'clock a.m. shift and out at 8:00 o'clock p.m. shift;

18  is that correct?

19  A     Yes.

20  Q     Okay.  Let's go to the October 14th.  It's 10:00 a.m.

21  shift?

22        THE COURT:  No.  This is so meaningless because we

23  don't have the records and you're just reading them off and

24  can you get to what the question is, please, Ms. You.

25  Q     So is it your testimony this employee, Tang, always

*S. Chan - Direct/Ms. You*                          77

1   return from the delivery at 8:00 p.m. shift and left -- I'm

2   sorry, left, I'm sorry, the second that they arrive at the

3   business starting working at 10:00 o'clock a.m. shift?

4   A      No.

5              MS. SPINDLER:  Objection to the question.

6              THE COURT:  I have no idea what you're talking

7   about.

8              MS. YOU:  I will rephrase it.

9   Q      So, based on the record we review, at least the three

10  days, employee Tang always left the job for the day at

11  8:00 o'clock shift and always started work the second day at

12  10:00 o'clock shift; is that correct?

13  A      This is not always because there's other times on the

14  thing that says 9:03 and 6:49 and all these numbers here.

15  Q      I'm sorry.

16  A      There are so many numbers everywhere else.

17  Q      I am talking about the number with the plus sign.

18  A      Yeah, but then you show me other records from before.  It

19  says 4:00 to 8:30.  How is that always, also?

20  Q      Which page?

21  A      The one right before it.

22             THE COURT:  Again.

23  A      Page I.D. 2076.

24             THE COURT:  This is on you because we do not have

25  these records.  So I cannot follow these records and what

*S. Chan - Direct/Ms. You*                                    78

1  you're trying to prove but the witness just said it is not

2  always the same time with the plus record.

3          THE WITNESS:  Well, just comparing these two

4  documents that she just told me to look at.

5          THE COURT:  2076 and 2078?

6          THE WITNESS:  Yeah.

7  EXAMINATION BY

8  MS. YOU:

9  (Continuing.)

10 Q    Did you always punch the record for the employee at a

11 fixed time all the time?

12 A    No.

13 Q    So could you point out on the record which time is

14 different than 8:00 o'clock and 10:00 o'clock?

15         Take your time to review the record.

16 A    Your page I.D. number 2076 that you just told me to look

17 at --

18 Q    2076.

19 A    You said it was 4:00 and 8:30.

20 Q    So you punched the record at 4:00 o'clock, 8:30.  Any

21 other time you punched the with plus sign for the employee?

22 A    Do I have to go through all this?

23         THE COURT:  You don't have to go through all of

24 that.  You can look at pages and point out where she is wrong

25 that it's not 8:30 and not 4:00.

*S. Chan - Direct/Ms. You*                    79

1          THE WITNESS:  There is page I.D. 2156.  There is a

2     6:00 o'clock a.m.

3          MS. YOU:  6:00 a.m.

4          THE COURT:  That has a plus sign?

5          THE WITNESS:  Yes, that's a plus sign.

6     Q    6:00 o'clock.  Any other time?

7     A    Let me look.

8     Q    You have 6:00, 10:00, 8:00, and 4:00.  Any other time

9     entry for the employee?

10    A    You have the 8:30 and you have the 4:00.  You have the

11    10:00 a.m.  You have the 10:00 a.m., you have the 10:00 p.m.,

12    the 4:00 p.m., the 8:30 a.m.  I just stated the 6:00 a.m.

13    There's probably more here.

14         THE COURT:  I don't need any more.  Your testimony

15    is you didn't always punch at the same time and that you were

16    always verified with either a cover sheet or with a driver.

17         THE WITNESS:  There's one more sheet I just found.

18    Page I.D. 2274, the driver returned at 4:15 p.m.

19    Q    I'm sorry, 22?

20    A    2274.

21         THE COURT:  4:15.

22    A    4:15 p.m. with a plus sign.

23    Q    Okay.  This is 3:04 p.m.?

24    A    That's page I.D. 2274.

25         THE COURT:  Ms. You, do you want to ask him about

*S. Chan - Direct/Ms. You*                    80

1   any of the payments made?  How they were paid?

2          MS. YOU:  No, I want to ask the time record first

3   because I think this is about falsified employment record.

4          THE COURT:  And, again, what is your question?

5          MS. YOU:  Okay.

6   EXAMINATION BY

7   MS. YOU:

8   (Continuing.)

9   Q    Let's go to Page 2155.

10  A    (Complying).

11  Q    Okay.  Actually 2156, okay.  The next page, 2156.

12  A    Mm-hmm.

13  Q    Are you looking at it?

14  A    Yes.

15  Q    This is the plaintiff, Tang's, time record.

16         And for this week, Mr. Tang actually left the job

17  before 4:00 o'clock five times, five days, among the six-day

18  period.

19  A    Yes.

20  Q    Did you see that?

21  A    Yes, I see it.

22  Q    So do you think it's usual the employee left --

23         THE COURT:  I don't care what's usual.  I'm just

24  asking you to questions regarding the record.  Are there plus

25  signs on this 2156 record, is that why you're asking about

*S. Chan - Direct/Ms. You*                    81

1   that record?

2           THE WITNESS:  No, there's no plus signs.

3           THE COURT:  So why are you asking about that record?

4   EXAMINATION BY

5   MS. YOU:

6   (Continuing.)

7   Q    So, for the record, you believe based --

8           MS. YOU:  Okay, that's fine.

9   Q    So let's look at the tardy sign also on the same page.

10  6:04 a.m. There is a tardy sign over there?

11  A    Okay.

12  Q    So what was the time supposed for employee to come

13  without this tardy sign?

14  A    It's just -- I set it up as of 6:00 o'clock.

15  Q    So 6:00 o'clock is the time you told the employee to

16  come; is that correct?

17  A    Mm-hmm.

18  Q    So while employee arrives late, there is a tardy sign

19  entered there; is that correct?

20  A    Yes.

21  Q    So the regular hours for plaintiff Tang supposed to

22  arriving at a facility is 6:00 o'clock?

23  A    Not for all days.

24          THE COURT:  Why don't you ask him?  Have you asked

25  him what were the times that the drivers or the assistants

*S. Chan - Direct/Ms. You*                    82

1  were supposed to arrive?  I didn't hear any of those

2  questions.

3  Q    What was the time plaintiff Tang was supposed to come?

4  A    For him specifically?

5  Q    (Nodding)?

6  A    Saturdays -- no, not for him specifically.  For drivers,

7  specifically, at that time --

8  Q    I'm talking about the plaintiff Tang specifically?

9            THE COURT:  If did you don't know, say you don't

10  know.

11            THE WITNESS:  I don't know.

12  Q    So you don't know what Mr. Tang would be required to

13  come?

14  A    I don't know.

15  Q    So you, as a representative of Wing Keung, you did not

16  recall Mr. Tang to come at 6:00 o'clock; is that correct?

17            THE COURT:  He said that he was the bookkeeper and

18  the accountant, he did not supervise the workers.  Why don't

19  you ask him, did he make the schedules for the workers?

20  Q    Did you make the schedule for plaintiff Tang?

21  A    No.

22  Q    Who did you make the schedule for plaintiff Tang?

23  A    That was the manager who took care of the drivers and the

24  workers.

25  Q    What was the name of the manager?

*S. Chan - Direct/Ms. You*                              83

1   A    There was quite a few.  There would be Chen Fen Zhen.  My

2   father, actually, he was the owner of the company, he would

3   take care of the schedule as well.  Keung Chan.

4   Q    So Mr. Chen Fen Zhen made the schedule for the fees like

5   plaintiff Tang; is that correct?

6   A    I'm not sure for him.  I don't know.  I don't know.

7   Q    So when there is a tardy sign over there, you didn't

8   understand what that means for the bookkeeping purpose?

9   A    I didn't state that.

10  Q    So what does that mean?

11  A    It means he's tardy, that's it.

12  Q    So what would happen when the plaintiff's employee --

13  when Mr. Tang was tardy on that day?

14  A    Nothing.

15  Q    Was there any penalty in connection with the tardy?

16  A    No.

17  Q    Was there any deduction of the wage for that tardy?

18  A    He's paid what he came in for.  If he came four minutes

19  late, he's not paid four minutes.  That's right on here.

20  Q    If he was late for 30 minutes, were there any deductions

21  for the pay?

22  A    If you're late 30 minutes, you're deducted 30 minutes.

23  Q    So he would be deducted 30 minutes wage if he was late

24  for 30 minutes; is that correct?

25  A    Not deducted, he wouldn't be calculated for it.

*S. Chan - Direct/Ms. You*                    84

1   Q     He wouldn't be calculated for the time he was --

2         THE COURT:  Okay.  I got it.  If they came four

3   minutes late, they didn't get four minutes of pay.  If they

4   came 30 minutes late, they didn't get 30 minutes of pay.

5   Let's move on.

6         I still don't know if they're paid hourly or weekly

7   or monthly.  I have no idea because you're not asking the

8   questions.

9   Q     Did the employee -- did Mr. Tang get paid on a monthly

10  basis or weekly basis?

11  A     Monthly basis.

12  Q     How much Mr. Tang was paid for month?

13  A     If you're asking me about money I don't know.  It's

14  different every week.

15        THE COURT:  Why is it different?

16        THE WITNESS:  We're on an hourly basis.  So we pay

17  them by the hour and then we have -- we pay them by the month.

18  We pay them one time a month for up to how many Fridays are

19  there in the month.  So if a month had five Fridays, we paid

20  him up to five weeks of time or four Fridays, it would be up

21  to four weeks.

22        THE COURT:  Did they have to sign pay sheets when

23  they got paid?

24        THE WITNESS:  Yes.

25        THE COURT:  How were those pay sheets prepared?

*S. Chan - Direct/Ms. You*        85

1        THE WITNESS:  By the Latham software that came with

2 the program with the machine.

3        THE COURT:  And were they translated into Chinese?

4        THE WITNESS:  No, they don't have a translation.

5 EXAMINATION BY

6 MS. YOU:

7 (Continuing.)

8 Q    Did they actually sign any paper when they get paid?

9 A    Yes.  It's right here.

10        THE COURT:  The pay sheets.  That's what I just

11 asked him.

12 Q    So beside this pages they sign, was there anything else

13 they signed on a monthly basis?

14 A    No.

15        THE COURT:  So that's the only paper they sign?

16        THE WITNESS:  Yes.

17 Q    When they get paid?

18 A    Yes.

19 Q    Was there -- was another monthly statement about how many

20 days those employee worked?

21 A    No.

22 Q    They have -- would they sign something else for the day

23 they take off when they get paid?

24        MS. SPINDLER:  Objection.

25        THE COURT:  Why would you sign something for the day

*S. Chan - Direct/Ms. You*                    86

1   you take?

2          THE WITNESS:  I don't know.

3   Q    You don't know if they didn't sign anything else?

4   A    I don't know what you're talking about.

5   Q    You don't know what I'm talking about?  Okay.

6          THE COURT:  Ms. You, I'm going to ask you to move

7   along.  It's now 5:30, you have one more witness.  She has the

8   right to cross-examine.

9          MS. YOU:  Let he me show you another document.

10          THE COURT:  Ms. You, I'm giving you five more

11   minutes with this witness.

12          Don't be marking anything before I know what you're

13   trying to get in.

14          MS. YOU:  Sure.  This is plaintiff's submission,

15   Docket No. 42, and it's exhibit, I'm sorry, one moment.

16   Exhibit B.

17          THE COURT:  What is it?

18          MS. YOU:  It's a gas receipt and the route A/R

19   invoice.

20          THE COURT:  Why do I need that?

21          MS. YOU:  Because I want to --

22          THE COURT:  Why do I need that?

23          MS. YOU:  Because there is time entry.

24          MS. SPINDLER:  We don't know if this is Mr. Tang's

25   route.  They have how many trucks?  It could be anybody's

*S. Chan - Direct/Ms. You*                              *87*

1    receipt.

2              MS. YOU:  That's okay.  We just want to know.

3              THE COURT:  Again, I'm not allowing it.  Move on.

4              MS. YOU:  No, this is very crucial.

5              THE COURT:  I'm not allowing.

6              MS. YOU:  There's a lot of record --

7              THE COURT:  Ms. You, you are so unprepared.  You are

8    going to give him receipts to look at that he's supposed to

9    verify as if he remembers receipts from 2011?

10             MS. YOU:  That's their submission.  They're supposed

11   to already review it before submitting it.

12             THE COURT:  Again, he's not going to remember what

13   he reviewed in 2011.  I wouldn't remember if it was a gas

14   receipt given to me.

15             Any other questions.

16             MS. YOU:  I want to move this -- this is the direct

17   party admission by the time record.

18             THE COURT:  Again, ma'am, these are gas receipts

19   that you did not bring extra copies of.  You now want him to

20   look at hundreds of pages of gas receipts and authenticate

21   that these are actually records that he knows are from the

22   business?  I'm sorry.

23             MS. YOU:  Your Honor, I just have two questions with

24   respect to gas receipts.

25             THE COURT:  I'm not letting you give him the

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 88 of 128 PageID #:
5820
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 88 of 128 PageID #: 3216

*S. Chan - Direct/Ms. You*                    88

1   documents, but if you want to ask him gas receipt questions

2   you have two minutes.

3   EXAMINATION BY

4   MS. YOU:

5   (Continuing.)

6   Q    Was there a gas station in New Jersey Wing Keung usually

7   had employees to get gas at?

8   A    I don't know.  I don't fill gas.

9   Q    You don't fill gas?

10  A    I only work in the office.  How would I fill gas?  How

11  would I know?

12  Q    So did you review this gas receipt actually submitted

13  with your affidavit.  And I'm going to give you the affidavit

14  you submit with -- with your opposition to the motion.

15          THE COURT:  Why are you giving him the affidavit?

16  Did he contradict his testimony in some way?

17          MS. YOU:  For this gas receipt actually submitted

18  together with his affidavit.

19          THE COURT:  Very good.  I'm telling you to move on.

20  You have two more questions and you're done.

21          Anything else?

22          MS. YOU:  No, your Honor.  I am just looking at the

23  record.

24          THE COURT:  So you're done.  Please be seated.

25          Ms. Spindler, generally speaking, you could

*S. Chan - Direct/Ms. You*                                       89

1    cross-examine but you were going to call Mr. Chen as your own

2    witness.

3            MS. YOU:  No, your Honor.  I am just looking at the

4    page about the affidavit of --

5            THE COURT:  And what are you looking at, ma'am?  I'm

6    telling you, ask a question or you're done.  Ask a question or

7    you're done.

8    EXAMINATION BY

9    MS. YOU:

10   (Continuing.)

11   Q    On your affidavit No. 18, you state, "Wing Keung made in

12   connection with its overnight and long distance delivery route

13   which annexed here as part of Exhibit B were made in a regular

14   course of business at or about the time reflected on the

15   record and as part of the Wing Keung business."

16           Did you make that statement?

17           MS. SPINDLER:  I don't even understand what she

18   said.

19           THE WITNESS:  I don't understand.

20           THE COURT:  I don't understand what she said either.

21           MS. YOU:  I can give your Honor the affidavit.

22           THE COURT:  Again --

23           MS. YOU:  I can just read from the affidavit.

24           THE COURT:  You're reading from an affidavit and

25   asking him, did he make that statement?  Do you want to show

*S. Chan - Direct/Ms. You*　　　　　90

1   him an affidavit.

2   　　　　MS. YOU:  I will:

3   　　　　(Approaching the witness.)

4   　　　　THE COURT:  Ms. You, you have not represented your

5   clients well.

6   　　　　No, I don't want to see it.

7   　　　　Ask the question.  Ms. You, ask the question.

8   　　　　MS. YOU:  I will.

9   EXAMINATION BY

10  MS. YOU:

11  (Continuing.)

12  Q    On the No. 18, could you turn to the No. 18?

13  　　　　THE COURT:  Ask him what this is.

14  Q    Could you identify the document for me?

15  A    This is the affidavit for my opposition.

16  Q    Okay.  Let's turn to the last page.  Let's turn to the

17  last page.

18  A    Okay.

19  Q    The last page?

20  A    Yes.

21  Q    Is that your signature?

22  A    Yes.

23  Q    Let's go to the No. 18.  Wing Keung A/R.  Could you read

24  that No. 18 for?

25  A    "Wing Keung's A/R invoices made in connection with its

*S. Chan - Direct/Ms. You*                    91

1    overnight and long distance delivery routes which are," I

2    don't know what this word is.

3              THE WITNESS:  Annexed?

4              THE COURT:  Yes.

5    A    "Annexed hereto as a part of Exhibit B were made in the

6    regular course of business at or about the time reflected on

7    the record and as part of Wing Keung's business."

8    Q    Okay.

9              I have your Exhibit B attached to this affidavit.  I

10   want to show --

11             THE COURT:  Okay, Ms. You, I'm letting you ask your

12   question.

13             What's your question?

14   Q    So under this Exhibit B attached to the affidavit,

15   80 percent of these gas receipts show the time.

16             THE COURT:  Is there a question?  You're not allowed

17   to testify.

18             MS. YOU:  Right, your Honor.

19             THE COURT:  This is your argument.

20             MS. YOU:  Could I give him --

21             THE COURT:  No.  I've already said I'm not going to

22   have him go through a pile of gas receipts.

23             MS. YOU:  Okay.

24                  ///

25                  ///

*S. Chan - Direct/Ms. You*                    92

1   EXAMINATION BY

2   MS. YOU:

3   (Continuing.)

4   Q    Let me ask you a question.

5          You reviewed the gas receipts before you submitted

6   to the Court; is that correct?

7   A    No.

8   Q    So you didn't review the gas receipts before you

9   submitted to the Court?

