UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANG et al,<br><br>                    Plaintiffs,<br>     -against-<br><br>WING KEUNG ENTERPRISES INC., et al<br><br>                    Defendants, | 14-CV-00390 (JBW)(LB)<br><br>**Notice of Withdrawal of Appearance** |

    I, Yifei He, Esq., Counsel for Plaintiffs, inform the Court that I am no longer associated with Heng Wang & Associates, P.C. and request to withdraw my appearance as counsel for Said Plaintiffs in this matter.

Dated: New York, New York
      January 11, 2016

                                                         /s/
                                    Yifei He, Esq.
                                    P.O. Box 130171
                                    New York, NY 10013
                                    Tel: (917) 412-3603
                                    Fax: (917) 725-9854
                                    yifeihe.esq@gmail.com