go now

DATE 1/12/16

BEFORE JUDGE Weinstein       AT 11:30 A.M/P.M.

C/R or ECR A Fusolone        MAG.

CIVIL CAUSE FOR MOTION & Evidentiary HEARING

Docket Number CV14-390

Title: Chao-hui Tang et al vs. Wing Keung Enterprises et ano
(Pltff.) (Deft.)                motion for summary judgment

Appearances: For Pltff. Heng Wang

For Deft. Gail Spindler

✓ Case called.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued.  ___ Motion Granted  ___ Motion Denied.

___ Decision reserved.

___ Order to be submitted by _____.

___ Case adjourned to _____ for _____.

✓ Other Parties sworn. Evidentiary hearing held.
✓ Respectfully referred to the Mag. Judge for R & R as stated orally on the record.
✓ See document #69.

—over—

✓ Parties are to provide the Mag. Judge with a transcript of today's proceeding.

Parties are to provide the Mag. Judge with a transcript of today's proceeding.