UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HENG WANG & ASSOCIATES, P.C.
305 Broadway, Suite 1000
New York, NY 10007
(t): (212) 513-1183
(f): (646) 572-8998

------------------------------------------------------x

CHAOHUI TANG, JIANLIN LI, and
QING ZE LIU

                Plaintiffs,

    -against-

WING KEUNG ENTERPRISES, INC., and
KEUNG CHAN

                Defendants.

------------------------------------------------------x

Civil Action No.: 1:14-cv-00390 (JBW) (LB)

**ORDER AND JUDGMENT**

    This action having been brought for trial before the Honorable Jack B. Weinstein, United States District Judge, on February 6, 7, 8, 13, 14, and 15, 2017; the jury having returned a verdict awarding the plaintiffs damages; and the Court having considered the parties' post-trial submissions and heard argument of counsel; and for good cause shown, it is

    **ORDRED, ADJUDICATED, AND DECREED** that Judgment is hereby entered against Defendant Wing Keung Enterprises, Inc. and Defendant Keung Chan, jointly and severally, as follows:

    Plaintiff Jianlin Li is awarded $62,265.29 in actual damages, $32,124.40 in liquidated damages, $4,950.00 in statutory damages, and pre-judgment interest of $34,765.29, for a total of $134,104.98;

    Plaintiff Chaohui Tang is awarded $29,289.64 in actual damages, $29,289.64 in liquidated damages, $5,000.00 in statutory damages, and pre-judgment interest of $13,350.48, for a total of $76,929.76;

    Plaintiff Qing Ze Liu is awarded $23,428.84 in actual damages, $23,428.84 in liquidated damages, $5,000.00 in statutory damages, and pre-judgment interest of $11,106.93, for a total of $62,964.61;

    The plaintiffs are awarded attorneys' fees of $239,892.90 to be divided equally among



1

the plaintiffs, and costs of $11,526.79.

A 15% penalty for non-payment will be added to any amount of the judgment attributable to violations of the NYLL that remains unpaid upon the expiration of ninety days following the issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is greater, pursuant to N.Y. Lab. Law §663(4).

The plaintiffs are awarded post-judgment interest on all sums awarded, to wit, $525,419.04 unless the aforementioned 15% penalty applies, commencing when the Clerk of the Court enters judgment until the date of payment.

Dated:  5/16 , 2017

Honorable Jack B. Weinstein
UNITED STATES DISTRICT JUDGE