10  A    I reviewed briefly.

11  Q    You reviewed briefly the gas receipts?

12  A    Yes.

13  Q    Did you recall each gas receipt there is a time entry?

14  A    No.

15  Q    So you didn't recall there's time entry on the gas

16  receipts?

17  A    I don't know.

18  Q    Do you recall what were those time entries on the gas

19  receipts?

20  A    I just stated I didn't recall it.

21  Q    So did you believe if there is time entry on the gas

22  receipts, that's time entry in connection with overnight

23  delivery?

24          THE COURT:  I don't understand the question.

25          THE WITNESS:  I don't understand.

*S. Chan - Cross/Ms. Spindler*                     93

1   Q     So you testified just now you testified?

2         THE COURT:  Excuse me.  I said you have five more

3   questions, you've gone way more than five.  Please go back to

4   your seat.

5         Now, do you want to call him as your own witness or

6   do you want do cross him?

7         MS. SPINDLER:  I might be able to save some time if

8   I can question Mr. Chen.

9   CROSS-EXAMINATION

10  BY MS. SPINDLER:

11  Q     On these receipts that you were shown by Ms. You that the

12  employees sign once a month, plaintiff Tang signed once a

13  month, what information is on those pages that Mr. Tang

14  signed?

15  A     The hours where they punch in and sign out.

16  Q     And how about his pay?

17  A     His pay is reflected on his hours.

18  Q     And does it reflect how it was calculated?

19  A     It shows on, yes, it comes on two pages.  One page will

20  show the actual time breakdowns, and the other page, first

21  page, will show a summary.

22  Q     Okay.  And is there base hours?

23  A     Yes.

24  Q     And is there overtime reflected on these receipts?

25  A     Yes.

*S. Chan - Cross/Ms. Spindler*                    **94**

 1  Q    Is there sometimes bonus hours reflected?

 2  A    Yes.

 3       THE COURT:  However, you have testified that it was

 4  not translated into Chinese; is that correct?

 5       THE WITNESS:  Yes.

 6       THE COURT:  And was it given, a copy of each of the

 7  sheets that you asked the employees to sign, was it given to

 8  the employees?

 9       THE WITNESS:  Usually, it is given to them, yes.

10       THE COURT:  It is given to them?

11       THE WITNESS:  Mm-hmm.

12       THE COURT:  At the same time as they signed?

13       THE WITNESS:  Yes.

14       THE COURT:  And they're all going to testify that

15  this was given to them?

16       THE WITNESS:  I don't know.  Maybe.  I don't know.

17       THE COURT:  Were you the one that gave it to them?

18       THE WITNESS:  No.

19       THE COURT:  So you don't have personal knowledge?

20       THE WITNESS:  No.

21       THE COURT:  You just believe that you were given

22  copies?

23       Okay.  Go ahead, Ms. Spindler.

24            ///

25            ///

*S. Chan - Cross/Ms. Spindler*                    95

1   EXAMINATION BY

2   MS. SPINDLER:

3   (Continuing.)

4   Q    Does Wing Keung have a Buffalo route?

5   A    No.

6   Q    Do you go to Binghamton?

7   A    Yes.

8   Q    Did Mr. Tang ever go to Buffalo?

9   A    No, because we don't have a Buffalo route.

10           MS. SPINDLER:  No other questions.

11           THE COURT:  You may step down.  Thank you.

12           THE WITNESS:  Do I give this back?

13           THE COURT:  Yes.  Thank you.

14           (Witness leaves the witness stand.)

15           THE COURT:  Call your last witness, Ms. You.  Go

16   ahead.

17           (Witness takes the witness stand.)

18           COURTROOM DEPUTY:  State your name, please.

19           THE WITNESS:  Jian Lin Li.

20           COURTROOM DEPUTY:  Raise your right hand.

21

22   **JIAN LIN LI**, called by the Plaintiff, having been first duly

23                   sworn/affirmed, was examined and

24                   testified as follows:

25

*J. Li - Direct/Ms. You*                              96

 1              THE WITNESS:  Yes.

 2              COURTROOM DEPUTY:  You can sit.

 3              THE COURT:  Ms. You, I'm giving you ten minutes to

 4    complete your questioning.

 5    DIRECT EXAMINATION

 6    BY MS. YOU:

 7    Q    Mr. Li, what period of time were you an employee of

 8    Wing Keung?

 9    A    I went there on September 26th, '09, and worked 'till the

10    2010, December.  Second period was in 2013 on May 13th, and

11    then I worked 'till January 9, 2014.

12    Q    How much you get paid when you were employed by

13    Wing Keung?

14    A    When I first got there, it was 2,800 because I was a

15    driver.

16    Q    Thereafter what was your pay?

17    A    After three months, I got $100 increase.

18    Q    After you come to the hearing, did you have the chance to

19    review the time records of yours submitted by the defendants?

20    A    I did.

21    Q    Okay.

22              In the record, did you find a lot of entries before

23    4:00 o'clock around the 3:00 to 4:00?

24              THE COURT:  I don't understand what your question

25    is.

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

*J. Li - Direct/Ms. You*                    97

1   Q     What did you find on the time entry?

2   A     I found out that a lot of them were false.

3   Q     Why did you feel it was false?

4   A     Because, on the record, it showed me that I left, like,

5   before 2:00 o'clock, 3:00 o'clock, you know, that's

6   impossible.

7   Q     Why is it not -- did you leave often around relevant 2:00

8   or 3:00 o'clock?

9   A     Impossible.

10  Q     Why is it impossible?

11  A     Because, at the time, the company stipulated that off

12  hour is 4:00 o'clock.

13  Q     If you returned before 4:00 o'clock, like, say,

14  2:00 o'clock, 3:00 o'clock, what would you do?

15  A     We would not have been back because the amigo who came

16  with us would not have been back either.

17  Q     So was there any time you returned before 4:00 o'clock?

18  A     I can't say no but very seldom.

19  Q     Suppose you come back at 2:00 o'clock, what would you do.

20  Could you leave at that time?

21  A     We could leave, but the boss would say that the driver

22  can leave but the person that went with the car, the vehicle,

23  could not leave.  But then, you know, to return before

24  4:00 o'clock, like, 2:00 o'clock or 3:00 o'clock is just very

25  seldom.

*J. Li - Direct/Ms. You*                                  98

1   Q    If the mover returned with you before 4:00 o'clock, would

2   they be able to leave?

3   A    They had to work.

4   Q    Why they had to work?

5        THE COURT:  Excuse me.

6   Q    Did they have go to work?

7        THE COURT:  I'm not going have him answer questions.

8   May I ask him a couple of questions?

9        Mr. Li, you started as a driver?

10       THE WITNESS:  Correct.

11       THE COURT:  And, as a driver, what time would you

12  get there in the morning?

13       THE WITNESS:  6:00.

14       THE COURT:  And, generally, your route was local or

15  was it far?

16       THE WITNESS:  The first period of time, I went to

17  Upstate New York.  The second period, I went to Long Island.

18       THE COURT:  Do you remember where in Upstate

19  New York?

20       THE WITNESS:  White Plains.

21       THE COURT:  I'm only laughing because White Plains

22  to me isn't very far.

23       And then where on Long Island?

24       THE WITNESS:  I cannot really tell, it is far away.

25       THE COURT:  And when you would come in at 6:00, how

*J. Li - Direct/Ms. You*                              99

1    would you clock in.

2              THE WITNESS:  Use my fingerprint.

3              THE COURT:  And where was that clock?

4              THE WITNESS:  Right, sitting by the table next to

5    the office.

6              THE COURT:  And when you would come back at night,

7    did you do the same thing?

8              THE WITNESS:  Yes.  If it's there.

9              THE COURT:  If it's there.  When wouldn't it be

10   there?

11             THE WITNESS:  Sometimes when it's very late, 7:00,

12   8:00 p.m. they took it in.

13             THE COURT:  And Mr. Chan said that the drivers could

14   always go in the office when you would come back late, could

15   you go into the office?

16             THE WITNESS:  When we come back very late, we do it

17   at the window.  We would give the money at the window but we

18   usually don't go inside.

19             THE COURT:  Could you get to the clock?

20             THE WITNESS:  We didn't go inside.

21             THE COURT:  And how about a cover sheet?  He said

22   that there were drivers who would fill out a cover sheet, so

23   that if you got back too late.

24             THE WITNESS:  Yeah, that's not something we fill out

25   when we come back.  It's a sheet that they gave us when we

*J. Li - Direct/Ms. You*                     **100**

1    departed.  Like, the invoice.  Together with invoice, it was

2    given to us.

3            THE COURT:  And were you told how much you were

4    going to be paid by the hour?

5            THE WITNESS:  No.

6            THE COURT:  You were never told how much you were

7    being paid by the hour?

8            THE WITNESS:  No.

9            THE COURT:  So, from the time you started, you were

10   told what you would be paid by the month?

11           THE WITNESS:  The first time when I went, they said

12   2,800 for the month.

13           THE COURT:  So it wasn't even by the week?

14           THE WITNESS:  No.

15           THE COURT:  And Mr. Chan said that you'd have to

16   sign something to get your pay?

17           THE WITNESS:  At the end of the month, when they

18   issued the salary they gave us four forms.  And then we sign

19   it, we hand it back to the office.

20           THE COURT:  Did you ever get copies?

21           THE WITNESS:  No.

22           THE COURT:  And were you able to understand what the

23   form was saying.

24           THE WITNESS:  I didn't understand.  One of them I

25   could understand.  And there was a form that says, you know,

*J. Li - Cross/Ms. Spindler*                     101

1   you were paid 2,800, whatever amount, and then I have to sign

2   that on that form of paper.

3           THE COURT:  So why did you have to keep track of

4   what time you came in?

5           THE WITNESS:  Well, in order for me, I wanted to

6   have the job, the boss wanted me to punch finger, I punch

7   finger.  He never told us it was going to be calculated

8   according to hours, it was always by the month.

9           THE COURT:  Any other questions, Ms. You.

10          MS. YOU:  Nothing further.

11          THE COURT:  Ms. Spindler.

12  CROSS-EXAMINATION

13  BY MS. SPINDLER:

14  Q    Were you always paid each month exactly $2,800, or did

15  that change by the month?

16  A    The third month, I was increased to 2,900.

17  Q    Did you always get $2,900?

18  A    If I, like, take one day off for some reason they will

19  deduct one day.

20          THE COURT:  How many days a week did you work?

21          THE WITNESS:  Six days.

22          THE COURT:  Every day except?

23          THE WITNESS:  Sunday I'm off.

24          THE COURT:  Thank you.

25              ///

*J. Li - Cross/Ms. Spindler*                                    **102**

1    EXAMINATION BY

2    MS. SPINDLER:

3    (Continuing.)

4    Q    Wasn't it true that you were fired from Wing Keung?

5    A    Yes.

6    Q    When were you fired?

7    A    I don't know.  Later on, I had someone translate for me.

8    They claim that I stole something.

9    Q    Was Mr. Tang also fired the same day you were fired?

10   A    Yes.

11   Q    You were fired together?

12   A    Yes.

13   Q    And was he also told that he was fired because they

14   thought that he stole something?

15   A    Yes.

16   Q    And is that why you brought this lawsuit against

17   Wing Keung?

18   A    It's nothing to do with that.

19   Q    Okay.

20        You said you reviewed your time records before you

21   started this lawsuit; is that correct?

22        MS. SPINDLER:  Withdrawn.

23   Q    You said you reviewed the defendant's submissions of your

24   time records?

25   A    Yes.

*J. Li - Cross/Ms. Spindler*                    103

1   Q    When you reviewed them, did you understand them?

2   A    Basically, just hours was written on it.

3   Q    And isn't that the same papers that you were given at the

4   enter of every month?

5   A    What do you mean?

6   Q    At the end of every month, when you picked up your

7   salary, you were asked to sign something.  Wasn't that the

8   same papers that you reviewed in this case?

9   A    At that time, I was not even interested in those papers

10  because I was getting the monthly salary.  I did not have time

11  to look at it because I was drawing a monthly salary.

12  Q    So it would be fair to say that you didn't understand

13  them because it was just that you didn't take the time to look

14  at them?

15  A    I did not spend the time to look at it.

16  Q    Okay.

17  A    First, I wouldn't understand it anyway in the English.

18       MS. YOU:  Your Honor, I have one question.

19       THE COURT:  She wasn't done.  You don't get to stand

20  up in the middle of her examination.

21       MS. YOU:  Sure, yes.

22       MS. SPINDLER:  I have nothing else.

23       THE COURT:  Now, it's your turn.

24           ///

25           ///

*J. Li - Redirect/Ms. You*                    **104**

1   REDIRECT EXAMINATION

2   BY MS. YOU:

3   Q    When you were terminated, were you given anything to show

4   the reason of termination?

5   A    No.

6   Q    Were you given any documents to show the reason of the

7   termination?

8   A    I was given one piece of paper.

9   Q    Was that paper in English or Chinese?

10  A    English.

11  Q    Did they ask you to sign that paper?

12  A    He asked me to sign.  I was asked to sign, I did not sign

13  it.

14  Q    Why didn't you sign it?

15        MS. SPINDLER:  Objection.

16  A    Because other companies, you know, they would give the

17  Chinese piece of paper.  Since they did not have it in

18  Chinese, I asked them to translate.  They wouldn't assist, I

19  didn't sign.

20  Q    Did you have this paper after you leave the job?

21  A    Mine?  I threw it away.

22  Q    Do you understand what's?

23        THE COURT:  Is there anything else?

24        MS. YOU:  No.  Thank you, your Honor.

25        THE COURT:  Okay.  Thank you very much.  You may

*Colloquy*                                                            105

1   step down.

2            (Witness leaves the witness stand.)

3            THE COURT:  Ms. Spindler, anybody else that you need

4   to call.

5            MS. SPINDLER:  Yes, I would like to call.

6            THE COURT:  Let's take a break.

7            (A recess in the proceedings was taken.)

8            THE COURT:  Okay.

9            THE WITNESS:  Ms. Spindler, you are calling your

10  next witness.

11           MS. SPINDLER:  I have Mr. Feng Xu.

12           THE COURT:  Please come up.

13           (Witness takes the witness stand.)

14           COURTROOM DEPUTY:  Shall could you state your name,

15  please, sir.

16           THE WITNESS:  F-e-n-g.  X-u.

17           COURTROOM DEPUTY:  State your full name.

18           THE WITNESS:  Feng Xu.

19

20  **FENG XU**, called by the Defendant, having been first duly

21                     sworn/affirmed, was examined and

22                     testified as follows:

23

24           THE WITNESS:  Yes.

25           COURTROOM DEPUTY:  You can sit.

*F. Xu - Direct/Ms. Spindler*                              **106**

1          THE WITNESS:  Thank you.

2     DIRECT EXAMINATION

3     BY MS. SPINDLER:

4     Q    Mr. Xu, for whom are you employed?

5     A    I am an employee of Wing Keung Company.

6     Q    How long have you been an employee of Wing Keung?

7     A    Five years.

8     Q    And what do you do for Wing Keung?

9     A    Also a driver.

10    Q    Okay.

11         And when you arrive in the morning, do you punch in?

12    A    Yes.

13    Q    And when you leave for the day, do you punch out?

14    A    Yes.

15    Q    And over the years, you used to use the fingerprint time

16    clock?

17    A    Yes.  When I went there, it changed to fingerprints but

18    before they used cards.  But they changed it into the

19    fingerprint method and then they use a new computer method

20    that used facial.

21    Q    And when you were clocking in with the fingerprint

22    method, where was that machine located?

23    A    It was right on the counter of the office.

24    Q    When you arrived in the morning, was the fingerprint time

25    clock always there?

*F. Xu - Direct/Ms. Spindler*　　　　　*107*

1　A　Yes.

2　Q　When you left in the evening and concluded your work for

3　the day, was the fingerprint time clock always there?

4　A　Yes.

5　Q　How late would you leave?

6　A　I usually go to work about after 7:00 and then work until

7　after 3:00, up to 5:00, 5:30.

8　Q　And the time clock was always there when you left?

9　A　Yes.

10　Q　How often are you paid by Wing Keung?

11　A　Once a month.

12　Q　And when you pick up your salary, what papers are you

13　given?

14　A　I was given four pieces of paper.

15　Q　And what information is on those four pieces of paper?

16　A　How many days I work, how many hours I work, but for the

17　month.

18　Q　Do you sign something for Wing Keung?

19　A　I did.

20　Q　And do you keep any of the papers yourself?

21　A　Usually.  I don't keep records.

22　Q　Okay.  Can you keep it if you wanted to?

23　A　I could, yes.  Correct.

24　Q　Okay.  Do you get a meal break?

25　　　　THE COURT:  Wait.  Let's go back.

*F. Xu - Direct/Ms. Spindler*                    **108**

1        How much he's paid and is it cash and check?

2   Q    How much are you paid?  Are you paid on an hourly basis?

3   A    We are calculated by hours, but we always like to ask to

4   be paid by the month not, like, every week.

5   Q    Your weekly -- when your hours are calculated, what is

6   your base pay?

7        Your base pay for the first 40 hours you work.

8        The first 40 hours of work, what are you paid?

9        THE COURT:  I'm going to stop that question.

10       You're paid monthly.  What are you paid monthly?

11       THE WITNESS:  2,900.  Later on increased to 3,000.

12       THE COURT:  And did that change?

13       THE WITNESS:  No.

14       THE COURT:  So it was 2,900 a month and then it was

15  later 3,000 a month?

16       THE WITNESS:  Correct.

17       THE COURT:  And it didn't matter how many hours?

18       THE WITNESS:  Sometimes, you know, we conducted,

19  occasionally, we will be earlier or later we get a little bit

20  extra.

21       THE COURT:  Were you ever told what you were paid

22  per hour?

23       THE WITNESS:  Yes.  They would pay according to the

24  legal -- the law.

25       THE COURT:  So what is that?  What do you get per

*F. Xu - Direct/Ms. Spindler*                    **109**

1   hour.

2            THE WITNESS:  I was getting a little bit over $9 or

3   so.

4            THE COURT:  $9 an hour?

5            THE WITNESS:  Yes, over $9.

6            THE COURT:  And did you ever work more than 40 hours

7   a week?

8            THE WITNESS:  I don't think so, but usually around

9   that figure.

10            THE COURT:  So did you have to work six days a week?

11            THE WITNESS:  Yes.

12            THE COURT:  And if you worked six days a week, were

13   they all the same hours that you would get?

14            THE WITNESS:  Yes, basically, yes.

15            THE COURT:  So from a little bit after 7:00 in the

16   morning to about 4:00 o'clock in the afternoon?

17            THE WITNESS:  Yes.

18            THE COURT:  And that was six days a week?

19            THE WITNESS:  Yes.

20            THE COURT:  Okay.  Ms. Spindler.

21   EXAMINATION BY

22   MS. SPINDLER:

23   (Continuing.)

24   Q    Are any of those hours overtime hours?

25   A    No.  Sometimes I would get overtime and I get a little

*F. Xu - Cross/Ms. You*                    110

1  bit more.

2  Q    Okay.  Meals.  Do you take a meal break?

3  A    Yes, I did.

4           MS. SPINDLER:  I have nothing else.

5           THE COURT:  Ms. You.

6  CROSS-EXAMINATION

7  BY MS. YOU:

8  Q    Were you when you were employed by Wing Keung, which

9  route did you drive?

10 A    I did the Long Island route, I did Upstate, and I did

11 New Jersey.

12 Q    It took various time for different route?  Did it take

13 various time for different route?

14          THE INTERPRETER:  Arrival time, you mean?

15          THE COURT:  I think she's saying various but we

16 can't understand her.

17          Can you rephrase the question?

18 Q    Did it take different times for different route when you

19 drive a different route?

20 A    Right.

21 Q    But you always either pay 29,000 or 30,000?

22          THE COURT:  No, 2,900.

23 Q    2,900 or 30-hundred?

24          THE COURT:  3,000.

25 Q    Is that correct?

Case 1:14-cv-00390-JBW-LB   Document 58-17   Filed 11/13/15   Page 111 of 128 PageID #:
5843
Case 1:14-cv-00390-JBW-LB   Document 48   Filed 06/17/15   Page 111 of 128 PageID #: 3239

*F. Xu - Cross/Ms. You*                    111

1    A    Yeah.  But it depends on how many hours, you know, so

2    it's calculated by hours.

3    Q    Let's talk about meal break.

4         How did you take your meal every day?

5    A    I was given half an hour to 40 minutes for meal.

6    Q    You said that you always punch in and punch out.  So did

7    you ever review the record -- did you ever review the monthly

8    time record?

9    A    Yes, I did.

10   Q    In what kind of form did you review this record?

11   A    Monthly papers that I was given at the end of the month

12   the hours were listed there.

13   Q    Did you ever review the record that show what time you

14   were in, what time you were out on a daily basis?

15   A    I absolutely have looked at it but, basically, it's all

16   done by computer.  I wasn't paying too much attention.

17   Q    Did you look at the computer to review this record or on

18   paper?

19        MS. SPINDLER:  Objection.

20        THE COURT:  I'll let him answer.

21   A    We don't look at computers, we just look at the paper

22   that we're given at the end of the month.

23        THE COURT:  That's fine.

24   Q    So when you review this punch in, punch out record on

25   paper, did you find any description?

*F. Xu - Cross/Ms. You*                                   **112**

1          THE COURT:  He already said he didn't pay too much

2   attention.  Can we continue?  You have one more question.

3          MS. YOU:  Yes, your Honor.

4          THE COURT:  And then do you have one more witness?

5          MS. SPINDLER:  No.

6          THE COURT:  You're done?

7          MS. SPINDLER:  Yes.

8          THE COURT:  Okay.  Go ahead.

9   EXAMINATION BY

10  MS. YOU:

11  (Continuing.)

12  Q    What is your understanding of hourly rate you should the

13  law?

14         THE COURT:  Why is that relevant?

15         MS. SPINDLER:  Objection.

16         THE COURT:  Go ahead.  It's not relevant what his

17  understanding of law is.  He's a worker not an employer.

18  Q    What is your current hourly rate of pay?

19         MS. SPINDLER:  I also object.

20         THE COURT:  I'll allow it.

21  A    I really don't know.  Whatever the company calculated

22  every month on the paper this is what I'm being paid for

23  according to the hours.  That's all I know.

24         MS. YOU:  Thank you, your Honor.

25         THE COURT:  Anybody else have -- thank you very

F. Xu - Cross/Ms. You                           113

1    much, you can step down.

2              (Witness leaves the witness stand.)

3              THE COURT:  Nobody else to testify today,

4    Ms. Spindler?

5              MS. SPINDLER:  No, your Honor.

6              THE COURT:  Anything further, Ms. You?

7              MS. YOU:  No, your Honor.

8              THE COURT:  And the Court appreciates everybody's

9    candor and thank you, Mr. Interpreter.  And that concludes our

10   evidentiary hearing.  And I will get the transcript and make

11   it part of the record and I will do a report for

12   Judge Weinstein.

13             Anything else that needs to be said on behalf of

14   plaintiffs today?

15             MS. YOU:  No thank you.

16             THE COURT:  Anything further, Ms. Spindler, on

17   behalf of defendant.

18             MS. SPINDLER:  No, your Honor.

19             THE COURT:  Then this matter is adjourned and

20   anything that was marked and referred to the Court needs a

21   copy of.  Thank you.

22             (WHEREUPON, this matter was adjourned.)

23

24                        *   *   *

25

*F. Xu - Cross/Ms. You*                                    **114**

1                    <u>CERTIFICATE OF REPORTER</u>

2
     I certify that the foregoing is a correct transcript of the
3    record of proceedings in the above-entitled matter.

4

5

6

7

     _____
9    Anthony D. Frisolone, FAPR, RDR, CRR, CRI
     Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

115

INDEX

WITNESS:                                              PAGE:

KONG JUN

        DIRECT EXAMINATION

        BY MS. YOU...............................    7

        CROSS-EXAMINATION

        BY MS. SPINDLER..........................   29


CHAOHUI TANG

        DIRECT EXAMINATION

        BY MS. YOU...............................   31

        CROSS-EXAMINATION

        BY MS. SPINDLER..........................   49

        REDIRECT EXAMINATION

        BY MS. YOU...............................   58


SIMON CHAN

        DIRECT EXAMINATION

        BY MS. YOU...............................   62

        CROSS-EXAMINATION

        BY MS. SPINDLER..........................   93

116

1

2                  INDEX OF WITNESSES: (Continued.)

3

4    JIAN LIN LI

5            DIRECT EXAMINATION

6            BY MS. YOU.............................    96

7            CROSS-EXAMINATION

8            BY MS. SPINDLER........................   101

9            REDIRECT EXAMINATION

10           BY MS. YOU.............................   103

11

12   FENG XU

13           DIRECT EXAMINATION

14           BY MS. SPINDLER........................   106

15           CROSS-EXAMINATION

16           BY MS. YOU.............................   110

17

18                       * * * * *

19

20

21

22

23

24

25

117

1

2                          INDEX OF EXHIBITS

3

4     FOR THE PLAINTIFF:                              PAGE:

5     Plaintiff's Exhibit P-1, ECF Docket Entry 43,

6     Exhibit C, was received in evidence as of this

7     date.............................................    65

8

9

10                             * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# #

**#1-10** [9] - 1:8, 1:9, 3:10, 3:11, 3:20, 3:21

# $

**$100** [1] - 96:17
**$2,800** [1] - 101:14
**$2,900** [1] - 101:17
**$250** [1] - 11:21
**$9** [1] - 109:5

# '

**'09** [1] - 96:9
**'16** [1] - 8:22
**'till** [5] - 9:17, 31:24, 32:13, 96:9, 96:11

# 1

**1** [4] - 1:7, 64:15, 64:21, 68:14
**1,500** [7] - 9:15, 11:2, 11:19, 11:23, 13:9, 14:10, 14:12
**1,600** [3] - 11:4, 13:23, 17:10
**1,700** [2] - 11:4, 13:23
**1,800** [2] - 11:6, 13:23
**1,900** [1] - 11:6
**10** [1] - 32:16
**100** [1] - 14:12
**10013** [1] - 1:17
**101** [1] - 116:7
**103** [1] - 116:9
**106** [1] - 116:12
**10:00** [11] - 33:3, 51:4, 76:17, 76:20, 77:3, 77:12, 78:14, 79:8, 79:11
**110** [1] - 116:14
**11357** [1] - 1:22
**11:00** [3] - 32:16, 33:3, 55:13
**12:30** [1] - 74:8
**13th** [1] - 96:10
**14-CV-390** [4] - 3:7, 4:19, 5:3, 31:4
**14-CV-390(JBW)(LB** [1] - 1:3
**14th** [1] - 76:20
**15** [1] - 30:4
**15-minute** [1] - 23:9
**15th** [1] - 9:17
**16,000** [1] - 13:19
**17,000** [1] - 13:20
**18** [5] - 89:11, 90:12, 90:23, 90:24
**18,000** [1] - 13:20
**19-02** [1] - 1:21
**1:00** [1] - 74:8

# 2

**2,800** [4] - 11:9, 96:14, 100:12, 101:1
**2,900** [5] - 101:16, 108:11, 108:14, 110:22, 110:23
**20** [1] - 11:23
**2009** [6] - 52:17, 52:19, 71:6, 72:7, 72:8, 72:13

**2010** [3] - 71:7, 72:14, 96:10
**2011** [11] - 31:24, 46:12, 52:12, 52:20, 52:21, 59:17, 68:15, 75:10, 87:9, 87:13
**2012** [9] - 8:16, 8:21, 9:4, 9:6, 10:2, 10:4, 43:23, 46:13, 52:17
**2013** [10] - 8:14, 8:16, 8:22, 8:23, 9:20, 9:25, 31:24, 46:12, 52:12, 96:10
**2014** [1] - 96:11
**2015** [6] - 1:7, 8:21, 8:22, 9:3, 9:5, 9:8
**202** [1] - 1:21
**2076** [9] - 66:11, 66:14, 66:24, 67:8, 75:8, 77:23, 78:5, 78:16, 78:18
**2078** [2] - 76:15, 78:5
**2155** [1] - 80:9
**2156** [4] - 79:1, 80:11, 80:25
**22** [2] - 9:8, 79:19
**2274** [3] - 79:18, 79:20, 79:24
**25** [7] - 8:14, 8:23, 9:6, 9:20, 9:25, 10:2, 10:4
**250** [12] - 11:22, 12:14, 12:16, 12:19, 12:21, 13:13, 13:14, 13:15, 13:17, 13:18
**25th** [2] - 8:24, 9:24
**26** [1] - 17:10
**26th** [1] - 96:9
**29** [1] - 115:9
**29,000** [1] - 110:21
**2:00** [5] - 97:5, 97:7, 97:14, 97:19, 97:24

# 3

**3** [2] - 52:15, 75:10
**3,000** [3] - 108:11, 108:15, 110:24
**30** [12] - 27:22, 28:14, 28:16, 28:18, 28:19, 83:20, 83:22, 83:23, 83:24, 84:4
**30,000** [1] - 110:21
**30-hundred** [1] - 110:23
**31** [1] - 115:12
**3:00** [11] - 1:8, 43:8, 43:13, 73:11, 73:15, 96:23, 97:5, 97:8, 97:14, 97:24, 107:7
**3:04** [1] - 79:23

# 4

**40** [4] - 108:7, 108:8, 109:6, 111:5
**42** [1] - 86:15
**43** [8] - 36:17, 36:19, 36:22, 64:19, 64:20, 65:21, 66:23, 117:5
**49** [1] - 115:14
**4:00** [36] - 21:16, 43:8, 43:11, 43:14, 44:12, 44:23, 46:25, 47:2, 47:4, 47:8, 47:9, 47:12, 54:9, 54:11, 67:11, 68:22, 73:11, 75:12, 75:23, 77:19, 78:19, 78:20, 78:25, 79:8, 79:10, 79:12, 80:17, 96:23, 97:12, 97:13, 97:17, 97:24, 98:1, 109:16
**4:02** [1] - 67:10
**4:15** [3] - 79:18, 79:21, 79:22
**4:30** [1] - 54:6
**4:54** [1] - 67:12

# 5

**5** [1] - 50:8
**500** [1] - 38:21
**58** [1] - 115:16
**5:00** [1] - 107:7
**5:30** [2] - 86:7, 107:7

# 6

**600A** [1] - 1:16
**613-2487** [1] - 2:6
**613-2694** [1] - 2:6
**62** [1] - 115:19
**65** [1] - 117:7
**6:00** [24] - 21:4, 21:8, 21:9, 21:22, 22:11, 24:12, 26:24, 33:17, 33:22, 34:25, 35:6, 35:15, 79:2, 79:3, 79:6, 79:8, 79:12, 81:14, 81:15, 81:22, 82:16, 98:13, 98:25
**6:04** [1] - 81:10
**6:49** [1] - 77:14
**6th** [1] - 75:20

# 7

**7** [3] - 1:16, 68:15, 115:7
**718** [2] - 2:6, 2:6
**7:00** [6] - 32:25, 34:14, 34:17, 99:11, 107:6, 109:15
**7:41** [1] - 75:20
**7:47** [1] - 67:11
**7th** [1] - 76:1

# 8

**80** [2] - 17:20, 91:15
**8:00** [9] - 32:12, 32:15, 32:18, 76:17, 77:1, 77:11, 78:14, 79:8, 99:12
**8:30** [8] - 75:15, 76:2, 77:19, 78:19, 78:20, 78:25, 79:10, 79:12

# 9

**9** [3] - 96:11, 109:2, 109:4
**93** [1] - 115:21
**96** [1] - 116:5
**9:00** [2] - 32:13, 33:3
**9:03** [1] - 77:14

# A

**a.m** [22] - 21:4, 21:8, 21:9, 22:11, 24:12, 32:15, 32:25, 34:17, 51:4, 75:15, 75:20, 76:2, 76:17, 76:20, 77:3, 79:2, 79:3, 79:11, 79:12, 81:10
**A/P** [1] - 62:13
**A/R** [3] - 86:18, 90:23, 90:25
**ABC** [3] - 1:9, 3:11, 3:21
**abeyance** [1] - 6:21
**able** [10] - 25:13, 47:3, 47:20, 48:20,

54:6, 54:9, 54:10, 93:7, 98:2, 100:22
**above-entitled** [1] - 114:3
**absolutely** [1] - 111:15
**accompanied** [2] - 53:21, 54:14
**according** [4] - 69:16, 101:8, 108:23, 112:23
**accountant** [1] - 82:18
**accounting** [1] - 62:13
**accounts** [8] - 62:13, 62:21, 62:23, 62:24, 71:9
**accurate** [5] - 19:16, 63:22, 64:4, 66:2, 66:6
**action** [3] - 6:16, 6:20, 58:17
**actual** [1] - 93:20
**add** [5] - 48:7, 48:9, 48:13, 49:6, 49:9
**address** [2] - 6:1, 19:25
**addressed** [1] - 6:25
**adjourned** [2] - 113:19, 113:22
**admission** [2] - 38:2, 87:17
**admitted** [2] - 39:14, 64:12
**affidavit** [13] - 88:13, 88:15, 88:18, 89:4, 89:11, 89:21, 89:23, 89:24, 90:1, 90:15, 91:9, 91:14
**afternoon** [5] - 3:18, 3:23, 3:24, 5:25, 109:16
**afterwards** [1] - 26:19
**ago** [2] - 10:19, 22:6
**agree** [1] - 44:14
**ahead** [10] - 7:21, 8:8, 35:9, 37:17, 41:5, 68:11, 94:23, 95:16, 112:8, 112:16
**aided** [1] - 2:9
**Aihong** [2] - 3:17, 5:7
**AIHONG** [1] - 1:17
**al** [6] - 1:15, 1:20, 4:19, 4:20, 5:3, 5:4
**Albany** [1] - 53:3
**ALL** [1] - 1:4
**allegation** [1] - 6:1
**alleged** [1] - 6:17
**allow** [4] - 55:2, 64:9, 65:12, 112:20
**allowed** [2] - 47:1, 91:16
**allowing** [5] - 64:24, 65:14, 65:15, 87:3, 87:5
**almost** [2] - 55:13, 73:9
**amigo** [1] - 97:15
**amount** [2] - 17:11, 101:1
**AND** [3] - 1:3, 1:4, 1:8
**annexed** [2] - 89:13, 91:3, 91:5
**answer** [8] - 17:16, 22:10, 51:9, 51:12, 60:11, 63:15, 98:7, 111:20
**answered** [2] - 46:10, 60:8
**Anthony** [2] - 2:5, 114:7
**anyway** [3] - 58:4, 74:21, 103:17
**apologize** [1] - 20:12
**appearances** [1] - 3:12
**appreciates** [1] - 113:8
**approach** [2] - 39:17, 59:23
**Approaching** [4] - 39:18, 40:20, 63:8, 90:3
**appropriate** [1] - 14:21
**argue** [1] - 26:25
**argument** [1] - 91:19
**arrival** [1] - 110:14
**arrive** [18] - 20:22, 20:25, 21:1, 21:2, 21:5, 21:10, 32:23, 33:2, 33:15, 33:20,

34:13, 34:18, 34:25, 47:23, 75:14, 77:2, 82:1, 106:11
**arrived** [2] - 76:1, 106:24
**arrives** [1] - 81:18
**arriving** [1] - 81:22
**aside** [1] - 15:10
**assist** [1] - 104:18
**assistant** [3] - 68:3, 70:11, 70:13
**assistants** [1] - 81:25
**Associates** [1] - 3:16
**ASSOCIATES** [1] - 1:14
**ate** [1] - 29:12
**attached** [6] - 50:18, 51:2, 51:5, 51:19, 91:9, 91:14
**attention** [2] - 111:16, 112:2
**attorney** [5] - 6:17, 20:13, 29:1, 58:15, 59:6
**Attorneys** [2] - 1:15, 1:20
**attorneys** [1] - 26:25
**authenticate** [4] - 38:16, 39:13, 41:6, 87:20
**authenticated** [1] - 40:18

## B

**base** [3] - 93:22, 108:6, 108:7
**based** [3] - 21:17, 77:9, 81:7
**basis** [10] - 12:4, 27:18, 68:22, 84:10, 84:11, 84:16, 85:13, 108:2, 111:14
**BEFORE** [1] - 1:12
**beginning** [1] - 71:7
**BEHALF** [1] - 1:4
**behalf** [5] - 3:8, 3:15, 5:8, 113:13, 113:17
**believes** [1] - 47:17
**bench** [1] - 3:5
**beside** [2] - 68:2, 85:12
**better** [2] - 27:4, 28:3
**beyond** [2] - 53:24, 55:6
**Binghamton** [4] - 53:7, 53:8, 53:10, 95:6
**bit** [6] - 18:23, 24:3, 108:19, 109:2, 109:15, 110:1
**blank** [2] - 70:19, 70:22
**Bloom** [3] - 3:4, 3:5, 5:23
**BLOOM** [1] - 1:12
**bonus** [1] - 94:1
**book** [1] - 62:13
**bookkeeper** [1] - 82:17
**bookkeeping** [3] - 62:17, 62:20, 83:8
**boss** [2] - 97:21, 101:6
**bother** [1] - 74:18
**bottle** [1] - 61:14
**break** [8] - 23:9, 30:15, 31:2, 61:9, 105:6, 107:24, 110:2, 111:3
**breakdowns** [1] - 93:20
**breaks** [3] - 44:16, 44:17, 44:19
**brief** [2] - 31:2, 43:24
**briefly** [2] - 92:10, 92:11
**bring** [3] - 29:14, 54:16, 87:19
**Brooklyn** [1] - 1:5
**brought** [4] - 29:15, 39:3, 40:23, 102:16
**Buffalo** [18] - 32:7, 32:11, 33:1, 47:19,

47:23, 48:2, 48:4, 52:24, 53:1, 53:4, 53:7, 53:13, 53:16, 56:5, 56:9, 95:4, 95:8, 95:9
**bus** [1] - 53:19
**business** [17] - 20:22, 21:5, 21:10, 21:14, 22:25, 23:2, 33:2, 33:15, 33:20, 55:3, 73:18, 77:3, 87:22, 89:14, 89:15, 91:6, 91:7
**businesses** [1] - 32:5
**buzz** [1] - 74:1
**BY** [69] - 1:17, 1:22, 7:25, 8:9, 9:11, 10:16, 12:9, 13:4, 14:7, 15:24, 16:17, 17:2, 20:18, 25:2, 26:15, 27:15, 28:5, 29:5, 31:21, 35:11, 39:22, 42:11, 44:5, 44:20, 45:5, 45:18, 46:3, 49:3, 49:24, 52:8, 54:3, 56:6, 58:14, 59:3, 62:8, 66:7, 67:2, 68:19, 74:11, 78:7, 80:6, 81:4, 85:5, 88:3, 89:8, 90:9, 92:1, 93:10, 95:1, 96:6, 101:13, 102:1, 104:2, 106:3, 109:21, 110:7, 112:9, 115:7, 115:9, 115:12, 115:14, 115:16, 115:19, 115:21, 116:5, 116:7, 116:9, 116:12, 116:14

## C

C-h-a-o-h-u-i [1] - 31:12
**calculate** [2] - 11:22, 17:11
**calculated** [8] - 83:25, 84:1, 93:18, 101:7, 108:3, 108:5, 111:2, 112:21
**candor** [1] - 113:9
**cannot** [8] - 12:18, 25:19, 43:25, 51:12, 60:22, 65:11, 77:25, 98:24
**Cantonese** [1] - 4:21
**car** [3] - 32:4, 48:15, 97:22
**card** [3] - 23:17, 23:20, 33:25
**cards** [1] - 106:18
**care** [6] - 37:22, 53:14, 63:1, 80:23, 82:23, 83:3
**case** [9] - 4:4, 5:1, 5:25, 8:2, 8:13, 30:4, 49:25, 50:1, 103:8
**cash** [6] - 41:16, 41:18, 41:19, 42:21, 57:21, 108:1
**CAUSE** [1] - 1:11
**central** [1] - 6:15
**certain** [4] - 25:9, 38:18, 38:22, 53:5
**CERTIFICATE** [1] - 114:1
**certification** [1] - 6:20
**certify** [2] - 6:16, 114:2
**chair** [1] - 61:20
**Chan** [13] - 3:10, 3:20, 61:5, 61:23, 62:9, 68:6, 68:7, 68:10, 83:3, 99:13, 100:15
**CHAN** [3] - 1:8, 62:1, 115:17
**chance** [4] - 6:9, 29:2, 66:21, 96:18
**change** [8] - 25:18, 33:5, 33:8, 59:17, 60:10, 71:11, 101:15, 108:12
**changed** [7] - 27:1, 36:3, 36:5, 71:15, 71:20, 106:17, 106:18
**CHAOHUI** [3] - 1:3, 31:14, 115:10
**Chaohui** [9] - 1:15, 3:7, 3:14, 31:6, 31:10, 63:12, 64:1, 64:5, 68:18
**Chaohui's** [2] - 38:9, 39:1
**chart** [1] - 65:16
**check** [2] - 41:18, 108:1

*(checked - directly)*                                                                    *Page 3*

checked [1] - 22:2
checks [1] - 57:20, 57:22
Chen [4] - 83:1, 83:4, 89:1, 93:8
Chinese [8] - 4:21, 43:3, 45:16, 85:3, 94:4, 104:9, 104:17, 104:18
choosing [1] - 18:18
chronological [1] - 43:21
circumstances [2] - 40:7, 40:11
CIVIL [1] - 1:11
civil [3] - 3:6, 4:18, 5:2
claim [1] - 102:8
clarification [2] - 8:18, 9:23
clarify [3] - 12:7, 14:19, 55:18
clear [2] - 64:22, 65:23
Clerk [1] - 5:17
client [5] - 4:24, 16:8, 23:7, 30:20, 30:24
clients [2] - 61:15, 90:5
clock [33] - 22:11, 22:13, 22:17, 22:24, 23:15, 27:24, 28:1, 28:2, 28:8, 33:23, 47:3, 47:20, 54:6, 54:10, 55:10, 55:13, 55:19, 55:22, 55:24, 56:2, 56:3, 56:17, 72:3, 99:1, 99:3, 99:19, 106:16, 106:25, 107:3, 107:8
clocked [2] - 22:2, 55:15
clocking [10] - 22:16, 22:24, 26:8, 27:6, 27:7, 27:21, 48:24, 106:21
clocks [2] - 6:18, 26:23
close [2] - 53:3, 74:7
closed [3] - 73:8, 73:9, 73:10
closer [1] - 61:15
closes [2] - 73:14, 73:22
closest [1] - 48:14
collective [2] - 6:16, 6:20
companies [1] - 104:16
COMPANY [1] - 1:9
Company [2] - 3:11, 3:21
company [12] - 24:14, 32:12, 34:23, 46:14, 47:1, 48:14, 71:18, 71:21, 72:22, 83:2, 97:11, 112:21
compare [1] - 41:7, 65:5, 66:5
comparing [2] - 65:16, 78:3
complain [2] - 57:1, 57:6
complete [1] - 96:4
Complying [2] - 66:13, 80:10
computer [5] - 71:25, 72:5, 106:19, 111:16, 111:17
Computer [1] - 2:9
Computer-aided [1] - 2:9
computerized [1] - 2:8
computers [1] - 111:21
concerns [1] - 53:8
concluded [1] - 107:2
concludes [1] - 113:9
conducted [1] - 108:18
conference [1] - 6:19
confirm [2] - 47:22, 48:1
confused [3] - 10:3, 10:4, 16:9
connection [4] - 83:15, 89:12, 90:25, 92:22
consecutively [1] - 4:15
contained [1] - 42:25
content [2] - 59:6, 59:8
continue [3] - 9:10, 66:22, 112:2
Continued [1] - 116:1

Continuing [43] - 8:11, 9:13, 10:18, 12:11, 13:6, 14:9, 16:1, 16:19, 17:4, 20:20, 25:4, 26:17, 27:17, 28:7, 35:13, 39:24, 42:13, 44:7, 44:22, 45:7, 45:20, 46:5, 49:5, 52:10, 54:5, 56:8, 59:5, 66:9, 67:4, 68:21, 74:13, 78:9, 80:8, 81:6, 85:7, 88:5, 89:10, 90:11, 92:3, 95:3, 102:3, 109:23, 112:11
contradict [1] - 88:16
conversation [1] - 58:2
cook [1] - 29:10
copies [3] - 39:11, 64:23, 87:19, 94:22, 100:20
copy [13] - 37:17, 39:3, 63:19, 63:21, 63:23, 64:3, 64:24, 66:14, 66:19, 66:22, 69:5, 94:6, 113:21
corner [1] - 66:12
correct [31] - 11:17, 11:20, 15:12, 15:22, 18:20, 24:24, 51:17, 52:12, 52:25, 56:11, 62:18, 63:3, 64:5, 69:16, 75:1, 76:2, 76:18, 77:12, 81:16, 81:19, 82:16, 83:5, 83:24, 92:6, 94:4, 98:10, 102:21, 107:23, 108:16, 110:25, 114:2
correctly [1] - 57:6
Counsel [1] - 3:12
counsel [1] - 39:8
counter [3] - 72:23, 73:2, 106:23
couple [3] - 23:15, 31:3, 98:8
course [7] - 22:3, 57:3, 61:17, 71:12, 75:19, 89:14, 91:6
Court [22] - 2:5, 2:5, 3:3, 5:18, 6:15, 10:25, 22:20, 36:15, 51:24, 58:17, 59:18, 60:12, 60:17, 60:22, 63:13, 65:24, 66:15, 92:6, 92:9, 113:8, 113:20, 114:8
court [5] - 3:1, 23:6, 30:18, 40:23, 66:17
Courthouse [1] - 1:5
COURTROOM [21] - 3:2, 3:6, 4:18, 5:2, 5:10, 5:15, 5:23, 7:11, 7:13, 31:8, 31:11, 31:19, 61:21, 61:24, 62:5, 95:18, 95:20, 96:2, 105:14, 105:17, 105:25
courtroom [2] - 15:17, 22:9
cousin [2] - 68:4, 68:5
cover [17] - 69:2, 69:4, 69:6, 69:8, 69:9, 69:16, 69:25, 70:2, 70:5, 70:14, 74:15, 74:16, 74:25, 79:16, 99:21, 99:22
create [2] - 38:13, 38:14
created [2] - 38:15, 64:10
CRI [2] - 2:5, 114:7
cross [7] - 25:25, 26:12, 48:20, 52:18, 86:8, 89:1, 93:6
CROSS [10] - 29:4, 49:23, 93:9, 101:12, 110:6, 115:8, 115:13, 115:20, 116:6, 116:13
CROSS-EXAMINATION [10] - 29:4, 49:23, 93:9, 101:12, 110:6, 115:8, 115:13, 115:20, 116:6, 116:13
cross-examine [5] - 25:25, 26:12, 48:20, 86:8, 89:1
cross-state [1] - 52:18
CRR [2] - 2:5, 114:7
crucial [1] - 87:4
current [1] - 112:18

custom [1] - 71:25
customers [3] - 73:16, 73:22, 73:23

**D**

daily [5] - 12:3, 27:18, 32:2, 62:12, 111:14
date [6] - 10:1, 10:8, 44:24, 65:22, 69:12
date.............................................. [1] - 117:7
dates [3] - 9:19, 27:3, 72:11
days [40] - 9:17, 11:16, 11:21, 11:23, 11:24, 12:19, 12:21, 13:10, 13:11, 13:12, 13:16, 13:17, 13:18, 14:14, 14:17, 14:20, 15:2, 15:6, 15:9, 15:12, 16:2, 16:3, 16:12, 17:10, 17:22, 22:12, 22:14, 23:15, 47:12, 57:10, 77:10, 80:17, 81:23, 85:20, 101:20, 101:21, 107:16, 109:10, 109:12, 109:18
December [6] - 8:14, 8:23, 8:24, 9:6, 10:1, 96:10
declaration [8] - 49:25, 50:1, 50:20, 51:5, 51:23, 52:15, 58:12, 58:16
deduct [3] - 11:23, 17:8, 101:19
deducted [12] - 17:7, 17:12, 17:17, 17:19, 17:22, 18:3, 18:14, 27:22, 83:22, 83:23, 83:25
deduction [2] - 17:23, 83:17
deductions [1] - 83:20
defendant [2] - 36:8, 113:17
defendant's [7] - 6:2, 29:1, 36:11, 36:19, 38:8, 58:15, 102:23
Defendants [2] - 1:19, 1:20
defendants [6] - 1:10, 5:9, 36:7, 37:17, 41:11, 96:19
define [1] - 44:10
deliver [1] - 46:17
delivered [1] - 52:24
deliveries [3] - 32:16, 52:18, 53:12
delivery [17] - 32:11, 33:24, 45:9, 45:12, 46:15, 46:20, 46:24, 47:18, 47:21, 48:4, 68:24, 69:2, 77:1, 89:12, 91:1, 92:23
demolition [3] - 19:4, 19:6, 19:7
departed [1] - 100:1
DEPUTY [21] - 3:2, 3:6, 4:18, 5:2, 5:10, 5:15, 5:23, 7:11, 7:13, 31:8, 31:11, 31:19, 61:21, 61:24, 62:5, 95:18, 95:20, 96:2, 105:14, 105:17, 105:25
describe [14] - 11:10, 19:8, 19:16, 21:21, 27:18, 32:2, 32:11, 32:21, 47:10, 47:11, 62:9, 62:12, 72:16
description [1] - 111:25
detail [1] - 19:9
details [1] - 27:7
different [12] - 13:23, 15:22, 26:21, 78:14, 84:14, 84:15, 110:12, 110:13, 110:18, 110:19
difficult [1] - 10:8
direct [4] - 53:24, 55:6, 55:8, 87:16
DIRECT [10] - 7:24, 31:20, 62:7, 96:5, 106:2, 115:6, 115:11, 115:18, 116:4, 116:11
directly [1] - 69:23

(screen writing - First)                                                    Page 4

**discrediting** [1] - 60:3
**distance** [3] - 52:23, 89:12, 91:1
**District** [2] - 3:3
**DISTRICT** [2] - 1:1, 1:1
**Docket** [9] - 3:7, 4:18, 5:3, 36:17, 36:19, 65:21, 66:23, 86:15, 117:5
**docket** [1] - 36:10
**Document** [1] - 64:15
**document** [40] - 37:2, 37:16, 38:3, 39:19, 39:21, 39:25, 40:11, 40:14, 40:16, 40:18, 41:3, 41:5, 41:6, 42:6, 42:15, 42:18, 43:1, 52:4, 52:7, 59:2, 59:21, 59:24, 63:9, 63:10, 63:13, 64:7, 64:12, 64:18, 64:23, 65:3, 65:4, 65:5, 65:6, 65:7, 66:4, 66:10, 66:11, 86:9, 90:14
**document's** [1] - 59:6
**documents** [18] - 10:7, 26:2, 37:8, 39:3, 42:23, 43:3, 51:19, 58:16, 58:20, 58:22, 59:8, 60:16, 63:5, 65:17, 66:4, 78:4, 88:1, 104:6
**DOES** [2] - 1:8, 1:8
**dollars** [1] - 17:21
**done** [9] - 27:4, 49:2, 88:20, 88:24, 89:6, 89:7, 103:19, 111:16, 112:6
**door** [6] - 23:21, 24:9, 24:13, 24:14, 25:10, 72:23
**doubled** [1] - 17:23
**doubt** [1] - 45:15
**down** [13] - 8:3, 8:7, 8:8, 30:1, 40:22, 53:15, 53:20, 61:2, 66:25, 68:25, 95:11, 105:1, 113:1
**drawing** [1] - 103:11
**drive** [2] - 110:9, 110:19
**driver** [34] - 11:13, 29:17, 53:8, 53:11, 53:15, 53:17, 53:19, 53:21, 54:14, 54:16, 54:19, 54:21, 55:4, 55:10, 55:15, 55:16, 55:19, 56:10, 56:13, 69:17, 69:25, 70:6, 70:7, 70:8, 70:10, 70:12, 74:17, 79:16, 79:18, 96:15, 97:21, 98:9, 98:11, 106:9
**driver's** [3] - 69:11, 69:18, 69:20
**drivers** [10] - 55:7, 68:24, 69:1, 71:2, 81:25, 82:6, 82:23, 99:13, 99:22
**driving** [1] - 73:25
**duly** [6] - 5:17, 7:15, 31:15, 62:1, 95:22, 105:20
**during** [8] - 9:14, 11:10, 11:17, 18:6, 21:12, 31:25, 43:5, 46:6
**duties** [6] - 11:10, 19:2, 26:19, 31:25, 32:2, 62:12
**duty** [1] - 19:16
**dying** [1] - 15:17

### E

**E-mail** [1] - 2:7
**EASTERN** [1] - 1:1
**Eastern** [1] - 3:3
**eat** [5] - 28:12, 28:17, 29:21, 29:22, 29:23
**ECF** [5] - 36:22, 64:17, 64:20, 65:21, 117:5
**eight** [1] - 53:2
**either** [8] - 6:24, 21:18, 69:18, 74:25,

79:16, 89:20, 97:16, 110:21
**employed** [11] - 19:17, 36:2, 43:21, 44:9, 46:8, 46:11, 46:21, 52:11, 96:12, 106:4, 110:8
**employee** [30] - 21:18, 27:19, 31:23, 69:22, 69:23, 72:1, 72:18, 74:15, 74:18, 74:19, 75:12, 75:14, 76:1, 76:16, 76:25, 77:10, 78:10, 78:21, 79:9, 80:22, 81:12, 81:15, 81:18, 83:12, 84:9, 85:20, 96:7, 106:5, 106:6
**employees** [7] - 29:11, 73:22, 74:7, 88:7, 93:12, 94:7, 94:8
**employer** [3] - 69:22, 112:17
**employment** [18] - 8:2, 8:17, 9:14, 11:8, 11:10, 11:15, 18:6, 19:3, 20:2, 21:12, 21:15, 21:17, 31:25, 43:5, 45:2, 46:6, 62:9, 80:3
**end** [11] - 8:17, 9:18, 11:24, 12:25, 69:13, 70:3, 71:6, 100:17, 103:6, 111:11, 111:22
**ended** [1] - 11:12
**English** [10] - 5:19, 5:20, 41:24, 45:15, 50:21, 51:11, 61:7, 103:17, 104:9, 104:10
**enter** [3] - 69:14, 69:15, 103:4
**entered** [1] - 81:19
**entitled** [1] - 114:3
**entries** [2] - 92:18, 96:22
**Entry** [2] - 65:21, 117:5
**entry** [10] - 38:11, 68:23, 74:20, 79:9, 86:23, 92:13, 92:15, 92:21, 92:22, 97:1
**equipment** [1] - 19:10
**ESQ** [2] - 1:17, 1:22
**et** [6] - 1:15, 1:20, 4:19, 5:3, 5:4
**evening** [3] - 32:13, 32:17, 107:2
**everywhere** [1] - 77:16
**evidence** [9] - 37:13, 37:18, 38:2, 40:17, 51:25, 64:12, 65:22, 66:3, 117:6
**Evidence** [1] - 65:12
**evident** [1] - 6:14
**evidentiary** [6] - 3:7, 5:2, 6:1, 8:1, 37:21, 113:10
**EVIDENTIARY** [1] - 1:11
**exact** [2] - 25:19, 72:11
**exactly** [4] - 9:1, 19:8, 22:16, 101:14
**examination** [1] - 103:20
**EXAMINATION** [67] - 7:24, 8:9, 9:11, 10:16, 12:9, 13:4, 14:7, 15:24, 16:17, 17:2, 20:18, 25:2, 26:15, 27:15, 28:5, 29:4, 31:20, 35:11, 39:22, 42:11, 44:5, 44:20, 45:5, 45:18, 46:3, 49:3, 49:23, 52:8, 54:3, 56:6, 58:13, 59:3, 62:7, 66:7, 67:2, 68:19, 74:11, 78:7, 80:6, 81:4, 85:5, 88:3, 89:8, 90:9, 92:1, 93:9, 95:1, 96:5, 101:12, 102:1, 104:1, 106:2, 109:21, 110:6, 112:9, 115:6, 115:8, 115:11, 115:13, 115:15, 115:18, 115:20, 116:4, 116:6, 116:8, 116:11, 116:13
**examine** [5] - 25:25, 26:12, 48:20, 86:8, 89:1
**examined** [5] - 7:16, 31:15, 62:2, 95:23, 105:21
**except** [2] - 16:14, 101:22
**excuse** [14] - 12:1, 12:18, 12:23,

13:22, 16:4, 19:19, 34:2, 36:18, 45:10, 52:5, 60:24, 70:20, 93:2, 98:5
**Exhibit** [1] - 64:8
**exhibit** [5] - 38:6, 38:21, 38:22, 39:9, 86:15
**Exhibit A** [1] - 51:1
**Exhibit B** [6] - 51:2, 86:16, 89:13, 91:5, 91:9, 91:14
**Exhibit C** [4] - 64:19, 64:20, 65:22, 117:6
**exhibits** [1] - 37:24
**EXHIBITS** [1] - 117:2
**explain** [3] - 59:6, 59:8, 67:14
**explanation** [1] - 59:12
**Expressway** [1] - 1:21
**extra** [2] - 87:19, 108:20

### F

**F-e-n-g** [1] - 105:16
**face** [2] - 59:13
**facial** [2] - 25:18, 106:20
**facility** [4] - 29:6, 75:14, 76:2, 81:22
**Facsimile** [1] - 2:6
**fair** [3] - 23:6, 44:1, 103:12
**fake** [2] - 57:13, 57:14
**false** [2] - 97:2, 97:3
**falsification** [1] - 8:2
**falsified** [4] - 6:2, 6:23, 20:4, 80:3
**falsifying** [3] - 27:8, 27:13, 27:21
**familiar** [2] - 40:2, 63:2
**FAPR** [2] - 2:5, 114:7
**far** [4] - 58:19, 98:15, 98:22, 98:24
**father** [1] - 83:2
**fax** [2] - 59:21, 60:1
**February** [4] - 9:20, 9:24, 9:25, 10:4
**Federal** [1] - 65:12
**fees** [1] - 83:4
**Fen** [2] - 83:1, 83:4
**Feng** [2] - 105:11, 105:18
**FENG** [2] - 105:20, 116:10
**few** [2] - 22:14, 83:1
**fifth** [1] - 11:6
**figure** [1] - 109:9
**filed** [1] - 51:23
**fill** [6] - 69:18, 88:8, 88:9, 88:10, 99:22, 99:24
**filled** [1] - 48:15
**fine** [4] - 4:23, 7:23, 12:20, 25:15, 25:23, 65:20, 81:8, 111:23
**finger** [3] - 72:19, 101:6, 101:7
**fingerprint** [11] - 25:7, 25:16, 71:20, 72:18, 72:21, 99:2, 106:15, 106:19, 106:21, 106:24, 107:3
**fingerprints** [4] - 23:18, 34:10, 35:4, 106:17
**fingers** [2] - 23:22, 23:24
**finished** [1] - 28:25
**fired** [6] - 102:4, 102:6, 102:9, 102:11, 102:13
**first** [59] - 5:17, 6:25, 7:3, 7:6, 7:15, 8:19, 11:15, 11:17, 11:18, 11:20, 12:17, 13:7, 13:10, 14:10, 18:25, 19:2, 19:9, 19:15, 19:16, 19:17, 20:21, 21:15,

Frove - Judge

21:17, 22:12, 22:14, 23:15, 24:10, 25:16, 26:18, 26:21, 29:12, 31:14, 32:7, 32:24, 33:5, 33:8, 33:23, 34:5, 43:9, 45:21, 46:19, 47:18, 55:12, 55:25, 62:1, 71:14, 71:17, 74:16, 75:8, 80:2, 93:20, 95:22, 96:14, 98:16, 100:11, 103:17, 105:20, 108:7, 108:8
**five** [14] - 15:18, 42:22, 42:23, 43:1, 53:2, 57:9, 80:17, 84:19, 84:20, 86:10, 93:2, 93:3, 106:7
**five-page** [1] - 43:1
**fixed** [1] - 78:11
**fly** [1] - 66:6
**focus** [3] - 49:15, 54:2, 55:8
**follow** [1] - 77:25
**followed** [2] - 32:4, 32:6
**following** [1] - 67:6
**follows** [6] - 5:20, 7:17, 31:16, 62:3, 95:24, 105:22
**food** [2] - 29:14, 29:15
**FOR** [1] - 1:11
**foregoing** [1] - 114:2
**forget** [1] - 71:3
**forgetting** [1] - 71:2
**forgot** [1] - 59:17
**form** [4] - 100:23, 100:25, 101:2, 111:10
**forms** [1] - 100:18
**forward** [1] - 7:9
**foundation** [5] - 14:4, 14:5, 37:15, 38:2, 39:13
**four** [28] - 9:17, 10:9, 11:16, 11:21, 11:24, 12:16, 12:19, 12:21, 13:11, 13:12, 13:15, 13:17, 13:18, 15:12, 42:21, 43:13, 57:20, 83:18, 83:19, 84:2, 84:3, 84:20, 84:21, 100:18, 107:14, 107:15
**fourth** [1] - 11:6
**Fridays** [3] - 84:18, 84:19, 84:20
**Frisolone** [2] - 2:5, 114:7
**front** [2] - 24:9, 25:9
**fuel** [3] - 48:7, 48:9, 48:13
**full** [1] - 105:17

## G

**Gail** [3] - 3:21, 5:8, 63:14
**GAIL** [1] - 1:22
**gas** [29] - 48:16, 48:22, 49:6, 49:9, 49:17, 86:18, 87:13, 87:18, 87:20, 87:24, 88:1, 88:6, 88:7, 88:8, 88:9, 88:10, 88:12, 88:17, 91:15, 91:22, 92:5, 92:8, 92:11, 92:13, 92:15, 92:18, 92:21
**general** [1] - 62:11
**generally** [3] - 57:17, 88:25, 98:14
**gentlemen** [3] - 30:12, 61:12, 70:11
**given** [24] - 11:19, 12:16, 28:23, 51:14, 51:22, 57:15, 64:24, 87:14, 94:6, 94:7, 94:9, 94:10, 94:15, 94:21, 100:2, 100:3, 104:3, 104:6, 104:8, 107:13, 107:14, 111:5, 111:11, 111:22
**goods** [2] - 19:13, 52:24
**great** [1] - 71:19
**guess** [1] - 74:4
**guessing** [2] - 71:6, 72:14

## H

**half** [3] - 41:18, 111:5
**hand** [13] - 5:15, 6:5, 7:13, 18:21, 31:8, 37:8, 61:22, 61:24, 66:10, 69:2, 69:25, 95:20, 100:19
**handle** [1] - 31:3
**head** [1] - 58:7
**headphones** [1] - 4:11
**hear** [5] - 12:5, 12:6, 27:1, 61:18, 82:1
**heard** [3] - 16:13, 25:22
**HEARING** [1] - 1:11
**hearing** [23] - 3:7, 4:18, 5:3, 6:1, 6:21, 6:22, 8:1, 16:5, 16:9, 19:22, 19:24, 20:7, 20:14, 20:15, 22:19, 27:10, 30:6, 37:21, 65:15, 65:24, 66:17, 96:18, 113:10
**heart** [1] - 58:7
**held** [3] - 6:19, 6:21, 43:24
**help** [4] - 19:10, 22:7, 30:8, 44:14
**helper's** [1] - 69:11
**helpful** [3] - 15:20, 16:11, 22:4
**HENG** [1] - 1:14
**Heng** [1] - 3:16
**her's** [1] - 66:22
**hereto** [1] - 91:5
**herself** [1] - 39:9
**highest** [1] - 11:7
**himself** [1] - 55:10
**hmm** [4] - 75:21, 80:12, 81:17, 94:11
**hold** [1] - 27:14
**home** [1] - 57:19
**Honor** [36] - 3:18, 3:23, 7:1, 7:2, 17:15, 18:22, 20:17, 22:23, 26:7, 26:14, 37:14, 37:19, 38:4, 39:16, 40:24, 41:17, 44:2, 48:21, 49:14, 49:21, 64:11, 64:14, 65:18, 87:23, 88:22, 89:3, 89:21, 91:18, 103:18, 104:24, 112:3, 112:24, 113:5, 113:7, 113:18
**Honorable** [3] - 3:4, 3:5, 5:23
**HONORABLE** [1] - 1:12
**hotel** [2] - 32:14, 53:16
**hour** [8] - 84:17, 97:12, 100:4, 100:7, 108:22, 109:1, 109:4, 111:5
**hourly** [5] - 84:6, 84:16, 108:2, 112:12, 112:18
**hours** [34] - 16:5, 16:10, 18:9, 18:12, 18:24, 20:8, 53:2, 57:22, 57:23, 57:24, 58:6, 73:10, 81:21, 93:15, 93:17, 93:22, 94:1, 101:8, 103:2, 107:16, 108:3, 108:5, 108:7, 108:8, 108:17, 109:6, 109:13, 109:24, 111:1, 111:2, 111:12, 112:23
**huge** [1] - 41:1
**hundred** [1] - 37:7
**hundreds** [3] - 65:16, 66:4, 87:20

## I

**I.D** [10] - 66:11, 72:1, 72:2, 76:15, 77:23, 78:16, 79:1, 79:18, 79:24
**idea** [4] - 16:7, 42:2, 77:6, 84:7
**identification** [1] - 70:18
**identified** [1] - 52:16

**identify** [4] - 37:4, 38:10, 38:23, 90:14
**important** [1] - 6:3
**impossible** [4] - 28:22, 97:6, 97:9, 97:10
**inaccessible** [3] - 60:13, 60:18, 60:20
**Inc** [2] - 3:10, 3:20
**INC** [1] - 1:8
**including** [2] - 42:21, 69:11
**incorrect** [1] - 10:2
**increase** [2] - 11:5, 96:17
**increased** [3] - 14:12, 101:16, 108:11
**INDEX** [2] - 115:1, 116:1
**iNDEX** [1] - 117:2
**indicated** [1] - 62:21
**information** [3] - 69:21, 93:13, 107:15
**injured** [1] - 4:8
**input** [7] - 67:20, 68:22, 70:6, 70:23, 70:25, 72:1, 72:2
**inputs** [3] - 67:16, 67:18, 67:22
**inside** [8] - 34:16, 47:7, 56:23, 56:25, 73:12, 99:18, 99:20
**installation** [2] - 19:4, 19:5
**instead** [1] - 70:22
**interested** [1] - 103:9
**interfering** [1] - 4:13
**interpret** [3] - 4:2, 5:18, 6:10
**interpreter** [12] - 2:2, 3:25, 5:10, 5:11, 6:6, 6:8, 6:9, 6:11, 9:1, 30:9, 61:18, 113:9
**INTERPRETER** [14] - 4:1, 4:3, 4:6, 4:8, 4:13, 4:16, 5:14, 5:22, 8:3, 8:7, 19:7, 30:10, 43:9, 48:10, 56:12, 110:14
**interrupting** [1] - 20:13
**introduce** [2] - 26:3, 66:3
**introduced** [1] - 37:12
**invalid** [3] - 48:18, 49:16, 49:18
**invoice** [3] - 86:19, 100:1
**invoices** [2] - 69:10, 90:25
**involve** [1] - 23:20
**Island** [4] - 32:10, 98:17, 98:23, 110:10
**issue** [6] - 6:22, 6:24, 18:21, 42:16, 49:13, 54:2
**issued** [1] - 100:18
**items** [2] - 32:22, 69:13

## J

**JANE** [1] - 1:8
**Jane** [2] - 3:10, 3:20
**January** [2] - 9:8, 96:11
**Jersey** [9] - 32:9, 33:13, 46:16, 48:5, 48:8, 48:9, 49:7, 88:6, 110:11
**Jian** [3] - 3:8, 3:15, 95:19
**JIAN** [3] - 1:3, 95:22, 116:3
**Jianlin** [2] - 3:8, 3:14
**JIANLIN** [1] - 1:3
**job** [21] - 11:10, 19:2, 19:16, 22:8, 22:9, 22:18, 22:20, 26:19, 27:1, 27:4, 31:25, 62:9, 62:12, 62:15, 62:20, 71:8, 77:10, 80:16, 101:6, 104:20
**JOHN** [2] - 1:8, 5:17
**John** [4] - 2:2, 3:10, 3:20, 5:14
**Judge** [1] - 113:12

**JUDGE** [1] - 1:12
**Jun** [6] - 7:5, 7:7, 7:12, 8:1, 8:12, 26:4
**JUN** [2] - 7:15, 115:5
**June** [1] - 1:7

## K

**keep** [8] - 20:12, 43:25, 49:15, 71:2, 101:3, 107:20, 107:21, 107:22
**keeping** [2] - 6:2, 62:13
**kept** [3] - 16:5, 16:10, 56:24
**KEUNG** [1] - 1:8
**Keung** [3] - 3:10, 3:20, 83:3
**Keung's** [2] - 90:25, 91:7
**keyboard** [1] - 72:5
**kind** [7] - 10:8, 42:15, 42:25, 46:15, 62:20, 69:4, 111:10
**kitchen** [1] - 29:6
**knowledge** [3] - 74:5, 74:6, 94:19
**knows** [3] - 37:5, 37:16, 87:21
**Kong** [6] - 7:5, 7:7, 7:12, 28:25, 29:1, 29:6
**KONG** [2] - 7:15, 115:5

## L

**L-a-u** [1] - 5:14
**laborer** [1] - 52:17
**language** [1] - 2:2
**last** [12] - 6:19, 31:11, 48:7, 49:7, 49:10, 50:7, 53:22, 74:8, 90:16, 90:17, 90:19, 95:15
**late** [16] - 24:4, 34:23, 54:12, 56:1, 81:18, 83:19, 83:20, 83:22, 83:23, 84:3, 84:4, 99:11, 99:14, 99:16, 99:23, 107:5
**Latham** [5] - 71:21, 72:9, 72:17, 85:1
**Lau** [2] - 2:2, 5:14
**LAU** [1] - 5:17
**laughing** [1] - 98:21
**law** [3] - 108:24, 112:13, 112:17
**lawsuit** [4] - 25:20, 25:21, 102:16, 102:21
**lawyer** [5] - 6:24, 51:8, 59:16, 59:17, 64:2
**lay** [4] - 14:4, 37:15, 38:1, 39:12
**laying** [1] - 14:5
**leading** [1] - 14:6
**least** [3] - 37:7, 58:11, 77:9
**leave** [21] - 21:14, 24:17, 30:15, 43:7, 43:12, 44:11, 44:23, 46:25, 47:1, 47:12, 69:20, 74:8, 97:7, 97:20, 97:21, 97:22, 97:23, 98:2, 104:20, 106:13, 107:5
**leaves** [5] - 30:2, 61:3, 95:14, 105:2, 113:2
**leaving** [1] - 24:6
**left** [16] - 24:16, 29:19, 35:25, 47:3, 47:25, 48:1, 56:18, 57:18, 77:1, 77:2, 77:10, 80:16, 80:22, 97:4, 107:2, 107:8
**legal** [1] - 108:24
**less** [1] - 57:2
**letting** [2] - 87:25, 91:11
**Li** [5] - 3:8, 3:15, 95:19, 96:7, 98:9
**LI** [3] - 1:3, 95:22, 116:3
**limit** [1] - 46:20

**Lin** [1] - 95:19
**LIN** [2] - 95:22, 116:3
**line** [1] - 46:20
**list** [3] - 23:4, 23:8, 57:10
**listed** [1] - 111:12
**Liu** [4] - 3:8, 3:15
**LIU** [2] - 1:3
**LLP** [2] - 1:19, 3:21
**load** [4] - 19:10, 19:13, 32:4, 32:22
**loaded** [2] - 70:7, 72:6
**local** [1] - 98:14
**located** [1] - 106:22
**Lois** [3] - 3:4, 3:5, 5:23
**LOIS** [1] - 1:12
**look** [21] - 41:23, 57:15, 63:9, 65:25, 66:10, 67:12, 75:3, 76:1, 78:4, 78:16, 78:24, 79:7, 81:9, 87:8, 87:20, 103:11, 103:13, 103:15, 111:17, 111:21
**looked** [1] - 111:15
**looking** [7] - 63:10, 67:5, 68:13, 80:13, 88:22, 89:3, 89:5
**lost** [1] - 30:20
**low** [2] - 17:20, 57:3

## M

**ma'am** [2] - 87:18, 89:5
**machine** [23] - 4:9, 4:10, 6:18, 23:21, 23:24, 24:8, 25:7, 34:9, 34:11, 35:1, 35:3, 35:15, 35:20, 35:22, 36:3, 47:7, 53:15, 54:12, 60:13, 60:17, 71:19, 85:2, 106:22
**machinery** [1] - 35:18
**MAGISTRATE** [1] - 1:12
**mail** [1] - 2:7
**manager** [3] - 62:11, 82:23, 82:25
**Mandarin** [4] - 2:2, 4:21, 5:19, 5:20
**manual** [4] - 67:16, 67:18, 67:19, 67:22
**manually** [4] - 67:20, 68:22, 70:23, 70:25
**mark** [5] - 36:13, 37:18, 38:7, 39:8, 70:22
**marked** [6] - 36:12, 37:24, 38:21, 51:1, 64:7, 113:20
**marking** [1] - 86:12
**material** [3] - 51:7, 51:12, 51:14
**matter** [5] - 54:11, 108:17, 113:19, 113:22, 114:3
**matters** [4] - 22:1, 22:2, 31:3, 40:23
**meal** [16] - 27:18, 28:2, 28:8, 28:10, 28:14, 28:16, 28:18, 28:20, 44:16, 44:17, 44:19, 107:24, 110:2, 111:3, 111:4, 111:5
**meals** [4] - 28:11, 28:24, 29:10, 110:2
**mean** [8] - 12:2, 50:2, 50:13, 73:15, 76:12, 83:10, 103:5, 110:14
**meaningless** [1] - 76:22
**means** [7] - 12:3, 58:23, 67:15, 76:13, 76:14, 83:8, 83:11
**memory** [2] - 60:4, 60:7
**mention** [1] - 69:4
**messed** [1] - 13:3
**method** [3] - 106:19, 106:22

**mic** [1] - 8:4
**microphone** [2] - 4:11, 4:12
**middle** [1] - 103:20
**midnight** [4] - 55:13, 73:13, 74:3, 74:7
**might** [4] - 16:11, 21:9, 44:11, 93:7
**mileage** [1] - 69:14
**mind** [1] - 44:24
**mine** [2] - 50:15, 104:21
**minute** [1] - 30:14
**minutes** [22] - 27:22, 28:14, 28:16, 28:18, 28:19, 30:4, 45:22, 83:18, 83:19, 83:20, 83:22, 83:23, 83:24, 84:3, 84:4, 86:11, 88:2, 96:3, 111:5
**miscellaneous** [1] - 11:12, 32:1, 53:5
**missing** [1] - 69:13
**mistake** [1] - 75:22
**moment** [3] - 29:23, 61:11, 86:15
**Monday** [1] - 1:7
**money** [5] - 12:24, 18:14, 54:16, 84:13, 99:17
**monitor** [1] - 72:6
**month** [64] - 9:15, 9:18, 11:4, 11:6, 11:17, 11:18, 11:20, 12:17, 13:9, 13:10, 14:10, 14:11, 14:13, 14:14, 15:7, 15:9, 15:12, 17:11, 18:25, 19:2, 19:9, 19:17, 20:21, 21:15, 21:17, 26:22, 29:13, 42:1, 42:4, 42:7, 42:10, 42:14, 42:15, 42:18, 42:20, 57:8, 57:20, 84:12, 84:17, 84:18, 84:19, 93:12, 93:13, 100:10, 100:12, 100:17, 101:8, 101:14, 101:15, 101:16, 103:4, 103:6, 107:11, 107:17, 108:4, 108:14, 108:15, 111:11, 111:22, 112:22
**month's** [2] - 11:15, 13:7
**monthly** [15] - 11:19, 11:23, 18:3, 41:15, 84:7, 84:9, 84:11, 85:13, 85:19, 103:10, 103:11, 108:10, 111:7, 111:11
**months** [5] - 15:18, 15:22, 24:20, 72:11, 96:17
**months'** [1] - 26:18
**morning** [11] - 24:2, 24:11, 32:4, 32:13, 32:15, 34:14, 71:3, 98:12, 106:11, 106:24, 109:16
**most** [1] - 52:23
**mostly** [2] - 43:11, 72:15
**motel** [2] - 32:14, 53:16
**motion** [6] - 6:16, 6:20, 36:21, 37:22, 38:9, 88:14
**Mott** [1] - 1:16
**mounted** [2] - 25:7, 35:20
**movable** [3] - 35:18, 73:3, 73:4
**move** [13] - 16:15, 18:18, 21:19, 39:14, 40:1, 48:19, 48:20, 55:5, 84:5, 86:6, 87:3, 87:16, 88:19
**moveable** [1] - 25:8
**moved** [1] - 73:5
**mover** [2] - 52:17, 98:1
**moving** [2] - 6:18, 18:20
**MS** [13] - 3:14, 3:19, 5:7, 5:8, 7:2, 8:10, 10:12, 11:1, 12:13, 13:21, 14:15, 14:17, 14:23, 14:25, 15:13, 15:15, 15:18, 16:24, 18:17, 19:5, 19:23, 20:2, 20:17, 20:23, 20:25, 21:6, 21:23, 22:1, 25:1, 26:20, 26:23, 28:6, 28:21, 29:5, 29:25, 30:20, 30:23, 31:1, 37:11, 38:25, 39:5, 39:8, 39:16, 41:17, 43:16, 44:13,

(MSV - particular)                                                                                   Page 6

45:12, 46:7, 46:10, 49:11, 49:24, 51:23, 52:2, 52:9, 53:25, 54:4, 55:9, 55:17, 56:7, 58:8, 61:5, 61:15, 61:19, 64:14, 65:5, 65:8, 66:16, 66:18, 66:25, 68:12, 68:16, 69:7, 77:5, 80:5, 85:24, 86:24, 89:17, 90:8, 93:7, 93:10, 95:2, 95:10, 101:10, 101:13, 102:2, 102:22, 103:22, 104:15, 105:5, 105:11, 106:3, 109:22, 110:4, 111:19, 112:5, 112:7, 112:15, 112:19, 113:5, 113:7, 113:18, 115:7, 115:9, 115:12, 115:14, 115:16, 115:19, 115:21, 116:5, 116:7, 116:9, 116:12, 116:14

**Ms. You** [212] - 4:21, 4:23, 7:1, 7:5, 7:8, 7:21, 7:22, 7:25, 9:12, 10:7, 10:14, 10:17, 10:23, 12:3, 12:8, 12:10, 12:15, 12:20, 13:2, 13:5, 13:23, 14:2, 14:4, 14:8, 14:20, 14:22, 15:4, 15:20, 15:25, 16:6, 16:12, 16:16, 16:18, 17:1, 17:3, 17:15, 17:18, 18:10, 18:12, 18:16, 18:19, 18:22, 19:20, 19:25, 20:5, 20:8, 20:10, 20:16, 20:19, 21:1, 21:13, 21:25, 22:3, 22:4, 22:6, 22:23, 23:3, 23:8, 23:11, 23:13, 25:3, 25:15, 25:24, 26:4, 26:7, 26:13, 26:16, 26:21, 27:6, 27:9, 27:11, 27:14, 27:16, 27:22, 28:1, 28:25, 30:3, 31:5, 31:6, 31:21, 35:10, 35:12, 36:10, 36:13, 36:17, 36:19, 36:23, 37:1, 37:6, 37:9, 37:14, 37:19, 38:4, 38:5, 38:7, 38:14, 38:18, 39:1, 39:4, 39:6, 39:12, 39:15, 39:19, 39:23, 40:24, 41:7, 41:12, 42:8, 42:12, 43:10, 43:19, 43:23, 44:2, 44:4, 44:6, 44:18, 44:21, 45:1, 45:6, 45:17, 45:19, 46:1, 46:2, 46:4, 47:9, 48:11, 48:13, 48:21, 48:25, 49:4, 49:14, 49:21, 52:3, 52:6, 55:1, 58:9, 58:12, 58:14, 58:25, 59:4, 59:23, 60:1, 60:4, 60:7, 60:15, 61:1, 61:4, 62:8, 64:11, 64:16, 64:19, 65:1, 65:3, 65:10, 65:12, 65:18, 65:20, 66:8, 66:23, 67:1, 67:3, 68:20, 74:12, 75:7, 76:24, 77:8, 78:8, 79:3, 80:2, 80:7, 81:5, 81:8, 85:6, 86:9, 86:14, 86:18, 86:21, 86:23, 87:2, 87:4, 87:6, 87:10, 87:16, 87:23, 88:4, 88:17, 88:22, 89:3, 89:9, 89:21, 89:23, 90:2, 90:10, 91:11, 91:18, 91:20, 91:23, 92:2, 93:11, 95:15, 96:6, 101:9, 103:18, 103:21, 104:2, 104:24, 110:7, 112:3, 112:10, 112:24, 113:6, 113:15

**multiple** [1] - 64:23

## N

**name** [17] - 5:5, 5:11, 5:13, 7:11, 31:9, 31:11, 50:17, 53:18, 53:22, 68:5, 69:11, 69:18, 82:25, 95:18, 105:14, 105:17
**near** [1] - 20:15
**need** [11] - 4:11, 4:22, 8:5, 9:23, 26:25, 27:1, 30:8, 79:14, 86:20, 86:22, 105:3
**needed** [1] - 37:24
**needs** [4] - 6:24, 30:12, 113:13, 113:20
**nervous** [3] - 9:18, 9:19, 9:21
**never** [7] - 28:22, 66:17, 73:9, 73:10, 74:23, 100:6, 101:7

**NEW** [1] - 1:1
**new** [2] - 106:19
**New** [26] - 1:5, 1:17, 1:22, 3:3, 32:9, 33:13, 33:14, 46:16, 48:2, 48:4, 48:5, 48:8, 48:9, 49:1, 49:7, 52:24, 53:1, 53:10, 88:6, 98:17, 98:19, 110:11
**next** [17] - 10:15, 18:22, 18:24, 24:14, 30:4, 31:5, 31:6, 32:15, 46:20, 52:23, 61:4, 75:19, 75:23, 76:15, 80:11, 99:4, 105:10
**night** [1] - 99:6
**nobody** [2] - 66:5, 113:3
**normally** [1] - 74:7
**note** [1] - 3:12
**notes** [1] - 58:5
**nothing** [13] - 18:11, 41:10, 49:12, 53:9, 55:17, 58:8, 61:1, 64:10, 83:14, 101:10, 102:18, 103:22, 110:4
**number** [8] - 30:21, 60:1, 66:24, 67:14, 69:12, 72:1, 77:17, 78:16
**numbers** [3] - 15:23, 77:14, 77:16

## O

**o'clock** [51] - 32:12, 32:13, 32:16, 32:18, 33:3, 33:22, 35:15, 43:8, 43:13, 43:14, 44:12, 44:23, 46:25, 47:4, 47:8, 47:9, 47:12, 54:9, 55:13, 75:12, 75:23, 76:17, 77:3, 77:11, 77:12, 78:14, 78:20, 79:2, 79:6, 80:17, 81:14, 81:15, 81:22, 82:16, 96:23, 97:5, 97:8, 97:12, 97:13, 97:14, 97:17, 97:19, 97:24, 98:1, 109:16
**object** [1] - 112:19
**objection** [25] - 13:21, 14:15, 14:16, 15:13, 15:16, 20:23, 20:24, 21:6, 21:19, 21:23, 21:25, 26:20, 28:21, 43:16, 44:13, 46:10, 55:1, 64:13, 69:7, 77:5, 85:24, 104:15, 111:19, 112:15
**observation** [1] - 21:18
**occasionally** [1] - 108:19
**October** [6] - 68:14, 68:15, 75:10, 75:20, 76:1, 76:20
**OF** [6] - 1:1, 1:4, 1:11, 114:1, 116:1, 117:2
**office** [34] - 23:21, 24:9, 24:13, 24:14, 25:10, 35:23, 47:7, 54:22, 54:23, 54:25, 55:3, 56:12, 56:13, 56:22, 56:23, 60:13, 60:18, 60:20, 60:23, 62:14, 72:23, 73:8, 73:9, 73:10, 73:12, 73:14, 73:22, 74:2, 88:10, 99:5, 99:14, 99:15, 100:19, 106:23
**offices** [1] - 54:6
**official** [1] - 2:2
**Official** [2] - 2:5, 114:8
**often** [5] - 40:14, 46:24, 70:24, 97:7, 107:10
**ON** [1] - 1:3
**once** [14] - 25:22, 35:25, 37:18, 42:4, 42:7, 42:10, 42:14, 42:15, 42:18, 57:8, 72:10, 93:12, 107:11
**one** [41] - 6:8, 10:11, 15:8, 16:20, 16:22, 16:24, 17:5, 17:9, 18:4, 26:10, 27:1, 36:5, 38:21, 39:3, 39:4, 39:7, 45:9, 45:12, 48:21, 49:11, 50:23, 61:11,

66:19, 66:22, 68:4, 73:16, 77:21, 79:17, 84:18, 86:7, 86:15, 93:19, 94:17, 100:24, 101:18, 101:19, 103:18, 104:8, 112:2, 112:4
**one-day** [3] - 45:9, 45:12
**open** [3] - 3:1, 28:12, 30:18
**operation** [1] - 22:25
**opposition** [4] - 36:23, 38:9, 88:14, 90:15
**order** [1] - 101:5
**original** [1] - 64:3
**OTHERS** [1] - 1:4
**outside** [4] - 29:22, 30:8, 56:11, 56:21
**overnight** [6] - 47:18, 47:21, 53:10, 89:12, 91:1, 92:22
**override** [2] - 70:17, 70:21
**overruled** [1] - 21:7
**overtime** [4] - 57:24, 93:24, 109:24, 109:25
**own** [8] - 29:14, 29:15, 36:11, 58:5, 60:3, 60:4, 89:1, 93:5
**owner** [1] - 83:2

## P

**P-1** [5] - 38:8, 63:6, 64:16, 65:21, 117:5
**P-2** [1] - 64:8
**P.C** [2] - 1:14, 3:16
**p.m** [22] - 1:8, 21:16, 34:25, 35:6, 47:2, 54:6, 54:11, 67:10, 67:11, 67:12, 68:22, 75:12, 75:23, 76:17, 77:1, 79:11, 79:12, 79:18, 79:22, 79:23, 99:12
**Page** [2] - 50:8, 80:9
**page** [30] - 40:3, 43:1, 50:7, 50:9, 50:17, 60:2, 66:11, 66:24, 67:5, 74:15, 74:16, 75:6, 76:9, 76:15, 77:20, 77:23, 78:16, 79:1, 79:18, 79:24, 80:11, 81:9, 89:4, 90:16, 90:17, 90:19, 93:19, 93:20, 93:21
**PAGE** [2] - 115:4, 117:4
**pages** [19] - 36:24, 37:7, 37:23, 38:19, 38:20, 38:21, 38:22, 42:20, 42:23, 50:18, 51:1, 51:5, 65:16, 66:4, 78:24, 85:12, 87:20, 93:13, 93:19
**paid** [45] - 11:2, 11:21, 12:3, 13:12, 13:19, 14:10, 14:11, 18:15, 40:13, 41:12, 41:14, 41:19, 42:23, 57:6, 57:12, 57:17, 57:23, 58:1, 80:1, 83:18, 83:19, 84:6, 84:9, 84:12, 84:19, 84:23, 85:8, 85:17, 85:23, 96:12, 100:4, 100:7, 100:10, 101:1, 101:14, 107:10, 108:1, 108:2, 108:4, 108:8, 108:10, 108:21, 112:22
**paper** [17] - 40:12, 50:18, 57:9, 85:8, 85:15, 101:2, 104:8, 104:9, 104:11, 104:17, 104:20, 107:14, 107:15, 111:18, 111:21, 111:25, 112:22
**papers** [10] - 6:14, 50:5, 57:10, 57:18, 103:3, 103:8, 103:9, 107:12, 107:20, 111:11
**Paragraph** [1] - 52:15
**part** [7] - 37:22, 52:1, 89:13, 89:15, 91:5, 91:7, 113:11
**particular** [2] - 20:14, 75:6

(parties - remember)                                                                 Page 8

**parties** [1] - 5:5
**party** [4] - 37:19, 37:20, 71:25, 87:17
**password** [2] - 72:1, 72:2
**pause** [1] - 43:24
**pay** [35] - 9:14, 9:16, 11:2, 11:7, 12:14, 13:7, 17:13, 17:23, 39:2, 57:2, 57:8, 58:3, 62:25, 63:2, 66:2, 83:21, 84:3, 84:4, 84:16, 84:17, 84:18, 84:22, 84:25, 85:10, 93:16, 93:17, 96:16, 100:16, 108:6, 108:7, 108:23, 110:21, 112:1, 112:18
**payable** [3] - 62:13, 62:21, 62:23
**paying** [1] - 111:16
**payment** [1] - 50:2
**payments** [1] - 80:1
**payroll** [6] - 63:12, 63:25, 71:9, 71:11, 71:18
**pen** [1] - 58:24
**penalty** [1] - 83:15
**pending** [1] - 6:21
**Pennsylvania** [1] - 53:4
**people** [6] - 73:7, 73:11, 73:15, 73:21, 73:24, 76:14
**per** [6] - 13:15, 13:17, 15:12, 47:13, 108:22, 108:25
**percent** [1] - 91:15
**period** [9] - 8:12, 31:22, 45:8, 46:8, 80:18, 96:7, 96:10, 98:16, 98:17
**person** [11] - 19:4, 19:6, 44:17, 59:12, 59:18, 59:21, 60:5, 68:9, 70:7, 74:8, 97:22
**personal** [3] - 74:5, 74:6, 94:19
**personally** [2] - 59:22, 62:15
**phone** [2] - 30:21, 59:12
**pick** [1] - 107:12
**picked** [1] - 103:6
**picture** [2] - 23:1, 25:17
**piece** [2] - 104:8, 104:17
**pieces** [3] - 42:21, 107:14, 107:15
**pile** [1] - 91:22
**place** [2] - 52:23, 72:19
**placed** [2] - 25:9, 72:22
**Plains** [2] - 98:20, 98:21
**plaintiff** [15] - 3:14, 7:5, 7:7, 38:9, 38:11, 64:1, 64:4, 80:15, 81:21, 82:3, 82:8, 82:20, 82:22, 83:5, 93:12
**Plaintiff** [2] - 62:1, 95:22
**PLAINTIFF** [1] - 117:4
**plaintiff's** [5] - 6:16, 38:9, 38:18, 83:12, 86:14
**Plaintiff's** [1] - 64:21
**Plaintiff's Exhibit** [4] - 38:8, 63:5, 65:21, 117:5
**plaintiffs** [8] - 5:7, 6:3, 6:17, 7:3, 20:12, 41:1, 63:20, 113:14
**Plaintiffs** [5] - 1:5, 1:14, 1:15, 7:15, 31:14
**plaintiffs'** [3] - 6:1, 6:19, 62:15
**plan** [1] - 66:20
**play** [1] - 6:15
**plus** [22] - 57:20, 67:14, 67:15, 67:16, 67:22, 69:16, 74:20, 75:3, 75:10, 75:17, 75:19, 75:22, 75:23, 76:16, 77:17, 78:2, 78:21, 79:4, 79:5, 79:22, 80:24, 81:2
**point** [6] - 8:19, 30:6, 36:3, 48:6,

78:13, 78:24
**possible** [2] - 43:12, 56:24
**practice** [2] - 6:18, 63:3
**precisely** [1] - 22:5
**preliminary** [1] - 6:20
**prelude** [1] - 8:5
**premarked** [2] - 39:10, 63:5
**premises** [4] - 29:7, 29:10, 29:19, 29:23
**preparation** [1] - 40:21
**prepare** [4] - 10:5, 10:13, 19:21, 22:18
**prepared** [11] - 23:8, 41:9, 41:10, 45:25, 46:1, 46:2, 65:9, 65:10, 65:16, 66:4, 84:25
**preparing** [2] - 27:4, 65:25
**present** [2] - 5:10, 39:12
**presiding** [2] - 3:4, 5:24
**pretty** [1] - 62:14
**problem** [1] - 4:8
**proceed** [1] - 6:13
**Proceedings** [1] - 2:8
**proceedings** [7] - 5:18, 6:3, 6:7, 30:17, 43:24, 105:7, 114:3
**produced** [3] - 2:9, 36:6, 39:19
**production** [1] - 36:11
**program** [2] - 14:24, 85:2
**prove** [3] - 49:17, 66:21, 78:1
**provide** [1] - 48:22
**pull** [1] - 61:20
**punch** [31] - 23:17, 23:19, 24:15, 25:5, 33:25, 34:3, 34:5, 60:22, 70:9, 70:10, 70:12, 70:15, 71:2, 72:4, 72:19, 74:20, 78:10, 79:15, 93:15, 101:6, 106:11, 106:13, 111:6, 111:24
**punch-out** [1] - 70:15
**punched** [4] - 24:22, 78:20, 78:21
**purchase** [2] - 73:16, 73:17
**purchased** [2] - 71:21, 72:17
**purpose** [7] - 20:13, 20:14, 20:15, 69:6, 69:8, 69:9, 83:8
**put** [5] - 23:22, 23:23, 34:4, 34:9, 70:14
**putting** [1] - 51:25

**Q**

**QINGZE** [1] - 1:3
**Qingze** [2] - 3:8, 3:15
**questioning** [3] - 38:1, 46:20, 96:4
**questions** [46] - 10:22, 12:25, 13:25, 14:6, 15:19, 15:21, 16:7, 17:24, 22:5, 22:9, 23:5, 23:8, 23:9, 23:11, 25:5, 26:7, 26:13, 27:12, 29:2, 29:25, 30:5, 30:6, 30:12, 30:13, 36:25, 40:18, 41:2, 41:5, 41:12, 44:3, 45:4, 45:23, 45:25, 51:10, 80:24, 82:2, 84:8, 87:15, 87:23, 88:1, 88:20, 93:3, 95:10, 98:7, 98:8, 101:9
**quickly** [1] - 58:10
**quite** [1] - 83:1

**R**

**raise** [7] - 5:15, 6:5, 7:13, 31:8, 61:21,

61:24, 95:20
**raised** [1] - 55:8
**rare** [3] - 43:11, 44:8, 44:10
**rate** [4] - 11:19, 13:7, 112:12, 112:18
**RDR** [2] - 2:5, 114:7
**read** [4] - 50:20, 52:15, 89:23, 90:23
**reading** [3] - 18:23, 76:23, 89:24
**ready** [2] - 30:12, 30:19
**really** [8] - 28:11, 53:11, 54:2, 55:7, 71:1, 72:3, 98:24, 112:21
**reason** [4] - 64:21, 101:18, 104:4, 104:6
**recap** [1] - 13:25
**receipt** [7] - 86:18, 87:1, 87:14, 88:1, 88:12, 88:17, 92:13
**receipts** [16] - 48:22, 87:8, 87:9, 87:18, 87:20, 87:24, 91:15, 91:22, 92:5, 92:8, 92:11, 92:16, 92:19, 92:22, 93:11, 93:24
**receivable** [4] - 62:14, 62:21, 62:23, 62:24
**receive** [2] - 16:21, 69:10
**received** [4] - 11:7, 12:21, 65:22, 117:6
**receiving** [1] - 50:2
**recess** [2] - 30:17, 105:7
**recognition** [4] - 25:18, 71:20, 72:18, 72:22
**recognize** [5] - 40:5, 50:4, 50:8, 50:10, 63:22
**recognizes** [1] - 39:21
**recollection** [1] - 60:6
**record** [54] - 3:13, 5:6, 5:12, 27:23, 31:4, 31:9, 38:5, 38:10, 38:15, 38:24, 39:1, 41:1, 47:11, 59:11, 59:14, 59:15, 63:2, 63:20, 64:4, 64:22, 65:23, 67:5, 68:17, 75:3, 77:9, 78:2, 78:10, 78:13, 78:15, 78:20, 80:2, 80:3, 80:15, 80:24, 80:25, 81:1, 81:3, 81:7, 87:6, 87:17, 88:23, 89:15, 91:7, 96:22, 97:4, 111:7, 111:8, 111:10, 111:13, 111:17, 111:24, 113:11, 114:3
**recorded** [1] - 2:8
**recording** [1] - 36:4
**records** [34] - 6:2, 6:15, 6:22, 8:2, 20:2, 20:4, 27:8, 27:13, 27:21, 36:6, 38:13, 38:14, 38:17, 48:18, 49:16, 54:2, 57:15, 58:5, 60:22, 62:25, 63:12, 66:1, 66:6, 71:9, 76:23, 77:18, 77:25, 87:21, 96:19, 102:20, 102:24, 107:21
**redirect** [2] - 52:3, 52:6, 58:9
**REDIRECT** [4] - 58:13, 104:1, 115:15, 116:8
**referred** [1] - 113:20
**reflect** [2] - 38:5, 93:18
**reflected** [5] - 89:14, 91:6, 93:17, 93:24, 94:1
**refresh** [4] - 60:4, 60:6, 60:7, 60:9
**refuse** [1] - 58:3
**regarding** [2] - 8:1, 80:24
**regular** [3] - 81:21, 89:13, 91:6
**relevant** [4] - 47:17, 97:7, 112:14, 112:16
**remember** [11] - 9:18, 10:20, 22:16, 25:19, 60:9, 60:10, 69:14, 72:12, 87:12,

*(remembers - star-ted)*

87:13, 98:18

**remembers** [1] - 87:9
**remove** [3] - 25:13, 35:22, 35:24
**rendered** [2] - 60:17, 60:20
**repeat** [3] - 6:6, 66:13, 68:9
**rephrase** [4] - 12:13, 14:25, 77:8, 110:17
**report** [1] - 113:11
**Reporter** [3] - 2:5, 2:5, 114:8
**REPORTER** [1] - 114:1
**representative** [1] - 82:15
**represented** [1] - 90:4
**request** [1] - 64:11
**required** [6] - 21:5, 48:9, 48:11, 48:12, 48:13, 82:12
**respect** [3] - 52:3, 52:6, 87:24
**restart** [1] - 13:2
**restaurant** [3] - 19:10, 19:12, 53:12
**retail** [1] - 73:18
**return** [10] - 33:18, 33:19, 48:5, 54:13, 54:20, 55:11, 69:19, 77:1, 97:23
**returned** [10] - 33:1, 46:17, 48:1, 48:7, 49:1, 56:1, 79:18, 97:13, 97:17, 98:1
**returns** [1] - 69:13
**review** [14] - 10:7, 59:14, 77:9, 78:15, 87:11, 88:12, 92:8, 96:19, 111:7, 111:10, 111:13, 111:17, 111:24
**reviewed** [9] - 59:16, 87:13, 92:5, 92:10, 92:11, 102:20, 102:23, 103:1, 103:8
**ride** [1] - 19:14
**rise** [1] - 3:2
**role** [1] - 6:15
**route** [28] - 32:6, 32:11, 33:6, 33:8, 33:12, 45:13, 46:15, 46:16, 46:18, 46:21, 46:24, 47:21, 56:10, 69:11, 69:12, 70:4, 86:18, 86:25, 89:12, 95:4, 95:9, 98:14, 110:9, 110:10, 110:12, 110:13, 110:18, 110:19
**routes** [1] - 91:1
**Rules** [1] - 65:12
**rules** [1] - 38:2
**run** [3] - 46:16, 56:5, 69:12
**running** [1] - 57:4

## S

**sake** [1] - 72:11
**salary** [13] - 11:23, 17:7, 17:8, 17:10, 17:20, 18:3, 41:15, 42:16, 100:18, 103:7, 103:10, 103:11, 107:12
**sales** [1] - 34:12
**sat** [1] - 40:22
**Saturdays** [1] - 82:6
**save** [1] - 93:7
**saw** [3] - 35:24, 57:8, 71:18
**schedule** [4] - 82:20, 82:22, 83:3, 83:4
**scheduled** [1] - 26:21
**schedules** [1] - 82:19
**scope** [1] - 53:24
**seat** [1] - 93:4
**seated** [3] - 3:24, 7:20, 88:24
**second** [31] - 11:4, 14:11, 25:24, 32:9, 33:1, 33:11, 33:12, 33:15, 33:19, 33:21,

34:24, 35:14, 40:3, 43:5, 43:10, 43:19, 43:20, 44:9, 45:1, 46:19, 47:25, 54:8, 54:10, 56:3, 56:4, 71:15, 75:14, 77:2, 77:11, 96:10, 98:17
**see** [40] - 36:1, 37:16, 37:25, 38:25, 39:5, 39:13, 54:19, 58:12, 67:11, 76:6, 76:10, 80:20, 80:21, 90:6
**seeking** [1] - 26:2
**seldom** [2] - 97:18, 97:25
**sentence** [2] - 6:10, 52:23
**September** [5] - 31:24, 46:12, 96:9
**session** [1] - 3:4
**set** [3] - 36:15, 81:14
**seven** [1] - 53:2
**several** [1] - 37:23
**shall** [1] - 105:14
**sheet** [17] - 69:2, 69:4, 69:6, 69:8, 69:9, 69:16, 69:25, 70:2, 70:5, 70:14, 74:25, 79:16, 79:17, 99:21, 99:22, 99:25
**sheets** [4] - 84:22, 84:25, 85:10, 94:7
**shift** [11] - 75:12, 75:15, 75:24, 76:2, 76:17, 76:21, 77:1, 77:3, 77:11, 77:12
**shifts** [1] - 73:25
**show** [30] - 36:6, 37:1, 37:4, 37:6, 37:23, 38:10, 38:20, 38:23, 40:25, 50:4, 50:7, 50:8, 58:5, 58:15, 59:23, 63:6, 65:1, 65:3, 66:6, 70:22, 77:18, 86:9, 89:25, 91:10, 91:15, 93:20, 93:21, 104:3, 104:6, 111:13
**showed** [2] - 47:11, 97:4
**showing** [1] - 67:5
**shown** [2] - 59:15, 93:11
**shows** [2] - 69:9, 93:19
**sign** [74] - 40:12, 40:14, 41:20, 41:22, 42:1, 42:4, 42:14, 42:15, 42:17, 42:20, 50:1, 51:14, 57:14, 57:17, 57:25, 58:3, 58:19, 58:22, 58:24, 59:1, 59:2, 59:18, 59:21, 67:14, 67:15, 67:16, 67:22, 69:16, 69:21, 71:19, 72:19, 74:17, 74:20, 75:3, 75:10, 75:17, 75:19, 75:22, 75:23, 76:4, 76:12, 76:16, 77:17, 78:21, 79:4, 79:5, 79:22, 81:9, 81:10, 81:13, 81:18, 83:7, 84:22, 85:8, 85:12, 85:15, 85:22, 85:25, 86:3, 93:12, 93:15, 94:7, 100:16, 100:18, 101:1, 103:7, 104:11, 104:12, 104:14, 104:19, 107:18
**sign-in** [1] - 71:19
**sign-ins** [1] - 74:17
**sign-out** [1] - 71:19
**signature** [3] - 38:18, 40:4, 40:5, 40:8, 40:9, 40:10, 41:4, 50:9, 50:12, 50:14, 52:16, 90:21
**signed** [18] - 40:11, 42:10, 42:17, 42:18, 42:23, 50:17, 50:18, 51:6, 51:20, 57:9, 57:13, 58:16, 59:22, 60:5, 85:13, 93:12, 93:14, 94:12
**signing** [3] - 41:23, 42:2, 43:1
**signs** [2] - 80:25, 81:2
**SIMILIARLY** [1] - 1:4
**similiarly** [2] - 3:9, 3:16
**Simon** [1] - 61:23
**SIMON** [2] - 62:1, 115:17
**simple** [1] - 72:20
**sit** [10] - 8:3, 8:7, 8:8, 31:19, 61:11,

61:12, 61:17, 62:5, 96:2, 105:25
**sitting** [1] - 99:4
**SITUATED** [1] - 1:4
**situated** [2] - 3:9, 3:16
**situation** [1] - 59:10
**six** [6] - 53:2, 80:17, 101:21, 109:10, 109:12, 109:18
**six-day** [1] - 80:17
**slips** [1] - 57:9
**slow** [2] - 18:23, 68:25
**small** [1] - 76:4
**software** [2] - 72:6, 85:1
**someone** [1] - 102:7
**sometimes** [20] - 10:8, 24:3, 29:22, 33:3, 34:15, 34:19, 35:17, 47:12, 69:17, 71:1, 71:2, 71:3, 94:1, 99:11, 108:18, 109:25
**soon** [2] - 24:1, 53:18
**sorry** [25] - 9:18, 9:21, 12:12, 15:1, 17:24, 18:23, 19:5, 19:20, 26:14, 34:1, 39:16, 40:24, 45:14, 47:14, 49:11, 62:22, 67:17, 68:9, 69:23, 77:2, 77:15, 79:19, 86:15, 87:22
**space** [1] - 28:12
**speaking** [1] - 88:25
**specific** [1] - 45:4
**specifically** [5] - 16:5, 82:4, 82:6, 82:7, 82:8
**specifics** [1] - 27:3
**speculation** [2] - 17:25, 55:1
**spell** [2] - 5:5, 31:11
**spend** [1] - 103:15
**spent** [1] - 57:3
**SPINDLER** [73] - 1:19, 1:22, 3:19, 5:8, 7:2, 13:21, 14:15, 14:17, 15:13, 15:15, 15:18, 19:5, 20:23, 20:25, 21:6, 21:23, 22:1, 26:20, 26:23, 28:21, 29:5, 29:25, 30:20, 30:23, 31:1, 38:25, 39:5, 39:8, 43:16, 44:13, 46:10, 49:24, 51:23, 52:2, 52:9, 53:25, 54:4, 55:9, 55:17, 56:7, 58:8, 61:15, 61:19, 64:14, 66:25, 68:12, 68:16, 69:7, 77:5, 85:24, 86:24, 89:17, 93:7, 93:10, 95:2, 95:10, 101:13, 102:2, 102:22, 103:22, 104:15, 105:5, 105:11, 106:3, 109:22, 110:4, 111:19, 112:5, 112:7, 112:15, 112:19, 113:5, 113:18
**Spindler** [23] - 3:21, 3:22, 5:8, 15:16, 20:24, 21:24, 26:12, 29:3, 30:16, 30:19, 37:25, 39:6, 49:22, 64:23, 66:15, 88:25, 94:23, 101:11, 105:3, 105:9, 109:20, 113:4, 113:16
**Spindler's** [2] - 45:24, 49:20
**SPINDLER.....................** [5] - 115:9, 115:14, 115:21, 116:7, 116:12
**staff** [3] - 60:13, 60:18, 73:12
**stand** [13] - 7:10, 7:22, 30:2, 31:7, 61:3, 61:6, 61:21, 95:14, 95:17, 103:19, 105:2, 105:13, 113:2
**star** [1] - 76:4
**start** [9] - 4:22, 9:24, 12:25, 18:25, 30:22, 46:7, 69:13, 70:3, 71:4
**started** [26] - 3:25, 8:20, 9:6, 9:15, 9:17, 9:19, 11:12, 12:22, 14:12, 15:5, 18:25, 21:21, 21:22, 22:15, 23:17, 23:19, 25:16, 32:12, 32:18, 45:9, 72:10,

77:11, 98:9, 100:9, 102:21
**starting** [2] - 8:14, 77:3
**state** [18] - 5:5, 5:11, 5:13, 7:11, 31:8, 32:14, 34:1, 46:16, 52:18, 60:12, 60:17, 60:21, 69:3, 83:9, 89:11, 95:18, 105:14, 105:17
**State** [1] - 46:16
**statement** [4] - 66:6, 85:19, 89:16, 89:25
**statements** [1] - 60:21
**station** [3] - 48:16, 49:6, 88:6
**stay** [7] - 19:14, 32:14, 47:21, 53:10, 53:16, 53:23
**stayed** [2] - 19:15, 56:10
**stenography** [1] - 2:8
**step** [5] - 30:1, 30:8, 61:2, 95:11, 105:1, 113:1
**Steven** [3] - 68:6, 68:7, 68:10
**stick** [1] - 38:6
**stickers** [1] - 38:6
**still** [5] - 10:3, 55:16, 57:14, 84:6
**stipulated** [1] - 97:11
**stocking** [1] - 19:18
**stole** [2] - 102:8, 102:14
**stood** [1] - 73:11
**stop** [4] - 9:7, 10:15, 49:7, 108:9
**stopped** [3] - 29:13, 48:5, 49:17
**Street** [1] - 1:16
**strike** [2] - 12:15, 21:13
**stubs** [1] - 39:2
**stuff** [1] - 19:18
**subjected** [1] - 6:17
**submission** [11] - 36:10, 36:20, 37:20, 38:8, 40:25, 59:18, 60:12, 60:16, 86:14, 87:10
**submissions** [1] - 102:23
**submit** [2] - 63:13, 88:14
**submitted** [13] - 6:14, 36:22, 36:23, 37:22, 58:16, 59:14, 60:16, 60:21, 88:12, 88:17, 92:5, 92:9, 96:19
**submitting** [1] - 87:11
**sued** [1] - 25:22
**Suite** [2] - 1:16, 1:21
**summaries** [4] - 41:8, 41:9, 64:25, 65:13
**summarized** [1] - 66:2
**summary** [11] - 37:2, 64:9, 64:10, 65:8, 65:9, 65:25, 66:1, 66:5, 69:9, 69:10, 93:21
**Sunday** [3] - 15:8, 16:14, 101:23
**Sundays** [3] - 15:10, 15:18, 15:23
**supervise** [2] - 62:15, 82:18
**suppose** [1] - 97:19
**supposed** [13] - 10:24, 14:14, 14:18, 15:6, 16:3, 16:24, 19:24, 81:12, 81:21, 82:1, 82:3, 87:8, 87:10
**swear** [3] - 7:19, 61:14, 62:4
**sworn** [1] - 5:17
**sworn/affirmed** [7] - 7:16, 31:15, 62:2, 95:23, 105:21
**system** [14] - 25:18, 36:4, 70:18, 71:11, 71:15, 71:18, 71:22, 71:24, 72:9, 72:16, 72:17, 72:22

**T**

**T-a-n-g** [1] - 31:12
**table** [10] - 34:4, 34:8, 34:12, 56:18, 56:20, 56:21, 61:18, 61:19, 73:1, 99:4
**TANG** [3] - 1:3, 31:14, 115:10
**Tang** [35] - 1:15, 3:7, 3:14, 4:19, 5:3, 31:4, 31:6, 31:10, 31:22, 38:9, 39:1, 49:25, 52:11, 63:12, 64:1, 64:5, 68:18, 76:25, 77:10, 80:16, 81:21, 82:3, 82:8, 82:12, 82:16, 82:20, 82:22, 83:5, 83:13, 84:9, 84:12, 93:12, 93:13, 95:8, 102:9
**Tang's** [2] - 80:15, 86:24
**tank** [1] - 48:15
**tardy** [13] - 76:10, 76:13, 76:14, 81:9, 81:10, 81:13, 81:18, 83:7, 83:11, 83:13, 83:15, 83:17
**Telephone** [1] - 2:6
**ten** [2] - 30:14, 96:3
**ten-minute** [1] - 30:14
**terminated** [2] - 11:8, 104:3
**termination** [2] - 104:4, 104:7
**testified** [14] - 7:16, 11:19, 13:19, 26:23, 31:16, 46:6, 52:11, 62:2, 74:14, 93:1, 94:3, 95:24, 105:22
**testify** [8] - 10:21, 12:18, 12:21, 62:17, 74:14, 91:17, 94:14, 113:3
**testifying** [2] - 21:20, 45:3
**testimony** [8] - 13:22, 14:1, 60:10, 61:13, 69:15, 76:25, 79:14, 88:16
**the defendant** [7] - 3:19, 8:1, 8:13, 38:14, 40:25, 59:14, 105:20
**THEMSELVES** [1] - 1:4
**themselves** [3] - 3:8, 3:15, 70:9
**thereafter** [4] - 11:3, 13:19, 47:25, 96:16
**thinking** [1] - 18:22
**third** [3] - 11:4, 71:25, 101:16
**third-party** [1] - 71:25
**thousand** [1] - 13:24
**three** [7] - 10:9, 10:19, 22:6, 43:13, 47:12, 77:9, 96:17
**threw** [1] - 104:21
**timing** [2] - 25:6, 51:3
**timings** [1] - 51:16
**title** [1] - 62:10
**today** [4] - 6:22, 10:6, 13:3, 113:14
**together** [5] - 23:10, 30:5, 88:18, 100:1, 102:11
**took** [10] - 16:22, 17:16, 18:4, 25:17, 28:19, 29:21, 31:2, 82:23, 99:12, 110:12
**top** [4] - 60:1, 66:10, 66:12, 76:9
**total** [1] - 69:10
**track** [1] - 101:3
**transcribed** [1] - 6:7
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 113:10, 114:2
**Transcript** [1] - 2:8
**Transcription** [1] - 2:9
**translate** [6] - 10:10, 20:11, 50:22, 61:10, 102:7, 104:18
**translated** [4] - 50:25, 51:15, 85:3, 94:4

**translation** [1] - 85:4
**translator** [1] - 61:12
**tried** [1] - 58:4
**trip** [1] - 32:18
**TROPP** [1] - 1:19
**Tropp** [1] - 3:21
**trouble** [1] - 18:11
**truck** [3] - 32:22, 53:19, 70:7
**trucks** [2] - 52:18, 86:25
**true** [5] - 31:18, 47:16, 63:19, 63:21, 102:4
**try** [3] - 13:25, 14:4, 22:25
**trying** [4] - 14:25, 22:7, 78:1, 86:13
**turn** [7] - 40:3, 45:24, 49:20, 90:12, 90:16, 103:23
**twice** [1] - 58:21
**two** [15] - 17:22, 17:23, 21:12, 22:12, 45:22, 47:12, 48:4, 52:1, 58:10, 72:11, 78:3, 87:23, 88:2, 88:20, 93:19
**two-day** [1] - 48:4
**type** [1] - 36:5

**U**

**unacceptable** [1] - 23:6
**unbelievable** [1] - 66:20
**under** [4] - 38:2, 40:7, 40:11, 91:14
**understood** [1] - 11:14
**United States** [4] - 1:1, 1:5, 1:12, 3:2
**unless** [2] - 54:12, 57:13
**unload** [1] - 19:11
**unprepared** [1] - 87:7
**up** [21] - 11:12, 11:24, 13:3, 17:20, 30:24, 32:15, 48:15, 53:11, 53:14, 53:15, 53:19, 53:20, 81:14, 84:18, 84:20, 103:6, 103:20, 105:12, 107:7, 107:12
**Upstate** [5] - 32:9, 33:13, 98:17, 98:18, 110:10
**usual** [2] - 80:22, 80:23

**V**

**valid** [3] - 48:18, 49:16, 49:17
**varied** [1] - 33:4
**various** [3] - 110:12, 110:13, 110:15
**vehicle** [5] - 19:11, 19:13, 19:14, 32:4, 97:22
**verification** [1] - 74:20
**verified** [1] - 79:16
**verify** [6] - 74:14, 74:15, 74:16, 74:25, 87:9
**versus** [3] - 4:19, 5:3, 31:4
**volume** [1] - 41:1

**W**

**wage** [2] - 83:17, 83:23
**wait** [4] - 8:18, 9:23, 29:13, 107:25
**waiting** [1] - 30:5
**walk** [1] - 16:10
**wall** [5] - 25:8, 25:11, 25:12, 35:20, 72:24

(WANG - Zhen)

**WANG** [1] - 1:14
**Wang** [1] - 3:16
**wants** [1] - 26:8
**warehouse** [6] - 19:14, 19:15, 20:21, 26:18, 54:19, 56:10
**wasting** [1] - 45:24
**water** [1] - 61:14
**week** [18] - 15:8, 16:20, 16:22, 17:9, 18:14, 44:11, 47:13, 68:12, 68:14, 80:16, 84:14, 100:13, 101:20, 108:4, 109:7, 109:10, 109:12, 109:18
**weekly** [5] - 42:8, 42:9, 84:6, 84:10, 108:5
**weeks** [2] - 84:20, 84:21
**Weinstein** [1] - 113:12
**WHEREUPON** [1] - 113:22
**White** [2] - 98:20, 98:21
**Whitestone** [2] - 1:21, 1:22
**whole** [1] - 35:4
**window** [3] - 56:22, 99:17
**wing** [1] - 23:6
**Wing** [2] - 90:25, 91:7
**Wing Keung** [50] - 9:14, 9:19, 11:8, 11:11, 13:8, 15:11, 16:2, 19:1, 19:17, 25:6, 27:19, 28:13, 29:6, 29:14, 31:4, 31:23, 31:25, 32:21, 32:23, 36:2, 44:10, 46:9, 46:21, 52:12, 52:19, 54:7, 54:13, 54:17, 57:1, 62:10, 62:18, 63:3, 63:20, 71:5, 73:19, 82:15, 88:6, 89:11, 89:15, 90:23, 95:4, 96:8, 96:13, 102:4, 102:17, 106:6, 106:8, 107:10, 107:18, 110:8
**Wing Keung Company** [1] - 106:5
**Wing Keung Enterprises** [9] - 1:7, 1:20, 3:9, 3:19, 4:19, 5:3, 8:13, 15:5, 18:6
**withdrawn** [1] - 102:22
**witness** [54] - 6:25, 7:4, 7:10, 12:6, 14:6, 25:24, 26:1, 26:6, 26:11, 27:5, 30:2, 31:5, 31:6, 31:7, 36:16, 37:23, 38:1, 38:10, 39:12, 39:17, 39:18, 39:20, 40:1, 40:19, 40:20, 41:2, 41:7, 45:23, 48:19, 49:19, 49:21, 59:23, 60:3, 61:3, 61:4, 61:6, 63:8, 64:24, 65:3, 66:20, 78:1, 86:7, 86:11, 89:2, 90:3, 93:5, 95:14, 95:15, 95:17, 105:2, 105:10, 105:13, 112:4, 113:2
**Witness** [10] - 7:10, 30:2, 31:7, 61:3, 61:6, 95:14, 95:17, 105:2, 105:13, 113:2
**WITNESS** [158] - 7:12, 7:19, 8:21, 8:24, 9:3, 9:6, 9:8, 9:25, 10:3, 22:12, 22:15, 23:17, 23:21, 23:25, 24:3, 24:7, 24:9, 24:13, 24:18, 24:21, 24:24, 25:12, 25:16, 31:10, 31:12, 31:18, 33:11, 34:4, 34:9, 34:12, 34:15, 34:19, 34:22, 35:2, 35:5, 35:8, 35:25, 41:15, 41:18, 41:21, 41:24, 42:3, 42:5, 51:11, 51:16, 51:21, 55:21, 55:23, 56:1, 56:4, 56:21, 56:24, 57:7, 61:8, 61:23, 62:4, 62:6, 63:17, 63:24, 68:14, 68:18, 69:1, 70:1, 70:4, 70:8, 70:12, 70:16, 70:19, 70:21, 71:1, 71:6, 71:10, 71:13, 71:17, 71:24, 72:5, 72:8, 72:10, 72:14, 72:17, 72:23, 72:25, 73:2, 73:4, 73:6, 73:9, 73:16, 73:20, 73:23, 74:1, 74:4, 74:6, 78:3, 78:6, 79:1, 79:5, 79:17, 81:2, 82:11, 84:16,

84:24, 85:1, 85:4, 85:16, 86:2, 89:19, 91:3, 92:25, 94:5, 94:9, 94:11, 94:13, 94:16, 94:18, 94:20, 95:12, 95:19, 96:1, 98:10, 98:13, 98:16, 98:20, 98:24, 99:2, 99:4, 99:8, 99:11, 99:16, 99:20, 99:24, 100:5, 100:8, 100:11, 100:14, 100:17, 100:21, 100:24, 101:5, 101:21, 101:23, 105:9, 105:16, 105:18, 105:24, 106:1, 108:11, 108:13, 108:16, 108:18, 108:23, 109:2, 109:5, 109:8, 109:11, 109:14, 109:17, 109:19, 115:4
**WITNESSES** [1] - 116:1
**witnesses** [6] - 6:8, 10:5, 10:13, 23:5, 40:22, 58:11
**Wong** [3] - 68:3, 68:10, 76:16
**Woo** [1] - 53:22
**woo** [1] - 53:23
**word** [1] - 91:2
**worker** [4] - 11:12, 32:1, 53:6, 112:17
**workers** [4] - 55:3, 82:18, 82:19, 82:24
**works** [2] - 37:3, 68:4
**written** [4] - 40:13, 57:12, 57:25, 103:2
**wrote** [2] - 41:24, 66:25

## X

**X-u** [1] - 105:16
**Xu** [3] - 105:11, 105:18, 106:4
**XU** [2] - 105:20, 116:10

## Y

**year** [36] - 9:24, 16:8, 32:7, 32:9, 32:24, 33:5, 33:8, 33:11, 33:12, 33:16, 33:19, 33:21, 33:23, 34:6, 34:24, 35:14, 43:5, 43:9, 43:10, 43:17, 43:19, 43:20, 43:21, 43:22, 44:9, 45:1, 46:13, 46:19, 54:8, 54:10, 55:12, 55:25, 56:3, 56:4
**year.** [1] - 45:21
**years** [7] - 10:9, 10:19, 22:6, 32:8, 33:6, 106:7, 106:15
**years'** [1] - 21:12
**YORK** [1] - 1:1
**York** [17] - 1:5, 1:17, 1:22, 3:3, 32:9, 33:13, 33:14, 46:16, 48:2, 48:4, 49:1, 52:24, 53:1, 53:10, 98:17, 98:19
**YOU** [31] - 1:17, 3:14, 5:7, 8:10, 10:12, 11:1, 12:13, 14:23, 14:25, 16:24, 18:17, 19:23, 20:2, 20:17, 25:1, 28:6, 37:11, 39:16, 41:17, 45:12, 46:7, 49:11, 61:5, 65:5, 65:8, 66:16, 66:18, 80:5, 90:8, 101:10, 113:7
**YOU............................** [7] - 115:7, 115:12, 115:16, 115:19, 116:5, 116:9, 116:14
**yourself** [3] - 55:22, 55:24, 107:20

## Z

**Zhen** [2] - 83:1, 83:4